# UNITED STATES DISTRICT COURT
for the
Eastern District of Arkansas

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. Steven Stepanishen, and STEVEN STEPANISHEN, individually, <br> *Plaintiff(s)* <br> v. <br> BEI PRECISION SYSTEMS & SPACE COMPANY, INC.; <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 4:20-cv-414-BRW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BEI PRECISION SYSTEMS & Space company, inc.
c/o CT Corporation System
124 W Capitol Ave
Suite 1900
Little Rock, AR 72201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Josh Sanford
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, AR 72211

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

TAMMY H. DOWNS
*CLERK OF COURT*

Date: APR 2 8 2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:20-cv-414-BRW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **BEI PRECISION Systems & Space Company, Inc.**
was received by me on *(date)* **5-1-23**

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **CT Corporation System**, who is designated by law to accept service of process on behalf of *(name of organization)* **Bei Precision Systems & Space Company, Inc.** on *(date)* **5-2-23** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**

I declare under penalty of perjury that this information is true.

Date: **5-2-23**

*Server's signature*
**Jeff Barnett**
*Printed name and title* **Process Server**

*Server's address*

Additional information regarding attempted service, etc: