IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA ex rel.** **Steven Stepanishen and STEVEN STEPANISHEN, Individually** | | **PLAINTIFFS** |
| v. | Case No. 4:20-cv-414-BRW | |
| **BEI PRECISION SYSTEMS & SPACE COMPANY, INC.** | | **DEFENDANT** |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT**

Defendant BEI Precision Systems & Space Company, Inc. ("BEI") pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, and reserving all rights under Rule 12(b), for its motion for an extension of time to answer or otherwise respond to Plaintiff Steven Stepanishen's complaint, states:

1. The current deadline for BEI to file an answer or otherwise respond to the complaint is May 23, 2023.

2. BEI seeks an order extending its deadline to respond to the complaint to July 7, 2023.

3. Good cause exists to extend BEI's deadline, and this motion is not made solely for the purpose of delay.

4. Plaintiff has agreed that BEI may have up to and including July 7, 2023, to respond to the complaint. Accordingly, this motion is unopposed.

WHEREFORE, BEI prays that this Court grant it an extension up to July 7, 2023, to answer or otherwise respond to Plaintiff's complaint, and for any other relief to which BEI is entitled.

John E. Tull III (84150)
E. B. Chiles IV (96179)
E. Jonathan Mader (2020180)
QUATTLEBAUM, GROOMS & TULL PLLC
111 Center Street, Suite 1900
Little Rock, Arkansas  72201
(501) 379-1700 Telephone
(501) 379-1701 Facsimile

*Attorneys for BEI Precision Systems & Space Company, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 8, 2023, a true and correct copy of the foregoing was served on counsel for the United States by electronic mail at the following:

Shannon S. Smith
Assistant United States Attorney
P.O. Box 1229
Little Rock, AR 72203
shannon.smith@usdoj.gov


                                       /s/ E. Jonathan Mader
                                       E. Jonathan Mader