IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**UNITED STATES OF AMERICA ex rel.**
**Steven Stepanishen and STEVEN STEPANISHEN,**
**Individually**                                                                           **PLAINTIFFS**

v.                                    Case No. 4:20-cv-414-BRW

**BEI PRECISION SYSTEMS & SPACE**
**COMPANY, INC.**                                                                           **DEFENDANT**

<u>**NOTICE OF APPEARANCE**</u>

E. B. Chiles IV of Quattlebaum, Grooms & Tull PLLC hereby enters his appearance on behalf of Defendant BEI Precision Systems & Space Company, Inc. and certifies that he is admitted to practice in this Court.

> John E. Tull III (84150)
> E. B. Chiles IV (96179)
> E. Jonathan Mader (2020180)
> QUATTLEBAUM, GROOMS & TULL PLLC
> 111 Center Street, Suite 1900
> Little Rock, Arkansas  72201
> (501) 379-1700 Telephone
> (501) 379-1701 Facsimile
>
> *Attorneys for BEI Precision Systems & Space Company, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 9, 2023, a true and correct copy of the foregoing was served on counsel for the United States by electronic mail at the following:

Shannon S. Smith  
Assistant United States Attorney  
P.O. Box 1229  
Little Rock, Arkansas 72203  
shannon.smith@usdoj.gov

                                      /s/ E. B. Chiles IV  
                                      E. B. Chiles IV