### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**UNITED STATES OF AMERICA ex rel.**
**Steven Stepanishen and STEVEN STEPANISHEN,**
**Individually**                                                                    **PLAINTIFFS**

**v.**                                         **Case No. 4:20-cv-414-BRW**

**BEI PRECISION SYSTEMS & SPACE**
**COMPANY, INC.**                                                              **DEFENDANT**

### NOTICE OF APPEARANCE

E. B. Chiles IV of Quattlebaum, Grooms & Tull PLLC hereby enters his appearance on

behalf of Defendant BEI Precision Systems & Space Company, Inc. and certifies that he is

admitted to practice in this Court.

> John E. Tull III (84150)
> E. B. Chiles IV (96179)
> E. Jonathan Mader (2020180)
> QUATTLEBAUM, GROOMS & TULL PLLC
> 111 Center Street, Suite 1900
> Little Rock, Arkansas  72201
> (501) 379-1700 Telephone
> (501) 379-1701 Facsimile
>
> *Attorneys for BEI Precision Systems & Space*
> *Company, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 9, 2023, a true and correct copy of the foregoing was served on counsel for the United States by electronic mail at the following:

Shannon S. Smith
Assistant United States Attorney
P.O. Box 1229
Little Rock, Arkansas 72203
shannon.smith@usdoj.gov

/s/ E. B. Chiles IV
E. B. Chiles IV