IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA ex rel.
Steven Stepanishen and STEVEN STEPANISHEN,
Individually                                                                              PLAINTIFFS

v.                              Case No. 4:20-cv-414-BRW

BEI PRECISION SYSTEMS & SPACE
COMPANY, INC.                                                                              DEFENDANT

## NOTICE OF APPEARANCE

John E. Tull III of Quattlebaum, Grooms & Tull PLLC hereby enters his appearance on behalf of Defendant BEI Precision Systems & Space Company, Inc. and certifies that he is admitted to practice in this Court.

    John E. Tull III (84150)
    E. B. Chiles IV (96179)
    E. Jonathan Mader (2020180)
    QUATTLEBAUM, GROOMS & TULL PLLC
    111 Center Street, Suite 1900
    Little Rock, Arkansas  72201
    (501) 379-1700 Telephone
    (501) 379-1701 Facsimile

    *Attorneys for BEI Precision Systems & Space Company, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 9, 2023, a true and correct copy of the foregoing was served on counsel for the United States by electronic mail at the following:

Shannon S. Smith
Assistant United States Attorney
P.O. Box 1229
Little Rock, Arkansas 72203
shannon.smith@usdoj.gov

                    /s/ John E. Tull III
                    John E. Tull III