**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**UNITED STATES OF AMERICA ex rel.
Steven Stepanishen and STEVEN STEPANISHEN,
Individually**                                                                                                              **PLAINTIFFS**

**v.**                                       **Case No. 4:20-cv-414-BRW**

**BEI PRECISION SYSTEMS & SPACE
COMPANY, INC.**                                                                                                              **DEFENDANT**

**CORPORATE DISCLOSURE STATEMENT OF
BEI PRECISION SYSTEMS & SPACE COMPANY, INC.**

For its Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant BEI Precision Systems & Space Company, Inc. ("BEI"), states:

1. The following are BEI's parent corporations:

   a. Razor Holdings LLC;

   b. Quantic Corporate Holdings, Inc.;

   c. Quantic Electronics, LLC;

   d. Hawkeye MidCo, LLC;

   e. Hawkeye IntermediateCo, LLC; and

   f. Hawkeye TopCo, LP.

BEI has no other parent corporations or any publicly held corporations owning 10% or more of its stock.

John E. Tull III (84150)
E. B. Chiles IV (96179)
E. Jonathan Mader (2020180)
QUATTLEBAUM, GROOMS & TULL PLLC
111 Center Street, Suite 1900
Little Rock, Arkansas 72201
(501) 379-1700 Telephone
(501) 379-1701 Facsimile

*Attorneys for BEI Precision Systems & Space Company, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 9, 2023, a true and correct copy of the foregoing was served on counsel for the United States by electronic mail at the following:

Shannon S. Smith
Assistant United States Attorney
P.O. Box 1229
Little Rock, Arkansas 72203
shannon.smith@usdoj.gov


                                              /s/ E. Jonathan Mader
                                              E. Jonathan Mader