# Jake Kornegay

| | |
|---|---|
| **From:** | Gayla L. Smith <gsmith@qgtlaw.com> |
| **Sent:** | Tuesday, May 9, 2023 2:59 PM |
| **To:** | AREDdb_clerksoffice |
| **Subject:** | FW: Case No. 4:20-cv-414-BRW - CORRECTION  (United States of America ex rel. Steven Stepanishen and Steven Stepanishen, Individually v. BEI Precision Systems & Space Company, Inc.) |
| **Attachments:** | BEI - Notice of Appearance (EJM)(f).pdf |
| **Importance:** | High |

**CAUTION - EXTERNAL:**


Gayla Smith | Legal Assistant | Quattlebaum, Grooms & Tull PLLC |  501.379.1768

---

**From:** Gayla L. Smith
**Sent:** Tuesday, May 9, 2023 11:17 AM
**To:** clerksoffice@ared.gov
**Subject:** Case No. 4:20-cv-414-BRW - CORRECTION (United States of America ex rel. Steven Stepanishen and Steven Stepanishen, Individually v. BEI Precision Systems & Space Company, Inc.)
**Importance:** High

Attached is the notice of appearance for E. Jonathan Mader that should have been filed as Docket 19 in the above referenced matter.  Please substitute the attached as the correct filing for Docket 19.  If you have any questions, please feel free to contact me.

Thank you,
Gayla Smith

Gayla Smith | Legal Assistant
501.379.1768 | Fax: 501.379.1701 | gsmith@qgtlaw.com | vcard



111 Center Street, Suite 1900
Little Rock, Arkansas 72201
www.qgtlaw.com

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments.  Check your e-mail security settings to determine how attachments are handled.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.