IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA ex rel.
Steven Stepanishen and STEVEN STEPANISHEN,
Individually                                                                                           PLAINTIFFS

v.                                    Case No. 4:20-cv-414-BRW

BEI PRECISION SYSTEMS & SPACE
COMPANY, INC.                                                                                       DEFENDANT

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5(d) of the United States District Court for the Eastern District of Arkansas, Defendant BEI Precision Systems & Space Company, Inc. moves for the admission *pro hac vice* of Jason M. Crawford, a lawyer who is not a member of the Bar of this District. Mr. Crawford's phone number is (202) 624-2768. His office address is:

> Jason M. Crawford
> Crowell & Moring
> 1001 Pennsylvania Avenue, NW
> Washington, DC 20004
> Email: jcrawford@crowell.com

Mr. Crawford is a member in good standing of the bars of the United States Supreme Court; the United States Court of Appeals for the Fourth Circuit; the United States Court of Federal Claims; and the United States District Courts for the District of Columbia, the Eastern District of Michigan, the Southern District of Illinois, the Eastern District of Virginia, the Western District of Virginia, and the District of Connecticut.  Mr. Crawford designates the following members of the Bar with an office in Arkansas:

> John E. Tull III, Arkansas Bar No. 84150
> E.B. Chiles, IV, Arkansas Bar No. 96179
> Quattlebaum, Grooms & Tull, PLLC
> 111 Center Street, Suite 1900
> Little Rock, Arkansas 72201
> (501) 379-1700

WHEREFORE, BEI Precision Systems & Space Company, Inc. prays that the Court permit Jason M. Crawford to appear and participate in this action under Local Rule 83.5(d).

    John E. Tull III (84150)
    E. B. Chiles IV (96179)
    E. Jonathan Mader (2020180)
    QUATTLEBAUM, GROOMS & TULL PLLC
    111 Center Street, Suite 1900
    Little Rock, Arkansas  72201
    (501) 379-1700 Telephone
    (501) 379-1701 Facsimile
    jtull@qgtlaw.com
    cchiles@qgtlaw.com
    jmader@qgtlaw.com

    *Attorneys for BEI Precision Systems & Space Company, Inc.*