IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA ex rel.
Steven Stepanishen and STEVEN STEPANISHEN,
Individually                                                                                                   PLAINTIFFS

v.                              Case No. 4:20-cv-414-BRW

BEI PRECISION SYSTEMS & SPACE
COMPANY, INC.                                                                                                  DEFENDANT

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5(d) of the United States District Court for the Eastern District of Arkansas, Defendant BEI Precision Systems & Space Company, Inc. moves for the admission *pro hac vice* of William Tucker, a lawyer who is not a member of the Bar of this District. Mr. Tucker's phone number is (202) 508-8947. His office address is:

> William Tucker
> Crowell & Moring
> 1001 Pennsylvania Avenue, NW
> Washington, DC 20004
> Email: wtucker@crowell.com

Mr. Tucker is a member in good standing of the bar of the District of Columbia. Mr. Tucker designates the following members of the Bar with an office in Arkansas:

> John E. Tull III, Arkansas Bar No. 84150
> E.B. Chiles, IV, Arkansas Bar No. 96179
> Quattlebaum, Grooms & Tull, PLLC
> 111 Center Street, Suite 1900
> Little Rock, Arkansas 72201
> (501) 379-1700

WHEREFORE, BEI Precision Systems & Space Company, Inc. prays that the Court permit William Tucker to appear and participate in this action under Local Rule 83.5(d).

John E. Tull III (84150)
E. B. Chiles IV (96179)
E. Jonathan Mader (2020180)
QUATTLEBAUM, GROOMS & TULL PLLC
111 Center Street, Suite 1900
Little Rock, Arkansas  72201
(501) 379-1700 Telephone
(501) 379-1701 Facsimile
jtull@qgtlaw.com
cchiles@qgtlaw.com

*Attorneys for BEI Precision Systems & Space Company, Inc.*