# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* Stephen Stepanishen, and STEPHEN STEPANISHEN, individually,<br><br>               Plaintiffs,<br><br>      v.<br><br>BEI PRECISION SYSTEMS & SPACE COMPANY, INC.,<br><br>               Defendant. | Civil Action No. 4:20-cv-414-BRW |

## DEFENDANT BEI PRECISION SYSTEMS & SPACE COMPANY, INC.'S MOTION TO DISMISS RELATOR'S COMPLAINT

Defendant BEI Precision Systems & Space Company Inc. ("BEI"), pursuant to Federal Rules of Civil Procedure 8(a), 9(b), and 12(b)(6), moves to dismiss Relator Stephen Stepanishen's ("Relator's") complaint and, in support, states:

1. Relator alleges that BEI violated the False Claims Act, 31 U.S.C. § 3729 *et seq*. ("FCA") by presenting false claims for payment in violation of § 3729(a)(1)(A) (Count I) and by making false statements material to a false claim in violation of § 3729(a)(1)(B) (Count II). These counts must be dismissed for failure to sufficiently plead the elements of a viable cause of action.

2. Relator's allegations fail to identify any contract requirements from which BEI purportedly deviated, and the complaint rests upon conclusory allegations and speculative inferences, not well-pled facts supporting a plausible inference that false claims were submitted to

1

the government, and certainly not facts pled with the particularity required by Rule 9(b).

3.  Relator's FCA retaliatory discharge claim (Count III) must be dismissed pursuant to Rules 8(a) and 12(b)(6) because it fails to allege that BEI was on notice of any protected activity or that BEI took an adverse action against Relator solely because of this protected activity.

4.  BEI therefore respectfully requests that the complaint be dismissed under Rule 12(b)(6) for failure to meet the pleading standards of 8(a) and 9(b).

5.  BEI's motion is supported by the accompanying brief and the following exhibits:

    a.  Exhibit A – Last Chance Agreement

    b.  Exhibit B – Notice of Termination

WHEREFORE, Defendant BEI Precision Systems & Space Company Inc. prays that this Court grant its motion, dismiss Relator's complaint without prejudice, and award to Defendant all other relief to which it is entitled.

Dated: July 3, 2023

John E. Tull III (84150)
E. B. Chiles IV (96179)
E. Jonathan Mader (2020180)
QUATTLEBAUM, GROOMS & TULL PLLC
111 Center Street, Suite 1900
Little Rock, Arkansas 72201
(501) 379-1700 Telephone
(501) 379-1701 Facsimile

Jason M. Crawford (*pro hac vice*)
William M. Tucker (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
Phone: (202) 624-2500
Email: jcrawford@crowell.com
Email: wtucker@crowell.com

*Attorneys for BEI Precision Systems & Space Company, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of July, 2023, I electronically filed the foregoing using the Court's NextGen CM/ECF system, which caused service on all counsel of record. Additionally, the foregoing was served on counsel for the United States by electronic mail at the following:

Shannon S. Smith
Assistant United States Attorney
P.O. Box 1229
Little Rock, AR 72203
shannon.smith@usdoj.gov

                     */s/* John E. Tull III
                     John E. Tull III