# EXHIBIT A



# LAST CHANCE AGREEMENT

This agreement is made and entered into by and between BEI Precision Systems & Space Company, Inc., hereafter referred to as the "Company", and Steven Stepanishen.

This agreement was made on December 19, 2019, as a condition of Steven Stepanishen "eligibility for continued employment." The parties to this agreement hereby agree to the following, as outlined below:

1. Steven Stepanishen agrees, as a condition of his continued employment, to refrain from any disruptive behavior and act in a professional manner at all times.

2. Steven Stepanishen agrees, as a condition of his continued employment, to follow direction from Program Management on all customer interactions.

3. Steven Stepanishen agrees, as a condition of his continued employment, to abide by all company rules and regulations.

4. Steven Stepanishen agrees, as a condition of his continued employment, to keep personal issues from affecting the workplace and his productivity.

5. Steven Stepanishen, having indicated his current stress levels are high, is strongly encouraged to utilize either his medical provider or the company sponsored Employee Assistance Program (EAP) to get counseling. The twenty-four hour number is 1-800-227-1060. Company Code: BEI-PSSC.

6. Steven Stepanishen agrees that any violation of paragraph one, two, three or four is grounds for immediate termination. This agreement is enforceable for a period of two years; thereafter, Steven Stepanishen will follow all company rules and regulations as any other employee is expected to.

Executed this 19th day of, December 2019.

_____
Steven Stepanishen
Employee

_____
Steven Parker
Sr. Director – Performance Excellence

_____
Lori Edwards
Human Resources Generalist