# EXHIBIT B



1100 Murphy Drive, Maumelle, AR 72113
501-851-4000
BEIPrecision.com

March 5, 2020

Mr. Steven Stepanishen
42 Fortson Road
Vilonia, AR 72173

Steve,

This letter confirms our discussion today informing you that your employment with BEI Precision is terminated effective immediately due to violation of your Last Chance Agreement.

Your final paycheck will be direct deposited and the pay stub mailed to you on March 13, 2020 and will include payment for unused, accrued PTO hours.

Your health insurance benefits will continue through March 31, 2020. Your rights to continue coverage under COBRA will be provided to you by mail from our plan administrator.

You may contact Vanguard at www.vanguard.com or (800)523-1188 regarding your retirement plan distribution options.

If you need further assistance you may contact me at (501)851-5608.

Sincerely,

Lori Edwards
Human Resources Generalist