IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** *ex rel.* **Steven Stepanishen, and STEVEN STEPANISHEN,** individually,<br><br>       Plaintiffs,<br><br>vs.<br><br>**BEI PRECISION SYSTEMS & SPACE COMPANY, INC.**<br><br>       Defendant. | **Civil Action No.**<br>**4:20-cv-414-BRW** |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE

Plaintiff Steven Stepanishen, individually, by and through their attorneys Daniel Ford and Josh Sanford of Sanford Law Firm, PLLC, for their Motion for Extension of Time to File Response, does hereby state and allege as follows:

1.     On July 3, 2023, Defendant filed its Motion to Dismiss Relator's Complaint. ECF No. 28.

2.     Plaintiffs' deadline to file a Response to Defendant's Motion to Dismiss is July 17, 2023.

3.     Plaintiff is diligently working on his Response to Defendant's Motion but requires additional time.

4.     Plaintiffs request that the deadline to file their Response to Defendant's motion be extended by three weeks, to August 7, 2023.

Page 1 of 2
U.S.A. ex rel. Stepanishen v. BEI Precision Systems & Space Co., Inc.
U.S.D.C. (E.D. Ark.) No. 4:20-cv-414-BRW
Unopposed Motion for Extension of Time to File Response

5. Plaintiff's counsel conferred with Defendant's counsel and this Motion is unopposed.

6. The Parties also request, in conjunction with the requested extension for Plaintiff, an extension of Defendant's Reply deadline to August 18, 2023.

7. These extensions are sought in good faith and not for the purpose of delay.

WHEREFORE, premises considered, Plaintiff prays this Court grant this Motion to Extend the deadline for Plaintiffs' Response and Defendant's Reply to Defendant's Motion to Dismiss to August 7, 2023, and August 18, 2023, respectively, and for all other necessary and proper relief.

Respectfully submitted,

**UNITED STATES OF AMERICA, *ex. rel.* STEVEN STEPANISHEN, and STEVEN STEPANISHEN, individually, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Ste. 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

*/s/ Daniel Ford*
Daniel Ford
Ark. Bar No. 2014162
daniel@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

Page 2 of 2
U.S.A. ex rel. Stepanishen v. BEI Precision Systems & Space Co., Inc.
U.S.D.C. (E.D. Ark.) No. 4:20-cv-414-BRW
Unopposed Motion for Extension of Time to File Response