IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* Stephen Stepanishen, and STEPHEN STEPANISHEN, individually,<br><br>      Plaintiffs,<br><br>    v.<br><br>BEI PRECISION SYSTEMS & SPACE COMPANY, INC.,<br><br>      Defendant. | Civil Action No.<br>4:20-cv-414-BRW |

**REPORT OF THE PARTIES' RULE 26(f) PLANNING CONFERENCE**

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and Local Rule 26.1, the parties in this case, by and through their respective counsel, jointly submit the following information. The parties have further agreed that discovery, other than initial disclosures or other exceptions outlined below, will commence no earlier than 14 days after the filing of an answer. By agreeing to the schedule below, the parties do not waive their right to file a motion to stay or amend the schedule at a future date.

1. **Any changes in timing, form, or requirements of mandatory disclosures under Fed. R. Civ. P. 26(a).**

    Deadline for initial disclosures is to be 30 days after the parties submit this Rule 26(f) report.

2. **Dates by which mandatory disclosures will be made.**

    The parties agree that the mandatory disclosures set forth in Federal Rule of Civil Procedure 26(a) will be made as follows:

1

    a.  Initial disclosures under Rule 26(a)(1)(c) will be made with 30 days after the parties submit this Rule 26(f) report.

    b.  Plaintiff's Expert disclosures under Rule 26(a)(2)(d) will be made on or before December 19, 2023 (or 175 days before trial).

    c.  Defendant's Expert disclosures under Rule 26(a)(2)(d) will be made on or before January 18, 2024 (or 145 days before trial).

**3.    Subjects on which discovery may be needed.**

    a.  Relator expects to conduct discovery as to at least the following: relator's claims for violation of the False Claims Act, relator's retaliation claims, potential affirmative defenses, relator's damages, and any additional evidence relating to facts uncovered during discovery.

    b.  BEI expects to conduct discovery as to relator's claims, potential affirmative defenses, relator's alleged damages, and any additional evidence relating to facts uncovered during discovery.

The parties reserve their rights to conduct discovery based upon any additional facts discovered. The parties also reserve their rights to make appropriate objections to any discovery requests with respect to the aforementioned subjects or otherwise in accordance with the Federal Rules of Civil Procedure and applicable case law.

**4.    Whether any party will likely be requested to disclose or produce electronically stored information ("ESI").**

Yes.

    a.  **Whether disclosure or production will be limited to data reasonably available to the parties in the ordinary course of business;**

Yes.

    b.  **The anticipated scope, cost and time required for disclosure or production of ESI;**

At this time, the parties are still discussing the scope and extent of ESI discovery required, and the most efficient method for conducting such discovery, and they agree to continue to meet and confer on these issues.

    c.  **The format and media agreed to by the parties for the production of such data as well as agreed procedures for such production;**

    The parties anticipate that they will print and produce such data or produce the data in a digital format readable by all parties.

  d. **Whether reasonable measures have been taken to preserve potentially discoverable data from alteration or destruction in the ordinary course of business or otherwise;**

    The Parties affirm that they have taken such measures.

  e. **Other problems which the parties anticipate may arise in connection with electronic or computer-based discovery.**

    None at this time.

5. **Date by which discovery should be completed.**

  The parties propose that all discovery (fact and expert) should be completed by February 12, 2024 (or 120 days before trial).

6. **Any needed changes in limitations imposed by the Federal Rules of Civil Procedure.**

  None.

7. **Any orders, e.g. protective orders, which should be entered.**

  The parties anticipate requesting and producing documents and information that are confidential and warrant protection from public disclosure under Fed. R. Civ. P. 26(c). The parties agree to confer on the subject matter and scope of a protective order, and, if an agreement can be reached, to submit a joint motion for a protective order.

8. **Any objections to initial disclosures on the ground that mandatory disclosures are not appropriate in the circumstances of the action.**

  None.

9. **Any objections to the proposed trial date.**

  None.

10. **Proposed deadline for joining other parties and amending the pleadings.**

  The parties propose that the deadline for joining other parties and amending the pleadings should be 120 days before trial.

11. **Proposed deadline for completing discovery.**

The parties propose that all discovery (fact and expert) should be completed by February 12, 2024 (or 120 days before trial).

12. **Proposed deadline for filing motions other than motions for class certification.**

The parties propose that dispositive and *Daubert* motions should be filed by March 12, 2024 (or 90 days before trial).

Dated: July 31, 2023                              Respectfully Submitted

Daniel Ford (2014162)
Josh Sanford (2001037)
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Ste. 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

*Attorneys for Mr. Stepanishen*

John E. Tull III (84150)
E. B. Chiles IV (96179)
E. Jonathan Mader (2020180)
QUATTLEBAUM, GROOMS & TULL PLLC
111 Center Street, Suite 1900
Little Rock, Arkansas 72201
(501) 379-1700 Telephone
(501) 379-1701 Facsimile

Jason M. Crawford (*pro hac vice*)
William Tucker (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
Phone: (202) 624-2500
Email: jcrawford@crowell.com
Email: wtucker@crowell.com

*Attorneys for BEI Precision Systems & Space Company, Inc.*