IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA ex rel.** <br> **Steven Stepanishen and STEVEN STEPANISHEN,** <br> **Individually** | | **PLAINTIFFS** |
| v. | Case No. 4:20-cv-414-BRW | |
| **BEI PRECISION SYSTEMS & SPACE** <br> **COMPANY, INC.** | | **DEFENDANT** |

### DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO REPLY IN SUPPORT OF DISMISSAL

BEI Precision Systems & Space Company, Inc. ("BEI") moves for leave to reply in support of dismissal and, in support, states:

1. BEI has moved to dismiss the complaint of the relator Steven Stepanishen, and Stepanishen has filed a response.

2. The response includes at least one theory not addressed in the motion. BEI seeks leave to reply to address that theory and to reply in further support of the arguments made in its motion.

3. BEI seeks leave to reply not to rehash arguments already made or to burden the Court but because BEI believes that a reply to Stepanishen's response will aid in resolution of the issues before the Court.

4. BEI has conferred with Stepanishen and is authorized to state that he has no objection to the Court's granting BEI leave to reply in support of dismissal on or before August 21, 2023.

WHEREFORE, BEI Precision Systems & Space Company, Inc. prays that this Court grant it leave to reply in support of dismissal on or before August 21, 2023.

John E. Tull III (84150)
E. B. Chiles IV (96179)
QUATTLEBAUM, GROOMS & TULL PLLC
111 Center Street, Suite 1900
Little Rock, Arkansas  72201
(501) 379-1700 Telephone
(501) 379-1701 Facsimile
jtull@qgtlaw.com
cchiles@qgtlaw.com

*Attorneys for BEI Precision Systems & Space Company, Inc.*