IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFFS
*ex rel.* STEVEN STEPANISHEN, and
STEVEN STEPANISHEN, Individually

V.                                         NO. 4:20-cv-414-BRW

BEI PRECISION SYSTEMS & SPACE
COMPANY, INC.                                                                                DEFENDANT

**ENTRY OF APPEARANCE**

Please take notice that the undersigned counsel, Regina A. Young (96161), of Wright, Lindsey & Jennings LLP, hereby enters her appearance as counsel for defendant BEI Precision Systems & Space Company, Inc.

> Regina A. Young (96161)
> WRIGHT, LINDSEY & JENNINGS LLP
> 200 West Capitol Avenue, Suite 2300
> Little Rock, Arkansas 72201-3699
> PH:   (501) 371-0808
> FAX:  (501) 376-9442
> EM:   ryoung@wlj.com
>
> *Attorneys for BEI Precision Systems & Space Company, Inc.*

3005816-v1