# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**UNITED STATES OF AMERICA ex rel.**
**Steven Stepanishen and STEVEN STEPANISHEN,**
**Individually**                                                                                       **PLAINTIFFS**

**v.**                          **Case No. 4:20-cv-414-BRW**

**BEI PRECISION SYSTEMS & SPACE**
**COMPANY, INC.**                                                                                      **DEFENDANT**

## MOTION TO WITHDRAW AS COUNSEL

John E. Tull III, E. B. Chiles IV and E. Jonathan Mader of Quattlebaum, Grooms & Tull PLLC move the Court to enter an order permitting them to withdraw as counsel for Defendant BEI Precision Systems & Space Company, Inc.

Regina A. Young of Wright, Lindsey & Jennings LLP has entered her appearance as counsel for Defendant BEI Precision Systems & Space Company, Inc.

                                          John E. Tull III (84150)
                                          E. B. Chiles IV (96179)
                                          E. Jonathan Mader (2020180)
                                          QUATTLEBAUM, GROOMS & TULL PLLC
                                          111 Center Street, Suite 1900
                                          Little Rock, Arkansas  72201
                                          (501) 379-1700 Telephone
                                          (501) 379-1701 Facsimile

                                          *Attorneys for BEI Precision Systems & Space*
                                          *Company, Inc.*