IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFFS
*ex rel.* STEVEN STEPANISHEN, and
STEVEN STEPANISHEN, Individually

V.                              NO. 4:20-cv-414-BRW

BEI PRECISION SYSTEMS & SPACE
COMPANY, INC.                                                                DEFENDANT

## MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER

Defendant BEI Precision Systems & Space Company, Inc. ("BEI"), through its counsel and by agreement with counsel for plaintiff Steven Stepanishen, moves the Court to enter an Agreed Protective Order and for grounds states the following:

1. The parties recognize and agree that during the course of discovery in this case, they may disclose information and documents that the producing party contends are confidential and/or proprietary.

2. Counsel for the parties have agreed to the terms of a protective order that they believe would adequately protect the privacy and confidentiality interests involved.

3. Attached as Exhibit A to this motion is the proposed Agreed Protective Order, which has been approved by counsel for plaintiff Steven Stepanishen and counsel for defendant.

3066512-v1

4.      The parties move the Court to enter the proposed Agreed Protective Order.

WHEREFORE, Defendant BEI Precision Systems & Space Company, Inc. respectfully request that the motion for entry of an agreed protective order be granted and for all other proper relief.

> Regina A. Young (96161)
> WRIGHT, LINDSEY & JENNINGS LLP
> 200 West Capitol Avenue, Suite 2300
> Little Rock, Arkansas 72201-3699
> PH:   (501) 371-0808
> FAX: (501) 376-9442
> EM:   ryoung@wlj.com
>
> *AND*
>
> Jason M. Crawford
> William Tucker
> Crowell & Moring LLP
> 1001 Pennsylvania Ave., N.W.
> Washington, DC 20004
> jcrawford@cropwell.com
> wtucker@crowell.com
>
> *Attorneys for BEI Precision Systems & Space Company, Inc.*