IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** *ex rel.* **Steven Stepanishen, and STEVEN STEPANISHEN, individually,**<br><br>Plaintiffs,<br><br>vs.<br><br>**BEI PRECISION SYSTEMS & SPACE COMPANY, INC.**<br><br>Defendant. | Civil Action No.<br>4:20-cv-414-BRW |

### MOTION FOR EXTENSION OF TIME TO FILE RESPONSE

Plaintiff Steven Stepanishen, individually, by and through his attorney Josh Sanford of Sanford Law Firm, PLLC, for his Motion for Extension of Time to File Response, does hereby states and alleges as follows:

1. On March 28, 2024, Defendant filed its Motion for Summary Judgment. ECF No. 47.

2. Plaintiff's deadline to file a Response to Defendant's Motion for Summary Judgment is April 11, 2024.

3. Plaintiff is diligently working on his Response to Defendant's Motion but requires additional time.

4. Plaintiff requests that the deadline to file his Response to Defendant's Motion be extended by two weeks, to April 25, 2024.

Page 1 of 2
U.S.A. ex rel. Stepanishen v. BEI Precision Systems & Space Co., Inc.
U.S.D.C. (E.D. Ark.) No. 4:20-cv-414-BRW
Motion for Extension of Time to File Response

5. Plaintiff's counsel conferred with Defendant's counsel and this Motion is unopposed so long as the requested extension still leaves the Court sufficient time to rule prior to a trial.

6. This extension is sought in good faith and not for the purpose of delay.

WHEREFORE, premises considered, Plaintiff prays this Court grant this Motion to Extend the deadline for Plaintiff's Response to Defendant's Motion for Summary Judgment to April 25, 2024, and for all other necessary and proper relief.

Respectfully submitted,

**UNITED STATES OF AMERICA, *ex. rel.* STEVEN STEPANISHEN, and STEVEN STEPANISHEN, individually, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Ste. 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

*/s/ Josh Sanford*
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

Page 2 of 2
U.S.A. ex rel. Stepanishen v. BEI Precision Systems & Space Co., Inc.
U.S.D.C. (E.D. Ark.) No. 4:20-cv-414-BRW
Motion for Extension of Time to File Response