1            IN THE UNITED STATES DISTRICT COURT

           FOR THE EASTERN DISTRICT OF ARKANSAS

2                CENTRAL DIVISION

3

4   UNITED STATES OF AMERICA     )

   ex rel. STEVEN STEPANISHEN, and  )         PLAINTIFFS

5   STEVEN STEPANISHEN, Individually )

                         )

6                         )

   VS.                    )   NO. 4:20CV-414-BRW

7                         )

                         )

8   BEI PRECISION SYSTEMS & SPACE    )         DEFENDANT

   COMPANY, INC.             )

9

10

          ORAL DEPOSITION OF STEVEN STEPANISHEN

11

            MONDAY, FEBRUARY 12, 2024

12

             9:13 A.M. - 3:04 P.M.

13

14

15

16

17

18

19

20

21

22

23

24

25

Bushman Reporting       800-556-8974

A Veritext Company      www.veritext.com

```
 1                        A P P E A R A N C E S

 2

    ON BEHALF OF DEFENDANT:

 3

 4    Regina Young, Esquire

 5    Wright Lindsey & Jennings, LLP

 6    200 West Capitol Avenue

 7    Suite 2300

 8    Little Rock, Arkansas 72201

 9    ryoung@wlj.com

10

11

12    ON BEHALF OF PLAINTIFF:

13

14    Sean Short, Esquire

15    Sanford Law Firm, PLLC

16    10800 Financial Centre Parkway

17    Little Rock, Arkansas 72211

18    sean@sanfordlawfirm.com

19

20

21    ALSO PRESENT:

22

23    Cory King

24

25    Randy Schoening - Videographer
```

Page 2

1                        I N D E X

2   CAPTION .................................................   1

    TABLE OF CONTENTS .......................................   3

3   PROCEEDINGS .............................................   5

4       Direct Examination by Ms. Young ....................   5

5       Introduction of Exhibit 1 ..........................  10

6       Introduction of Exhibit 2 ..........................  23

7       Introduction of Exhibit 3 ..........................  33

8       Introduction of Exhibit 4 ..........................  33

9       Introduction of Exhibit 5 ..........................  33

10      Introduction of Exhibit 6 ..........................  66

11      Introduction of Exhibit 7 ..........................  70

12      Introduction of Exhibit 8 ..........................  85

13      Introduction of Exhibit 9 ..........................  86

14      Introduction of Exhibit 10 ........................ 103

15      Introduction of Exhibit 11 ........................ 111

16      Introduction of Exhibit 12 ........................ 124

17      Introduction of Exhibit 13 ........................ 128

18      Introduction of Exhibit 14 ........................ 140

19      Introduction of Exhibit 15 ........................ 153

20      Introduction of Exhibit 16 ........................ 159

21      Introduction of Exhibit 17 ........................ 170

22      Introduction of Exhibit 18 ........................ 172

23      Introduction of Exhibit 19 ........................ 173

24  DEPOSITION CONCLUDED ................................... 174

25  COURT REPORTER'S CERTIFICATE  ......................... 175

Bushman Reporting                    800-556-8974
A Veritext Company                www.veritext.com

```
1                            STIPULATIONS
2           THE ORAL DEPOSITION OF Steven Stepanishen , is being taken
3      on Monday, February 12th, 2024, before Markaiah Raney, Certified
4      Court Reporter, beginning at 9:13 a.m., in accordance with the
5      following:
6           IT IS HEREBY AGREED AND STIPULATED by the parties in the
7      above cause, through their attorneys of record, that the
8      deposition of Steven Stepanishen, may be taken on oral
9      deposition before Markaiah Raney, CCR, pursuant to the Arkansas
10     Rules of Civil Procedure for use as permitted by the Rules; that
11     the questions and answers so given and propounded shall be
12     transcribed by the reporter; that all formalities in the
13     notifying, taking, transcribing, signing of the deposition are
14     waived; that the right to object to the testimony of the witness
15     on the grounds of competency, relevancy and materiality is
16     expressly reserved, other than the form of the questions as
17     propounded to the witness; and that those such objections may be
18     asserted at the time of trial without the necessity of noting
19     the objection at the taking of the deposition.
20          IT IS FURTHER AGREED that when the questions and answers
21     are reduced to typewriting, the deposition may be mailed or
22     delivered as follows: one electronic copy to Ms. Young; and one
23     electronic copy to Mr. Short.
24            WHEREUPON, there being no further stipulations, the
25     following proceedings were had and done, to-wit:
```

Page 4

```
 1                    P R O C E E D I N G S

 2                     (Witness Sworn)

 3        WHEREUPON, Steven Stepanishen, having been duly sworn, gave

 4     the following testimony to wit:

 5                     DIRECT EXAMINATION

 6     BY MS. YOUNG:

 7     Q.   State your name for the record.

 8     A.   Steven Stepanishen.

 9     Q.   What is your date of birth?

10     A.   July 3rd, 1963.

11     Q.   What is your home address?

12     A.   42 Fortson Road, Vilonia, Arkansas 72173.

13     Q.   What is your cell phone number?

14     A.   It's 501-339-7517.

15     Q.   Mr. Stepanishen, are you ready to give your deposition

16     today?

17     A.   Yes.

18     Q.   Have you ever given deposition before today?

19     A.   No.

20     Q.   I understand you have a law degree; is that right?

21     A.   Yes.

22     Q.   And you practice law in California?

23     A.   Yes.

24     Q.   Have you practiced law in any other state?

25     A.   No.  Well, that's true.  Yes, Arkansas.
```

Page 5

1    Q.   So are you licensed to practice law in Arkansas?

2    A.   No.  I was a federal patents.

3    Q.   So you are a licensed patent attorney?

4    A.   Yes.

5    Q.   Are you also a licensed patent agent?

6    A.   Well, I'm on voluntary - - involuntary - - what's the name

7    - - I can t think of the term.  I'm not currently - -

8    involuntarily.

9    Q.   Are you active?  Is your license - - is your patent license

10   active?

11   A.   Yes, as an agent.

12   Q.   As an agent?

13   A.   Yes.

14   Q.   Is it active as an attorney?

15   A.   No, I'm involuntarily inactive.  That's it.

16   Q.   Okay.  Involuntary - -

17   A.   No, excuse me.  Voluntarily inactive.

18   Q.   Okay.  So your license has not been revoked?

19   A.   No - - no.  I'm just not practicing law.  So - - California

20   Bar fees are too high.

21   Q.   Okay.  Are you - - you said you've practiced law in federal

22   court in Arkansas?

23   A.   Copyright - - excuse me.  Patents and copyrights.

24   Q.   When was the last time you practice patent and copyright

25   law in Arkansas?

Bushman Reporting                    800-556-8974
A Veritext Company                   www.veritext.com

1    A.   It's been a long time, several years - - 2013, 2014.   Maybe

2    before that.

3    Q.   Have you ever taken a deposition?

4    A.   No.

5    Q.   If you don't understand any question, let me know.   But if

6    you answer a question, I'm going to assume that you understood

7    my question.   I expect that your deposition will last several

8    hours today and if you need a break, let me know.   And we can

9    take a break as often as you need it, as long as there's not a

10   question pending on the table.   So if I've asked a question, I

11   need you to answer it and then we can take a break.   Have you

12   taken any medications in the last 24 hours?

13   A.   No.

14   Q.   What documents did you review to prepare for your

15   deposition?

16   A.   I didn't review any.

17   Q.   There have been several documents that were produced in

18   response to requests for production of documents that I served

19   on you, via your attorneys.   Are you familiar with those

20   documents that were produced - -

21   A.   Yes.

22   Q.   - - in discovery?   Did you - - did you - - were you the one

23   who looked for those documents and gave them to your attorney

24   for production in this case?

25   A.   Yes.

1    Q.    And I noted that several of the documents were typed

2    narrative, kind of page after page describing the claims in this

3    case, were those - - and I'll probably mark some of those as

4    exhibits in the deposition.  But do you know what I'm talking

5    about?

6    A.    Yes.

7    Q.    Okay.  Were you the person who prepared those documents?

8    A.    Yes.

9    Q.    When did you prepare those documents?

10   A.    Various times.  Starting immediately after my termination,

11   and probably for the next several months - - over the next

12   several months I added to it.

13   Q.    I also served in interrogatories.  Are you familiar with

14   what interrogatories are?

15   A.    Yes.

16   Q.    Okay.  And serve those on your attorney and those were

17   answered and served.  The answers were served back on me.  Did

18   you help prepare those answers to interrogatories?

19   A.    Yes.

20   Q.    And were all of your answers to the interrogatories true

21   and correct?

22   A.    Yes.

23   Q.    Other than your attorneys, have you communicated with

24   anyone about your deposition today?

25   A.    No.

1  Q.   Have - - have you had - - other than your attorneys, have

2  you had any help to prepare for your deposition today?

3  A.   No.

4  Q.   How long have you lived at your current address?

5  A.   Since 2005, I believe.

6  Q.   Does anyone live with you - -

7  A.   No.

8  Q.   - - currently?  Where are you employed now?

9  A.   I'm not employed.

10  Q.   When was the last time that you've been employed?

11  A.   March 5th, 2020.

12  Q.   Was that for BEI Precision?

13  A.   Yes.

14  Q.   So the name of the defendant is in the lawsuit is BEI

15  Precision Systems and Space Company, Inc.  And today, I will

16  refer to them as BEI.  I just want to make sure that you

17  understand who I'm referring to if I shorten their name to BEI?

18  A.   That's fine.

19  Q.   Okay.  Is that how you refer to them?

20  A.   Yes.

21  Q.   Tell me about your educational history.

22  A.   I graduated from University of Massachusetts in 1985.  I

23  had a degree in electrical engineering, Bachelor of Science.

24  And then I went to law school in California at University of

25  West Los Angeles School of Law.  Graduated in 1993 with a JD,

Bushman Reporting                    800-556-8974
A Veritext Company                  www.veritext.com

1    Juris Doctor.

2    Q.    And is that all of your post high school - - excuse me,

3    post high school education?

4    A.    Yes.

5    Q.    So I'm going to hand you what I marked as Exhibit number

6    one to your deposition.  Can you identify Exhibit number one?

7           (Whereupon, Exhibit 1 was introduced in to evidence

8           and is attached here to.)

9    A.    Is that - -

10   Q.    Yes, what is Exhibit number one?

11   A.    It looks like a copy of my resume.

12   Q.    Do you see in the corner, at the bottom right hand corner

13   where it says Relator 000218?  They're numbered sequentially,

14   219 and 220.

15   A.    Yes.

16   Q.    So these were documents - - Exhibit number one was produced

17   in discovery with your responses to request for production of

18   documents.  Did - - did you prepare Exhibit number one?

19   A.    Yes.

20   Q.    So this is a document that you have prepared yourself?

21   A.    Yes.

22   Q.    When was it prepared?

23   A.    I believe, probably back in 2020.

24   Q.    Was it after you were terminated from BEI?

25   A.    Yes.

Bushman Reporting                    800-556-8974
A Veritext Company                  www.veritext.com

1    Q.   And is this a complete post college graduation work

2    history?

3    A.   Yes.

4    Q.   So after you graduated from the University of

5    Massachusetts, you worked for Hughes Aircraft Company Radar

6    Systems Group; is that right?

7    A.   Yes.

8    Q.   And you held that job for 10 years?

9    A.   Yes.

10   Q.   You were an engineer for that company?

11   A.   Yes.

12   Q.   And then from December of 1993, to June of 1998 you had

13   your own law firm?

14   A.   Yes.

15   Q.   And that was The Law Office of Steven Stepanishen?

16   A.   Yes.

17   Q.   According to your CV, marked as Exhibit number one, it

18   looked like you primarily handled criminal law?

19   A.   Yes.

20   Q.   Personal injury, family law, and landlord/tenant; is that

21   right?

22   A.   Yes.

23   Q.   And then, from May of 2004 to 2007 you work for Ivy, Smith,

24   and Ramirez?

25   A.   Oh, those are the dates.  Yes, correct.

Bushman Reporting          800-556-8974
A Veritext Company          www.veritext.com

1    Q.    As a patent attorney?

2    A.    Yes.

3    Q.    And that law firm is in Washington D.C.?

4    A.    They have an address in Washington, D.C., but it was

5    virtual.

6    Q.    So you practiced as a patent attorney from 2004 to 2007,

7    while you were living in Arkansas?

8    A.    Yes.

9    Q.    You were also working for BEI at the same time; is that

10   right?

11   A.    Yes.

12   Q.    Why did you stop working as a patent attorney?

13   A.    I don't know.  It was a lot of work.  There was no real

14   reason, I mean, I just stopped.

15   Q.    How many hours a week you devote to your work as a patent

16   attorney?

17   A.    Oh, a lot.  Probably three hours a night, four nights a

18   week.

19   Q.    How were you compensated for your work as a patent attorney

20   during those years, 2004 to 2007?

21   A.    I got paid per patent that I wrote.

22   Q.    How many patents did you write?

23   A.    I'm not sure.  Ten, maybe.

24   Q.    How much were you paid per patent?

25   A.    I don't recall.  It was around $2,500, I believe.

Page 12

1   Q.   And then, on the first page of Exhibit number one, you

2   worked for BEI from July of 1998 to - - it says May of 2020, but

3   that's not correct is it?

4   A.   I'm noticing a couple of typos on this.

5   Q.   What other typos are you noticing?

6   A.   The name BEI Precisions.   That should be BEI Precision.

7   Q.   Okay.   What about the job duties that you have written out

8   here on your CV, are those accurate?

9   A.   Yes.

10   Q.   So your employment with BEI began in 1998?   Is that right?

11   A.   Yes.

12   Q.   And you were terminated on March 5th of 2020?

13   A.   Correct.

14   Q.   Have you worked anywhere since March 5th of 2020?

15   A.   No.

16   Q.   What have your sources of income been since you were

17   terminated from BEI?

18   A.   Living off my savings and my 401k.

19   Q.   Do you have income from any other source?

20   A.   No.

21   Q.   I understand that you buy and sell vintage cars.   Do you do

22   that?

23   A.   No.

24   Q.   Are you disabled?

25   A.   No.

Bushman Reporting                   800-556-8974
A Veritext Company              www.veritext.com

1    Q.    Why haven't you been employed since BEI?

2    A.    I haven't found a position that lines up with my skill set,

3    or company that I wanted to work for.

4    Q.    You're not receiving disability payments of any kind?

5    A.    No, I'm not.

6    Q.    Have you looked for a job since you were terminated from

7    BEI?

8    A.    Oh, yeah.  Yes.

9    Q.    What have you done to try to find a job?

10   A.    I m constantly scanning job - - you know, job websites, and

11   I get a lot of emails from headhunters.

12   Q.    What are the internet job websites that you are constantly

13   scanning?

14   A.    LinkedIn and I think Indeed, that is a couple.  I don't

15   recall the names, but they're common job websites.  You know,

16   once you sign up for one of them you get emails from a dozen

17   different, various ones.  I couldn't tell you the names.

18   Q.    What do you mean by constantly scanning?

19   A.    Well every day I get emails that list job openings that

20   supposedly line up with my resume.  So I read those and I scan

21   the list and if I see something on there, I click it and then I

22   go through that list of job listings.

23   Q.    Have you applied for a job since you were terminated?

24   A.    Yes.

25   Q.    What jobs have you applied for?

Bushman Reporting                    800-556-8974
A Veritext Company                   www.veritext.com

1    A.    I applied for a job at Blue Canyon Technologies up in

2    Colorado.   I applied for a job for Raytheon as a quality

3    engineer.   I applied for several reliability engineering jobs.

4    One with a company in North Arkansas, I can't recall the name of

5    it.   I applied for a quality assurance job at Sig Sauer, it's

6    over in Jacksonville.   I can't recall any others, but - -

7    Q.    Want to make sure - -

8    A.    Oh yeah, Kimberly Clark.   That was - - I actually applied

9    at BEI again.   I'm sure there's others, just off the top my head

10   I can't - - I can't recall.

11   Q.    So you applied for a position at - - you said, Blue Canyon

12   in Colorado?

13   A.    Yes.

14   Q.    When was that?

15   A.    I'm not sure.   Last year, possibly.   Or the year before.

16   Q.    You applied for a job at Raytheon as a quality - - as a

17   quality engineer?

18   A.    Yes.

19   Q.    When did you apply for that job?

20   A.    I think that was back in 2021.

21   Q.    You said you applied for a reliability engineer job in

22   North Arkansas?

23   A.    Yes.

24   Q.    When was that?

25   A.    That was also in 2021.

Bushman Reporting                    800-556-8974
A Veritext Company              www.veritext.com

1    Q.   You applied for a quality assurance job at Sig Sauer?

2    A.   Yes.

3    Q.   When was that?

4    A.   I'm not sure, it was 2021 or 2022.  I think I applied twice

5    for two different jobs they had.

6    Q.   You apply to Kimberly Clark for a job?

7    A.   Yes.

8    Q.   What was that job?

9    A.   It was like a maintenance engineering job or - - not - -

10   not really a reliability engineer, but it was - - it had to do

11   with reliability of the system and upgrades.

12   Q.   So when did you apply for that job?

13   A.   I think it was 2021 as well.

14   Q.   You said you applied for a job at BEI?

15   A.   Yes.

16   Q.   What job was that?

17   A.   Their reliability engineering position they had open.

18   Q.   When was that?

19   A.   I don't recall.

20   Q.   Are those all the jobs you can remember applying for?

21   A.   Yes.

22   Q.   You said you get emails from headhunters?

23   A.   Yes.

24   Q.   Who are the headhunters that you get emails from?

25   A.   I don't know who they are.  They must find my resume online

Page 16

1      and they contact me.  There's at least five that have contacted

2      me over the three years - - past three years.

3      Q.    And when they contact you, is it because they believe they

4      have a job that fits your qualifications and experience?

5      A.    Yes.

6      Q.    What jobs have they contacted you about?

7      A.    Mainly reliability engineer positions.

8      Q.    Have you applied for any of those positions that a

9      headhunter has brought to your attention?

10     A.    No.

11     Q.    Why not?

12     A.    There's always something in their job description that I

13     don't qualify that s a requirement.  For instance, most of them

14     require active secret clearance, and I don't have a clearance.

15     Q.    How do you get it?  How do you get clearance?

16     A.    Normally, you get it after you get the job.  I had a secret

17     clearance with Hughes and that's - - you know, I got hired and

18     they take you in to your first day initiation and you fill out

19     the security paperwork, and they submit it and you get a reply

20     back.

21     Q.    So if - - if you get clearance once you get the job, why

22     didn't you apply to any of those jobs that the headhunters

23     brought to you?

24     A.    That was back in 1997.

25     Q.    Okay, well, I'm talking about your - -

1    A.   Oh, because they required an active secret clearance as a

2    requirement.

3    Q.   Okay.  So the headhunter brought you a job and said, I

4    think you qualify for this.

5    A.   Yes.

6    Q.   But you thought you didn't qualify for it because you

7    didn't have clearance?

8    A.   Yes.

9    Q.   Okay.  But I thought you said you get clearance once you go

10   to work for the company?

11   A.   Correct.  That's what I that's how I got my first

12   clearance.  I don't know how they do it now.  I don't know if

13   after you get a clearance that that continues on after you leave

14   the employment.

15   Q.   Or if you applied for the job and you were offered the job,

16   then they would have gotten your security clearance; right?

17   A.   I don't know.

18   Q.   But you didn't - - you didn't even bother to find out?

19   A.   It appeared to me that I had to have an active secret

20   clearance to be qualified for the job.  Not - - you see,

21   sometimes you'll see on listings, it will say must be capable of

22   obtaining a secret clearance versus must have a secret

23   clearance; okay?  I'm capable of obtaining a secret clearance,

24   but I do not actively have an active secret clearance.

25   Q.   When was the last time you actively looked for a job?

Bushman Reporting                    800-556-8974

A Veritext Company                   www.veritext.com

1    A.   Yesterday.

2    Q.   What did you do?

3    A.   I went through my emails and scanned the listings.

4    Q.   Were there any jobs that you thought you might be qualified

5    for?

6    A.   I looked at a couple of listings, but I didn't meet the

7    qualifications.

8    Q.   What were those?

9    A.   Normally, it was something to do with computer programming,

10   and I don't have any computer programming skills or background,

11   so.  Requires, you know, is a specific language or skip or

12   something, you know, and I don't have any of that skill.

13   Q.   Were you actively looking for a job in January of 2024?

14   A.   Yes.

15   Q.   Did you apply to any jobs in January of 2024?

16   A.   No.

17   Q.   Have you had any job offers since your termination from

18   BEI?

19   A.   No.

20   Q.   Why haven't you pursued employment as a patent attorney or

21   agent since your termination from BEI?

22   A.   I have.

23   Q.   Well, tell me about those efforts.

24   A.   A friend of mine - - I still have another job I have to

25   apply for.  A friend of mine is a patent attorney.  I went to

Page 19

```
 1    law school with him and he and I spoke back in - - is it
 2    December?  I believe it was December, about me working for him
 3    and he was supposed to get back to me and - - and he never did.
 4    So I have to call back.
 5    Q.    That was December of 2023?
 6    A.    Yes.
 7    Q.    And you said you remembered another job you applied for?
 8    A.    Yes.  The same guy.  He was working for a financial
 9    consulting company down in Florida and he thought that I could
10    do the job.  So I sent my resume out and they flew me out there
11    for training.  And when I got there, it looked like a scam to
12    me.  So I basically told them no.  I still think it's a scam.
13    Q.    What was the job for?
14    A.    It was a company that supposedly goes into other businesses
15    and says, "We can save you money on your books, your taxes."
16    They have a guy come in, and they said, "No money up front and
17    if we can save you at least $1,500, you know, you'll pay us this
18    much."  And then they bring in a consultant to go through the
19    books and draws up a plan - - a business plan and supposedly
20    saves the company money.
21    Q.    What was the name of the company?
22    A.    Profit Management Solutions.
23    Q.    And you said they flew you to Florida for it?
24    A.    Yes.
25    Q.    What was the pay?
```

Page 20

1    A.    It was a commission.  It was - - I got a percentage of the

2    amount of the consulting contract.

3    Q.    When were you offered that job and went to Florida for

4    training?

5    A.    I wasn't offered the job.  I went out to Florida for the

6    training.  They sounded like they were going to hire me.  In

7    fact, I was waiting for a call for them to bring me back out for

8    more training and they never called.

9    Q.    When did all of that occur?

10   A.    Last year.

11   Q.    Do you have any work related physical limitations?

12   A.    No.

13   Q.    Why didn't you follow up with the patent attorney who

14   contacted you in December?

15   A.    Well, he was - - he was the same guy that gave me the

16   connection to Profit Management Solutions.  So I was a little

17   skeptical from the get go.  When he told me that he wanted me to

18   work writing patents for him, he mentioned that I had to pay him

19   a fee, or something.  And I straight up told him, I says, "If

20   I'm going to write patents for you, I'm not going to pay you a

21   fee."  And that's when I never heard from him again, so.

22   Q.    What is this guy's name?

23   A.    Phil Virga.

24   Q.    How do you spell it?

25   A.    P-H-I-L, first name.  V-I-R-G-O - - G-A.

Page 21

1    Q.    Where does he practice?

2    A.    Las Vegas.

3    Q.    How do you know this gentleman?

4    A.    I went to law school with him and he worked at Hughes

5    Aircraft at the same time I did.

6    Q.    I'm going to switch gears here and talk about your lawsuit,

7    your claims under the False Claims Act.  So I'm going to hand

8    this to you.  I'm not going to mark it as an exhibit, but we'll

9    refer to it throughout your deposition.  That's a copy of your

10   complaint.  And I show that it was filed on April the 16th of

11   2020; is that correct?

12   A.    Yes.

13   Q.    I wanted to look at the first few paragraphs of your

14   complaint it says, "While working - -"  I'm reading from

15   paragraph one.  "While working as a Reliability Engineer for

16   Defendant BEI Precision Systems and Space Company Incorporated,

17   Relator discovered that Defendant had, in order to secure

18   government production contracts for millions of dollars,

19   fraudulently misrepresented to the government the space tested

20   capabilities of several major encoder projects."  And when the

21   complaint refers to Relator, that's you; is that correct?  You

22   understand that you're the relator.

23   A.    Yes.

24   Q.    Okay, paragraph two.  It says,  More specifically,

25   Defendant circulated advertisements and made material

Page 22

1   representations and contractual discussions that certain optical

2   encoders it was now manufacturing were space qualified, an

3   industry term of art that means the component had either

4   actually been used successfully in space or had undergone

5   rigorous conditions testing to ensure its suitability for space

6   conditions.   And then paragraph three, you allege in your

7   complaint that,  In reality, Defendants  optical encoders were

8   being produced for the first time, had not yet been utilized as

9   a component in space, and had not undergone even close to the

10   level of environmental testing sufficient to describe such a

11   product as space qualified.  Now it's my understanding, that's

12   the fraud that you claim my client committed; is that right?

13   A.   Yes.

14   Q.   Is there any other fraud that you claim my client

15   committed?

16   A.   Well, it was a attempt at fraud.  It was direction and

17   instruction from one of the program managers, who's actually

18   vice president of programs.  He wanted me to commit timecard

19   fraud by charging to a contract - - government contract that BEI

20   had that I wasn't working on.

21   Q.   And who was the manager that directed you to do that?

22   A.   It was David Dam.

23   Q.   Okay.  I'm going to hand you what I've marked as Exhibit

24   number two.

25         (Whereupon, Exhibit 2 was introduced in to evidence

Page 23

1           and is attached hereto.)

2   A.    Yes.

3   Q.    Do you recognize Exhibit number two?

4   A.    Yes.

5   Q.    What is Exhibit number two?

6   A.    Some of the notes that I ve taken.

7   Q.    Okay.  Now what I want to do is - - is look at the second

8   paragraph that says - - that starts with,  My strongest claim

9   against BEI involves several new kit encoder models that BEI

10  began offering for sale.  These kit encoder models were called

11  NanoSeries ARA, NanoSeries AIM-II, NanoSeries Tracker and

12  NanoSeries Space tacker.

13  A.    Tracker.

14  Q.    Tracker.

15  A.    That s a typo.  I make a lot of typos when I type.

16  Q.    And then the sentence I've got highlighted here is that you

17  said,  They all shared one significant feature, they were each

18  falsely advertised as being a fully engineered mature design

19  available in a variety of sizes and configurations that can be

20  built to print and delivered quicker and cheaper than the

21  problematic custom design encoders BEI had offered in the past.

22  And so that and the fraudulent billing is my understanding, that

23  encapsulates the fraud you claim in this case?

24  A.    Yes.

25  Q.    When did you first arrive at the conclusion that BEI had

                                                    Page 24

1    committed this fraud?

2    A.   It was in 2019.  In the late summer, early fall.

3    Q.   And how did you arrive at that conclusion?

4    A.   I was working as a reliability engineer, I was actually the

5    manager of the reliability department.  However, I was the only

6    person in the department, and I was in charge of conducting

7    failure analysis on space encoders that had failed or components

8    that had test issues or failures.  And the NanoSeries encoders

9    were going into production for a number of new customers, or new

10   contracts and we started having a number of failures, both at

11   the piece part component level, as well as at the encoder level.

12   There were at least two components that were failing and there

13   were at least three or four encoder failures - - different

14   failures.  And during my investigation, one of the failures

15   involved the NASA Solar Cal encoder contract, where the signals

16   that are generated from the code disk, they weren't the right

17   levels, they weren't - - they weren't correct to produce the

18   correct output and I had to write the failure analysis on that.

19   And during my failure investigation, one of the things I do is I

20   talk to the engineers who designed it - - worked on it, to get

21   their feedback.  And during that discussion, he was completely

22   unsure of why it was failing.  He didn't know why the signals

23   were out of whack.  And they had made a couple of changes at

24   that time.  They thought it was the op amps inside the read head

25   of the encoder, and I believe they changed it to a different op

                                                    Page 25

```
 1    amp and it had the same problem.  And as a person has to do the
 2    failure investigation and write the report, I have to provide
 3    the root cause of the failure, I had to explained what happened.
 4    And the engineer couldn't explain why it was happening.  I
 5    couldn't explain why it was happening.  And I simply asked,
 6     Well, have we ever tested one of these before?   And he said,
 7     No.   I said,  What do you mean, you've never tested one of
 8    these before?   Typically, what happens at BEI is when we get an
 9    encoder contract, they'll create an engineering model, or a
10    prototype and they'll build it and they'll run it through a
11    series of tests and verifies performance.  And at that point,
12    they'll also debug it.  If the signals aren't correct, they'll
13    make adjustments to the circuit.  And all this is done to make
14    the design complete - - mature the design, basically.  These
15    optical encoders are very finicky devices.  They're extremely
16    precise measuring devices.  And the way the output of these
17    encoders is developed is there's an optical signal that is shot
18    - - shoot - - shot through a code disk that has a printed
19    pattern on it and photo cells pick up those signals and they get
20    amplified and manipulated, added, subtracted.  They do the math
21    to them and outcomes a position - - binary code for position.
22    And because there's a physical nature to it, you know, there's
23    an alignment, it is distances between the read head and the code
24    - - all these optical measurements, reflections, things like
25    that, your optical signals that are picked up by the photo
```

Page 26

1    cells, sometimes not perfect.  So they can make adjustments, and

2    they always require adjustments.  Because the nature of the - -

3    the optical and the electrical make it so that - - your

4    alignments are never going to be perfect, you know, your

5    components are never going to be exactly - - give you the exact

6    same output.  So, you make adjustments, you know, you put

7    different bias resistors in there, so forth.  So, when he told

8    me that they had never tested one before, I was like,  How can

9    this be?  We're selling these things.  How can we sell them if

10   we've never made one?   I didn't believe him.  It didn t seem

11   reasonable.  So I went to the engineering manager, Jim Dyer, and

12   I asked him, I said,  Jeremy just told me that we never made

13   this before, is that true?  He said,  Yeah, it's true.  We

14   never made one.   I said,  How do you expect it to work for

15   these customers if we've never debugged one before?   And he

16   goes,  I don't know, I asked management to fund an R and D Park

17   project so that we could build engineering models in the lab and

18   do the debugging.   They typically do, and his funding request

19   was denied.  And so he went back to management and told them,

20    We can't guarantee these things are going to work.  In fact,

21   they most likely won't when they re first built, until you go

22   through the debugging process.

23   Q.   Which is what you were doing.

24   A.   No, I was actually doing a failure analysis on a product we

25   were going to ship to a customer.  It is a difference.

Bushman Reporting                    800-556-8974
A Veritext Company                  www.veritext.com

1    Q.    What is that difference?

2    A.    Well, when you have a product that you're going to sell at

3    the front end of the stage, you have product development.  You

4    make the product, you test it, you verify it works.  Once you

5    get it working and optimize, whatever, you can sell it.  And

6    then you take that design, and you start to copy it.  Those work

7    because it s based off what you've already debugged.  What BEI

8    did was they didn't bother with the debugging portion.  They

9    sold these units without building, testing, verifying their

10   performance.

11   Q.    Well, what were you doing?  I thought you were - -

12   A.    Well - -

13   Q.    - - testing and verifying their performance?

14   A.    No, I - - I'm doing a failure analysis.  I'm trying to

15   figure out why this has failed.

16   Q.    Okay, right.

17   A.    So it's - - it's - - it's different.

18   Q.    How's it different?

19   A.    It's supposed to work, when I - - when it comes to me,

20   before it gets - - when it goes in to test, in the build, it s

21   supposed to be working.  It's supposed to be - -

22   Q.    What's your role?  I mean, if it's supposed to work, why

23   have a failure - - why have a reliability engineer?

24   A.    Because reliability engineer only comes into play on an

25   item that's in manufacturing or tests for a customer; okay?

Bushman Reporting                                800-556-8974
A Veritext Company                              www.veritext.com

```
 1    Before that - - before the customer gets it, there's a whole
 2    engineering design, and prototyping, and debugging to get the
 3    design worked out, basically.  Reliability doesn't come in at
 4    all.  I don't see any of that.  It's all handled by engineering.
 5    I only come in when there's a end item that - - a deliverable
 6    end item, or a component that goes into a deliverable end item,
 7    that's in test that fails.  So the whole process for the
 8    encoders I worked on, they are customer products, they're not
 9    engineering, they re not R and D, they're not, you know - -
10    they're built to the design, schematics, drawings, built per
11    release test procedures and processes.  When engineering does
12    their engineering models, unless it's contracted by the
13    customer, they're basically free to build and tweak their
14    circuit however they want, and when they get one working, they
15    update the drawings.  That's when I come in.  I come in, I
16    review the final design, and then they start to build the flight
17    units.  If those fail, during the build process, or the testing
18    process, everything stops.  Everybody hands off the product, I
19    come down and I have to do a failure investigation, write a
20    report, provide troubleshooting steps, do the troubleshooting,
21    find a root cause, determine why it happened, provide corrective
22    action to prevent it from happening, provide instructions as to
23    what needs to be changed and what step in the process we need to
24    go back to, to repeat.  So if we're in the middle of an
25    acceptance test and we fail in the middle of the acceptance
```

Bushman Reporting                    800-556-8974
A Veritext Company                   www.veritext.com

1   test, once I figure out the cause and make the corrections,

2   circuit designs, whatever, we go back to some stage prior and

3   then repeat.  Hopefully, when we get through that acceptance

4   test, if it all passes, I can close the report.

5   Q.   Okay.  And when you - - when does that - - the product go

6   to the - - to the client?  After you complete your - -

7   A.   After we complete - - after we complete all the acceptance

8   testing.  So acceptance testing is a series of tests - - series

9   of different types of tests.  There s electrical tests, there's

10  environmental tests.  For instance, it's - - it's usually set up

11  that there's an initial electrical performance test, which

12  basically you're looking at the electrical signals that come in

13  off the unit, you re making sure that the output is okay, that

14  the signal levels are okay, that it functions as an encoder and

15  there's no anomalies that arise, no unexpected conditions.  And

16  from that, we go and do an accuracy test on it, which is

17  basically a big machine that BEI has that compares the output

18  our - - our encoder to this gigantic encoder to see how close

19  they are.  And after that, it goes into - - it s a thermal

20  cycling, we put it into a thermal chamber.  We put it through

21  temperature cycling, very cold temperature to a very high

22  temperature, and we test the electrical characteristics over

23  temperature.  And after that, we might do a vibration test where

24  then it gets mounted to a vibration table and we shake it.  And

25  after we shake it, we do more electrical testing to see if it

Bushman Reporting                          800-556-8974
A Veritext Company                       www.veritext.com

```
 1    broke.  If it doesn't break, we go into the next test.
 2    Sometimes it's a thermal vacuum test, where we put it into a big
 3    chamber, they put a vacuum on it, like up in space, it's a
 4    vacuum, and we go through more temperature cycling and do
 5    electrical testing periodically through the cycling.  If that
 6    passes, then we typically go and do another acceptance - -
 7    electrical acceptance test with an accuracy test.  And when
 8    that's done, paperwork that they have to do, the testing is
 9    done.  Unless the contractor also calls for qualification
10    testing.  Which means we take another unit and we put it through
11    another series of tests - - there's a more rigorous test, it's
12    meant to really push the limits of what the environment is going
13    to - - it's going to live in.  That unit won't be used up in
14    space, because it's been thrashed during the testing.  But it's
15    - - it's - - it's a way to qualify the unit to say,  Yes, it
16    passed all these tests at these higher levels than it will see
17    normally.  It s qualified for space.  It's good to go.  Like I
18    said, that unit will typically be delivered to the customer, but
19    they don't use it because they consider it to be stressed.  And
20    if there's a failure during any of that, the acceptance or the
21    qualification testing, that's when I come in.
22    Q.   Okay.  And as you come in and do your reliability analysis
23    - -
24    A.   Right.
25    Q.   Okay.  And you were in the process of doing your
```

Bushman Reporting
A Veritext Company

800-556-8974
www.veritext.com

```
1    reliability analysis - -

2    A.   Correct.

3    Q.   - - on these encoders; is that correct?

4    A.   Yes.

5    Q.   And that's when you came to the conclusion that BEI had

6    committed fraud?

7    A.   Yes.

8    Q.   Okay.  According to your complaint, you said that BEI

9    circulated advertisements and made material representations and

10   contractual discussions that certain optical encoders it was now

11   manufacturing were space qualified.  And so that's - - that's

12   what I wanted to focus on is the - - the advertisements that you

13   claim BEI circulated that contain the material

14   misrepresentations.  What were those advertisements?

15   A.   They went to trade shows.  BEI has a trade show group that

16   they take some of their products and, you know, a bunch of

17   signs, and placards, and booth, and they set up at different

18   conferences - - different space emporiums that they have,

19   advertising their products.  They also published a bunch of data

20   sheets that describe the encoders and describe the capabilities

21   and the different flavors that they can come in.  And they also

22   contacted a number of our customers, our normal customers that

23   we have for encoders and invited them into BEI to witness a unit

24   that they had built - - an engineering unit.  And they use that

25   as a demonstration for - - to try to get more business.
```

Page 32

1    Q.    Were you a part of the trade show group that went to these

2    conferences and space emporiums?

3    A.    No.

4    Q.    Okay.  So you don't - - you don't - - you can't say what

5    their communications and conversations were with potential

6    clients for these encoders; can you?

7    A.    No.

8    Q.    You did produce some flyers with your discovery responses.

9    So I'm going to hand you what I've marked as Exhibit number

10   three.  Is this the   - the data sheet that you are referring to

11   flow from?

12            (Whereupon, Exhibit 3 was introduced in to the record

13       and is attached here to.)

14   A.    Yes.

15   Q.    I've got two more here.  We'll go ahead and mark those

16   Exhibit four and five.  Mr. Stepanishen, and I've handed you

17   Exhibits marked Exhibits three, four, and five.  Are these the

18   data sheets you were referring to earlier?

19               (Whereupon, Exhibit s 4 and 5 were introduced in

20       to the record and are attached here to.)

21   A.    Yeah, there should be one more.

22   Q.    Yeah, I couldn't find it with your production.  You produce

23   some later on, but they are dated December of 2020.

24   A.    There should be another one for this space tracker, but I'm

25   not sure why you don't have it.  I thought I included it.

Page 33

1    Q.   So looking at Exhibits three, four and five, can you point

2    out the fraudulent representations or material

3    misrepresentations in these Exhibits that you believe my client

4    made?

5    A.   On the - - right here on the Nonoseries Ara.

6    Q.   You re looking at Exhibit three?

7    A.   Exhibit three, yes.   It says that Ara is BEI s flagship

8    space qualified optical encoder.   It wasn't space qualified.

9    They wanted it to be space qualified, but it wasn't yet space

10   qualified.

11   Q.   Did it eventually become space qualified?

12   A.   Once it passes all the testing, and it hadn't done that

13   when I was there.

14   Q.   That's what you were doing, you were conducting the

15   testing?

16   A.   No, I was conducting acceptance testing.   Which is, it s

17   basically a verification process that the encoder met the

18   requirements that - - that - - the requirements that are

19   basically stated on page number one, two, page three, page four,

20   page five, page six, page seven.   So they verify a number of

21   these specs that are listed on here.   For instance, the

22   operating temperature range, that's the thermal cycling, they

23   will put it into a thermal cycle and they will cycle it over

24   this temperature range and do electrical testing.   Vibration,

25   they will put it on the vibe table and it was subjected to this

Page 34

1    level of vibration and verify it still works.

2    Q.   Okay.

3    A.   And all of the encoders that I have done failure analysis,

4    they all failed during the initial test - - the initial

5    electrical, for various reasons.

6    Q.   Okay, so you're working on debugging?

7    A.   Nope.  I was working on a failure analysis.  It shouldn't

8    have had debugging, there s a difference.  Troubleshooting is

9    you're trying to find out why it wasn't working.  Debugging is

10   trying to find out how the circuit should have been.

11   Q.   Okay.

12   A.   Okay?  It's a little bit different.  By the time I - - by

13   the time it gets to acceptance testing, it should have been

14   debugged.

15   Q.   Okay.  So - - okay, so you were you were conducting the

16   acceptance testing?

17   A.   The failure investigation - -

18   Q.   Failure investigation.  Okay.  And had - - had the encoder

19   been delivered to the client?

20   A.   No, no.  It has to pass all of this testing before it gets

21   to the client.

22   Q.   Were you terminated before it was passed to the client?

23   A.   Yes.

24   Q.   Do you know whether in - - so your point was it wasn't

25   space qualified; is that right?

Page 35

1  A.   It wasn't - - yeah.  It wasn't a mature design.  It wasn't

2  ready for production.  It had not - - they're not showing it to

3  be a working unit.

4  Q.   By the time BEI completed it s testing, was it a completed,

5  working unit?

6  A.   I don't know.

7  Q.   You weren't there.

8  A.   Yeah.

9  Q.   Is there any other misrepresentation in Exhibit three?

10  A.   Well, yeah, on the - -

11  Q.   And if you look at the corner, it's really tiny, do you see

12  the Bates number?  It's in the gray part where it says Relator.

13  A.   Okay, there you go.  Yeah.

14  Q.   That helps.

15  A.   It says page - - does it say 11?  There s enough pages to

16  this book.  And I guess that says 11.

17  Q.   Relator 11?

18  A.   Yeah.  It shows that it is outside this diameter as part of

19  the part number, it shows a number of different sizes.  They

20  didn't build these - - they have - - they didn't do any

21  prototyping on all of these different sizes.  Because of the

22  nature of the product, the optical measurements, the distances

23  between things, when you change the size of a code disk, you

24  change the optical characteristics.  So if you had a schematic

25  design for like a three inch unit, and you just decided to

Page 36

1    double it, it won't work.  You have to make adjustments because

2    of the size differences.  And there's no expectation that you

3    can take a design for one size and apply it to another size and

4    expect it to work.  It's just not going to happen.  You have to

5    adjust for it.  So they're stating because the encoder model is

6    available in all the sizes, and they did that specifically

7    because these customers that were looking for encoders they were

8    only interested in mature designs - - working designs, that have

9    proven themselves.

10   Q.   How do you know that?

11   A.   We had numerous discussions with our customers.  The whole

12   reason that the NanoSeries line of encoders was created was

13   because BEI was losing customers.  We - - before the NanoSeries

14   came, BEI built custom built encoders for it s customers.  In

15   other words, our customers come in and said,  This is what we

16   need it to do.  This is how accurate we need it to be.  This is

17   where it needs to bolt up to.  This is where it has to fit in.

18   They'll give us an envelope, you know, an interface drawing that

19   shows that this is where it has to - - and we would design, from

20   the ground up, every - - most everything about it.  The case

21   that it goes, in the code desk, what pattern we're going to use,

22   what circuit were going to used, they're all different.  They're

23   all custom made for that one purpose.  They may be similar, you

24   know, they may have the same sort of amplifier type circuit in

25   there, but not necessarily the same op amp, because different

Bushman Reporting          800-556-8974

A Veritext Company        www.veritext.com

```
 1    components will give you different signal characteristics.  So
 2    depending on what the customer wanted, the engineering team
 3    would design to that.  The problem with that was that it cost a
 4    lot of money and it took a lot of time to get some of these
 5    components, these space ready components to be used in a space
 6    ready encoder.  It could take eight months from the time you
 7    place an order to the time the part shows up.  And even after it
 8    shows up, it doesn't mean that we can use it right away,
 9    sometimes we have to do other testing to it.  So from the time a
10    contract was signed, it would typically be a year, at the
11    minimum, to two years before we start building, because there's
12    all this design work that needs to happen.  There's all these
13    analyses that have to be presented, there s all of these design
14    reviews that we have to go through and prove the concept to the
15    customer, and to the government if they're involved.  So from
16    the time the contract was signed, to possibly three years later,
17    they get the product.  And that's a long time and those products
18    cost a lot of money, millions and millions of dollars each.  And
19    because of the nature of the encoder, there was always problems.
20    I can't recall of any program that didn't have failures on the
21    initial electrical testing, so that would add more delay.  And
22    over time, our customers would get upset.  They would be
23    shouting at us, you know,  You said you could deliver on this
24    date.   We'd never hit the delivery dates, it was always
25    delayed.  They wanted us to meet these unrealistic dates, even
```

Bushman Reporting                    800-556-8974
A Veritext Company                www.veritext.com

1    when we told them,  Well, it's going to take this long.   They
2    said,  Well, we need it here.    Well, okay, we'll do our best.
3    And we'd never hit the mark.  So these contracts didn't bother
4    BEI, because they were always cost plus contracts, which meant
5    BEI got paid for all of the labor that they put into the
6    encoder.  It didn't matter to them that they missed a delivery
7    date.  If there was a failure in the unit, the customer paid for
8    it, the government paid for it, it was cost plus.  So a lot of
9    these contracts, which might be for, you know, a set amount of
10   money, well, they would balloon, because of all the extra work
11   that had to be done to debug, to retest, to re procure parts, to
12   put out new drawings, the whole thing.  And we lost - - we lost
13   some customers, for instance, Lockheed Martin, we had a service
14   contract with them and that was the missile defense system.  And
15   BEI wasn't the only one that had cost overruns on their
16   contract.  Most all the component suppliers for that satellite
17   system were overrun and the numbers just exploded and there was
18   lots of congressional hearings and our customers would give us
19   feedback.  And because I was the manager of the department, I
20   was privy to those conversations.  I was in those meetings with
21   with - -
22   Q.   So how did that lead to the change?
23   A.   Well, we found out that there was another company called
24   Gurley, up in New York, that was building these kit encoders
25   that looks very similar to these.  Go online, you'll see they

Bushman Reporting                     800-556-8974
A Veritext Company                  www.veritext.com

1   are almost identical to what these are.  And Lockheed Martin

2   said,  We re sick of BEI s delays and excuses, their failures,

3   costs.  Gurley has this kitten coder that works and it's cheap,

4   and it's quick, and it's good.  We're going to go with them.

5   So we lost a major customer, Lockheed Martin was a major

6   customer of ours.  And then Raytheon, another major customer,

7   was having trouble with us.  And I heard - -

8   Q.   And you were working as the reliability engineer during

9   that time?

10  A.   Right.

11  Q.   Yeah.

12  A.   Right.

13  Q.   Go ahead.

14  A.   So during one of these meet - - one of these (inaudible)

15  inspection trips, I had a vendor, one of the Raytheon employees

16  was there as well, and after we did our work, we went out to get

17  something to eat, and we're having conversations and he started

18  to tell me how Raytheon was sick of BEI, sick of their delays,

19  sick of their costs.  They said,  You know, you've probably seen

20  the last contract you're going to see from Raytheon.  We're

21  going to go to another company because we need designs that work

22  and to be delivered quickly.

23  Q.   Okay, so how does that - - what happened next?

24  A.   When we found out that they were going to - - these people

25  are going to Gurley, our president of the company made the

Page 40

1    decision to create something similar, and that's when this whole

2    NanoSeries concept was developed.  Now, Gurley was already

3    building these and they were already getting customers.

4    Q.   Right, go ahead.

5    A.   And BEI wanted to get in on that market.  So they kind of

6    rushed the product, in my opinion.  And they started advertising

7    these encoders to people like Lockheed Martin and Raytheon,

8    based off the one engineering unit that they had built in the

9    lab that was working, but they claimed they could build all

10   these variations and that they were space qualified when they

11   weren't.

12   Q.   Now looking at Exhibits four and five, can you point out

13   the misrepresentations in those two documents?

14   A.   Basically the - - four and five, they both claim that they

15   are available in various sizes.

16   Q.   So BEI said, We can build this product.

17   A.   They said they were available.

18   Q.   Where does it - - where does it say that?

19   A.   It says it - - here it is.  Many - - okay, special models -

20   - that's not it.  Here it is.  In the ordering information it

21   has an outside disk diameter, which lists 3 inch to 7.25 inch.

22   Q.   And that was what - - why are you pointing that out?

23   A.   It's on page 23.  It's the last page of the - -

24   Q.   Of Exhibit four?

25   A.   Of The Tracker.

Page 41

1    Q.   Exhibit five.

2    A.   Exhibit five.

3    Q.   And so on the same page, I know it's tiny, does it say

4    Relator 23?

5    A.   Excuse me?

6    Q.   Does it say Relator 23?

7    A.   I don t know.  It's covered up with the (inaudible).

8    Q.   What's the exhibit number on the front - - on the front

9    page of what you're looking at?

10   A.   It s Exhibit five.

11   Q.   And it's the last page of Exhibit five?

12   A.   Yes.

13   Q.   Okay.  And so - -

14   A.   It s the same on Exhibit four, too.

15   Q.   Okay, so the last page of Exhibits four and five?

16   A.   Yeah.

17   Q.   So what's the misrepresentation?

18   A.   That they're available at three inch, four inch, five inch,

19   six inch, and 7.5 inch.

20   Q.   Well, it doesn't say they're available, does it?  Let's

21   read it.  It says - - and I'm looking at Exhibit four, special

22   models,  Many other sizes, configurations, and resolutions are

23   possible at a nominal NRE fee.

24   A.   Yeah, that's a special model - -

25   Q.   Hang on.   Available options, priced separately, include

Page 42

1    vacuum rating, special materials, cable or connector variations,

2    etc.  Contact the factory for price and delivery information.

3    It says they're possible, it doesn t say they're available.

4    A.    There s a statement in here some place that I saw that said

5    they are available.  So, hang on - -

6    Q.    And then I'm looking at Exhibit five, same page - - last

7    page.  Again, it says that many other sizes configurations and

8    resolutions are possible.

9    A.    Yeah.

10   Q.    Okay.

11   A.    It's on page two of Exhibit four.  Second sentence says,

12    This is a high resolution, single read station, absolute

13   optical encoder, available in our array of 3-7.25 inch disk

14   diameters.

15   Q.    Okay.

16   A.    And then it makes a bunch of claims about its resolution

17   and it s specifications.  If they've never built one, they can't

18   claim - -

19   Q.    Can t claim what?

20   A.    That they meet the specs, because they haven't proven it.

21   Q.    But they're advertising - - they're saying,  This is a

22   project we can build.   And you think that was fraud?

23   A.    Yes.  Because our customers were specific with wanting

24   mature designs that had a low risk of failure.  They didn't want

25   to go through the extended delay of debugging on the contract or

Page 43

1    during the contract delivery schedule.

2    Q.   Well - - and where did they include those specifications?

3    Were those - - those - - the specifics about what they want, was

4    that in the contracts themselves?

5    A.   Yes.

6    Q.   Okay.

7    A.   The contract comes with a number of documents, and in

8    various documents they give you various requirements and there

9    is normally like a statement of work, or specification, which

10   will include what they wanted to do.

11   Q.   And what - - did it include a time frame for delivery of

12   that?

13   A.   That would be in the contract paperwork, but not

14   necessarily in the specification.

15   Q.   Okay.  Did - - so are these the - - the three products that

16   you believe were falsely advertised?

17   A.   There s a fourth one, the Space Tracker.

18   Q.   Well, we've got an Ara, an Aime-II, and a Tracker.

19   A.   Yeah, and there is a Space Tracker.

20   Q.   There is a Space Tracker.

21   A.   The Space Tracker also claims it's space qualified and it

22   actually states that on the Ara and the Space Tracker, it - - it

23   claims that the parts will meet a triple E - - it's a NASA

24   specification, EEE-INST-002.  It says that it will be space

25   level one, or space level two.  Those are defined in the NASA

Bushman Reporting                    800-556-8974
A Veritext Company                   www.veritext.com

1    document, which tells you what testing all the components inside

2    the unit have to meet in order to be considered space qualified.

3    Q.    You were reading from one of these documents?

4    A.    Yes.

5    Q.    Which one?

6    A.    Let's see here.  So on the Ara - - I don't have the Space

7    Tracker, but on the Ara it says in the first sentence,  Ara is

8    BEI s space qualified optical encoder.   It's - -

9    Q.    Well, had BEI made - - let me ask you this.  Had BEI made a

10   space qualified optical encoder in the past?

11   A.    Not in the NanoSeries line.

12   Q.    Okay.  But in a different line it had dealt a space

13   qualified encoder?

14   A.    In a custom designed one, which were completely different

15   than this.

16   Q.    Okay.  You were going to point something out in Exhibit

17   three?

18   A.    Yeah.  In the general specifications for Exhibit three on -

19   - I need to get better glasses.  On the third page, in the

20   general specifications, it shows a triple E parts rating.

21   Q.    I see that.

22   A.    And it shows EEE-INST-002, level one or level two.

23   Q.    Okay.

24   A.    Okay.  That means that the parts in here have passed the

25   testing requirements called out by that document at those

                                                    Page 45

1    levels.  BEI didn't have all the parts qualified at the time

2    these were released.

3    Q.   But when the product was delivered, it did have those

4    parts; or you just don't know?

5    A.   I don't know.

6    Q.   Because you weren't there?

7    A.   It failed before, you know, it failed when I got - - it

8    hadn't been delivered by the time I got fired.

9    Q.   Right.  When it was delivered, though, you can't say

10   whether it had those parts?

11   A.   I don't know.  I know that at the time that they - - they

12   advertised this, they didn't have all of it - - the parts

13   available to build this.

14   Q.   What were the contracts that BEI entered into for these

15   falsely advertised encoders?

16   A.   Several of them were for the next generation OPIR satellite

17   program.  There were a number of - -

18   Q.   You said next generation - -

19   A.   OPIR.

20   Q.   Okay.

21   A.   It stands for the overhead persistent infrared - -

22   Q.   You said several of them; several contracts?

23   A.   Yes.  For - - yeah, with - - there were several companies

24   creating parts of that satellite system.  Northrop Grumman had a

25   hand in it, and they requested NanoSeries from BEI for that.

Page 46

1    Lockheed Martin had a hand in it, and Vault Aerospace.   So - -

2    Q.   And what was BEI s part in that contract?

3    A.   They were supplying encoders.

4    Q.   Okay, which encoders?

5    A.   The NanoSeries.

6    Q.   Okay, which ones?

7    A.   I believe was the Ara.

8    Q.   But you don't know for certain?

9    A.   I don't recall at this time.   It's listed on my malfunction

10   reports, I list the models and stuff, but - -

11   Q.   Okay, so there was a contract, you believe, but you're not

12   certain, for an Ara - - a NanoSeries Ara on the next generation

13   OPIR?

14   A.   Yes.

15   Q.   And who was - - what was the government entity?

16   A.   It was The New Air Force Space Command.   That's who the

17   satellite went to at the end.

18   Q.   The New Air Force Space Command?

19   A.   Yeah, it's abbreviated.   It s Space Missile Control, or

20   something to that effect - - SMC.

21   Q.   Are there any other contracts that BEI entered into for the

22   sell and delivery of one of these NanoSeries products?

23   A.   Yes.

24   Q.   What were they?

25   A.   They had contracts with NASA, Goddard Space Flight Center

                                                        Page 47

1   for the ocean color instrument.  The OCI program, there were two

2   encoders, two different contracts - -

3   Q.   Which encoders were they?

4   A.   I believe it was the Ara.  And that was for the PACE

5   Satellite, stands for Plankton Aerosol, something, something

6   something, ecosystem.  But it's the PACE, P-A-C-E, that is the

7   acronym.

8   Q.   Was that the product?

9   A.   No, that was the - - that was the program.

10   Q.   Okay.

11   A.   Yeah.  The encoder was a NanoSeries, and it was going on

12   the PACE sensor.

13   Q.   Okay.

14   A.   And the other one that was on the same satellite was the

15   NASA Solar Calibrator.

16   Q.   So they were two NASA contracts?

17   A.   Yes.

18   Q.   And one was for the PACE sensor?

19   A.   Yes.

20   Q.   And what was the other one?

21   A.   The Solar Calibrator.

22   Q.   For the NanoSeries Ara?

23   A.   Yeah.

24   Q.   Okay.  Any other contracts?

25   A.   Not government.

Bushman Reporting                 800-556-8974
A Veritext Company           www.veritext.com

1    Q.   Okay.  Did you participate in any contractual discretion -

2    - discussions for these - -

3    A.   Yes.

4    Q.   - - two contracts?  Okay.  When was that?

5    A.   It was probably 2017.

6    Q.   Well, these weren't - - these flyers weren't put out until

7    September of 2019 and February of 2020.  So I'm talking about

8    these two contracts that you've told me about, one with New Air

9    Force Space Command and the other with NASA.

10   A.   Yeah.

11   Q.   Those are the contracts that we're talking about.  Because

12   that's - - that's where you - - those are the fraudulent

13   contracts; right?

14   A.   Yeah.

15   Q.   Is that right?

16   A.   Yes.

17   Q.   Okay.  So did you participate in the contractual

18   discussions for those two contracts, the one with New Air Force

19   Space Command and the one with NASA?

20   A.   Yes.

21   Q.   Okay.  Tell me about that.

22   A.   I did - - I had to quote reliability hours for the - - I

23   believe it was the OCI and possibly the VOPIR, yeah.

24   Q.   What do you mean, you had to quote reliability hours for

25   OCI and possibly the - - what was the other one?

Page 49

1    A.    The - - say it again?

2    Q.    You said OCI - -

3    A.    And the OPIR.

4    Q.    OPIR.  Was OCI a government contract?

5    A.    The OCI?  Yeah, that was the Ocean Color Instrument.

6    Q.    Okay.  Tell me, what do you mean by you had to quote

7    reliability hours?

8    A.    So when BEI receives requests for proposal, they get a

9    request for proposal in from one of these customers, and it has

10   BEI to give them a proposal on encoder order, and it ll send

11   them a contract and all the specifications - - the envelope.

12   And management will divvy that up, in terms of how much program

13   management is going to be involved, and they would take a

14   section of the request for proposal and give it the program

15   management and then we ll have to quote what it will take to do

16   program managing.  They would give me the reliability

17   engineering portion of that and say, you know,  How many hours

18   are you going to have to - - how many man hours are you going to

19   have to have to do these tasks?   So you read the contract, you

20   read the specs, you read all the - - the deliverable items.

21   There's analyses that have to be done, a bunch of reliability

22   analyses.  We have to quote how many hours it will take to write

23   reliability prediction or failure mode effect, criticality

24   analysis.  How many hours, how many men, how many malfunctioning

25   reports do we think we're going to have to write?  How much time

Bushman Reporting                    800-556-8974
A Veritext Company                www.veritext.com

1   is that going to - - and I fill out these sheets called BOE s,

2   basis of estimates, which basically break down each task.

3   There'll be a list of the different groups at BEI that I would

4   add hours for each.  You know, if I - - if I'm going to do a

5   document, I was going to - - say it takes me 48 hours to write

6   the document.  Then I'm going to have four hours of

7   configuration management to put it into the system.  I have to

8   quote all those hours.

9   Q.   And you provide that to your manager?

10  A.   The boss, yeah.

11  Q.   And who was that?

12  A.   It was Dan Schrader.

13  Q.   Was that all of your participation in initial discussions?

14  A.   Yes.

15  Q.   Have you ever seen - - did you ever see the signed

16  contracts?

17  A.   Yeah.

18  Q.   You did?

19  A.   Oh, yeah.

20  Q.   Okay.  Do you know what the terms of those contracts were?

21  A.   I couldn't tell you offhand, there s lots of terms.  But -

22  -

23  Q.   Was it BEI would build and deliver an encoder?

24  A.   Or a series of encoder - - number of them, and they will

25  have delivery dates and it will have references to a - - a - -

Bushman Reporting                    800-556-8974
A Veritext Company                   www.veritext.com

1    like a statement of work that will define various tasks.  Give

2    us documents that tell us what testing they require.  There'll

3    be a parts document that will tell us what parts are allowed to

4    be used, you know?  They'll have - - because it's in space, a

5    lot of restrictions as to what you can have up in space, because

6    not everything will work in space.  Materials like epoxies, and

7    metals, platings, solder.  What grade transistor, what grade

8    microcircuit, and - -

9    Q.   All right.  Well, did you have access to those contracts,

10   the signed contracts, when you worked at BEI?

11   A.   Yes.

12   Q.   Do you have copies of those contracts?

13   A.   No.

14   Q.   Did you ever make copies of those contracts?

15   A.   No.

16   Q.   And again, we're talking about the contracts for the

17   NanoSeries that are the subject of your complaint about fraud.

18   Did any of those written contracts require that the encoders be

19   space qualified?

20   A.   What they do is they require space qualified components.

21   Q.   Is that different than being space qualified?

22   A.   Not really.

23   Q.   Well, when you say not really, it makes me think that it -

24   - there is some difference.

25   A.   Because there's a series of things that have to happen

1    before you can consider it space qualified.  You can't just take

2    space qualified components and put them together and say it s

3    space qualified.  You have to get to the testing.  You have to

4    show that it passed all of the electrical tests and all of the

5    thermal vacuum tests and the vibration tests.  When it's done

6    with all that, it s space qualified.  So - -

7    Q.    But the contracts didn't call for space qualification, they

8    called for space qualified components.

9    A.    No, they - - they - - they - - they require space level

10   components and space level testing.

11   Q.    And how do you know that?

12   A.    Because I'm the one who has to review the documentation to

13   make sure that our test procedures and our components meet the

14   requirements of the customers specs.  So - -

15   Q.    And again, you don't know if a space qualified component -

16   - the device was ultimately delivered to the customer under

17   these contracts; do you?  Because you weren't there.

18   A.    No, I wasn't.

19   Q.    So you don't know?

20   A.    I don't know.

21   Q.    Okay.  What were the billing terms in these contracts?

22   A.    It was a firm fixed price that they would get paid a

23   specific amount per gutter.

24   Q.    The firm - -

25   A.    Firm fixed price.

Page 53

1    Q.   Okay.

2    A.   So there'll be a number of deliverables, and they would

3    typically schedule payments for different milestones.  Like for

4    instance, they'll give you a certain amount of money after you

5    successfully complete a preliminary design review with the

6    customer, or critical design review, or after you have delivered

7    the components.

8    Q.   How - - you said that BEI contracted with the New Air Force

9    Space Command for, you believe it was the Ara encoder.  How much

10   was that contract?

11   A.   It was not with the Space Command, that was  - they re the

12   end user.

13   Q.   Oh, okay.

14   A.   Right.

15   Q.   Who was that contract with?

16   A.   Well, like I said, there was several companies that we

17   supplied encoders to.  For instance, Northrop Grumman and Ball

18   Aerospace, they both had their hands in it.  There were several

19   companies, Raytheon included, Lockheed Martin.

20   Q.   I'm not concerned about them, I'm concerned about BEI s

21   contract.

22   A.   Right.

23   Q.   Who was it with?

24   A.   It was with Northrop Grumman, Ball, and I believe Lockheed.

25   Q.   Those were the three contracts?

Page 54

```
1    A.   Yes.

2    Q.   So how much was the BEI s contract with Northrop Grumman?

3    A.   I couldn't tell you exactly.  I don't - -

4    Q.   But it was a firm fixed price contract?

5    A.   Yeah, I believe it was.

6    Q.   And did you say Ball was the other one?

7    A.   Yes.

8    Q.   B-A-L-L?

9    A.   Yes.

10   Q.   And how much was that contract?

11   A.   The same - - same answer.  I couldn't tell you exactly.

12   Q.   It was the firm fixed price contract?

13   A.   Yes.

14   Q.   And what about Lockheed, how much was that contract?

15   A.   I don't know.

16   Q.   And it was a firm fixed price contract?

17   A.   I believe it was.

18   Q.   And then, so that I am clear on the OCI contract, who was

19   that with?

20   A.   That was with NASA.

21   Q.   Okay, so BEI contracted with NASA?

22   A.   Yeah.

23   Q.   And was there a separate contract for the PACE sensor with

24   NASA?

25   A.   Yes, it was separate.
```

Bushman Reporting
A Veritext Company

800-556-8974
www.veritext.com

1    Q.   Okay.  And was there a separate contract for the solar

2    calibrators with NASA?

3    A.   Yes.

4    Q.   So three contracts with NASA for NanoSeries encoders?

5    A.   Their PACE and the OCI and the solar cal.  So the OCI is

6    the name of the whole instrument, it s ocean color instrument.

7    And on that there is the PACE sensor and the solar cal.

8    Q.   And that was the product?

9    A.   Yeah. The PACE and the solar cal encoders, two different

10   contracts.

11   Q.   And who were those with?

12   A.   NASA.

13   Q.   Okay.  So how much was the contract on the OCI - - I'm

14   sorry, the PACE sensor.

15   A.   I couldn't give you a total amount.  I don't know.

16   Q.   It was a fixed price?

17   A.   Yeah.

18   Q.   What about the solar cal?

19   A.   Same.

20   Q.   You just don't know?

21   A.   I don t.

22   Q.   But it was fixed price?

23   A.   Yeah.

24   Q.   So you didn't know the amounts of any of these contracts?

25   A.   Not offhand.  It wasn't something that I wrote down, you

Page 56

1    know?

2    Q.   Do you know - - nevermind.  Have - - you also said that

3    there was an attempt at fraud?  There was direction from David

4    Dam to commit timecard fraud - - fraud?

5    A.   Yes.

6    Q.   Tell me about that.

7    A.   Okay, so in - - it was either January or February of 2020,

8    I was working on a failure analysis for the L3Harris corporation

9    on the CRIS program, that's C-R-I-S, it just stands for the

10   Cross-track Infrared Sensor, I believe.  Anyways, it was another

11   government contract.  I was doing a failure analysis on an

12   encoder that had failed and that was a firm fixed price

13   contract.  And because of the length of the malfunction

14   analysis, and delays from the customer, and all the

15   troubleshooting that was required, that contract had overrun its

16   - - its - - its funding.  And David Dam, the program manager,

17   had made everybody aware that this funding has exhausted - -

18   been exhausted, so don't spend any more time on the contract

19   than you have to, because BEI is paying the - - the bill.  In

20   January or February of 2020, I guess we had already broken the

21   bank on that contract.  But there was still some tasks that I

22   had to perform to finish up the malfunction report and David

23   called me on the phone and asked me to come to his office.  So I

24   walked over there and walked in his office, he closed the door

25   and said, you know,  I wanted you to come here and talk to you

Bushman Reporting                    800-556-8974
A Veritext Company                   www.veritext.com

```
1    personally, because I didn't want this to go over the company
2    phone system.  But you know, we're overrun on the Harris CRIS
3    contract.  But we have another Harris contract, a time and
4    material contract, that was set up specifically to look at
5    specific - - a specific issue with one of the CRIS encoders that
6    we had built for them.  He said,  That time and material
7    contract has lots of funds left available.  And so if you do any
8    work on the failure analysis, on the contract that s overrun, I
9    want you to charge your time to the CRIS time and material
10   contract that has plenty of funds.   Are you sure about this?
11   He goes,  Yeah, Parker's okay with it and everything.   I said,
12    All right.   And I was skeptical, because that's timecard
13   fraud.  We get trained on timecard fraud.  Timecard fraud means
14   you charge only to the program contract and the tasks that
15   you're working on.  You don't charge to a different task, you
16   don't charge to a different contract.  So I had agreed with him
17   that I would do this.  Because one month prior I was written up
18   and given this last chance agreement, which had a provision in
19   it that said,  I will follow program management direction on all
20   customer interactions.   So I felt that I was being set up.  I
21   was like, here I got this agreement that's telling me to follow
22   the program manager.  Program manager s telling me to commit a
23   crime.  So if I do what he wants, I commit a crime and I get in
24   trouble.  Don't do what he wants, I violate the last chance
25   agreement and I get fired.  So I wrote an email to our head of
```

Page 58

```
 1    finance at the time, was named Matt Jones.  And I basically told
 2    him that David Dam wants me to charge my time on the CRIS
 3    failure analysis contract to the final material contract, but I
 4    want his opinion, or his advice.  He wrote back that his
 5    suggestion is to only charge to the contract that I'm working on
 6    at the time.  So I had that email in case anybody was going to
 7    come back and try to (inaudible) me for not following David
 8    Dam s instruction.  Like I said, that was right before I got
 9    fired.  So - -
10    Q.   Who is Matt Jones?
11    A.   Matt Jones was head of finance at the time.
12    Q.   Go ahead.
13    A.   He was - - he was - - I don t know if he was head of
14    finance because they brought in Kristin.  I think maybe she may
15    have been on top of him.  He was our financial controller, until
16    JFL bought us and then they brought in another person.  But he
17    was a long time BEI employee.
18    Q.   Who was the time and material contract with?
19    A.   It was L3Harris.
20    Q.   And who is - - who is L3Harris?
21    A.   They are a company defense contractor up in Fort Wayne,
22    Indiana.
23    Q.   So you didn't actually bill your time to that - -
24    A.   No.
25    Q.   - - file?
```

Bushman Reporting          800-556-8974
A Veritext Company         www.veritext.com

1    A.   No.

2    Q.   All right.  At any time before you were terminated, did you

3    contact the government to report BEI s fraud?

4    A.   No.

5    Q.   Why not?

6    A.   Well, initially, it was because I didn't know if what

7    Steven Parker was telling me was true.  When I - - when I first

8    heard that we had not built these encoders before, or tested

9    them, from Jim Dyer, I went to Steve Parker and I told him I

10   said, you know,  We've got a problem, you know, we've got all

11   these Nsnoseries encoders that, you know, are in test and

12   they're all failing.  And as part of my malfunction report, I

13   need to list, you know, the root cause of the failure. And

14   engineering tells me that they've never built one of these,

15   we've never debugged one.  And, of course, that's a contributory

16   factor as to why they're failing because we never completed

17   design work on it to debug it.  And I'm going to have to list

18   that as a potential root cause and I said, I was a little

19   incredulous, I said,  How did - - how did we sell these to these

20   customers knowing that we hadn't finished the design work on

21   them since they're expecting mature designs that are low risk of

22   failure?  And he told me that he doesn't know why engineering

23   didn't build prototypes, because management funded them to do

24   so.  Okay, now I've got conflicting information.  And

25   eventually, I went back to engineering and I asked Jim Dyer, I

Bushman Reporting                    800-556-8974
A Veritext Company                  www.veritext.com

1    said, you know,  I just told Steve - - Steve Parker the whole

2    problem with not having built one, and when I told him that you

3    hadn't been funded to build any prototypes, he said you were.

4    And Jim Dyer came back and says,  No, I tell you specifically, I

5    asked for - - I think he said $2 million for R&D funding to

6    build prototypes and it was denied.   So he went back to

7    management and said,  Okay, give me a lesser amount.   I think

8    he said maybe half that, to do an engineering analysis on paper

9    to prove that the design will function as expected.  And he said

10   they denied him that as well.  And then I went back to Parker,

11   and I said,  I think you've got your information wrong.   I

12   asked Jim,  You sure you weren't funded?   And he said he wasn't

13   and he actually asked for less money to do the engineering

14   analysis and he was denied on that, too.  It was a big

15   discussion.  So at that point, I expected Parker to go to the

16   president of the company, Mark Mirelez, and say,  Hey, listen,

17   we've got a problem.  Were - - we sold all these encoders that

18   were never completed the design work.  The companies that are

19   expecting encoders that were completely designed, and they're

20   failing.  And we have to, I have to report to them, you know, I

21   have a duty of full disclosure.  You know, I can't hide critical

22   information, even if it's our fault.   But I said,  I'm going to

23   have to tell them that they bought a product that s never been

24   tested - - built or tested before.   And he kind of blew me off

25   like, it wasn't a big deal, but I was expecting to be called

Page 61

1    into a meeting with all the executives, and then I was fired.

2    Q.    And when did that conversation take place?

3    A.    Well, there were actually two conversations.  The first one

4    was back in October or November of 2019, when I first got

5    bombarded with all of the failures.  That initial conversation

6    was me just talking to Parker saying, you know,  Engineering

7    says that we ve never built these, why do we expect them to

8    work?  And it wasn't until January or February that I came back

9    a second time and said,  Listen, engineering has no idea why

10   these things are failing.  I can't write a malfunction report

11   that says they're failing, we have no idea.  And typically what

12   you would do is you would do - - what kind of testing did we do

13   on the prototype?  What's the difference between the one we have

14   working and the one that doesn't work?  Well, we didn't have one

15   that was working because they never built one.  And that's when

16   I went back and forth between Jim Dyer and him saying,  Listen,

17   these were never built, or tested, or verified to function.

18   Q.    You're saying they were - - they were - - they were never

19   designed to function?

20   A.    No, they were never fully designed.  You know, you can have

21   a concept of how to build a chair, you know, but until you build

22   it, you're not going to be able to say that when you sit on it

23   you're not going to land on the floor, right?  You have to test

24   it.  You have to be sure that it's functional.

25   Q.    Well people advertise their services all the time.

Page 62

1    A.    Right.

2    Q.    You got home builders out there,  I can build you a custom

3    home and I've never built it before.    But then they enter into

4    a contract and they build it.

5    A.    That's - - that's different.

6    Q.    Oh?

7    A.    That's different.

8    Q.    How is that different?

9    A.    Because they're going to use all of their standard

10    engineering practices to build a house that meets spec, and is

11    functional and works.

12    Q.    And that's what BEI was doing.

13    A.    No.

14    Q.    Oh, how - - what was different?

15    A.    BEI - - B - - it would be like if BEI had me design a

16    house.  Sure, I'll give you all the drawings.  I'll actually

17    build you a house.  Good luck going up those stairs, you'll fall

18    through them.  You know, no guarantee that the house is going to

19    stay structurally sound, because I never finished the - - the

20    actual - - I didn't build it correctly.  I didn't design it

21    correctly.

22                    MS. YOUNG:  I think we should take a break.  I

23    think we've been going for a while.

24                    THE WITNESS:  Sure.

25                        (BREAK)

Bushman Reporting                800-556-8974
A Veritext Company              www.veritext.com

```
 1     MS. YOUNG:  (Continuing)

 2     Q.   Mr. Stepanishen, before we went off the record for a break,

 3     you were talking about a couple of conversations you had and you

 4     mentioned a Steven Parker, who is Steven Parker?

 5     A.   He was my manager - - or supervisor, I guess.  They - - I

 6     used to be a direct report, under the president.  I was a direct

 7     report, but when JFL bought BEI in 2017, they put him in as the

 8     head of the reliability department, and the quality assurance

 9     department, and facilities, I believe.  His title was Director

10     of Performance Excellence, or something like that.

11     Q.   He was your immediate supervisor during the 2019-2020 time

12     frame?

13     A.   Yes.

14     Q.   Did - - did you have anyone who reported to you?

15     A.   No.  Well, at one point - - I did one - - initially, I had

16     a bunch of reliability engineers underneath me.  When JFL put in

17     their people, Parker and Mark Mirelez, they had some personnel

18     reductions and they moved - - terminated everybody that was

19     underneath me, except for one person that they moved into

20     program management.  So, 2019, yes, I was the only one in my

21     department.

22     Q.   And according to your complaint, and what you've already

23     testified here this morning, your work for BEI centered on

24     quality and contract assurance; is that right?

25     A.   Reliability Engineering.  More of a mission assurance.
```

Page 64

1    Q.   Well I got this from your complaint, if you want to - - you

2    should have it in front of you.  Paragraph 32, it says,

3     Relators work for Defendant centered on quality and contract

4    assurance.  He made sure that products were testing the way that

5    they were supposed to, being produced the way they were supposed

6    to, and met the parameters of the production contract.

7    A.   Right.

8    Q.   And that was your job?

9    A.   Yes.

10   Q.   Okay.

11   A.   When it says contract performance, it means the - - the

12   engineering aspect of it.  The contract will require specific

13   test regimens, specific component pedigrees, specific

14   engineering items, and my job was to make sure that they were

15   implemented during the program.  So if we had to write a test

16   procedure for testing, I had to make sure it complied with the

17   contractual testing requirements.

18   Q.   And these conversations that you testified about before we

19   took a break with Steven Parker and - - was there another

20   gentleman?

21   A.   David Dam.

22   Q.   David Dam - -

23   A.   And Jim Dyer.

24   Q.   About the product failures that you were noticing with the

25   NanoSeries encoders, these conversations were taking place while

Page 65

1    you were doing your work as a reliability engineer; right?

2    A.   Yes.

3    Q.   And while you were doing your job to make sure that the

4    quality of the product matched what the customer wanted?

5    A.   It was part of my failure analysis.

6    Q.   Exactly.  Okay.  So I'm going to hand you what has been

7    marked as Exhibit number six, and I believe this would be

8    another one of those documents that you prepared and produced in

9    discover - - discovery.  And what I wanted to - - well, let me

10   ask you that - - this, did you prepare Exhibit number six?

11          (Whereupon, Exhibit 6 was introduced in to the record

12       and is attached here to.)

13   A.   It looks like it.

14   Q.   Okay, and so, at the bottom of - - closer to the bottom of

15   the first page of Exhibit number six, Relator 199, where it

16   says,  My job description and position at BEI.   That's what I

17   wanted to focus on here a little bit, where you've written out

18   your job description and position.  So if you turn to the second

19   page of Exhibit number two, see the first full paragraph where

20   it starts with,  RE , and is that - - was that your shorthand

21   for reliability engineer?

22   A.   Yes.

23   Q.   So it says,  RE s had oversight functions and acted as

24   gatekeepers to ensure every aspect of the end item, from part

25   selection, piece part procurement, the electrical and mechanical

                                        Page 66

1    design, manufacturing processes and procedures, and acceptance

2    and qualification testing did not pose a reliability risk, and

3    that all contractual and technical requirements were met.   And

4    that was your job duty; right?

5    A.   Yes.

6    Q.   So you go on,  RE s would analyze and scrutinize the design

7    to ensure the end item would perform without fault over the

8    mission life of the space or satellite program.  And RE would

9    evaluate perform source inspections at parts suppliers, vendors,

10   and test houses, witness testing, review test data, perform

11   reliability analysis to identify potential failure modes and

12   effects, calculate the probability of success, perform

13   electrical stress analyses, and ensure all the components were

14   compliant for space use.   And that was your job; right?

15   A.   Yes.

16   Q.   Okay.   And RE s main function was to ensure the products

17   we delivered were safe, robust, reliable, and met all the

18   customers requirements.   Correct?

19   A.   Yes.

20   Q.   And if our analysis reviews found something which presented

21   a reliability risk, like a design error or problems with the

22   processes or procedures, reliability engineers would require

23   design changes to be implemented.  Right?

24   A.   Yes.

25   Q.   Okay.  And you were doing your - - your - - your job on

Bushman Reporting                    800-556-8974
A Veritext Company               www.veritext.com

1    these nano - - NanoSeries encoders; is that right?

2    A.   Yes.

3    Q.   When you discovered these failures that we've talked about?

4    A.   Yes.

5    Q.   Okay.  Moving to the next paragraph,  Another major portion

6    of an RE s job was failure investigations, reporting and fault

7    isolation.  In the event of a testing anomaly or test failure of

8    a component or the end item, the RE leads to failure

9    investigation is the head of a failure review board.   Is that

10   right; that was your job?

11   A.   Yes.

12   Q.    In a failure investigation, the RE is responsible for

13   determining and performing the troubleshooting steps to isolate

14   the fault and determine the root cause of the failure.  After

15   the cause of the fault is found, the RE analyzes the relevant

16   circuits to determine which parts to replace.  The RE would

17   determine and define the steps to be taken to repair or rework

18   the unit, and then would determine any corrective actions

19   necessary to prevent reoccurrence.  The RE would generate a

20   technical report, called a malfunction analysis, an MA,

21   documenting the fault isolation, the cause of the failure,

22   rework, repair details, and corrective preventative actions,]

23   and submit the report to a failure review board consisting of

24   members from the BEI FRB team, and the customers FRB, for their

25   review and approval.   Those were your job duties; is that

Page 68

1    right?

2    A.    Yes.

3    Q.    Okay.  And again, as a reliability engineer, it was your

4    job to ensure that the NanoSeries encoders met the customer's

5    requirements; right?

6    A.    Yeah.

7    Q.    Okay.  And as the reliability engineer, if you did not

8    think that the product met the customer's requirements, you

9    would recommend design changes.

10   A.    Well, it s not if I thought, I would have to know.

11   Q.    Okay, if - - if you knew that a design change needed to

12   occur, that was your job?

13   A.    Yes.

14   Q.    Okay.  And if - - if - - if you knew that there needed to

15   be additional testing, that was your job to make those

16   recommendations?

17   A.    Yes.

18   Q.    And how did you communicate your recommended design

19   changes, or additional testing requirements - - how did you

20   communicate that?

21   A.    In the malfunction analysis report that I write.

22   Q.    And who does that report go to?

23   A.    It is - - so I - - I generate the report, and then it gets

24   signed off by other members of the BEI FRB team.  Which will

25   involve the program manager, the quality assurance engineer, and

Page 69

1    manufacturing.  So I write the report, I - - if I come to a

2    conclusion that something needs to be replaced, I would state it

3    in that report that, you know, capacitor C-16 needs to be

4    replaced and the tests restarted at, whatever section I believe,

5    you know, I believe that needs to be restarted that.  It would

6    be reviewed by the BEI team, that consists of the other three

7    people that I - - I mentioned, they would read it, they - - if

8    they agreed, they would sign it off, we would present it to the

9    customer.  The customer would review it, possibly call a meeting

10   where we would go over it and they could ask questions, and I

11   communicate it to them that way.

12   Q.   I m going to hand you what I've marked as Exhibit number

13   seven.  Can you identify this?

14            (Whereupon, Exhibit 7 was introduced in to the record

15       and is attached here to.)

16   A.   Yes.

17   Q.   What is this?  Exhibit number seven.

18   A.   This - - Exhibit seven is the letter they handed me when

19   they were terminating me.

20   Q.   Lori Edwards signed this letter; is that right?

21   A.   Yes.

22   Q.   Did Lori - - was Lori Edwards the one who handed this to

23   you?

24   A.   I believe it was.  It was both her and Steven Parker that

25   visited me that morning.  I'm not sure which one had the letter,

Bushman Reporting                        800-556-8974
A Veritext Company                  www.veritext.com

1   probably Lori, I don t know for sure.  But it was - - I believe

2   it was her.

3   Q.   Was there a discussion when this was delivered to you that

4   morning?

5   A.   Yes, a small discussion.

6   Q.   What was that discussion?

7   A.   Lori came in and said that on the day prior to that, that I

8   had been reported for unprofessional behavior in the morning

9   meeting, and that that violated the last chance agreement that

10  they forced me to sign in December.  So they were terminating my

11  employment, immediately.  And I had asked what unprofessional

12  behavior.  And Parker said that somebody that was in the

13  meeting, Will Schultheis, who was one of the managers at BEI,

14  for the materials department.  Parker claimed that Will had

15  reported me for unprofessional behavior.  Because during the

16  meeting, what happened was, on the day before the fourth, on the

17  third, I was on business travel and I was out of the plant.

18  That was out of the plant for one day, the third, and I came

19  back on the fourth.  When I came back on the fourth, in the

20  morning, I opened up my email and I had an email - - two emails

21  I believe, one from Heath McKoin going to me and Steven Parker

22  saying that - - that I was delinquent on submitting a final

23  malfunction analysis report on an LED failure that we had for

24  the NanoSeries encoders.  And then I had an email from Mr.

25  Parker asking me why I was delinquent on submitting this final

Page 71

1    report.  Well, I had replied by email to both of them that no, I

2    wasn't delinquent, that the report was not ready to be

3    finalized.  Because as part of the failure investigation,

4    malfunction analysis, closed loop system, that BEI has when you

5    have a failure, and you determine what caused it, you determine

6    what needs to be done to correct it, and then what needs to be

7    done to prevent it happening again.  Then you've got to make the

8    changes and then test it to verify that it actually works.  And

9    in the case of the LED s, they had failed a qualification test,

10   the space qualification testing that would have made them a

11   space qualified component.  That meant the entire lot of LED s

12   was no longer usable and that they had to read build them.  And

13   during the investigation, it was discovered that the

14   manufacturer of the LED s didn't do one critical manufacturing

15   step, which would have allowed it to have passed the test that

16   they had failed.  So the corrective action is to implement the

17   process that they had skipped and put them back through tests,

18   put them back into qualification, and once they pass the test

19   that had failed, I can say success and sign off the final

20   report.  Well, the supplier hadn't even built a new lot of LED s

21   yet.  We're still - - this was like right after we discovered

22   what they forgot to do and we had told them what they needed to

23   do.  So we didn't have the new lot of LED s in to retest to

24   verify that the problem was resolved, so it wasn t ready for

25   closure.  Now the thing was, the person that wrote the email,

Page 72

```
 1    Heath McKoin, was one of my Reliability Engineers before he
 2    moved into program management when JFL came in.  Heath McKoin
 3    knows our FRB system.  He knows our closed loop system requires
 4    us to retest the failed item for the thing it failed for before
 5    we can close it.  He's worked that job for many years.  He
 6    understands that's a solid, you can't close it until you verify
 7    it.  He was the program manager whose LED s failed.  So he was
 8    in the loop about not having received the new lot of LED s.  So
 9    he knew that we couldn't have retested him.  He knew that we
10    couldn't have closed the report.  In the morning meeting, what I
11    did at the end of the meeting, there's a roundtable where
12    everybody gets to discuss things of importance or concern with
13    the group.  And when it came to me, I asked Heath, I said,
14     Heath, you know, I was on business travel yesterday.  I'm gone
15    for one day and you've had my phone number, we talk all the
16    time.  Why didn't you call me to ask me the status of the LED s?
17    I know you know that they weren't ready to be retested, because
18    we haven't received them yet.   Somebody else in the meeting,
19    Beth Russell, who's in procurement stood up and she says,  How
20    can we close it when you didn't even get the new lot in?    I
21    said,  Exactly.  So Heath, do me a favor.  Before you miss
22    report my status to my manager, verify it with me.  It cuts down
23    on the problems.   And that was supposedly unprofessional.  So
24    when, you know, during the meeting - -
25    Q.   The termination meeting?
```

Bushman Reporting
A Veritext Company

800-556-8974
www.veritext.com

1   A.   The termination meeting, Steven Parker told me I had been

2   reported for being unprofessional and told me that it was

3   reported by Will.  Well I contacted Will after I got fired.  I

4   asked him, I said,  Did you report me to HR for unprofessional

5   behavior?   And he said,  No, I didn't.  In fact, the first

6   thing I heard about it was after you were walked out of the

7   building, they came and told me that you were fired for

8   unprofessional behavior.   Take it for what it's worth.  After

9   that conversation - - after he had said,  No, you were reported

10  by Will , Lori Edwards basically shut down the conversation and

11  I was walking out the door with my jacket and my lunch box.

12  Q.   Were Lori or Steven Parker in that meeting?

13  A.   The morning meeting?

14  Q.   Yeah, the morning meeting.

15  A.   No.

16  Q.   So who told them about - - who reported you?

17  A.   I don't know.

18  Q.   But someone did?

19  A.   Must have.

20  Q.   They told you it was Will, but when you confronted Will

21  about it, he denied it.

22  A.   He said no, it wasn't him.  In fact, he - - he hadn't

23  spoken to HR at all until after I had been walked out of the

24  building.  They came to him.

25  Q.   On that day when you were terminated, why did - - first of

Page 74

1    all, did you think your behavior had been unprofessional the day

2    before?

3    A.   No.  In fact, I have an email, I think I have provided in

4    requests for documents, where Steven Parker straight up says

5    that I'm the one who's responsible for reporting my status to

6    him.  So why somebody else was reporting status to him about me

7    is weird.

8    Q.   But, but someone reported it to Steven and Lori, you just

9    don't know who?

10   A.   I don't know who.

11   Q.   And they reported that your behavior was unprofessional and

12   you disagree; is that right?

13   A.   Absolutely.

14   Q.   Okay.  And so you disagreed with that, that you had behaved

15   unprofessionally, but you know someone had reported it because,

16   well, they weren't there.  At that time, were you thinking,  Why

17   am I being terminated if I wasn't unprofessional?

18   A.   Yes, absolutely.

19   Q.   Okay.  And what did - - what did you think was the reason

20   for your termination?

21   A.   I didn't know.  Initially, I thought - - I didn't know.  I

22   (inaudible) to that for a long time and that's when I started

23   writing down notes.  And then it came to me that after I had

24   initially reported the NanoSeries issue, was when weird things

25   started happening at - - at BEI that I couldn't explain,

Bushman Reporting         800-556-8974
A Veritext Company      www.veritext.com

```
 1    critical things about my performance that - - they weren't
 2    legitimate and when I - - when I had asked for clarification on
 3    many of the things that were happening, I was never given the
 4    information, or told why the thing had happened.  A number of
 5    odd things that were happening.
 6    Q.   Well, let's - - let's start here.  I'd like to hear you
 7    testify about all of your whistleblowing activities, so why
 8    don't we start there and then you can tell me about the weird
 9    things that happened after - - after you reported.  But let's
10    start with the first time you made a report.
11    A.    Like I said, I'm in charge of writing the malfunction
12    analysis, and as part of the malfunction analysis, I have to
13    come up with, how did the failure occur?  It could be lots of
14    different reasons.  Somebody could drop a hammer on it and break
15    something.  It could be a bad solder joint, or whatever.
16    There's a cause that results in the failure, and there were
17    several malfunctions on these NanoSeries that nobody could
18    explain.  There was a temperature cycling issue where we weren't
19    getting the right output at temperature.  The voltage levels
20    that we claimed that it would work at, it wasn't working at, you
21    know, if you give a voltage range of just - - say, I'm just
22    going to give you know - - it's not applicable to this - - was a
23    five to six volts, you know, BEI would have a test procedure
24    where we test it at five volts, and maybe we tested it five and
25    a half, and then when we tested it six.  Well, we're claiming
```

Page 76

1    it s five to six, and it's not working at five, it s working at

2    five and a quarter.  Well, why did we say it was going to work

3    at five if it doesn't?  Didn't you test it at five?  What were

4    your results on the engineering model?  We didn't test it.

5    Q.   So you were doing the test?

6    A.   No, I was doing the failure investigation.

7    Q.   Exactly.

8    A.   Trying to find out - - you know, because if the engineering

9    model works at five, the flight unit is going to work at five,

10    unless there's a different problem.  If it's not designed to

11    work at five, it s not going to work at five, I should make a

12    change.

13    Q.   So you're doing your failure analysis before the product

14    was delivered to the customer?

15    A.   Yes.

16    Q.   Okay.  And so, what did you report?  What - - what was the

17    whistleblowing activity that you conducted?

18    A.   I went to Mr. Parker to say we have sold these encoders to

19    these customers, claiming their mature designs when we had no

20    reason to expect them to function at the time we contracted for

21    this sale because they were never built and never tested.  And

22    there's no reasonable expectation that they were going to

23    function until they're debugged, and the debugging should have

24    happened before the contract was signed.  Because until it's

25    debugged, you don't have a product.  You've just got a bunch of

Page 77

1    parts put together that don't function correct.

2    Q.   So you went to Mr. Parker and told him that?

3    A.   Yes.

4    Q.   When did you go to Mr. Parker and tell him that?

5    A.   It was like October, or so, of 2019.

6    Q.   Was this a conversation - - face to face conversation?

7    A.   Yes.  Face to face.

8    Q.   Where was it?

9    A.   It was - - I believe that was in his office.

10   Q.   Was that the first time you reported fraud?

11   A.   Yes.

12   Q.   What did Mr. Parker say when you told him this?

13   A.   He just - - he didn't say anything.

14   Q.   Okay.  He just listened to you?

15   A.   Yes.

16   Q.   Okay.  Did you report fraud again?

17   A.   Yes.

18   Q.   Tell me about the next time you reported fraud.

19   A.   That was right before I got fired, it was either January or

20   February of 2020.  I had - - I had been pushed to get some

21   malfunction reports out on these failures, but I couldn't

22   complete the report because I didn't have any - - any

23   information.  Engineering was doing a bunch of tests on op amps,

24   changing op amps in a circuit, you try to get the correct signal

25   levels in the output.  Initially, they thought that one of the

Page 78

1   characteristics of the op amp they chose was slightly different
2   than the op amp that they had initially used.  So they changed
3   it out to the one they initially used, and it still didn't work.
4   And it was at that point, I was like, I can't write this in my
5   malfunction report because it sounds like gibberish.  It sounds
6   like we have no idea what's going on, because we have no idea
7   what's going on.  I said,  What was the original - - what were
8   we expecting to get?   You know, he goes  Well, we - - you know,
9   we never built one, so we don't know.   And I said,  How can you
10  expect it to work?   He goes  Well, talk to Jim.   And that's
11  when I went to talk to Jim, and Jim and I had a long discussion
12  about the funding - - the request for funding, to be able to
13  prove out the design, and that's when Jim told me that he made
14  it perfectly clear to management that, you know, this is
15  something we need to do to verify the functionality and it s
16  performance in these different sizes.  Because without - -
17  without that actual verification, the likelihood that they're
18  going to function is low, very low.  And that rang a bell with
19  me, you know, because I have to write something in my
20  malfunction report and I didn't want to have to write that we
21  sold the customer designed that we didn't expect would function,
22  okay?  And I had a duty of full disclosure, and that's what I
23  would have had to have written because it's the truth.  And I
24  knew that I was already under the microscope of HR and Parker,
25  for some unknown reason.  And I knew that if I had written that

Page 79

1    on my own, I would have gotten somehow in trouble.  So I went to

2    Parker and I told him that we needed to do something quickly.

3    Because the way it looks to me is we committed fraud.  I said,

4     I think we need to get the customer on the phone.  We need to

5    tell them that we never built one of these before, but that

6    we're building one right now in the lab and we're going to

7    troubleshoot and debug that to resolve their problem.   I said,

8     It has to be done.   And he told me, that's when he told me,

9     No, they did get funded.   And I thought, I had a long

10   conversation with Jim who was adamant that we didn't.  Your

11   partner is telling me we did.  I go back to it.  You know - -

12   you know when you question somebody, when you get an

13   inconsistency, you hammer in on it to find out what the facts

14   are.  I went back to Jim Dyer and I said,  I told Parker what

15   you said about the funding.  He says you were funded.  Which one

16   is it?   He goes,  We weren't funded and I can prove it.  I can

17   show you the funding request, I can show you I was denied.

18   After I was denied, I requested a lower amount of money to do a

19   written, on paper engineering analysis, and I was denied for

20   that as well.   I went back to Parker.  And I said,  Check with

21   Mirelez, the president, because Dyer is positively sure he was

22   not funded.  So if you think we were funded, you have been given

23   misinformation.  How are we going to handle this?   And he

24   didn't answer.  I was expecting to be called in the president's

25   office to explain this, because I thought it was a major

Bushman Reporting                     800-556-8974
A Veritext Company                  www.veritext.com

1    critical issue.  We sold something we had no expectation of

2    working.

3    Q.   You're saying BEI sold a product that they had no

4    expectation of working?

5    A.   Not on the initial build.

6    Q.   Okay, but they had an expectation that they would deliver a

7    working product to the customer?

8    A.   Right.

9    Q.   Right.

10   A.   You don t troubleshoot - - you don't debug an encoder on a

11   customer's contract.  You can troubleshoot a failure that was

12   unexpected, but when is not expected to work, that's a

13   completely different category of failure.

14   Q.   Okay.  But you just told me that they - - they did not

15   contract with the understanding that they were going to produce

16   a product that that didn't work.

17   A.   Who?

18   Q.   BEI.  I mean, they delivered a fully functioning product

19   that worked.

20   A.   I don't know that.

21   Q.   Because you weren't there.

22   A.   Right.

23   Q.   Okay.

24   A.   I did hear that the product that they did deliver failed at

25   the customer and had to be returned.

Bushman Reporting                    800-556-8974
A Veritext Company                   www.veritext.com

1    Q.    And then what happened?

2    A.    (Inaudible).  You know, the issue is the misstatements and

3    the omissions that BEI made at the front end of the contract.

4    They should have told that customer,  We can make your encoder

5    in this size, but be aware we will have to debug your encoder.

6    Q.    Well, you weren't a party to this conversations with that

7    contract; were you?

8    A.    No, but I would have known if that conversation took place.

9    Q.    How would you have known?

10   A.    Because it's a very small company and I was - - I always

11   had communications with the president of the company and

12   engineering managers and program managers about the status of

13   things.  I was not just a low level employee.  I used to be a

14   direct.  I was in many of the meetings where contracts were

15   discussed, customer issues were discussed, new designs were

16   discussed, and problems were discussed.

17   Q.    But you weren't involved in that contractual discussion - -

18   discussion for those contracts?

19   A.    I knew that those contracts came to BEI with the

20   understanding that we would deliver a mature product.  A mature

21   low risk product that would meet their delivery schedules and

22   that is not a product that needs to be debugged.

23   Q.    Okay.  But you weren't involved in the conversations with

24   the customer or the client.  You weren't in the room when those

25   conversations occurred; were you?

Bushman Reporting
A Veritext Company

800-556-8974
www.veritext.com

1    A.    No.

2    Q.    So you don't know what the conversations were about

3    debugging before?

4    A.    I know that the customers were looking for a mature design

5    that had a low risk, and would meet the delivery schedule,

6    because that was a - - that was communicated to us.

7    Q.    Communicated to who?

8    A.    To me, at least.  Because one of the problems we were

9    having with - - with the old custom designs were all the delays.

10   And I have a lot of interaction with our customers.  You know, I

11   do source inspections and we have source inspectors from those

12   companies come to BEI and that somewhat resident there.  You

13   know, they'll be there all day, they'll be working besides you,

14   you have conversations.

15   Q.    So at any point while you were having to - - while you were

16   doing your malfunction analysis and testing, did the customer

17   say  Hey, you've breached the contract, this is not what we

18   bargained for and we're canceling the contract.   That never

19   happened, did it?

20   A.    Not when I was there.

21   Q.    Okay.  And they knew what was going on, because they - -

22   they knew that you were doing these mal - - malfunction testing

23   and - -

24   A.    No.

25   Q.    They didn't?

Bushman Reporting
A Veritext Company

800-556-8974
www.veritext.com

1    A.    They did not know.

2    Q.    Okay.

3    A.    Because my report had not been written with those

4    statements in it yet.  I was - - I needed to update those

5    reports, and this statement would have been in there with my

6    updates that I was explaining to Mr. Parker, right before I was

7    fired.

8    Q.    Okay.  Did you make any other reports of fraud?

9    A.    No.

10   Q.    Okay, so we've got the one conversation with Mr. Parker in

11   October of 2019.  And then, the conversations with Parker and

12   Jim Dyer about funding in January, February of 2020?

13   A.    Yes.  And conversation with the engineers.

14   Q.    What was the conversation with the engineers?

15   A.    One with the engineer about the op amps, is lack of

16   understanding of the failure.  There was also another

17   conversation with some other engineers about a thermal cycling

18   failure that they didn't understand.  There was another

19   conversation with the same engineers about it not working at the

20   stated voltages that we claimed it would work at.

21   Q.    And again, these were all things that you were discovering

22   as you were doing your job?

23   A.    Yes.

24   Q.    Okay.  But you - - you consider that to be whistleblowing?

25   A.    No - - no, that's - - those are the things that made me go

Bushman Reporting
A Veritext Company

800-556-8974
www.veritext.com

1  to Mr. Parker and tell him that we had no - - what are we going

2  to tell the customer?  We had no expectation that these things

3  would work.

4  Q.   When you talked to Mr. Parker in October 2019, and then

5  again in January and February of 2020, the conversation about

6  the funding.  Were you contemplating a whistleblower action at

7  that time?

8  A.   No - - no - - no.  I was reporting a problem that I knew

9  needed to be resolved.  So I wanted it to be fixed.  It had to

10  be fixed.

11  Q.   And again, that was your job.

12  A.   Yeah.

13  Q.   I m going to hand you what I ve marked as Exhibit eight.

14  Do you recognize Exhibit eight?

15          (Whereupon, Exhibit 8 was introduced in to the record

16      and is attached here to.)

17  A.   Yes.

18  Q.   Is this a document that you prepared?

19  A.   Yes.

20  Q.   And if you look at the second page of Exhibit eight, bottom

21  paragraph, you said,  The March 5, 2020 termination comes after

22  I made several whistleblower comments/concerns to my boss,

23  Steven Parker, where I saw wasted potential, negligence, or even

24  fraud.   And we've talked about those conversations  haven't we,

25  Mr. Stepanishen?

Page 85

1    A.    Yes.

2    Q.    Okay.   You have several new programs being developed and

3    manufactured for various customers where I warned about the

4    failures and told them that they had not been previously built,

5    tested, and embedded to ensure that they would work and that

6    they had some major flaws.   And then you go on,  I suggested

7    that BEI try to minimize the risk of the programs by quickly

8    building some BEI owned test lab rat engineering units and

9    running them through tests to ensure the design works and will

10   meet customer requirements, prior to building the customers

11   units.   And then the next - - and we're not going to read all

12   this, but the next couple of pages here, you go on to describe

13   the issues that you discovered while doing your malfunction

14   analysis.   Is that right, Mr. Stepanishen?

15   A.    Yes.

16   Q.    I want to talk about the last chance agreement that you

17   were given.   Mark that Exhibit number nine.   Do you recognize

18   Exhibit number nine?

19          (Whereupon, Exhibit 9 was introduced in to evidence

20          and is attached here to.)

21   A.    Yes.

22   Q.    And what is this document?

23   A.    The last chance agreement that I was forced to sign on

24   December 19, 2019.

25   Q.    Was there a meeting where this was given to you?

1    A.    Yes.

2    Q.    Who was there?

3    A.    Steven Parker and Lori Edwards.

4    Q.    What happened at that meeting?

5    A.    So I believe the day before, maybe it was the day before,

6    but very shortly before this happened, I was in a failure review

7    board meeting on a failure on the L3Harris CRIS encoder failure.

8    I was in a conference room with David Dam, Ray Reed, and

9    somebody else.  Sean, I think was Sean.  And I was presenting a

10   final malfunction report for the L3Harris CRIS encoder failure.

11   And this is the contract that was overrun.  Okay, this is the

12   one that was costing BEI money, the more we spent.  Prior to

13   this meeting, the program manager, David Dam, told me that we

14   had been getting - - this was before we had run out, I guess.

15   He told me,  We are very low on funds.  There is work still left

16   to be done.  If you work on this contract, do not sit on the

17   number, charge as - - as little as you need to, because the

18   funding s about the run out.   I said  Okay, no problem.  I just

19   got to complete this final malfunction analysis and I'm done

20   with it.   And I wrote the analysis up and I went to the meeting

21   and I presented it.  And the analysis - - the failure that I was

22   dealing with had gone on for an extended length of time.  It was

23   a year from - - or two, from start to finish.  There was so many

24   delays and that's why we ran out of money, for one.  But the

25   fault was really complex and it took a long time to

Bushman Reporting
A Veritext Company

800-556-8974
www.veritext.com

 1  troubleshoot.  And by the time I got to the final malfunction

 2  agreement, my report must have been an inch thick, okay?

 3  Normally, they're not that big.  So our entire team had signed

 4  it off and I was presenting it to the customer.  And the

 5  customer, at one point during the troubleshooting, had this idea

 6  that if we ran this test procedure that it would key us in to

 7  the failure.  Because at the time, we didn't know what the

 8  failure - - what it s cause was.  The procedure they wanted us

 9  to run was like 200 pages.  And we said, okay, and I started to

10  run the procedure, and it was like at the third or fourth step,

11  the data I got diverged from the failure mode they were thinking

12  it would have been.  So like, on the third step, it was like,

13  well, we don't need to complete this.  It's not the problem.

14  It's not going to lead us down that line, because it should have

15  gone left, the data took us right.  When I reported it to

16  Harris, they said,  Well, just complete the procedure.  I said,

17   Okay, but it didn t show us anything.  Sure enough, like the

18  whole procedure, the numbers were right where we expected them,

19  had nothing to add to the analysis.  So in my report, I had

20  documented that we ran this procedure, hoping that if the data

21  turned left, it would point us to the root cause.  But instead,

22  it went to the right.  So it didn't help.  And I referenced the

23  procedure that we ran, but I did not include the actual

24  procedure and all of the test data in my report, because it

25  didn't lend anything to the analysis, it was just extra.  When I

Bushman Reporting                    800-556-8974
A Veritext Company                 www.veritext.com

```
 1    went to that final - - that meeting with Chris, their engineer
 2    said,  I see you mentioned the test procedures we ran, but I
 3    don't see it anywhere in your report.  I said  I didn't add it,
 4    because it didn't add to the - - to the root cause, it didn't
 5    help us at all - -
 6    Q.   Okay.
 7    A.   - - it was a wild goose chase.  And he goes,  Well, I
 8    would really like to have it in there.   And I'm thinking, David
 9    Dam just asked me to minimize my time, and the contract is the
10    final report is my work product.  It doesn't really belong here
11    because it's - - so I said,  Well, once again, I didn't put it
12    in here because it doesn't point us to the root cause and you
13    get the report in the data - - in the end item data package,
14    where we send all the stuff we did to the encoder, to you.  Ray
15    Reed, the quote engineer says,  You'll get the data, it's just
16    you know, it doesn't really belong in the report.
17    Q.   Okay.
18    A.   They said,  Well, I would really like to have it in there.
19    I said,  Okay.  He goes,  Could you have that put in the report
20    and resubmit it by the end of the day?  It was three o'clock.
21    And I said,  Well, it's going to take me at least an hour or so
22    to get that scanned in, implemented, updated, and then I have to
23    get it resigned off by the program members.  I can't get this to
24    you back today.  He said  Well, when could you get it back?  I
25    said,  Tomorrow at noon.  He said,  Fine.  When we hung up the
```

Bushman Reporting
A Veritext Company

800-556-8974
www.veritext.com

1    phone, David Dam started cussing me out initially, he was like,
2     What the fuck are you doing?  And why do you fucking got to be
3    like that to the customers?   I m like,  Be like what?   He
4    goes,  Like the way you are.   And Ray spoke up and said,  He
5    didn't do anything.  He just presented the report.   We got out
6    of the meeting and I went directly to Parker and I say,  Hey,
7    this is what just happened.  David Dam just cussed me out.
8    First, he tells me to minimize my time on this contract.  I go
9    into that meeting, they want me to spend another four or five
10   hours on it.  So I pushed back lightly and explain why.  When I
11   saw that they had to have it, I agreed.  And then I got cussed
12   out for it.   The next day I get called into HR, and I'm
13   expecting that it's about my complaint to Parker about what
14   David Dam cussing me out.  Instead, they're like,  You've been
15   reported for unprofessional behavior in the CRIS meeting
16   yesterday.   I'm like,  Excuse me? How?   And Lori Edwards said
17   straight up, she goes,  We're not here to talk about what
18   happened, or to hear your side of the story.  We have
19   investigated this and interviewed all the relevant witnesses,
20   and we've come to the conclusion that you acted professional - -
21   unprofessionally, and we have to have you sign this last chance
22   agreement, or tender your resignation immediately.   And I
23   started to read it.  And I said,  This agreement does not accuse
24   me of anything.  What is the accusation against me?  It hints
25   that I may have had disruptive behavior, because it requires me

Bushman Reporting                    800-556-8974
A Veritext Company              www.veritext.com

1     to refrain from it.  But nowhere in the agreement does it state

2     what I did, what should I do?  And she said, We're not here to

3     talk about what you did.  I said, Well, how am I supposed to

4     know when I crossed the line between appropriate behavior and

5     inappropriate behavior, if you won't tell me what my behavior

6     was that got me in this position.  And she just stared blankly

7     at me.  I said - - I just kept reading it and I was like, It

8     says that as a condition of continuing play, I have to follow

9     direction from program manager.  I'm a check on program

10    management.  You can't make me follow or be subservient to

11    program management.  I'm supposed to make sure that he's

12    following all the contractual requirements that are applicable.

13    No comment.  And it says that I saw number three, and I said,

14    yeah, abide by all company rules, sure.  That's - - that's - -

15    that's normal, everybody gets that.  Personal issues, okay I

16    agree to that.  And that - - and at that point, I was like, why

17    was that in there?  It said that my stress levels were high.

18    And I was like, are they trying to fire me because I had said

19    that I m stressed out over all of these reports?  And that's why

20    I wrote this thing down at the bottom of the page about the

21    anxiety, I figured, well, if they're trying to fire me because

22    my stress level is high, I'm going to try to protect myself and

23    make sure that they understand that, you know, that they've

24    created a situation where my anxiety is high, and maybe I'd be

25    protected under the, you know, Disability Act or something.  So,

Bushman Reporting          800-556-8974
A Veritext Company         www.veritext.com

1    I wrote that down there.

2    Q.   Okay.  So, the handwritten note, would you read that

3    please?

4    A.   Yeah.  It says,  Diagnosed with anxiety and this is a

5    defined medical condition under the ADA.  As such, we will need

6    to discuss reasonable (inaudible).  Continued productivity - -

7    something and some - -

8    Q.   Since the additional - -

9    A.   Since the additional - -

10   Q.   - - the added work load has increased.

11   A.   - - increased anxiety.  This has been disclosed to my - -

12   something, something, something.

13   Q.   This has been disclosed to my management.

14   A.   Yeah.

15   Q.   Okay, so had there - - had you had a conversation with

16   management about your anxiety diagnosis?

17   A.   Yes - - yes.

18   Q.   Before the last chance agreement?

19   A.   Yes.

20   Q.   Okay.  Tell me about that.

21   A.   So after I initially reported the problem with the

22   encoders, you know, the NanoSeries, like I said, I started

23   noticing weird things happening around me, where I felt I was

24   being targeted.  I was being criticized for things that I

25   shouldn't have been criticized for.  I had requested

Page 92

| | |
|---|---|
| 1 | explanations for things that they weren't explaining.  For |
| 2 | instance, I got at one point criticized for my interactions with |
| 3 | my co-workers during my failure investigations, Mr. Parker |
| 4 | criticized me.  And it was concerning a situation with the |
| 5 | NanoSeries lenses, where the lens plating was not a space rated |
| 6 | material and it started to corrode while in BEI storage, and I |
| 7 | have to do the failure report on that.  So I'm like, well, why |
| 8 | is this plating corroding, it shouldn't corrode?  I went to the |
| 9 | person who designed the part, which was Andy Schrenard.  He was |
| 10 | our PhD optics engineer.  And the way I handle fair |
| 11 | investigations is, you know, you've got to go into these |
| 12 | meetings, kind of, you know, like you don't know anything, and |
| 13 | try to make friends with the person you're interviewing so that |
| 14 | they will disclose what they've done.  So that you can find out |
| 15 | if what they've done is appropriate or not.  So basically, I'm |
| 16 | trying to walk them in to disclosing what they would normally |
| 17 | not disclose.  And during that failure investigation, I found |
| 18 | out that Andy had, on his own, changed our normal space |
| 19 | qualified mirror plating process that we use on all our encoders |
| 20 | to some cheap, unqualified, unproven plating recipe involving |
| 21 | silver, normally we use gold.  And in that, he didn't tell |
| 22 | anybody.  He didn't tell me, he didn't tell the design team, he |
| 23 | didn't - - the program.  And normally, when you make a change to |
| 24 | a non-qualified process, you inform the team that it needs to be |
| 25 | re-qualified, so that you can go through - - and I'm a guy who |

Page 93

```
 1    has to do the verification that the test is appropriate, the
 2    data is okay.  And I wasn't told that he changed this on his own
 3    and I didn't recognize it when I did my reviews.  So I went to
 4    Mr. Parker and I told him, I said,  We used the plating on these
 5    mirrors that's not a qualified plating and it wasn't tested
 6    appropriate to verify that it would stand the space environment.
 7    And I think what we need to do is we need to go to one of these
 8    other companies that make space rated mirrors and get them to
 9    rebuild us a lot, so we can put those parts in.   And the next
10    thing I know, I'm being criticized for the interview that I had
11    with Andy Schrenard.  And he said,  You know, I got some reports
12    about, you know, the way you handled that.   I said,  I was not
13    inappropriate, I was not unprofess - - in fact, I have to be
14    appearing as if I'm just, you know, happy go lucky Steve, just
15    asking stupid questions in order to get them to disclose what
16    happened.   I said,  But you got to understand that we're
17    dealing with engineers, with big egos.  Engineers who put their
18    reputations on the line to design these products, and when
19    sometimes they make a mistake, and they realize that they made a
20    mistake, like when I said, you know, you were supposed to
21    resubmit this for qualification testing, why didn't you?   He
22    starts going on the offensive, and I said,  I am doing
23    everything I can not to push him into that area, because I need
24    him to be honest with me, and I don't need him to close up.   He
25    goes,  Well, you ve acted inappropriately.   I said,  I didn't.
```

Page 94

1    I went out of my way not to.  In fact, do me a favor, next time

2    I have a failure investigation, and if you - - I want you to

3    come along with me.  Because I have the same methodology I use

4    all the time.  I want you to witness how I handle it and I want

5    you to witness their reaction when it comes to the point that

6    they realize they made a mistake.  And you'll see their attitude

7    change, and they'll get upset.  I'll try to minimize that by

8    telling them don't worry, I ll write it up in such a way that it

9    doesn't look so bad.  He says  No, I don't want to do that.

10    Okay, so if you think I'm not handling my failure investigation

11   interviews correctly, send me to a training program.  I'm

12   willing - - I'm willing to hear from the experts the correct way

13   to handle these interviews.   No, we're not going to do that.

14   I said,  So, you hear from one person that made a mistake that

15   they didn't like my behavior, and you won't witness my behavior,

16   and you won't train me for correct behavior, and you won t

17   actually even tell me what specifically I did in order for me to

18   change it.   I started getting the hint that I was being set up.

19   So when this came around, this was just more of the same.  I

20   made a complaint about David Dam, and next thing I know, I'm

21   being written up.

22   Q.   Yeah.  My question was though, if you had previously

23   reported to management that you had been diagnosed with anxiety?

24   A.   Right.  So all of these things were happening, such as

25   that.  There were many little incidences, and I didn't know what

Bushman Reporting                    800-556-8974
A Veritext Company              www.veritext.com

1    was happening at the time.  But I would be driving to work in

2    the morning and I would start to feel like I'm having a heart

3    attack, and I didn't know what the hell was happening.  I'm

4    normally your healthy person, except for the cancer that I

5    survived.  But I would be driving to work and I would start to

6    feel like I'm passing out.  I mean, I would start to get tunnel

7    vision, I would have to pull over on the side of the road,

8    thinking I'm having a heart attack.  And one time that that

9    happened, I went to work and I told Mr. Parker about it.  I

10   said,  I don't - - weird thing.  And I think I should go to the

11   doctor and have it checked out.  And he said,  Okay.  I left

12   work that day and went to the doctor, and I'm sitting in the

13   doctor's office, he says,  What's going on?  And I told him

14   that every couple of days, I feel like I'm about to have a heart

15   attack.  And all of the sudden started to happen again, right in

16   front of him.  And he said,  You're having a panic attack.  And

17   I said,  Bullshit, I don't have panic attacks, you know, I - - I

18   work high stress jobs all the time, I don't have them.  And

19   then as soon as he said that, I was like,  Now it's going away.

20   Oh my God, I'm having a panic attack.  So I went back and I

21   told Parker I had a panic attack.  And after I told him that,

22   almost instantly, he started piling on me more stuff, more

23   tasks, more surveillance, like he was trying to push me into it.

24   And that's why I wrote it, because I knew that I had reported to

25   him and I knew I was being targeted and I needed - - I needed

Bushman Reporting
A Veritext Company
800-556-8974
www.veritext.com

1  some way to save myself. And I said, you know, I - - I need -
2  - we need to discuss reasonable accommodations. And after I
3  signed this, I made multiple attempts to talk to Parker and HR
4  about reasonable accommodations, and they would have heard
5  nothing about it. They were like, Well, that's not for me to
6  discuss. Or something to that effect, or, I don't know what
7  you expect me to do. Kind of thing. That's how that lit - -
8  that note came about.
9  Q.   And what were the reasonable accommodations that you
10  requested?
11  A.   I had - - let s see, I talked to him about - - I brought up
12  again about the training program for interviewing, so that I
13  didn't appear angry when I talked to him. I know with the
14  cancer, that my voice sounds very rough and very intimidating.
15  My face doesn't look right, you know? I got the chicken neck
16  from the radiation, you know, it's - - I just present as an
17  angry person sometimes, and I understand that. And I was like,
18  well - - I asked him for training for interviews - - for
19  interviewing clients. I asked him for help on the workload, or
20  - - because I was criticized for not being able to manage
21  competing priorities, that was something that wasn't even under
22  my control. So I had asked him about having David Dam arrange
23  the priorities from his program management group, okay, because
24  he was the head of program manager and there was a bunch of
25  program managers under him. It was a situation where three or

Page 97

```
1    four of them came at me at the same time that says,  I need you
2    to do this task for me right now.   And I said,  Well, I - - I
3    can't.  I'm doing this task right now for so and so.   And then
4    David Dam comes in and he goes,  Drop what you're doing, I need
5    you to do this task.   And I was like,  Listen, I'm doing this
6    task for them.   I said, you know,  You, Stephanie, and Heath
7    all came to me demanding I do something for you right now and I
8    can only do one thing at a time.  Can you figure out which one
9    is most important?   Well they go to Parker and claim that I'm
10   not - - what was it?  What was the term?  I'm not supporting
11   their program.  And I tried to explain it to Parker.  I said,
12    Listen, I am.  I got four tasks that are all needing to be done
13   now.  None of them want to concede to be second.   And he blames
14   me for it, and said that I was the one that was supposed to be
15   able to prioritize their demands.  And I was like,  No, I'm not,
16   their manager is.
17   Q.   BEI hired an independent contractor engineer to come in and
18   help you?
19   A.   Yes, yes, they did.
20   Q.   So they did get you some additional help; correct?
21   A.   Yes.
22   Q.   Was there any other accommodation that you requested?
23   A.   No.
24   Q.   So you wanted a trainee program - -
25   A.   I wanted to have a discussion about what they could do, and
```

Bushman Reporting
A Veritext Company

800-556-8974
www.veritext.com

1    they wouldn't have the conversation.  You know, I threw those

2    things at them while they were telling me that they won't have

3    the meeting, that they won t have a conversation with me.

4    Q.   Okay, so the training program for interviewing clients - -

5    or, I'm sorry, engineers, they said no to.  Help with workload

6    requested, and they did provide you some help.

7    A.   Well, that actually happened before I made that request.

8    Q.   Oh, they provided you help before you made the request?

9    A.   Yeah.

10   Q.   Okay.

11   A.   I believe - - I believe it - - I believe that happened bef

12   - - but I - - but I - - something tells me it happened

13   beforehand.

14   Q.   So when you went to the doctor that day, were you - - did

15   he give you a diagnosis of - - of panic attacks?

16   A.   Yes.

17   Q.   And anxiety?  Are those two different things?

18   A.   I understood them to be the same thing.

19   Q.   Were you prescribe medication?

20   A.   I think Xanax.

21   Q.   Did you take the medication that was prescribed to you by

22   that doctor that you went and saw that day?

23   A.   Yeah.  I didn't like the idea of taking the Xanax because

24   there's so much negative about it.  So - -

25   Q.   So you didn't take it?

Bushman Reporting                    800-556-8974
A Veritext Company                   www.veritext.com

1    A.   I took it when I had to.  You know, I didn't take it like

2    on a daily basis, but like, if I had a panic attack, I would

3    take one.

4    Q.   What - - what did the prescribing doctor - - how often did

5    he tell you to take it?

6    A.   Well, after - - after that, I went to a different doctor.

7    I went to a heart doctor, because once again, I thought it was -

8    - I wasn t totally convinced about the - - the panic attack

9    thing, so I went to the Heart Clinic.  This was after I was

10   terminated.  And they put all their instruments on me, and - -

11   and ran the EKG, and - - and they said,  Your heart's fine.  We

12   don't see a problem.  I was like,  Well, it s looking more

13   like anxiety, isn't it?  And he goes,  Well, yeah.  We'll put

14   you on a heart monitor for a month and see if, you know,

15   anything shows up.  And they did.  And after the month, I was

16   convinced they were going to rush me down to the OR and cut me

17   open, and he says,  No, your heart monitor looks great.  There -

18   - no, there was this one thing, but that - - everybody has that,

19   and that's not a big deal.  And as I said,  So it's anxiety?

20   And he goes,  Yeah.  And then they prescribed me a beta

21   blocker, Bystolic, it s a brand name.  I still have that

22   prescription.  I take that - - not every day, but - -

23   Q.   Is the beta blocker for your heart, or for anxiety?

24   A.   It s for anxiety, yeah.

25   Q.   But the first doctor that you saw while you were working

Page 100

1    for BEI prescribed Xanax, but you didn't take it according to

2    his - -

3    A.   I - - I did initially, but I didn't like the - - the - -

4    the potential side effects that I had been reading about.

5    Q.   Okay, so you stopped taking it?

6    A.   Yeah.

7    Q.   And so, you signed Exhibit number nine and you made your

8    handwritten note there, that we've talked about.  Did you make

9    that handwritten note in that meeting with Lori and Steven?

10   A.   Yes.

11   Q.   Okay.  Did you tell Mr. Parker and Ms. Edwards at that

12   meeting that you were concerned this last chance agreement was

13   retaliation for whistleblowing?

14   A.   Yeah.

15   Q.   You did?

16   A.   Yeah.  Well, not necessarily for whistleblowing.

17   Q.   Okay, then what did you tell them?

18   A.   I told them - - I told them,  I'll be honest, I'm being - -

19   I feel - - I know I'm being targeted.  I said,  I was a program

20   manager here.  I've been a manager here for long enough time to

21   understand you're trying to paper me.

22   Q.   And why did you think that they were trying to target - -

23   or paper you?

24   A.   I didn't know why.  I thought maybe it was the anxiety at

25   the time.  I didn't know.  It didn't make any sense, because I

Page 101

```
 1    completed all my tasks on time.  I wasn't delinquent on
 2    anything, I didn't have any errors.  I was handling the job of
 3    the five people that were doing the job for me, before they were
 4    let go.  I was doing a stellar job.  So I did not understand at
 5    all what was happening, but I knew, because of my prior
 6    experience as a program manager and manager of the department,
 7    that when BEI gives you a paper like this, they're setting up a
 8    termination.  They're trying to get paper on you so that they
 9    can justify a termination, based on something other than what
10    the reality is.  And I said that to them.  I said,  I know what
11    this is.  I was a manager long enough to understand that if you
12    won't tell me what I did, or - - so that I can correct it, and
13    you won't even hear from me, my side of the story.   And as I
14    found out, they didn't talk to Ray Reed or the other guy in the
15    meeting, after the fact.  It just solidified that this was
16    somehow retaliatory, but I didn't understand what.  It was only
17    after I was fired and I sat down and I thought long and hard and
18    I started to write these notes.  And that's why I wrote these
19    notes is because I was putting down everything I could think of
20    and then I rearranged it.  I rewrote these things a dozen times
21    and that's what I keyed in on, everything started after I went
22    to Parker that first time.  Because before that, he was patting
23    me on the back, telling me what a great job I was doing, how BEI
24    appreciated everything I did for them, and all of the sudden I'm
25    getting criticized for - - and not even being allowed to defend
```

Bushman Reporting
A Veritext Company

800-556-8974
www.veritext.com

1    myself.  I was like - - yeah.

2         MS. YOUNG:  Let's see here, it is 12:26.  I think it's

3      a good time for a break.

4                        (BREAK)

5    MS. YOUNG:  (Continuing)

6    Q.   Mr. Stepanishen, I m handing you a document I've marked as

7    Exhibit number 10.

8         (Whereupon, Exhibit 10 was introduced in to the record

9      and is attached here to.)

10   A.   Yes.

11   Q.   Do you recognize that document?

12   A.   Oh, yeah.

13   Q.   What is that?

14   A.   That is the performance appraisal that was done by Steven

15   Parker, on me.

16   Q.   And looking at the first page of Exhibit number 10, it

17   says,  Review date 2-10-2020.

18   A.   Yes.

19   Q.   February 10, 2020.

20   A.   Yes.

21   Q.   Did you sign it on page two?

22   A.   Yes.

23   Q.   Steven Parker signed it above your signature; right?

24   A.   Correct.

25   Q.   His signature is dated February 25, 2020.  And it says,

                                        Page 103

1    Prepared by, signed Steven Parker, and dated and reviewed by

2    Steven Parker on 2-25-2020.   Was February 25, 2020 the date

3    that you and Mr. Parker sat down to review this?

4    A.    No.

5    Q.    Did the two of you sit down and have a meeting to review

6    it?

7    A.    Yes.

8    Q.    When was that?

9    A.    It was on the 26th.

                    th

10   Q.    It was on 26  , okay.  What was discussed at that meeting?

11   A.    Basically, this is another meeting where he was criticizing

12   me for things that were beyond my control, or that was

13   misplaced.  I had written a long response to this that you

14   should have received in the request of the production of

15   documents.

16   Q.    I have it.  We ll look at that next.

17   A.    So basically, he was criticizing me for my inability to

18   prioritize another departments group of employees.  And I had

19   pushed back on him saying that I didn't think that this

20   adequately reflected my workload, or my work product that I had

21   - - that I had for the 2019 year.

22   Q.    So there are several categories that you were given ratings

23   for.  And what was the category for his criticism about

24   inability of other groups to prioritize work?

25   A.    Let's see here.

1    Q.   Do you see what I'm talking about?

2    A.   Yeah.

3    Q.   The first one is quantity and quality of work.  The second

4    is training education and job knowledge.

5    A.   Let s see here.  Here it is.  On the third section, section

6    three, it says,  Dependability is to what extent can this

7    individual be counted on to produce predictable results?   And

8    he wrote,  For the most part, Steve operates with little

9    supervision.  In some cases, he needs help effectively managing

10   competing priorities, (inaudible) managing messages, messaging

11   the customers, and tact while interacting with internal

12   teammates.  I would like to see him work 90% solutions, more

13   objectives to better balance customer risk with schedule for the

14   overall betterment of the company.

15   Q.   And he rated you a number.  He gave you a performance level

16   rating of three, which is fully effective.

17   A.   Right.  I disagreed with that.

18   Q.   But you disagreed with that?

19   A.   Yes.

20   Q.   And then under teamwork, which is the fourth category - -

21   asked Mr. Parker to evaluate you on your working relationships

22   with coworkers in other departments and supervision, and his

23   comments were,  Steve has the ability to bring a lot to the team

24   with his knowledge and experience.  However, his lapses in

25   diplomacy and limited surge capacity can create tension within

Bushman Reporting                    800-556-8974
A Veritext Company                  www.veritext.com

1   some of the working groups.  This has led to several direct

2   conflicts in the workplace.  A last chance agreement was issued

3   in December 2019.  Improved working relationships with key

4   stakeholders in the plant is expected in Q1 and will be

5   evaluated via customer service survey from program management

6   and engineering.   Did you disagree with that?

7   A.   Absolutely.

8   Q.   And he gave you an unacceptable performance level - -

9   level, right?

10  A.   The first one I got in my entire career.

11  Q.   And you had been there since 1998, in the same role as a

12  reliability engineer; right?

13  A.   Yeah.

14  Q.   Okay.  So he mentions, Steve Parker mentions that there was

15  a tension within some of the working groups; do you know what he

16  was referring to there?

17  A.   Yes, it was me pushing back on some engineers that were

18  trying to implement changes that conflicted with the BEI s

19  internal ISO work instructions.  So you know, we're - - we have

20  a quality management system and we're ISO certified by some

21  national organization that comes in and audits us.  And as part

22  of that ISO certification and quality management team, we all

23  had to create work instructions for our departments that defined

24  what we did, how we did it, who's responsible for what, blah,

25  blah, blah.  And I had an engineer, who's pretty fresh out of

Page 106

```
 1    college, and he was trying to implement a change to our
 2    configuration management system.  At BEI, we have a lot of
 3    documents for different things, analyses, you know, drawings,
 4    procedures, processes, components, up screens, all sorts of
 5    different documents.  And they all go to the configuration
 6    management into the system where they have to be handled
 7    appropriately, you know?  And one of the things that we have in
 8    the management system is a way of identifying parts and units.
 9    We give it a - - a - - a overall part number, consisting of
10    three numbers, a dash, some more numbers, a dash, and then some
11    more numbers.  And he presented me with an ECO, engineering
12    change order, where he wanted to implement - - he wanted to get
13    a - - put a change on a drawing, where the drawing had an
14    overall part number.  But in order to get to the assembly level,
15    you had to look up a number that was on a sale sheet in a filing
16    cabinet somewhere, instead of here where you can - - okay, so
17    this is a dash 100 drawing and the part that it refers to is
18    either a dash 101 or dash 102 configuration.  So when I'm doing
19    a failure analysis, I can pull the drawings, I get the overall
20    part number, and I go down to the breakout sheet of what's in
21    there.  I can pull the drawings for the assemblies that I'm
22    working on, and his ECO would have confused all that.  It would
23    have - - if I had one part number, it could have been one of a
24    dozen different assemblies.  And the only way I would know is if
25    I go to somebody's office down the hall and find the filing
```

Page 107

1    cabinet drawer that they could pull it out - - that they could

2    pull up an order form from that customer and see exactly the

3    part number that they order.  And that was against our quality

4    management system.  So when he presented that to me, as I told

5    you before, I have an oversight - -

6    Q.   Yes.

7    A.   - - function, where I have to make sure that they comply

8    with our contractual requirements and our quality requirements,

9    and I knew that that change that he was attempting to implement,

10   violated our configuration management system.  So I said,  I

11   won t sign it.  It s not correct, it violates our system.   And

12   he got mad, and I said,  Sorry, that's not the way we do it.

13   That's against the rules.  Why do you want to do this?   And he

14   couldn't explain it to me.  So he took the ECO and he went to

15   the quality engineer, who happens to sit right outside my

16   office, and when I eavesdropped, you know, as I always do, and I

17   hear Ray, tell him,  We can't do this.  This is against our

18   quality management system.  This is - - no, it's not - - this is

19   inappropriate.   Well, he got mad at Ray and he stormed off.

20   And he - - sorry, I walked out of my office and was walking to

21   go talk to the program manager on the program for the ECL that

22   he was trying to get signed, she was walking down the hallway.

23   And I said,  Stephanie, come here.  I need to tell you something

24   that just happened.   I said,  Rex Baird just came in my office

25   and wanted me to sign an ECO where he was implemented - - blah,

Page 108

```
 1   blah.   I told her a whole story.  I said,  He got mad.  He got
 2   really mad and he went to Ray Reed, Ray wouldn t sign it, and he
 3   stormed off.   Well, what I didn't know was that when he stormed
 4   off down the hallway, he went into a vacant office that was two
 5   doors down from me, right outside where I was telling Stephanie
 6   the story.  And he comes out of the office all pissed off and
 7   saying that I was - - it was the way I answered them, or the way
 8   I responded to him.  I was like,  I just told you straight up,
 9   we can't do it this way.  Ray told you the same thing.   That
10   was the incident.  Somehow that got reported to Parker and when
11   I - - when Parker said that I had an incident with Rex, I said,
12    Yeah, he was trying to violate our Quality Management System.
13   He was trying to do this.  Here s the rules that say we can't do
14   that.  I presented this to him to show him we can't do that.  He
15   didn't accept it.  He went to Ray to try to get him to sign it,
16   Ray wouldn't sign it either.  I was telling Stephanie, we didn't
17   sign the CO and the reason why and he overheard us and I
18   disagreed with the assessment of my interaction with other
19   employees.
20   Q.   Who reported it to Seven Parker?
21   A.   Don t know.
22   Q.   But Parker told you that's what he was referring to?
23   A.   Yes.  He called me in the office.
24   Q.   And when - - did you tell Parker that you disagreed with
25   his evaluation of that interaction?
```

Page 109

1    A.   Yeah, yeah.  I told him, I said,  I was not unprofessional

2    at all.  I explained to him why I can't sign it and Ray Reed

3    agreed.   Everybody knows we don't do that because of the rules

4    we have set up.  And he didn't want to hear it.  He just didn't

5    want to hear it.  He was another case of a big ego and a new

6    hire that was making changes that he shouldn't have made.

7    Q.   So Parker wrote,  This has led to several direct conflicts

8    in the workplace.

9    A.   Yes.

10   Q.   Are you aware of - - of any other conflicts in the

11   workplace that you haven't talked about here today?

12   A.   There was the Andy Schrenard incident and the - - the Rex

13   Baird.

14   Q.   And we've talked about those?

15   A.   Yes.

16   Q.   Okay.  How long - - well, let me ask you, so you - - you've

17   got a handwritten note here.

18   A.   Yes.

19   Q.   On Exhibit number 10.  Did you make this handwritten note

20   at the time Mr. Parker presented this to you?

21   A.   Yes.

22   Q.   So you were in - - did this take place in his office?

23   A.   Yes.  This was during the - - the review of this document.

24   Q.   So did you and Mr. Parker go through each one of these

25   categories - -

Page 110

1    A.    Yes.

2    Q.    - - to discuss?  Okay.  And you had the opportunity to

3    explain to him why you disagree?

4    A.    Yes.

5    Q.    Okay.  And then you wrote your - - your comments here.

6    A.    Yep.

7    Q.    And you wrote, and I'll read it,  I think this performance

8    appraisal does not adequately describe or characterize the

9    quality or quantity of the work I performed last year.  It does

10   repeat - - repeatedly address one instance of prioritize - -

11   prioritization, that I blame on program managers and ability to

12   work together to assign tasks.  I requested assistance when my

13   requests to program managers to prioritize their conflicting and

14   competing demands for specific work orders that they did not

15   allow sufficient time to complete accurately.  I was also dinged

16   for teamwork issues because I tried to do my job the way I was

17   taught and I questioned an engineering change that I believe was

18   not per BEI policy.  I will submit a detailed response when time

19   is available.  My department has been reduced from five people

20   to just me, so I'm quite busy.

21   A.    Yes.

22   Q.    Okay, so here is your - - I think this is your follow up.

23   I'm going to mark as Exhibit 11.  Handing that to you.  Can you

24   tell me what Exhibit 11 is?

25              (Whereupon, Exhibit 11 was introduced in to the record

                                                        Page 111

1          and is attached here to.)

2     A.   This was my comments on my 2019 performance review that was

3     written by Steven Parker.

4     Q.   Okay.  When did you write this?

5     A.   February 27, 2020.

6     Q.   So it was the next day?

7     A.   Yes.

8     Q.   On February 26, or February 27, at that point, did you

9     think that the poor performance appraisal was retaliation for

10    your whistleblowing?

11    A.   Yes.

12    Q.   Okay.

13    A.   Well, I knew it was retaliation for something.  I didn't

14    know it was for the whistleblowing at the time.  It was - - like

15    I said, up until the time I got fired, I knew I was being

16    targeted, but I didn't know why.  I didn't put two and two

17    together until afterwards.

18    Q.   On the second page of Exhibit 11, I do want to look at a

19    few paragraphs.  Starting in about the middle of the second

20    page, you wrote, I also took over a couple of malfunction

21    analysis that had been opened up by Heath McKoin, which he

22    failed to move forward on.

23    A.   Yes.

24    Q.   Were these malfunction analysis for the NanoSeries encoder?

25    A.   Yes.

1   Q.   And you mention - - so continuing on, you say,  For MA,

2   that's malfunction analysis 19016, for the lens prism issue.

3   Which you've talked about that; right?

4   A.   Yep.

5   Q.   Okay and,  MA 19019 and the mark tech LED, or RGA failure.

6   He's opened the MA's, but did not leave the FRB.   And the FRB

7   is Failure Review Board; correct?

8   A.   Correct.

9   Q.   Okay.   So after sitting in the morning meetings listening

10  to this discussion on what to do, I recognize that the direction

11  they were moving wasn't sufficient.  They were attempting a use-

12  as-is disposition on the LED and small insignificant changes to

13  the lens prism.  It was then that I started control of the

14  Failure Review Board and the root cause of the failures were

15  found and major changes were made to both devices.

16  A.   Yes.

17  Q.   And again, those devices were the NanoSeries encoders?

18  A.   The components that go into them.

19  Q.   Okay.

20  A.   Yes.

21  Q.   And then continuing on, you said,  I was also able to

22  correct several mal - - mal - - manufacturing and ATP

23  anomalies.   What are ATP s?

24  A.   Acceptance test procedure.

25  Q.    Anomalies   -

Bushman Reporting                    800-556-8974
A Veritext Company                www.veritext.com

1    A.    Yes.

2    Q.    - - that threatened to put some programs into Failure

3    Review Board and get them back online quickly and without

4    causing additional customer distress.   Is that right?

5    A.    Yes.

6    Q.    Okay.  The next sentence,  I completed each malfunction

7    analysis on time, and they were accurate and withstood the

8    rigorous review of our space level customers, including NASA.

9    Is that right?

10   A.    Correct.

11   Q.    Each malfunction analysis was reviewed by our customers

12   engineering team to determine if my assessment of the problem,

13   the potential root cause, my troubleshooting steps, and my

14   stress analysis and corrective actions were accurate, thorough,

15   reliable, and no faults were found with my work.   Is that

16   right?

17   A.    Yes.

18   Q.    So tell - - tell me a little bit about your statement here

19   that your malfunction analysis withstood the rigorous review of

20   your space level customers, including NASA.

21   A.    Okay, so like I said, when a failure occurs it is a major

22   deal in the space community, when a space product fails during

23   test.  It's - - it's not a small deal.  It will ring bells all

24   the way to the coast.  And space products are supposed to work

25   up in space continuously, for a long time.  Five years, ten

                                              Page 114

1    years, continuously without failure.  Because if they fail, it

2    can shut down a billion dollar satellite, and there's no Maytag

3    repairman that's going to fly up there and fix it.  So the

4    product needs to function.  So when we put it through its

5    acceptance testing - - and acceptance testing is exactly what

6    you think it would be.  If it passes these tests, it is

7    acceptable to be used.  Well, when it fails those tests, people

8    go ballistic.  As soon as a failure occurs, the person involved

9    in testing has to stop immediately.  Sometimes they can't even

10   turn the power off.  Because that would be considered a change

11   in configuration, which could confuse or make the failure

12   disappear.  When a failure occurs, they call Program Management,

13   Program Management calls me, the test setup doesn't get touched.

14   They step away from the table, I come down and I find out what

15   failed, where they were at in the procedure, or whatever

16   process.  I - - I'm not allowed to manipulate the hardware at

17   all, I can just look at it.  And I have to look at the setup and

18   make sure that the setup is correct, and then make sure the

19   cables are the right way, that the meter is turned to the right

20   dial.  And I might be able to make some preliminary measurements

21   to verify that what he saw was accurate and that he didn't have

22   the meter on the wrong scale.  So when I said on that other

23   thing that I handled a bunch of small issues without causing the

24   FRB, it was - - I went down to investigate and I saw, he's

25   trying to measure an output voltage and he forgot to turn the

Bushman Reporting          800-556-8974
A Veritext Company         www.veritext.com

```
1    power on.  Stupid.  It's not a failure, it's turn the power on,
2    measure, it works, continue.  So as soon as a real test failure
3    happens, I go down there and I have to just basically, I m
4    visually looking at it, documenting what I see.  If I see
5    something stupid, like the power turned off, I can turn the
6    power on and check it.  But I'm not allowed to change
7    configuration, manipulate anything.  I have to write a
8    preliminary report stating what happened, and what we want to
9    do, and I get my team to sign it off, and then it goes to the
10   customer.  They review it and if they agree they ll have - -
11   they ll normally call a meeting.  We'll discuss what happened,
12   we'll talk about it, and I'll tell them what I want to do.  And
13   if they agree, I put it on the report and we all agree.  Okay -
14   -
15   Q.   So the customer is told about the - - the problem?
16   A.   Yes.
17   Q.   Okay.  Go ahead.
18   A.   But not at the front end, they just know there's a problem.
19   Q.   Right.
20   A.   It's not passing (inaudible) tests.
21   Q.   Okay.
22   A.   They don't know why.
23   Q.   Got it.
24   A.   That's when I have to find out.  Well, what did we get?
25   How did you do it?  Did we do it right?  Should we do it again?
```

Page 116

```
 1    Do we know that the numbers accurate?   So at some point, I've
 2    got to come up with a troubleshooting plan.  And you know, just
 3    knowing,  Okay, well, we had this voltage reading and it should
 4    have been this voltage.   I have to try to figure out from the
 5    schematics and the test procedure and the setup, how to figure
 6    out why that voltage is wrong and I had to put out a list, or a
 7    troubleshooting list of steps to perform.  And the customer gets
 8    to review that and they have to agree with it.  Okay, because
 9    sometimes when you go down a troubleshooting step, you do
10    something and the failure goes away.  It's gone and you don't
11    know why.  And customers will not accept that as a - - as a - -
12    as a result.  If you've got an unverified failure, a failure
13    that happened and now it's not there, that tells them that you
14    can't fly that unit, because you don't know if it's going to do
15    it again.  And if it does it again up there, you've just killed
16    a satellite.  So they re very, very cautious about every step
17    you take from that point on.  And what I'm trying to say in that
18    section is that I presented my troubleshooting plans, they're
19    subject matter experts.  They've got these guys that do nothing
20    but one thing.  You know, transistors, they know everything
21    about a transistor, you know?
22    Q.   The NASA engineers?
23    A.   Sometimes they re NASA.  Sometimes they're like the - - the
24    - - the subcontractors engineer, Raytheon, or something.  And
25    what I'm trying to say there is, I've never had any of them come
```

Page 117

```
1    back and say,  No, that is not what we're going to do, we're
2    going to do something completely different.   Sometimes I have
3    to make calculations as to the amount of overstress a component
4    might have.  So you've got to do a circuit analysis, you know,
5    where you go through and say,  Oh, you're starting out with five
6    volts, and you go through this resistor and into this op amp and
7    blah, blah, blah, blah, and I should have this on the other
8    side.   So you do all this analysis, you put it in your
9    document, and then you can give it to the subject matter
10   experts, and they look at it and he says,  Yeah, it looks good.
11   I agree, go forward.   So what I'm trying to say is, you put
12   your reputation on the line, basically, when you write these
13   reports, because you're - - you're deciding what to do, and then
14   you're trying to get the guys who spend their entire life
15   zeroing in on the - - the thing that you're trying to resolve to
16   agree with you.  I've never had them come back and say,  No,
17   we're not going to do that, we're going to do something else.
18   Q.    In here, with the malfunction analysis that you were doing
19   on the NanoSeries encoders, your analysis and reports withstood
20   their rigorous review?
21   A.    Right.
22   Q.    And so, there's an ongoing conversation with the customer.
23   It's - - it's not, you sign the contract and six months later, a
24   widget is - - is delivered.  There's - - there's contract
25   discussions about what is to be built, and then throughout that
```

Page 118

1   process, there's an ongoing communication?

2   A.   Correct.   Except for these NanoSeries.

3   Q.   Okay, what was different about the NanoSeries?

4   A.   I've never had one of those malfunction reports presented

5   to the customer.

6   Q.   Okay, what do you mean by that?

7   A.   Well, like I said, I fill out the malfunction report at the

8   initial report, right?  I see what the malfunction is and what

9   we want to do, and I get my team to sign it off and I give it to

10  the program manager.  The program manager is supposed to deliver

11  it to the customer and then we're supposed to have an FRB

12  meeting.

13  Q.   Okay.

14  A.   I don't recall any FRB meetings happening.

15  Q.   Is that a good or bad thing?

16  A.   That's a bad thing.

17  Q.   Okay.  Well, then why did you say,  I completed each MA on

18  time and they were accurate and withstood the rigorous review of

19  our customers ?

20  A.   Because I wrote more MA s than just the NanoSeries.   The

21  two MA's that are referenced above, 19016 and 19019, they were

22  opened by Heath McKoin.

23  Q.   Okay.

24  A.   The program manager that used to be the reliability

25  engineer, and the one that said that I was delinquent on closing

1    the LED malfunctioning report that he opened.  Okay, so if you

2    look at the last page, I've included a screenshot of a database

3    where we enter our malfunction report information, so that it

4    can be looked up easily.  And what you see listed is what - -

5    the extent of the work that he did on those two failures, which

6    was - - there's nothing written on the first one, I can't really

7    see what it says.  But the second one, it's - - it just

8    basically described the problem, and then there was nothing

9    else.  There was nothing about what we're going to do.  No

10   potential - - there was - - it just sat there in an open state

11   as an initial malfunction report, which is basically just

12   reporting what happened.

13   Q.   All right, but then didn't you assert control of that FRB?

14   A.   Yes.

15   Q.   Okay.

16   A.   Yes.  And I started to write the MA's on that, and then I

17   got fired.

18   Q.   Okay.  Well, on Relator Bates number 32 - - Relator 32, you

19   said,  It was then that I asserted control of the FRB and the

20   root cause of the failures were found and major changes were

21   made to both devices.

22   A.   Yes, yes.  So on - - what happened was, on the - - the

23   mirror, I had done the investigation where I found out any Andy

24   Schrenard pick the wrong materials and they kept trying to use

25   the mirrors with the same silver plating, with different

Bushman Reporting                    800-556-8974
A Veritext Company                  www.veritext.com

1  underlying plating metals.  They tried to get it to work.  And I

2  had discovered, by contacting outside companies that make space

3  rated mirrors, that his formula would never work and I presented

4  that to the FRB.  I don't know if it ever was presented to the

5  customer.  Now, the contract may not have required program

6  manager to send that to them for their review.  I don't recall

7  if it did or not.  But on the major spacing code of projects

8  that we had in the past with Raytheon, and for CRIS, they all

9  had a clause in it, and it said,  All FR - - all malfunctions

10  must go through the customer FRB.   I don't recall ever having a

11  meeting with the customers on these.  So I'm going to say that

12  there was no requirement for their approval on these.

13  Q.    Okay.

14  A.    Which is typical of something that we would do if we have a

15  firm fixed price contract, since BEI is footing the bill for

16  anything above the contract price, you know, we can't - - we

17  don't need to get them involved.  That is something that we try

18  to negotiate them out of, so that we have control of the FRB.  I

19  don't recall sitting in a single meeting with any of these

20  customers.  In fact, I know that during the FRB, during the

21  malfunction analysis that I was doing on the LED s, Heath and

22  Andy had a series of conversations with the customer and with

23  the vendor, where I was not invited.  And I made mention of that

24  at some point.  Maybe it was someplace else.  I made mention

25  that I said,  Discussing an FRB that I'm the head of, I need to

Page 121

1    know what these conversations are.  I've got questions I need to

2    present.  Why aren't I being invited?   And I never got a good

3    explanation for that.

4    Q.   Did you and Mr. Parker talk about your written response to

5    his - -

6    A.   Nope.

7    Q.   - - performance evaluation?

8    A.   Nope.  He never - - he never brought it up.  What - - what

                                                                    th
9    he did was, when I - - when I had my initial review on the 26  ,

10   I was very disappointed, because my department had been five

11   people, each of us extremely busy with handling our tasks, and

12   now it was a one person show and I handled everybody's tasks.  I

13   was forced into programs that I had no familiarity with, I

14   didn t have a clue about the - - I had to catch up to speed,

15   read all the documents, read the contract, read all the

16   supporting documents, learn what was going on, and I still

17   didn't miss a beat.  So when I saw this I was extremely upset.

18   I was expecting a stellar review and I brought it to his

19   attention and it was even worse when I got my dang - - my - - my

20   - - my increase - - my salary increase that year.  It was like

21   1.7%.  It was ridiculous.  It was like an insult.

22   Q.   So what was your salary at that time?

23   A.   It had been 130,000, but it got reduced down to 120 because

24   they stopped paying me a bonus that I used to receive.  I used

25   to receive a $10,000 bonus every year and they took that away

                                                      Page 122

1    and told me that nobody gets a bonus, which I found out to be a

2    lie.  They also told me my 1.75% was one of the highest merit

3    increases in the company, which I found was also a lie after

4    talking to some people.  Parker asked me how much I thought I

5    deserved, based on my performance last year, and I said,

6    Honestly, 8 or 9%, but I would have accepted four or five.

7    And he laughed at me.  And I said,  That's not a joke.  Do you

8    realize how much I do for this company?  I take on tasks that

9    nobody else wants and I've completed everything successfully.

10    Q.  So it wasn't too long after you were presented with this

11    employee performance appraisal that you were terminated.

12    A.  Yeah.

13    Q.  I asked in discovery about any reports or complaints to

14    government agencies about the claims alleged in the lawsuit,

15    your employment with BEI, or your termination of your employment

16    with BEI; do you remember that request?

17    A.  Yes.

18    Q.  Okay.  Have you made a report or complained to any

19    government agency about the claims alleged in this lawsuit?  I'm

20    not talking about the - - the lawsuit - - this lawsuit that you

21    filed.  But have you had - - did you make a report or complaint

22    to any other government agency about the claims alleged in this

23    lawsuit?

24    A.  I did file a claim with the EEOC.

25    Q.  okay.

Bushman Reporting
A Veritext Company

800-556-8974
www.veritext.com

```
 1    A.    Immediately thereafter, because I thought at the time that
 2    it was - - my termination was due to the anxiety issue.
 3    Q.   Well, let's talk about that, because your lawsuit was filed
                th
 4    April 16   of 2020.
 5    A.   Okay.
                                              th
 6    Q.   Okay?  So you were terminated March 5   of 2020, and then
                                              th
 7    you filed your whistleblower lawsuit on April 16   of 2020.
 8    A.   Let s see here - - whistleblower - - okay.
 9    Q.   And that was filed in United States District Court, Eastern
10    District of Arkansas.  And you're looking at the complaint in
11    front of you.  And that's where you allege the fraudulent claims
12    against the government by BEI, and you also claimed that you
13    were terminated in retaliation for your whistleblowing
14    activities.
15    A.   Yes.
16    Q.   Is that right?
17    A.   Yes.
18    Q.   Okay.  You submitted your EEOC charge after that - - after
                th
19    April 16  .
20    A.   Okay.
21    Q.   I m going to mark your EEOC charge as the next exhibit.  So
22    I m handing you what I've marked is Exhibit number 12.  Do you
23    recognize Exhibit number 12?
24              (Whereupon, Exhibit 12 was introduced in to the record
25         and is attached hereto.)
```

Bushman Reporting          800-556-8974
A Veritext Company         www.veritext.com

1    A.   Yeah.

2    Q.   What is Exhibit number 12?

3    A.   The charge of discrimination.

4    Q.   I'm going to read it, but at the bottom there it says,

5    digital - - digitally signed by Steven Stepanishen on June the

6    first of 2020, at 12:07pm EDT.  Do you see that?

7    A.   Yep.

8    Q.   Okay.  And did you digitally sign this document?

9    A.   Yes.

10   Q.   Okay.  And above your signature, it says,  I declare under

11   penalty of perjury that the above is true and correct.

12   A.   Yeah.

13   Q.   And you said,  I swear or affirm that I've read the above

14   charge and that it is true to the best of my knowledge,

15   information, and belief.   Is that correct?

16   A.   Yeah.

17   Q.   Okay.  And so this was an EEOC charge of discrimination,

18   which you submitted on June the first of 2020; right?

19   A.   Yes.

20   Q.   And the discrimination was based on retaliation disability;

21   correct?

22   A.   Yes.

23   Q.   Okay.  So you - - you're - - the particulars of the charge

24   were - - and I'm going to read from your charge that you

25   submitted,  I was hired in 1998 and work most recently as a

Bushman Reporting                    800-556-8974
A Veritext Company                   www.veritext.com

1    manager reliability engineering group.  In mid/late 2019, I

2    experienced a medical incident and had to leave work and was

3    thereafter diagnosed with a disability.

4    A.   Yes.

5    Q.   I shared my diagnosis verbally with my manager.  I asked

6    for assistance via workload reduction, and/or additional meaning

7    in my department.  I received a write up in December 2019 and

8    commented in the write up that I had a disability and needed

9    accommodation.  I was discharged on our about 5 March 2020.  I

10   was told the write up in December 2019 was due to unprofessional

11   conduct, which I denied.  I was advised I was discharged for

12   unprofessional conduct, which I also deny.  I believe I was

13   denied accommodation in the form of a reduced workload or

14   manning assistance.  Was disciplined and discharged due to my

15   disability and was disciplined and discharged in retaliation for

16   having raised the issue of my disability and requested

17   accommodation.  I was disciplined and discharged due to being

18   regarded as disabled, a violation of the Americans with

19   Disabilities Act of 1990.   Did I read that correctly?

20   A.   Yes, you did.

21   Q.   Okay.   Now, you don't say anything in this charge that was

22   filed with the EEOC on June the first of 2020, about being

23   discharged in retaliation for whistleblowing.

24   A.   Yeah, I didn't - - I didn't say any of this.

25   Q.   Okay.

Bushman Reporting                    800-556-8974
A Veritext Company                   www.veritext.com

1    A.    This is what the person at the EEOC wrote.  I tried to tell

2    him that I made a whistleblower claim to my boss, and that I was

3    terminated shortly thereafter in retaliation for it, which was

4    in violation of public policy, and should have been covered

5    under the EEOC's charges of discrimination.  And he said it

6    wasn't and he wouldn't add it to the paper.  And all he would

7    add was the anxiety claim.  I went to him with the charges of

8    the whistleblowing.

9    Q.    Well, we'll cover that, because we have the information

10   that you submitted online and notes from your interview with the

11   EEOC investigator, so we'll cover that.  But Mr. Stepanishen,

12   you're an attorney?

13   A.    Yeah.

14   Q.    At one time, you were licensed to practice law in

15   California?

16   A.    Yeah.

17   Q.    In fact, you graduated number one in your law class; right?

18   A.    Yeah.

19   Q.    Okay.  And so you understood what this sentence means when

20   it - -  I declare under penalty of perjury that the above is

21   true and correct.

22   A.    Yeah.

23   Q.    And you signed it anyhow?

24   A.    Yeah.

25   Q.    Okay.  And in here, in this charge that you signed and

1    submitted to the EEOC, under penalty of perjury, you said you

2    were terminated because you requested an accommodation, and that

3    that was retaliation.

4    A.   I did not say that was the only reason.  I did not say that

5    that was the only reason I was terminated.

6    Q.   All right.  And where did you say that?

7    A.   When I was speaking to him on the phone, I told him that I

8    had made that claim and that it was - - that I wanted it added

9    to my EEOC.  Because I had read court cases where that was a

10   potential EEOC claim.  And that's what I wanted to base my

11   charge of discrimination off of.  But he wouldn't do it.  He

12   would not add it and he told me he wouldn't.

13   Q.   So why did you sign it?

14   A.   Because that was the best I could get out of them.

                          st
15   Q.   So on June 1   of 2020, why did you believe you had been

16   terminated?  Was it for whistleblowing, or was it because of

17   your disability?

18   A.   I thought it was possibly a combination of both.  I was

19   more sure of the whistleblower claim and that's why I pushed

20   that the hardest.  I - - I had no faith in this EEOC charge, the

21   way he wrote it up.

22   Q.   I m going to hand you what I've marked as Exhibit number

23   13.

24         (Whereupon, Exhibit 13 was introduced in to the record

25         and is attached here to.)

Page 128

1   A.   Okay.

2   Q.   Do you know what Exhibit number 13 is, Mr. Stepanishen?

3   A.   No.

4   Q.   Okay.  So when - - when you - - how did you make your EEOC

5   charge?

6   A.   I don't recall.

7   Q.   Did you go online?

8   A.   I don't remember.

9   Q.   Did you fill out some information online?

10   A.   I don't remember.  I honestly don't remember.

11   Q.   Well, take a minute to review Exhibit number 13.  So

12   looking at the first page of Exhibit number - - let me ask you

13   this, you can tell from looking at Exhibit number 13 that this

14   document contains a lot of information about your employment and

15   termination with BEI; correct?

16   A.   Yes.

17   Q.   Okay.  The - - the initial inquiry date, on the first page

18   of Exhibit number 13, shows that you initially made contact with

                              th
19   the EEOC on March the 27   2020; does that sound right to you?

20   A.   Yeah.

21   Q.   Okay.

22   A.   Yeah, I thought it was about April first.

23   Q.   And so, the potential charging party, you would have

24   provided them that information, your name and address?

25   A.   Yeah.

Bushman Reporting            800-556-8974
A Veritext Company          www.veritext.com

1   Q.   And the adverse action, you see on the third page?

2   A.   Yes.

3   Q.   Is this coming back to you?  Do you recall completing this

4   online with your EEOC charge?

5   A.   No, but it looks like something that I would have read - -

6   Q.   Okay.

7   A.   Writ - -

8   Q.   Written?  Okay.  It says,  Adverse action: Subjected to

9   continuing harassment/discrimination since my treatment for a

10   covered disability, starting in 2015.   So you initially

11   reported to the EEOC that you had been subjected to continuing

12   harassment and discrimination since my treatment for a covered

13   disability starting in 2015; is that correct?

14   A.   Yes.

15   Q.   Okay.  So at this point, when you contacted the EEOC, this

16   is - - you believe this had been going on for some time?

                                        th
17   A.   Like I said, when I got fired on March 5  , I had no idea

18   what was happening, why it was happening, or why I was fired.  I

19   filed this initially, because the first thing that came to my

20   mind was my cancer.  That after I got the cancer, I had, like I

21   said, it screwed up the way I look, it screwed up the way I

22   talk, it also caused me to miss a lot of work.  And in

23   discussions with Gary Rowe, who was our HR manager at the time,

24   he had stated how people that had large medical incidences - -

25   issues, like heart attacks or cancer, how they - - their problem

Bushman Reporting
A Veritext Company
800-556-8974
www.veritext.com

1    cause the group's insurance costs to go up.  And that made me

2    think, not understanding why I was fired at the time, I thought,

3    I think maybe could it be that I was fired because I had the

4    cancer, or was it because of the anxiety?  I didn't know.  So

5    that's how this developed.  It was only after I had done a

6    little bit more thought on it that I said, it doesn't really

7    make as much sense as the whistleblower claim.

8    Q.    Why - - why doesn t it make as much sense?

9    A.    Because everything - - it was like a switch chain was

10   turned on after I made that initial report.  I was a golden boy

11   at BEI.  I had reached - - my prior performance appraisals were

12   stellar and wonderful.  I had not missed any deadlines and I had

13   gone on multiple trips for the company at the drop of a hat.   I

14   need you there tomorrow.   And I made my own reservations, I

15   jumped on a plane, and I still covered all of my deadlines and

16   all of my assigned tasks.  So I didn't - - I didn't know what

17   the reason was, initially.  But I remembered that day that I

18   went to the doctor for the anxiety, how that came back to haunt

                                    th
                                   me during the December 16

19   me during the December 16    last chance agreement meeting, where

20   he put down on the paper that he won't let his personal issues

21   interfere with his job performance.  And that's what made me

22   think, Is it the anxiety?  And that's why I went to this.  But

23   when I had my initial meeting with this guy was after I had

24   filed this.  And after I said, I don't - - I think it's this.

25   And he said, Well, that's not - - that's not a claim that you

Bushman Reporting          800-556-8974
A Veritext Company         www.veritext.com

1    can make.   And I was like,  Okay, well I m going to check on

2    that.   After the meeting, it was too late.

3    Q.   Why did - - why did you submit it if you no longer believed

4    it?  Because you didn't sign it (talking over)

5    A.   In March.

6    Q.   Your EEOC charge was submitted, you signed it, and it was

                             st

7    submitted on June the 1   2020.

8    A.   Right. Well, I mean - -

9    Q.   Why did you sign it if you didn t believe it?

10   A.   I wanted the claim to be about the retaliation for the

11   whistleblowing, as well as the anxiety, okay?  And he steered me

12   down a corridor where it was only about that.

13   Q.   Well, let's continue reading from Exhibit number 13.  So

14   you talk about - - I'm picking up,  Winter 2015 I was demoted

15   and subjected to additional supervision after being placed in a

16   lower level position after returning from FMLA.  Also in the

17   fall/winter 2015, I was accused of doing drugs by the human

18   resource manager after FMLA in 2016 and late 2019, early 2020.

19   A.   Okay, so yeah, when I said that, I wasn't accused of doing

20   drugs by the human resource manager.  The human resource manager

21   told me that somebody else had accused me of doing drugs.  So

22   that's a misstatement.

23   Q.    I was prohibited from performing my job task travel.

24   A.   Yes.

25   Q.   Okay.  When - - when did that happen?

Bushman Reporting                    800-556-8974
A Veritext Company                   www.veritext.com

1    A.    There were - - there was a meeting that we were at Cobham

2    Aerospace up in Long Island for Raytheon program, we were

3    purchasing motors from them, and I was doing all the source

4    inspections for those motors, where I go up and verify that they

5    tested them correctly and they were building them correctly.

6    And Raytheon discovered that there was a problem with one of the

7    new motors we bought, where there was a ripple current that was

8    too big for them to deal with.  So they were doing an

9    investigation as to why the motor has such a high ripple current

10   and they had planned to have a meeting with the Raytheon heads

11   of the program and their FRB guys, and BEI engineers and FRB

12   guy, who is me, at the Cobham plant.  And I was prevented on - -

13   prevented from going by Mr. Parker.  He told me that I can't go

14   to the meeting because I had made mention of a comment I heard

15   while at Cobham from one of the Cobham employees, it could have

16   potentially been the root cause of the motor ripple.  When I

17   came back from my source inspection, I went to the program

18   manager and I said,  Listen, you know, when I was up there doing

19   the source inspection, I heard this employee say this thing

20   about the motors that we bought.   And what he said could have

21   meant this, A, which would definitely line up with the root

22   cause of the motor.  But he could have just as easily have

23   meant, B, which is not the root cause of the motor.  I didn't

24   have time to ask him about it because I was there for a

25   different purpose, to do some testing, and I was running short

Bushman Reporting                    800-556-8974
A Veritext Company                  www.veritext.com

1    on time and I had to get the testing done and I couldn't waste

2    my time doing this other thing.  I said,  I'll deal with it when

3    I get back.  But to the program manager, I have a duty of full

4    disclosure.  So I'm telling you that I heard this comment.  And

5    if he meant A, that's the solution.  If he meant B, which is

6    likely, it means nothing.  I think we need to tell Raytheon,

7    just like I did on the other programs.  I have information, I

8    need to let them know about it.  I can't cover it up, I can t

9    just ignore it.  And she goes  Well, I'm not sure.  Maybe you

10   should find out which one it is before you do.  I said,  I

11   know, I'm in a quandary.  I don't want a situation - - I knew I

12   was being targeted and I knew that if I waited, I would have

13   been deigned for waiting.  So I went to Mr. Parker, once again,

14   and I brought Stephanie with me and I had another employee with

15   me, John Beasley who is an engineer.  And I said,  John and

16   Stephanie already filled in the details, but this is what

17   happened.  When I was at Cobham I heard this comment, it could

18   have meant this, which would have been the thing we're looking

19   for.  It could have meant that, which is probably most likely.

20   I didn't have time to check it.  I don't want to sit on this

21   information, for fear that I ll be blamed for sitting on it.  I

22   think we need to tell Raytheon.  What should I tell them, if I

23   do tell them?  I will tell them exactly what I told you that,

24   probably not A, probably B.  Don't get excited until I verify

25   it, but this is what I heard.  Sit back, hang on.  We'll find

Page 134

1    out tomorrow.   Right?  So he says,  Okay.   So I go to the

2    Raytheon guy, with John Beasley in tow, and I tell him the exact

3    same story, the exact same way.  I said,  It s probably not A,

4    most likely B, which is nothing.  But I need to verify, I didn't

5    have time.  Don't say it's A.   Well, he went back to Raytheon

6    and said,  Steve found A.   Supposedly, this is what I've heard

7    from Steve Parker.  Steve Parker said,  Well, when you told John

8    (inaudible) from Raytheon what you heard, he went back to

9    Raytheon and told everybody on the technical team and they got

10   all excited, and then you call them up and said,  No, I got

11   clarification, it's B.   They're upset with you.  They don't

12   want you at Cobham.   And I said,  That doesn't make sense.

13   Doesn't make sense that you're not defending me, because you

14   know what I was going to do, and you knew how I was going to do

15   it.  And I had a witness here that - - that will tell you that I

16   did it exactly that way.  And he was under no misconception as

17   to my - - which one I thought it would be, and he was told

18   straight up, don't present this as being a solid piece of

19   information.  So I didn't see (inaudible) going back and telling

20   them only part of the story.  And - -and I don't see the

21   feedback coming back from Raytheon, to deny me travel to handle

22   a failure investigation that I've been involved in.  And then

23   Parker says to me,  besides - - besides not going to Raytheon, I

24   still want you to participate by going to the conference room

25   and listening to the meeting on the phone, but don't announce

Bushman Reporting
A Veritext Company

800-556-8974
www.veritext.com

1    your presence and don't say a word.  You're not to let them know

2    you're on the phone.  Which I thought was bizarre, but I did it

3    anyways.  That was trip number one.  The trip number two was to

4    the LED manufacturer that missed a critical process that they

5    should have - - have implemented to prevent failure of the

6    qualification test.  I was handling the failure analysis, our

7    Quality Management System ISO work instructions say that during

8    failure investigations, the reliability engineer shall be the

9    person that goes to the suppliers, if need be, to perform

10   failure investigations of the supplies processes.  Well, Mr.

11   Parker told me that I'm not going to Japan to inspect the

12   manufacturing facilities for the company that was making the

13   LED s, and that they were going to send this other engineer from

14   BEI, Matt Brozek, who had attempted to push the problem under

15   the rug by writing an engineering analysis that said,  The

16   failure doesn't matter.  We can use them as is.  There's no

17   problem with it.  And I had reviewed his analysis and I quickly

18   shot back an email saying,  The analysis doesn't - - it's not

19   right.  Here's the reason it's not right.  And I sent him some

20   information as to why his - - his analysis was incorrect.  So

21   they were going to send a guy who was going to try to use the

22   parts as is, based on an erroneous analysis.  And says the guy

23   whose job it is to do the analysis, who's by our own quality

24   management system work instructions is required to be the person

25   who goes there and does it.  And they told me I can't go after

Page 136

1    making a big deal about how excited I was about going.

2    Q.    When was that?  Was it October, November 2019?

3    A.    It was   - it was after that.  It was more like January or

4    so.

5    Q.    Of 2020?

6    A.    Yeah.

7    Q.    And this was after you'd said you needed help prioritize -

8    - or you needed help with the workload?

9    A.    Yeah.  Oh, yeah.

10   Q.    Yeah.

11   A.    Oh, yeah.  That didn't stop him from sending me on business

12   trips, mind you.  I still went to Cobham.  I went to Cobham

13   after they told me I couldn't go to Cobham.  I went to Cobham on

                rd
14   March 3  , right before I was fired.

15   Q.    And continuing on in 2018, 2019, and 2020.  I'm reading

16   from Exhibit 13,  I was denied reasonable accommodations for an

17   ADA covered disability.  I was held to a higher level of conduct

18   than other employees.  In December 2019, written up for vague,

19   unprofessional behavior, and not provided with an opportunity to

20   discuss, explain, or dispute my supposed unprofessional

21   behavior.  On 3/5/2020 I was wrongfully terminated and retaliate

22   - - in retaliation, after requesting reasonable accommodations

23   for an ADA covered disability, and asking about salary

24   discrimination.   And the reasonable accommodation discussion

25   that - - we've already talked about that, but that was after the

Page 137

1    anxiety attack.

2    A.    Yes.

3    Q.    And that came in late 2019?

4    A.    Yes.

5    Q.    All right.  Now, the next page of Exhibit number 13 asks

6    for other any other information about your experience, and I'm

7    not going to read all of that here, Mr. Stepanishen.  But

8    there's nothing in - - in document number 13, which is the

9    information that was submitted to the EEOC, by you, about your

10   claim about your whistleblowing.

11   A.    Yeah.  He would not add it.  I told you that.  I asked him

12   about it and he said,  No, that's not a claim you can make.

13   Q.    Right.  But he doesn't even - - it's not even mentioned.

14   And did you complete - - was this information that you completed

15   online?

16   A.    Yes.

17   Q.    Okay.

18   A.    On 3/27.

19   Q.    Right.  Okay.  And you don't say anything in this - - it

20   was a form document, right, that you can - - that you type your

21   information about your claim in?

22   A.    Probably.

23   Q.    And at that time, you don't say anything about your

24   whistleblower claim?

25   A.    Right.  Like I said, when I first initially got fired, I

Bushman Reporting
A Veritext Company
800-556-8974
www.veritext.com

1    didn't know why I got fired.  I thought it was - - I had no, I

2    had no explanation, because I was doing such a great job.  The

3    only thing that could come to me was the - - the anxiety stuff,

4    because of what I read in the last chance agreement.  And it was

5    only somewhere around April 14th  that I come to the realization

6    that the things that I comment about being odd started really

7    piling up.  The - - the comments about the way I interact with

8    people, and his inability to listen to my side, and his failure

9    to defend me when he knew what I was going to say to Fithian and

10   how I was going to say it, and he agreed.  In BEI, normally, if

11   your manager gives you the okay to do something, and you do it,

12   and somebody's got push back, they take the blame and say,  Hey,

13   I told him it was okay to say this.   And why did you go and

14   present this to the people back home when you were told not to,

15   or that it was suspect, extremely suspect.  There was no push

16   back at all.  It was - - I was found at fault.

17   Q.   Okay, so your - - your complaint wasn't written and filed

18   in - - in one day?

19   A.   No.

20   Q.   I mean, you - -

21   A.   No.  It was - - it was after this though.

22   Q.   After you contacted the EEOC and said, I think I was fired

23   for my disability.

24   A.   Right.  It was when I got to the actual hearing meeting

25   that I brought up the whistleblower claim, and he wouldn't hear

Bushman Reporting
A Veritext Company

800-556-8974
www.veritext.com

1    anything about it.

2    Q.   Was that by telephone?

3    A.   Yeah.

4    Q.   Okay, so I'm going to hand you Exhibit number 14.  So

5    Exhibit 13 was information that you input into an online - -

6              (Whereupon, Exhibit 14 was introduced in to the record

7         and is attached here to.)

8    A.   No.

9    Q.   Well, Exhibit 13.  But Exhibit 14 are Chris Stafford's

10   notes.  Is that right?

11   A.   Yep.

12   Q.   So was Chris Stafford the investigator?

13   A.   I couldn't tell you.

14   Q.   You don t remember his name?

15   A.   It says it - - yeah, I guess it is.  Yeah, Chris Stafford.

16   Q.   And I'll tell you, there's nothing in Exhibit number 14

17   about whistleblowing and retaliation for whistleblowing.

18   A.   I wouldn't doubt it.

19   Q.   But it's your testimony you told them all about it?

20   A.   Absolutely.  Absolutely.

21   Q.   Okay.

22   A.   Because I was - - I was a little upset.  Because when I

23   told him he dismissed it immediately, and said,  Well, that's

24   not something - - that's not something you could claim.  I was

25   like,  Are you sure?  Because I had read something about it and

Page 140

1   I thought that that was my strongest claim.   And he dismissed

2   it.   And after I got off the phone with him, I did more research

3   and I found out that he should have, and there was nothing I

4   could do about it.

5   Q.   All right.   But you went ahead and you signed the charge on

6   June the first and submitted it to a federal agency.

7   A.   Yeah.

8   Q.   And when you signed that, under penalty of perjury, that

9   you were terminated in retaliation for requesting accommodation,

10   and because of your dis - - disability, you already had your

11   lawsuit filed.

12   A.   Yeah.

13   Q.   But you signed it and submitted it anyway.

14   A.   It doesn't say it's the only reason.

15   Q.   So at that time, on June first, when you submitted it, did

16   you think that your disability had something to do with your

17   termination?

18   A.   Yeah.

19   Q.   You still did?

20   A.   Yeah.

21   Q.   Okay.   What about today?   Do you still think your

22   disability had something to do with your termination?

23   A.   I don't know.   I don't know.   I can't - - like I said, a

24   lot of it doesn't make sense.   I did my job.   I did my job the

25   way I was supposed to do it and I did it the way I'd been doing

Bushman Reporting
A Veritext Company

800-556-8974
www.veritext.com

1   it for so many years.  Nobody - - my termination didn't make

2   sense.  It still doesn't make sense.

3   Q.   We're going to completely switch gears here.  You've

4   submitted documents that appear to be income tax returns - -

5   A.   Yeah.

6   Q.   - - with your document productions.  Were those tax returns

7   filed?

8   A.   Yeah.

9   Q.   They were?

10  A.   Yeah, with TurboTax.

11  Q.   They haven't been signed.

12  A.   They don't - - there s no signature on the printouts that

13  you get from TurboTax.

14  Q.   So I asked you in interrogatories to describe your damages.

15  And I want to talk a little bit about your damages.  You've got

16  a claim for statutory damages based on the government's damages

17  due to Defendants false claims and an amount to be determined.

18  Of course, that claim - - those claims - - The False Claims Acts

19  have been dismissed; correct?

20  A.   I can't say yes or no.

21  Q.   You don't know that?

22  A.   No.

23  Q.   Okay.  They've been dismissed.  The second category of

24  damages that you're requesting is back pay and benefits totaling

25  $436,800.  That's based on three years of back pay, where

Page 142

1    Plaintiff s salary was $120,500 per year, plus the value of lost

2    benefits that you estimate to be $25,100 per year.  Okay, is

3    that - - is that number - - are those numbers accurate?

4    A.   Yes.  The number for lost benefits is a wag.

5    Q.   Is that because insurance costs more?

6    A.   Yeah, you know, there was a lot of benefits at BEI, you

7    know?  How do you - - I don t know how to total those up.

8    Q.   Are you still requesting front pay in lieu of

9    reinstatement?

10   A.   Yes.

11   Q.   If we get in front of a jury, how many years of front pay

12   are you going to request?  It's been four years.

13   A.   I expected to retire at that company, so at least four.

14   Q.   Four more years?

15   A.   Yes.

16   Q.   Statutory damages of $11,000 per claim, were those for the

17   False Claims Acts?

18   A.   I believe so.

19   Q.   Now you also want punitive damages of 1.5 million, due to

20   Defendants numerous retaliatory acts.  Is that right?

21   A.   Yes.

22   Q.   You want special damages for emotional distress,

23   humiliation, and anxiety of $1.5 million?

24   A.   Yes.

25   Q.   I want to sit on that for a few minutes, and I'm going to

Bushman Reporting                    800-556-8974
A Veritext Company                   www.veritext.com

1    need you to talk about the emotional distress, humiliation, and

2    anxiety that you experienced as a result of this termination.

3    A.    Well, like I said, you know, I had anxiety when I got the

4    cancer, you know, of course, you know, it's understandable.  But

5    I never had a panic attack until Parker started putting his

6    finger on me.  I still have nightmares about being at BEI, in

7    the building.  I loved my job.  I loved what I did.  I did my

8    job right, and they pushed my buttons.  They embarrassed me in

9    front of my co-workers.  They - - I became a lawyer because I

10   wanted to defend people and I couldn't defend myself, because

11   they wouldn't let me.  They pushed me into a corner and when I

12   asked for help, they didn't give me any help.  Yeah.  I never

13   had a panic attack until Parker started his dirty deeds.  And

14   there's nothing worse than getting tunnel vision while you're

15   driving at 60 miles an hour down the road, thinking you're

16   having a heart attack, and not understanding what happened.  And

17   I went to Parker and told him that, thinking that it would

18   somehow help and somehow they would, you know, help me not have

19   that problem, and he used it against me.  And all while

20   pretending to be a friend, which I think is one of the reasons I

21   didn't understand why this was happening, because he presented

22   himself as a friend to me.  And he was doing things behind my

23   back, which - - contacting my co-workers to ask them whether or

24   not I'm lying about my work status, you know?  Preventing me

25   from going to meetings with my - - my peers was embarrassing.

Page 144

1   So, yeah, that that's my claim.  I - - I'm still suffering from

2   what they did to me.  I still have nightmares about being at

3   BEI.  I loved that job.  I would have taken that job back in a

4   second, two years ago.  That's why I reapplied.

5   Q.   Would you go back now?

6   A.   No.

7   Q.   But up until two years ago, you would have gone back?

8   A.   Yeah.  I've heard the company has not been the same since I

9   left.

10  Q.   Who did you hear that from?

11  A.   A friend of mine, Paulette Robinson - - no - - yeah,

12  Paulette Robertson, who was a QA supervisor, he used to work

13  there that quit.  Told me that the JFL crew totally messed up

14  everything.  The way they treated the people, the product, I

15  mean, we had a reputation for producing the finest encoders in

16  space and - - and now we're producing junk.

17  Q.   Did that happen after you were terminated?

18  A.   It was happening while I was terminated.  That's why I was

19  terminated, because the NanoSeries wasn't fully designed and it

20  should have never been brought to market.  Never, not in this

21  condition.  It wasn't ready.  These things are supposed to work.

22  Like the finest Swiss watch, it should have ticked without

23  issue.  And they put profits over products, cut corners and then

24  cut me, so.

25  Q.   You're also asking for actual damages for medical bills and

Page 145

1    prescriptions?

2    A.   Yeah.

3    Q.   Okay.  What - - what are your medical bills and

4    prescriptions related to your termination?

5    A.   Well, like I said, the visits to the heart doctor that I

6    was convinced was a heart attack at the time, turns out to be

7    anxiety.  You know, the medicine that he prescribed to me.  He

8    prescribed Bystolic, you know, it s cheap stuff, you know.  I

9    wanted to go see a counselor, or something like that, but I

10   couldn t afford it.  The damn insurance was going to cost me

11   more than I made - - I take from my 401k.  It s a incredibly

12   stupid deductible that I have.  So I - - yeah.  Those are my

13   claims.  Those are my medical damage - - my medical bills.

14   Q.   Okay.  So your visits to your heart doctor.  What

15   medications?

16   A.   Let s see.  He gave me the Bystolic, Nebivolol, or

17   something, I don t know.  There is a generic name for it.  There

18   was also  - I think I listed them.

19   Q.   You ve got them here.

20   A.   Yeah.  So, I mean, there was a - -

21   Q.   Nebivolol.

22   A.   A water pill.

23   Q.   Okay.

24   A.   Yeah, and he also gave me aspirin.  And let s see, I went

25   to a psychiatrist out of Little Rock and he wanted to prescribe

Page 146

```
 1    me antidepressants, and I don t believe in antidepressants.  I m

 2    not a big drug taker.  I don t - - especially those with

 3    questionable side effects.

 4    Q.   So you identified Dr. Raymond Molden - -

 5    A.   Yes.

 6    Q.   - - with Arkansas Psychiatry Clinic in Little Rock?

 7    A.   Yeah.

 8    Q.   When did you see Dr. Molden?

 9    A.   Oh, geez, I don t remember.  Two-thousand twenty, maybe.  I

10    don t know.

11    Q.   Sometime after you were terminated?

12    A.   Yeah.  It was shortly thereafter.  I was - -

13    Q.   What was the reason you went to see Dr. Molden?

14    A.   I - - like I said, I was having these nightmares, you know,

15    and even though I - - I knew that the panic attacks were panic

16    attacks, I was still having them.  I - - I couldn t get out of

17    the funk of knowing how stepped on I was, you know?  I can t get

18    over the fact that I was, in my opinion, a great employee, a

19    total asset to the company.  I worked without fault and - - I

20    don t know.  Just abuse - - it was abuse.  They abused me with

21    what they did.  You know, on that last trip that I had to New
                              rd
22    York on March 3  , it was the day after they discoverd COVID on

23    Long Island.  And I went to Parker, and I said,  Hey, you know

24    I ve got a source inspection planned at Cobham tomorrow, and you

25    know, there was just a news report on the T.V. about them
```

Page 147

1   finding COVID up on Long Island, and you know I had cancer.  Am

2   I still going?   And his cold hearted response was,  BEI is not

3   restricting travel at this time.   Quote, unquote.  I will never

4   forget that.  You know?  He didn t even consider what I was

5   saying.  So I went - - I went on the trip, and then I came back

6   and I was fired.

7   Q.   I asked you to identify your - - your doctors - -

8   A.   Yes.

9   Q.   - - in discovery.  Dr. Dodge, Conway Orthopaedics - -

10   A.   Yeah, that was carpal tunnel.

11   Q.   When was that?

12   A.   Gosh, 2017?  I m guessing.  I don t know.

13   Q.   Who is Dr. Jacob?

14   A.   Dr. Jacob - - oh, he s my - - my butt doctor.  He does the

15   colonoscopies and stuff.

16   Q.   Who is - - Dr. Scott is your cardiologist?

17   A.   Dr. Scott is the heart doctor, yeah.

18   Q.   Dr. Scott Stearn at Carti?

19   A.   He is my cancer doctor.

20   Q.   Who is Dr. B Brooks Lawrence?

21   A.   He s the - - my general practitioner.

22   Q.   Have you seen him for anxiety - -

23   A.   Yes.

24   Q.   - - stress, related to your termination?

25   A.   Yes.  He was the one I went to the day I thought I was

1    having a heart attack on the way to work and I said I needed to

2    go see a doctor.  I went to his office.

3    Q.   Have you continued to see him for anxiety?

4    A.   No.

5    Q.   Who is A. Janet Reed?

6    A.   That s his nurse practitioner, maybe.  Somebody that works

7    with him.

8    Q.   I asked for the medications that you take and you ve got

9    Oxycodone, Acetaminophen.

10   A.   Yes.

11   Q.   What is that for?

12   A.   I - - I broke my foot in October.  You asked for the list

13   of medicines, I gave it to you.  I had one prescription because

14   I - - I broke my heel in October.

15   Q.   Of 2023?

16   A.   Yes.  That s why I m limping.

17   Q.   How did you break your foot?

18   A.   I got knocked off a ladder.

19   Q.   Was that at your home?

20   A.   Yeah.

21   Q.   What s Promethazine?

22   A.   That is a anti-nausea medicine that they - - I think they

23   gave me at the same time as the Oxy for some reason.

24   Q.   What s Gabapentin for?

25   A.   Oh, that was - - that was something I didn t take.  That

Bushman Reporting                    800-556-8974
A Veritext Company                  www.veritext.com

```
 1    was prescribed because at some point I was having swelling in my
 2    feet, and they doctor said, Yeah, here s a nerve blocker.  And
 3    I think I had one prescription.
 4    Q.   And you ve told me you don t take the antidepressant, so
 5    it s just the heart medications - -
 6    A.   Yeah.
 7    Q.   - - that you want reimbursement for?
 8    A.   Yeah.
 9    Q.   All right.  So, did you work with a program manager named
10    Stephanie Shelton?
11    A.   Yes.
12    Q.   What was your working relationship with Ms. Shelton?
13    A.   I thought it was really good, until I had the incident with
14    Raytheon.  Because she s the one - - she was the program manager
15    on that and I went to her first and told her what I heard, and
16    told her what I wanted, and what I thought I had to do.  And she
17    agreed and she went with me and Beasley to Steven Parkers office
18    and fully agreed with what I was going to do and how I was going
19    to do it.  Then I did it like I said I was going to do it, and
20    then when I was told that I was not going to the big meeting at
21    Cobham.  She was the one that told me that it was because of
22    what I said to Raytheon.  I said, Why didn t you defend me?
23    Why didn t you push back?  You know?  So I had to sit in the
24    conference room with her and listen to her on the phone without
25    making a sound.  It was embarrassing.
```

Page 150

1    Q.    How - - you re saying Cobham?

2    A.    Cobham.  C-O-B-H-A-M.  Cobham.  That s my Boston accent.

3    Q.    So you - - you went to one Cobham meeting?

4    A.    I ve gone to dozens of Cobham meetings.

5    Q.    Right.  You ve talked to me - - you ve told me about the

6    one the day after COVID was - -

7    A.    Yeah.

8    Q.    - - announced.  That it has been found in New York.

9    A.    Yeah, that was for a source inspection.  So there s various

10   reasons for these meetings of these travels.  Most of my trips

11   to Cobham are to witness testing on a space rated motor that we

12   buy.  It's a very expensive, very precise, very smooth running

13   motor that is very difficult to build, and has had numerous

14   failures over the years.  So they send me up there when it goes

15   into ATP acceptance testing, and also at other various times

16   during the build process.  If they screw up on a process during

17   the build, the tendency from the customer is to send somebody

18   else out - - send somebody, me, out there to watch them do that

19   step to make sure they don't mess it up again.  Because like I

20   said, when there's a failure on something that's a space rated

21   product, it throws everything into conniption fits, nobody has a

22   good day.  And the delays caused by, you know, you miss a - -

23   miss a  launch deadline, it costs millions of dollars.  So

24   failures should not happen, ever.  It's like the worst thing

25   that can happen in our business, other than having it fail up

Page 151

1    there.  So most of my visits to Cobham were to witness testing,

2    there were - - it's very rare that I'm out there with anybody

3    else, either from the customer side, or from BEI side.  There

4    was at one time they sent Dino Christopoulos - -

5    Q.   That s a mouthful.

6    A.   Yep.  He's a subject matter expert from Raytheon.  And he

7    was the one that told me about all of the companies abandoning

8    BEI because of their problems with the old style encoders.  And

9    the second one was with all of the head honchos, and all of the

10   big wigs from Raytheon and BEI, you know, and to be excluded

11   from a meeting like that, when you're expected to be there, it -

12   -

13   Q.   When was that meeting that you were excluded from?

14   A.   It was January or February I want to say.  Because I had

15   been going to - - once they start producing motors for us,

16   there'll be a series of trips that I take in conjunction with

17   that one motor, you know?  Witness this, witness that, witness

18   the testing, sign up and paperwork, you know, and then wait for

19   the next one to come, and we're in that process.  But at the

20   same time that process was happening, Raytheon was working on

21   ripple failure.  So it overlapped and fell in the middle of one

22   of my source inspections.  So I went - - I went to Cobham, like,

23   probably a couple of weeks, or a week or so before that meeting.

24   It was - - you know, and then right after.

25   Q.   And then got crossways with the customer.

Bushman Reporting                    800-556-8974
A Veritext Company                   www.veritext.com

1    A.    Yeah, so what happened was, I went on a source inspection,

2    I heard that information, the meeting was planned, and then I

3    was told not to go.  So it was right after one of my trips and

4    right before the one in March.

5    Q.    All right.  So you and Ms. Shelton got along until that - -

6    until that meeting.

7    A.    No, we always got along.  I just didn't trust her after

8    that.  I think I actually mentioned that to her and she went out

9    of her way to try to convince me that she was my friend.

10   Q.    Okay, well I've got some text messages between you and

11   Stephanie.  We re at Exhibit 15.

12          (Whereupon, Exhibit 15 was introduced in to evidence

13          and is attached here to.)

14   A.    Yeah, because she - - yeah, that's right, there.  She was

15   supposed to help me with my - - my unemployment, and she bailed

16   on me.

17   Q.    Okay.  Well, tell me about that.

18   A.    So when I initially got fired, she was telling me how she

19   would do whatever she could to help me.  And I - - you know,

20   because I had always been her friend, you know?  She was in a

21   car accident and I was trying to give her advice on how to

22   handle the insurance company and blah, blah, blah.  And I was

23   trying to tell her,  Listen, I understand you're scared.  I

24   understand that BEI tosses employees aside as soon as they're no

25   longer beneficial to their, whatever.  But if you're a witness

Page 153

1    for me, in this protected activity, they can't touch you.   And

2    she said,  Okay, yeah, I'll help.   You know?  And right before

3    the meetings happened, she stopped answering the phone call.

4    Yeah, yeah.   Starting to get desperate here.   Yep.   I need a

5    letter from you.   This was me asking her for help, and she said

6    she would.

7    Q.   So you continue to text her; is that correct?  And you're

8    wanting help with your unemployment claim; is that right?

9    A.   Yeah.

10   Q.   So you start texting her.  The first date we have is May

     th                                            th

11   8   of 2020.  She didn't respond.  Sunday, May 10   you sent her

12   three text messages; is that right?  Is that right?

13   A.   Yeah.

                                                   th

14   Q.   Okay.  She didn't respond to those.  Friday, May 15  , you

15   sent her two text messages and a video; is that right?  And she

16   didn't respond.

17   A.   Yeah.

                          th

18   Q.   Saturday, May 30  , you texted Ms. Shelton,  So I'm going

19   to try this one last time.  My appeal is Monday, any chance I

20   can get you to write an honest assessment of the meeting where I

21   was accused of misconduct, please?   That was at 12:35.  And at

22   2:13pm, you texted Ms. Shelton,  Well, I hope you come out of

23   this unscathed, because I'm going to unleash the fury of every

24   bit of information I know about everything and everybody there.

25   Good luck.  You'll need it.   Is that what you texted Ms.

Page 154

1    Shelton?

2    A.   Yeah.

3    Q.   So what was the information that you were going to unleash

4    the fury of?

5    A.   The failure of them to fully engineer this NanoSeries and

6    attempting to sell it to customers as a working space rated

7    product.  It was the worst thing that could happen to a company

8    like BEI, is to have their reputation exposed as producing

9    substandard hardware for use in space.  And I knew that it would

10   not go over well for BEI.  So that's what I referred to.

11   Q.   So you threatened Ms. Shelton - -

12   A.   No, that's not a threat against her.  She's - - no,

13   absolutely not.  It did not say I was going to do anything to

14   her.  I was wishing her luck.  I hope she comes out unscathed

15   because she is part of the - - the story.  She was involved with

16   the Raytheon incident and I'm going to bring up her name, but

17   there's no - - I have no reason to threaten Stephanie.  She - -

18   she just didn't help me.  And I understand why, because she was

19   afraid.  I tried to convince her that they couldn't touch her if

20   she testified for me in the unemployment meeting.  And I thought

21   she understood it.  When it came - - push comes to shove, she

22   ghosted me.  I wasn't - - that wasn't a threat at all.  I had -

23   - I have nothing that I could say against her.  She - - she

24   didn't do anything.  I didn't make any accusations against her.

25   Q.   Are you married?

Bushman Reporting
A Veritext Company

800-556-8974
www.veritext.com

1    A.   Yes.

2    Q.   Who is your wife?

3    A.   Carolyn.

4    Q.   Does she have your last name?

5    A.   Yes.

6    Q.   Does she live with you?

7    A.   No.

8    Q.   Where does she live?

9    A.   Conway.

10   Q.   When was the last time the two of you lived together?

11   A.   I don't know, it was a while ago.  A long time ago.  A year

12   or two.  I m not sure.

13   Q.   Were the two of you living together when you were

14   terminated?

15   A.   Yeah, I believe so.

16   Q.   Is she employed, currently?

17   A.   Yes.

18   Q.   Where?

19   A.   Hilton Hotel in Conway.

20   Q.   What does she do for Hilton?

21   A.   She does - - she sets up the breakfast thing.

22   Q.   Do you have any children?

23   A.   Yes.

24   Q.   What are their names and ages?

25   A.   Valerie Stepanishen.  Gosh, age is - - 1999.  So, what, 25?

Page 156

1    Q.   Okay.

2    A.   The rest are just stepkids.

3    Q.   Where does Valerie live?

4    A.   Wisconsin.

5    Q.   Where do your stepchildren live?

6    A.   All over.  Wisconsin, Conway, Fayetteville - - oh no, not

7    Fayetteville.  Up by Fayetteville.  Bella Vista.

8    Q.   What's the name of your stepchild who lives in Conway?

9    A.   Ryan. Ryan Easterbrooks.

10   Q.   Easterbrooks?

11   A.   Yeah.

12   Q.   Do you have any other stepchildren in Conway?

13   A.   No.

14   Q.   How old is - - how old is Ryan Easterbrooks?

15   A.   Let s see,  89.  Nineteen Eighty-nine.

16   Q.   Okay.  Where did - - where does he work?

17   A.   I'm not sure.

18   Q.   Now you and Carolyn worked together at the same time at

19   BEI?

20   A.   Yes.

21   Q.   Okay.  Now when you and Carolyn worked together at BEI,

22   there was a matter that came up where you were having an

23   extramarital affair with another employee of BEI; is that

24   correct?

25   A.   Yes.

Bushman Reporting                    800-556-8974
A Veritext Company                www.veritext.com

1    Q.    Okay.  And who was that employee's name?

2    A.    Melissa Sane.

3    Q.    Did that cause some problems for you at work?

4    A.    Yeah, when - - well, one day they - - they got angry with

5    each other and I got - - I was - - it didn't involve me.  I

6    mean, I wasn't - - but I got spoken to about it.

7    Q.    When you say they get angry at each other, your wife and

8    Melissa Sane, who you were having the affair with, got into it?

9    A.    Yeah.  Well now, I don't know if they got into it.  I don't

10   know what happened, it didn't happen in front of me.  It was

11   someplace else in the building.  But somebody said something to

12   somebody and somebody else heard it, and somebody reported them

13   saying something to each other.  And they - - I think they may

14   have gotten in trouble.  But I got spoken to and I was like, I

15   wasn't involved.  It was even in front of me, it was - - I don't

16   even know what happened.

17   Q.    All right.  Have you ever been charged with a felony?

18   A.    No.

19   Q.    Have you ever been charged with any misdemeanors?

20   A.    Yes.

21   Q.    What have you been charged with?

22   A.    Domestic violence and assault.

23   Q.    When were you charged with domestic violence?

24   A.    March - - May - - May 2020.

25   Q.    Okay, so not long after you were terminated; is that right?

Bushman Reporting                    800-556-8974
A Veritext Company                   www.veritext.com

1    A.    Correct.

2    Q.    Was that involving an incident with your wife, Carolyn?

3    A.    Yes.

4    Q.    And what was the assault charge for?

5    A.    Boy, that was a long time ago.  Back in 1998, when I was

6    moving out to Arkansas, I had all my stuff in a storage unit and

7    I moved out here.  I went back to get my stuff, and when I got

8    there, the storage unit had been broken into and a bunch of my

9    stuff was missing.  And I noticed that there was another storage

10   unit close by that appeared to have somebody living in it.  And

11   when they opened the door, I saw my stuff in their thing.  So I

12   went to retrieve it, and there was - - the girlfriend of the guy

13   who lived in there wouldn't let me get it.  And she ended up

14   calling the police and said that I stepped on her hand, I don t

15   know how I did, and I got arrested and it got dismissed.

16   Q.    How did the domestic violence charge workout?

17   A.    I was dismissed.

18   Q.    All right.  Okay, Exhibit number 16.  Take a look at that.

19   Tell me what that is.

20         (Whereupon, Exhibit 16 was introduced in to evidence

21         and is attached here to.)

22   A.    That is the lawsuit that I filed against the police that

23   arrested me for domestic violence, wrongfully.

24   Q.    And this complaint was filed and U.S. District Court

25   Eastern District of Arkansas - -

Bushman Reporting
A Veritext Company
800-556-8974
www.veritext.com

1    A.   Right.

2    Q.   - - just like this lawsuit is, and that was filed - - you

3    filed your lawsuit against the - - you said, the police officers

4    who arrested you for domestic violence?

5    A.   Yes.

6    Q.   You filed that on May - - this lawsuit, on May 4th of 2023;

7    correct?

8    A.   Correct.

9    Q.   Okay, so - - so why did you sue the police involved in the

10   domestic violence incident with your wife in May of 2020?

11   A.   Okay, so my wife and I, you know, I filed for divorce and

12   my wife had moved out of the house.  All right?  And she had, at

13   some point, come back to the house, okay?  So she had attacked

14   me and the cops were called and she was arrested for domestic

15   violence in December, 2019.  And there was a no contact order.

16   She wasn't supposed to contact me at all.  Well, around May,

17   whenever this happened, she had come back to that property and

18   she didn't have keys to the house, so obviously she was upset.

19   She attacked my house, broke my window, and then called the

20   police.  And I had everything on film of her doing all this

21   stuff.  And I tried to tell her, you know, there's a no contact

22   order, you're not even supposed to be here.  Well, the sheriff

23   showed up, and they saw what she had done to the outside of the

24   house and saw a broken window.  And the police claimed that I

25   had broken the window from the inside of the house in my attempt

Bushman Reporting                    800-556-8974
A Veritext Company                   www.veritext.com

1    to keep her from coming in the house, which didn't make sense.

2    And I said,  Well, I've got a video of her breaking the window.

3    And much like Lori Edwards, they wouldn't look at it.  And I

4    said,  She's not even supposed to be on the property.  There's a

5    current no - - no contact order.

6    Q.   Going back to, you said December 2019?

7    A.   Right, right.  Her case had not been adjudicated yet, so

8    she's not even supposed to be on the property.  And they said,

9     We think she lives here.  I said,  She doesn't live here.  She

10   hasn't lived here for a long time.  Since the arrest, at least,

11   no contact order.   Well, I see her car here.   You may have

12   seen it in the past, but not recently.   They had me handcuffed

13   the whole time.  I tried to show them the video of her breaking

14   the window and they said,  Well, if she lives here, she has a

15   right to break that window.   I said,  She was threatening harm

16   against me.  I have the right of self defense.  If she was

17   trying to break in to hurt me, I had the right to self defense,

18   and I didn't do that.  She broke the window.  Here's the video,

19   if you'll just look at it.   They wouldn't look at it.  And then

20   I - - when they went to look for the no contact order, they

21   said,  We don't have one in our system.  I said,  Well, I've

22   got one on my phone.   And they said,  Well, I'm not going to

23   look at it.   I said,  Well, you can look it up on Court

24   Connect.  They say,  We don't use court connect.  I said,

25    Well, I've got a copy of it in my house I'll go get you.   He

Page 161

1    says,  It's not going to work.  We don't see it on our system,

2    It doesn't exist.  We believe she lives here.  You're under

3    arrest.   And they arrested me and then the case was dismissed

4    because the video shows her breaking the window.  Valid no

5    contact order.  I did nothing wrong.

6    Q.   All right.  So you've sued the police department and

7    individuals involved in, what you believe was a wrongful arrest?

8    A.   That was definitely a wrongful arrest.

9    Q.   Right.  Okay.  And so looking at Exhibit number 15 - - is

10   that right?  I'm sorry, 16.  Exhibit 16, your complaint.  So

11   you're suing them for money damages; right?

12   A.   Yes.

13   Q.   Okay.  Right.  And so par - - and this incident that you
                                             th
14   just described happened on May the 8   of 2020.

15   A.   Okay.

16   Q.   So two months after you were terminated?

17   A.   Yes.

18   Q.   Yeah.  So paragraph 52, you ask for damages - - or you say

19   that you've suffered, and continued to suffer severe emotional

20   distress and incurred medical bills and in the past and then in

21   the future for this wrongful arrest; is that right?

22   A.   Yeah.

23   Q.   All right.  And then turning to paragraph 39 of your

24   complaint.  Are you there?

25   A.   Yes.

Bushman Reporting          800-556-8974

A Veritext Company          www.veritext.com

1    Q.   Okay.  You allege that - - again, this is your lawsuit

2    against the officers and police department involved in your

                          th
3    arrest on May the 8   2020.  That you allege that you

4    experienced recurring nightmares and severe panic attacks from

5    being arrested and jailed, causing him to seek treatment from a

6    medical provider.

7    A.   Yeah.

8    Q.   Okay, so how are those nightmares and severe panic attacks

9    different from the ones that you experience as a result of your

10   wrongful termination?

11   A.   Okay, well, the panic attacks are identical.  I mean, they

12   feel exactly the same and they come without warning and they

13   come without explanation, as to what the underlying reason is.

14   However, the nightmares are very specific, it is me being hauled

15   away, bound up without being able to move, while I'm proclaiming

16   my innocence.  And it's - - it's not as bad as the BEI

17   nightmares, because I only had those for a short period of time.

18   Where as the BEI nightmares, I have them very often.

19   Q.   All right.  What other lawsuits have you been a party to?

20   A.   That's the only two lawsuits I've ever filed in my entire

21   life.

22   Q.   How do you spend your days?

23   A.   Laying on the couch, looking for a job.

24   Q.   Have you ever filed for bankruptcy?

25   A.   A long time ago.

Bushman Reporting                    800-556-8974
A Veritext Company                   www.veritext.com

1    Q.   When?

2    A.   Like in 2000 - - 1996.

3    Q   I m sorry?

4    A.   Nineteen ninety-six.

5    Q.   Okay.  I thought you said 2019?

6    A.   No, no, 1996.  Or something like that.  A long time ago.

7    Q.   Do you own or rent your home?

8    A.   Own.

9    Q.   Is it paid off?

10    A.   No.

11    Q.   Do you have a monthly mortgage payment?

12    A.   Yes.

13    Q.   What - - how much is it?

14    A.   $1,000.

15    Q.   Do you have any credit card debt?

16    A.   Oh, yeah.

17    Q.   How much credit card debt do you have?

18    A.   A lot - - I don t - - let's see, 30,000.

19    Q.   Is that as close as you can come?

20    A.   I don't know if that's an accurate number.  Twenty - -

21   twenty-thousand.  I don t know.

22    Q.   Do you have ownership interest in any other real estate

23   anywhere?

24    A.   Yes.

25    Q.   Where?

1      A.    Massachusetts.

2      Q.    What do you own?

3      A.    I own three houses.  I m a part owner of three houses.

4      Q.    Are those rental units?

5      A.    Two of them are.

6      Q.    What's the other one to use for?

7      A.    It s my brother's residence.

8      Q.    Are the two rental units - - are they rented out?

9      A.    They are, yes - - yes and no.  One of them is a beach

10     property, which is a seasonal rental, and that one is currently

11     unoccupied.  That season doesn't start until March, May, June, I

12     don't know.  My brother handles that.  I - - I don't see any

13     income from it.  And the other one is occupied, yes.

14     Q.    Regarding the beach property, you say you received no

15     income from it?

16     A.    No, correct.

17     Q.    Why not?

18     A.    I don't know.

19     Q.    Does your brother receive rental income from it?

20     A.    Yes.

21     Q.    And you said you are a part owner of it?

22     A.    Yes.

23     Q.    Are you a 50% owner?

24     A.    Yes.

25     Q.    And you don't know why he gets the income from it and you

Bushman Reporting                    800-556-8974
A Veritext Company                  www.veritext.com

1    don't?

2    A.   I haven't pushed it.

3    Q.   Why haven t you pushed it?

4    A.   I don t know.  I don't know.

5    Q.   How much does he rent that unit - - the beach property out

6    for when it's in season?

7    A.   Fifteen hundred a week, or more.

8    Q.   Do they - - do you and your brother owe any money on that

9    property?

10   A.   I don't think so.  I don't think so.

11   Q.   So about $6,000 a month is about the rental income he

12   receives?

13   A.   I don't know.

14   Q.   I thought you said it was 1500 a week?

15   A.   Yeah, but I don't know if he rents it for every week.

16   Because it's, you know, it's a weekly rental thing.  So I mean,

17   there's no guarantee that he has somebody there, it s hit or

18   miss.  I'm not - - I just haven't really been involved with the

19   whole rental.

20   Q.   So there's another house that's rented out?

21   A.   Yes.

22   Q.   Do you receive any rental income from that?

23   A.   No.

24   Q.   Does your brother?

25   A.   Yes.

Bushman Reporting                    800-556-8974
A Veritext Company                   www.veritext.com

1    Q.   How much does he receive from that?

2    A.   Do not know.

3    Q.   Are you a 50% owner?

4    A.   Yes.

5    Q.   Why aren't you receiving 50% of the rental income?

6    A.   That's what my lawyer asks me every day.  I don't know.  I

7    don't - - I haven't asked.  I haven't forced.

8    Q.   Are there any contractual agreements between you and your

9    brother regarding these two properties?

10   A.   No.

11   Q.   Do you own any other real estate?

12   A.   Just the third house that I told you about, his residence.

13   Q.   All right.  And do you receive any rental income from your

14   brother for living in that residence?

15   A.   No.

16   Q.   Where in Massachusetts are these homes?

17   A.   Two of them are on Cape Cod, in West Dennis.

18   Q.   Where s the - -

19   A.   West Dennis.

20   Q.   West Dennis.

21   A.   And the other one is in Canton.

22   Q.   Which one does your brother live in?

23   A.   Canton.

24   Q.   Okay.  How much are the two Cape Cod homes worth?

25   A.   Close to a million.

Bushman Reporting                    800-556-8974
A Veritext Company                   www.veritext.com

1    Q.    Each?

2    A.    Well, let s see, one of them probably about 900,000 and the

3    other one probably four or five - - 400,000.

4    Q.    How much is the home in Canton Massachusetts worth?

5    A.    About 600,000.

6    Q.    Do you have any social media accounts?

7    A.    Yes.

8    Q.    Where?

9    A.    It's just Facebook.

10   Q.    What is your account name?

11   A.    Pappy ODaniel.

12   Q.    Pappy?

13   A.    Pappy, yeah.

14   Q.    P-A-P-P-Y?

15   A.    Yeah.

16   Q.    O - -

17   A.    Odaniel, yeah.

18   Q.    D-A-N-I-E-L?

19   A.    Yep.

20   Q.    Pappy ODaniel.  Are you active on Facebook?

21   A.    I mean, I just usually like repost videos, music videos and

22   stuff.  Not really.

23   Q.    Have you mentioned anything about your job or termination

24   from BEI on social media?

25   A.    No.

Bushman Reporting          800-556-8974
A Veritext Company        www.veritext.com

1    Q.    Have you mentioned anything about the domestic disturbance

2    involving your wife in May of 2020 on social media?

3    A.    Nope.

4    Q.    Besides laying on the couch and looking for a job, is there

5    anything else that you do?

6    A.    Well, I was trying to do put the siding up on the side of

7    my house until I get knocked off the ladder.

8    Q.    Okay.  So home - -

9    A.    Home maintenance.

10   Q.    - - maintenance.  Anything else?

11   A.    No.

12   Q.    Do you have any hobbies?

13   A.    I used to.  But no.  No.

14   Q.    What were the hobbies that you used to have?

15   A.    I used to work on my cars.  I have a old Hot Rod that I

16   play with.

17   Q.    Do you still have the Hot Rod?

18   A.    Yeah.

19   Q.    What is it?

20   A.    It s a 1970 Barracuda.

21   Q.    When was the last time played around with that car?

22   A.    It's been months.  It's - - a couple months.  I just moved

23   over from one side garage to the other and it just sits there.

24   Q.    Do you have any other hobbies that you used to do?

25   A.    Hobbies, no I don t.  No.

Bushman Reporting                    800-556-8974
A Veritext Company                  www.veritext.com

1    Q.   Do you travel?

2    A.   No.

3    Q.   Have you traveled since your termination?

4    A.   No, just the thing to Florida for that job.

5    Q.   What's your brother's name?

6    A.   Bill.

7    Q.   Is it William or Bill?

8    A.   William.

9    Q.   All right.  We're getting close to the end, if you need a

10   break let me know.

11   A.   No, that s okay.

12   Q.   Okay.  I ve handed you what I've marked as Exhibit number

13   16.  No, it should be 17.  Let me take that back.  Oh, I marked

14   it 17?  Okay, so it's 17 I've handed you.  What is Exhibit 17.

15        (Whereupon, Exhibit 17 was introduced in to the record

16        and is attached here to.)

17   A.   Looks like some more of my notes that I had written.

18   Q.   All right.

19   A.   Yep.

20   Q.   The only thing I wanted to - - I think I wanted to talk to

21   you about on Exhibit number 17, was on Relator 56.  Do you see

22   that?

23   A.   No.

24   Q.   Well, it s the third page.

25   A.   Yes.

Bushman Reporting                    800-556-8974
A Veritext Company                  www.veritext.com

1    Q.    Second paragraph.  It says,  I was not informed HR was

2    investigating me until I sat down in Lori's office.  After I sat

3    down, Lori (inaudible) immediately said the reason I was there

4    was because David Dam had reported me to HR for violating BEO's

5    - - BEI s code of conduct.   Do you see that?

6    A.    Yeah.

7    Q.    Was that the meeting where you were called in and given the

8    last chance agreement?

9    A.    Yes.

10   Q.    So she - - she immediately told you that the reason you

11   were there was because David Dam had reported you to HR for

12   violating BEO s code of conduct?

13   A.    Yeah, I don't know if those are exact.  You got to

14   remember, I wrote this for myself, just so I could not forget

15   things.  And I don't know if she said David Dam's name.  I - - I

16   do know that she said that I had violated the BEI s code of

17   conduct in the meeting, maybe?  I don't know.  Yeah.

18   Q.    Okay.

19   A.    To be be specific as to what - - what rule - - I was trying

20   to pin her down to what rule I broke and what action I did that

21   broke that rule and never really defined it.

22   Q.    Okay.  These are going to be a big bundle of Exhibits,

23   number 18.  I'll hand them to you.  These were produced in the

24   last round of documents.  What - - what are the documents I've

25   marked Exhibit number 18?

Page 171

1           (Whereupon, Exhibit 18 was introduced in to the record

2      and is attached here to.)

3  A.    BEI s NanoSeries data sheets.

4  Q.    These came later in your document production.  And I think

5  there are four here; do you see that?  Four different products.

6  And these, I noticed were different from the ones that you

7  produced earlier, mainly because they've got a later date.  Were

8  they revised?

9  A.    Yeah, they re different revisions.

10  Q.    So what's going on here with the revisions to these data

11  sheets?

12  A.    I never went through it enough to figure out what the

13  differences are.  I think I looked at it at one point and I

14  thought they were identical.  So I couldn't tell.  A lot of

15  times what happens is, you know, they just change a logo or

16  something.  I - - I can't answer, but I will check it out later.

17  Okay, this is - - the front page is different, you know, the

18  style.

19  Q.    So these are just revised data sheets from the original

20  data sheets?

21  A.    Yeah, that s what it looks like.

22  Q.    You produced these in discovery.  Where did you find these?

23  A.    I pulled them off the website.

24  Q.    And you said you haven't studied them closely enough to see

25  how they are different from the original datasheet?

Bushman Reporting                    800-556-8974
A Veritext Company                   www.veritext.com

1    A.   I think I looked at him before and I didn't notice anything

2    dramatically different.  I mean, the words all seem the same.

3    The numbers all - - but it's a good thing to look at, I bet you.

4    Q.   Okay.

5    A.   If they had revised performance specifications, that'd be

6    an interesting conversation.

7    Q.   Exhibit number 18 does not form the basis of any of your

8    claims; is that right?  Because these weren't published until

9    after you returned.

10   A.   That's just the ones I grabbed off the internet.

11   Q.   Okay.

12   A.   I mean, they do, because the data sheets were identical, if

13   not extremely similar with the same statements in them.

14   Q.   I see, I understand.

15   A.   This - - these - - these are only the ones I could grab

16   after I was walked out the door.  I had no reason to copy these

17   beforehand.

18   Q.   So - - are you going to continue looking at those are you

19   ready for the next exhibit?

20   A.   Sure.

21   Q.   Okay, Exhibit 19.  Can you tell me what that is?

22        (Whereupon, Exhibit 19 was introduced in to the record

23        and is attached here to.)

24   A.   Yeah, those are just notes I wrote on the folder that I ve

25   been carrying around for - - for many, many years with all of my

Bushman Reporting                    800-556-8974
A Veritext Company                www.veritext.com

1    BEI material in it.

2    Q.   I'm sorry, you said this was a folder that you carried

3    around for many years at BEI?

4    A.   No, the folder that I put all my BEI lawsuit stuff into.

5    Q.   Okay, so was this created post-termination?

6    A.   Yes.

7    Q.   Got it.  That's - - that's mainly what I wanted to know, if

8    it was pre or post termination.

9    A.   Oh yeah, it was definitely post, and at various times, you

10   know?  But I even dated one at 3/10/2020.

11              MS. YOUNG:  Okay, I'd like to take a break.

12                          (BREAK)

13              MS. YOUNG:  Mr. Stepanishen, I appreciate you being

14       here today.  It was a long day and you ve answered a lot of

15       questions.

16              THE WITNESS:  It got me out of the house.

17              MS. YOUNG:  With that, I am going to announce that I

18       don t have any other questions and I ll turn it over to

19       your attorney, in case he wants to ask questions.

20              MR. SHORT:  No questions at this time.

21

22

23       (Whereupon, said deposition concluded at 3:04 p.m.)

24                      Signature Waived

25                      * * * * *

                                        Page 174

175

CERTIFICATE

STATE OF ARKANSAS  )
                  )ss
COUNTY OF GRANT    )

    I, Markaiah Raney, Certified Court Reporter, do hereby

certify that the foregoing proceedings on pages 1 through 175

are true; and that the foregoing proceedings were recorded

verbatim through the use of the Stenomask and thereafter

transcribed by me or under my direct supervision to the best of

my ability, taken at the time and place set out on the caption

hereto.

    I FURTHER CERTIFY that I am neither counsel for, related

to, nor employed by any of the parties to the action in which

these proceedings were taken; and further, that I am not a

relative or employee of any attorney or counsel employed by the

parties hereto, nor financially interested, or otherwise, in the

outcome of this action.

    WITNESS MY HAND AND SEAL this 6th day of March, 2024.

MARKAIAH RANEY
Certified Court Reporter #901

**[& - 2020]**

| & |
|---|
| **&**   1:8 2:5 |

| 0 |
|---|
| **000218**   10:13 |
| **002**   44:24 |
| 45:22 |

| 1 |
|---|

**1**   3:2,5 10:7
128:15 132:7
175:7
**1,000**   164:14
**1,500**   20:17
**1.5**   143:19,23
**1.7**   122:21
**1.75**   123:2
**10**   3:5,14 11:8
103:7,8,16,19
110:19 154:11
**10,000**   122:25
**100**   107:17
**101**   107:18
**102**   107:18
**103**   3:14
**10800**   2:16
**11**   3:15 36:15
36:16,17
111:23,24,25
112:18
**11,000**   143:16
**111**   3:15
**12**   1:11 3:16
124:22,23,24
125:2

**120**   122:23
**120,500**   143:1
**124**   3:16
**128**   3:17
**12:07pm**   125:6
**12:26**   103:2
**12:35**   154:21
**12th**   4:3
**13**   3:17 128:23
128:24 129:2
129:11,13,18
132:13 137:16
138:5,8 140:5
140:9
**130,000**   122:23
**14**   3:18 139:5
140:4,6,9,16
**140**   3:18
**15**   3:19 153:11
153:12 154:14
162:9
**1500**   166:14
**153**   3:19
**159**   3:20
**16**   3:20 70:3
124:4,7,19
131:19 159:18
159:20 162:10
162:10 170:13
**16th**   22:10
**17**   3:21 170:13
170:14,14,14
170:15,21
**170**   3:21

**172**   3:22
**173**   3:23
**174**   3:24
**175**   3:25 175:7
**18**   3:22 171:23
171:25 172:1
173:7
**19**   3:23 86:24
173:21,22
**19016**   113:2
119:21
**19019**   113:5
119:21
**1963**   5:10
**1970**   169:20
**1985**   9:22
**199**   66:15
**1990**   126:19
**1993**   9:25
11:12
**1996**   164:2,6
**1997**   17:24
**1998**   11:12
13:2,10 106:11
125:25 159:5
**1999**   156:25

| 2 |
|---|

**2**   3:6 23:25
61:5
**2,500**   12:25
**2-10-2020**
103:17
**2-25-2020**
104:2

**200**   2:6 88:9
**2000**   164:2
**2004**   11:23
12:6,20
**2005**   9:5
**2007**   11:23
12:6,20
**2013**   7:1
**2014**   7:1
**2015**   130:10,13
132:14,17
**2016**   132:18
**2017**   49:5 64:7
148:12
**2018**   137:15
**2019**   25:2 49:7
62:4 64:20
78:5 84:11
85:4 86:24
104:21 106:3
112:2 126:1,7
126:10 132:18
137:2,15,18
138:3 160:15
161:6 164:5
**2019-2020**
64:11
**2020**   9:11
10:23 13:2,12
13:14 22:11
33:23 49:7
57:7,20 78:20
84:12 85:5,21
103:19,25
104:2 112:5

**[2020 - acceptable]**

124:4,6,7
125:6,18 126:9
126:22 128:15
129:19 132:7
132:18 137:5
137:15 154:11
158:24 160:10
162:14 163:3
169:2
**2021**   15:20,25
16:4,13
**2022**   16:4
**2023**   20:5
149:15 160:6
**2024**   1:11 4:3
19:13,15
175:19
**219**   10:14
**220**   10:14
**23**   3:6 41:23
42:4,6
**2300**   2:7
**24**   7:12
**25**   103:25
104:2 156:25
**25,100**   143:2
**26**   104:10
112:8 122:9
**26th**   104:9
**27**   112:5,8
129:19
**2:13pm**   154:22

**3**

**3**   3:2,7 33:12
41:21 137:14
147:22
**3-7.25**   43:13
**3/10/2020**
174:10
**3/27**   138:18
**3/5/2020**
137:21
**30**   154:18
**30,000**   164:18
**32**   65:2 120:18
120:18
**33**   3:7,8,9
**39**   162:23
**3:04**   1:12
174:23
**3rd**   5:10

**4**

**4**   3:8 33:19
160:6
**400,000**   168:3
**401k**   13:18
146:11
**414**   1:6
**42**   5:12
**436,800**   142:25
**48**   51:5
**4:20cv**   1:6

**5**

**5**   3:3,4,9 33:19
85:21 124:6
126:9 130:17

**50**   165:23
167:3,5
**501-339-7517**
5:14
**52**   162:18
**56**   170:21
**5th**   9:11 13:12
13:14

**6**

**6**   3:10 66:11
**6,000**   166:11
**60**   144:15
**600,000**   168:5
**66**   3:10
**6th**   175:19

**7**

**7**   3:11 70:14
**7.25**   41:21
**7.5**   42:19
**70**   3:11
**72173**   5:12
**72201**   2:8
**72211**   2:17

**8**

**8**   3:12 85:15
123:6 154:11
162:14 163:3
**85**   3:12
**86**   3:13
**89**   157:15

**9**

**9**   3:13 86:19
123:6

**90**   105:12
**900,000**   168:2
**901**   175:28
**9:13**   1:12 4:4

**a**

**a.m.**   1:12 4:4
**abandoning**
152:7
**abbreviated**
47:19
**abide**   91:14
**ability**   105:23
111:11 175:11
**able**   62:22
79:12 97:20
98:15 113:21
115:20 163:15
**above**   4:7
103:23 119:21
121:16 125:10
125:11,13
127:20
**absolute**   43:12
**absolutely**
75:13,18 106:7
140:20,20
155:13
**abuse**   147:20
147:20
**abused**   147:20
**accent**   151:2
**accept**   109:15
117:11
**acceptable**
115:7

[acceptance - agreed]

acceptance
29:25,25 30:3
30:7,8 31:6,7
31:20 34:16
35:13,16 67:1
113:24 115:5,5
151:15
accepted 123:6
access 52:9
accident
153:21
accommodati...
98:22 126:9,13
126:17 128:2
137:24 141:9
accommodati...
97:2,4,9
137:16,22
accordance 4:4
account 168:10
accounts 168:6
accuracy 30:16
31:7
accurate 13:8
37:16 114:7,14
115:21 117:1
119:18 143:3
164:20
accurately
111:15
accusation
90:24
accusations
155:24

accuse 90:23
accused 132:17
132:19,21
154:21
acetaminophen
149:9
acronym 48:7
act 22:7 91:25
126:19
acted 66:23
90:20 94:25
action 29:22
72:16 85:6
130:1,8 171:20
175:14,18
actions 68:18
68:22 114:14
active 6:9,10,14
17:14 18:1,19
18:24 168:20
actively 18:24
18:25 19:13
activities 76:7
124:14
activity 77:17
154:1
acts 142:18
143:17,20
actual 63:20
79:17 88:23
139:24 145:25
actually 15:8
23:4,17 25:4
27:24 44:22
59:23 61:13

62:3 63:16
72:8 95:17
99:7 153:8
ada 92:5
137:17,23
adamant 80:10
add 38:21 51:4
88:19 89:3,4
127:6,7 128:12
138:11
added 8:12
26:20 92:10
128:8
additional
69:15,19 92:8
92:9 98:20
114:4 126:6
132:15
address 5:11
9:4 12:4
111:10 129:24
adequately
104:20 111:8
adjudicated
161:7
adjust 37:5
adjustments
26:13 27:1,2,6
37:1
adverse 130:1,8
advertise 62:25
advertised
24:18 44:16
46:12,15

advertisements
22:25 32:9,12
32:14
advertising
32:19 41:6
43:21
advice 59:4
153:21
advised 126:11
aerosol 48:5
aerospace 47:1
54:18 133:2
affair 157:23
158:8
affirm 125:13
afford 146:10
afraid 155:19
age 156:25
agencies
123:14
agency 123:19
123:22 141:6
agent 6:5,11,12
19:21
ages 156:24
ago 145:4,7
156:11,11
159:5 163:25
164:6
agree 91:16
116:10,13,13
117:8 118:11
118:16
agreed 4:6,20
58:16 70:8

**[agreed - applied]**

90:11 110:3
139:10 150:17
150:18
**agreement**
58:18,21,25
71:9 86:16,23
88:2 90:22,23
91:1 92:18
101:12 106:2
131:19 139:4
171:8
**agreements**
167:8
**ahead**   33:15
40:13 41:4
59:12 116:17
141:5
**aim**   24:11
**aime**   44:18
**air**   47:16,18
49:8,18 54:8
**aircraft**   11:5
22:5
**alignment**
26:23
**alignments**
27:4
**allege**   23:6
124:11 163:1,3
**alleged**   123:14
123:19,22
**allow**   111:15
**allowed**   52:3
72:15 102:25
115:16 116:6

**america**   1:4
**americans**
126:18
**amount**   21:2
39:9 53:23
54:4 56:15
61:7 80:18
118:3 142:17
**amounts**   56:24
**amp**   26:1 37:25
79:1,2 118:6
**amplified**
26:20
**amplifier**   37:24
**amps**   25:24
78:23,24 84:15
**analyses**   38:13
50:21,22 67:13
107:3
**analysis**   25:7
25:18 27:24
28:14 31:22
32:1 35:3,7
50:24 57:8,11
57:14 58:8
59:3 61:8,14
66:5 67:11,20
68:20 69:21
71:23 72:4
76:12,12 77:13
80:19 83:16
86:14 87:19,20
87:21 88:19,25
107:19 112:21
112:24 113:2

114:7,11,14,19
118:4,8,18,19
121:21 136:6
136:15,17,18
136:20,22,23
**analyze**   67:6
**analyzes**   68:15
**andy**   93:9,18
94:11 110:12
120:23 121:22
**angeles**   9:25
**angry**   97:13,17
158:4,7
**announce**
135:25 174:17
**announced**
151:8
**anomalies**
30:15 113:23
113:25
**anomaly**   68:7
**answer**   7:6,11
55:11 80:24
172:16
**answered**   8:17
109:7 174:14
**answering**
154:3
**answers**   4:11
4:20 8:17,18
8:20
**anti**   149:22
**antidepressant**
150:4

**antidepressants**
147:1,1
**anxiety**   91:21
91:24 92:4,11
92:16 95:23
99:17 100:13
100:19,23,24
101:24 124:2
127:7 131:4,18
131:22 132:11
138:1 139:3
143:23 144:2,3
146:7 148:22
149:3
**anybody**   59:6
93:22 152:2
**anyway**   141:13
**anyways**   57:10
136:3
**appeal**   154:19
**appear**   97:13
142:4
**appearances**
2:1
**appeared**   18:19
159:10
**appearing**
94:14
**applicable**
76:22 91:12
**applied**   14:23
14:25 15:1,2,3
15:5,8,11,16,21
16:1,4,14 17:8
18:15 20:7

**[apply - available]**

apply   15:19
16:6,12  17:22
19:15,25  37:3
applying   16:20
appraisal
103:14  111:8
112:9  123:11
appraisals
131:11
appreciate
174:13
appreciated
102:24
appropriate
91:4  93:15
94:1,6
appropriately
107:7
approval   68:25
121:12
april   22:10
124:4,7,19
129:22  139:5
ara   24:11  34:5
34:7  44:18,22
45:6,7,7  47:7
47:12,12  48:4
48:22  54:9
area   94:23
arkansas   1:1
2:8,17  4:9  5:12
5:25  6:1,22,25
12:7  15:4,22
124:10  147:6
159:6,25  175:2

arrange   97:22
array   43:13
arrest   161:10
162:3,7,8,21
163:3
arrested
159:15,23
160:4,14  162:3
163:5
arrive   24:25
25:3
art   23:3
aside   153:24
asked   7:10  26:5
27:12,16  57:23
60:25  61:5,12
61:13  71:11
73:13  74:4
76:2  89:9
97:18,19,22
105:21  123:4
123:13  126:5
138:11  142:14
144:12  148:7
149:8,12  167:7
asking   71:25
94:15  137:23
145:25  154:5
asks   138:5
167:6
aspect   65:12
66:24
aspirin   146:24
assault   158:22
159:4

assemblies
107:21,24
assembly
107:14
assert   120:13
asserted   4:18
120:19
assessment
109:18  114:12
154:20
asset   147:19
assign   111:12
assigned
131:16
assistance
111:12  126:6
126:14
assume   7:6
assurance   15:5
16:1  64:8,24
64:25  65:4
69:25
atp   113:22,23
151:15
attached   10:8
24:1  33:13,20
66:12  70:15
85:16  86:20
103:9  112:1
124:25  128:25
140:7  153:13
159:21  170:16
172:2  173:23
attack   96:3,8
96:15,16,20,21

assemblies
100:2,8  138:1
144:5,13,16
146:6  149:1
attacked
160:13,19
attacks   96:17
99:15  130:25
147:15,16
163:4,8,11
attempt   23:16
57:3  160:25
attempted
136:14
attempting
108:9  113:11
155:6
attempts   97:3
attention   17:9
122:19
attitude   95:6
attorney   6:3,14
7:23  8:16  12:1
12:6,12,16,19
19:20,25  21:13
127:12  174:19
175:16
attorneys   4:7
7:19  8:23  9:1
audits   106:21
available   24:19
37:6  41:15,17
42:18,20,25
43:3,5,13
46:13  58:7
111:19

**[avenue - bei]**

avenue  2:6
aware  57:17
  82:5 110:10

**b**

b  55:8 63:15
  133:23 134:5
  134:24 135:4
  135:11 148:20
  151:2
bachelor  9:23
back  8:17
  10:23 15:20
  17:20,24 20:1
  20:3,4 21:7
  27:19 29:24
  30:2 59:4,7
  60:25 61:4,6
  61:10 62:4,8
  62:16 71:19,19
  72:17,18 80:11
  80:14,20 89:24
  89:24 90:10
  96:20 102:23
  104:19 106:17
  114:3 118:1,16
  130:3 131:18
  133:17 134:3
  134:25 135:5,8
  135:19,21
  136:18 139:12
  139:14,16
  142:24,25
  144:23 145:3,5
  145:7 148:5
  150:23 159:5,7

160:13,17
  161:6 170:13
background
  19:10
bad  76:15 95:9
  119:15,16
  163:16
bailed  153:15
baird  108:24
  110:13
balance  105:13
ball  54:17,24
  55:6
ballistic  115:8
balloon  39:10
bank  57:21
bankruptcy
  163:24
bar  6:20
bargained
  83:18
barracuda
  169:20
base  128:10
based  28:7 41:8
  102:9 123:5
  125:20 136:22
  142:16,25
basically  20:12
  26:14 29:3,13
  30:12,17 34:17
  34:19 41:14
  51:2 59:1
  74:10 93:15
  104:11,17

116:3 118:12
  120:8,11
basis  51:2
  100:2 173:7
bates  36:12
  120:18
beach  165:9,14
  166:5
beasley  134:15
  135:2 150:17
beat  122:17
bef  99:11
began  13:10
  24:10
beginning  4:4
behalf  2:2,12
behaved  75:14
behavior  71:8
  71:12,15 74:5
  74:8 75:1,11
  90:15,25 91:4
  91:5,5 95:15
  95:15,16
  137:19,21
bei  1:8 9:12,14
  9:16,17 10:24
  12:9 13:2,6,6
  13:10,17 14:1
  14:7 15:9
  16:14 19:18,21
  22:16 23:19
  24:9,9,21,25
  26:8 28:7
  30:17 32:5,8
  32:13,15,23

34:7 36:4
  37:13,14 39:4
  39:5,15 40:2
  40:18 41:5,16
  45:8,9,9 46:1
  46:14,25 47:2
  47:21 50:8,10
  51:3,23 52:10
  54:8,20 55:2
  55:21 57:19
  59:17 60:3
  63:12,15,15
  64:7,23 66:16
  68:24 69:24
  70:6 71:13
  72:4 75:25
  76:23 81:3,18
  82:3,19 83:12
  86:7,8 87:12
  93:6 98:17
  101:1 102:7,23
  106:18 107:2
  111:18 121:15
  123:15,16
  124:12 129:15
  131:11 133:11
  136:14 139:10
  143:6 144:6
  145:3 148:2
  152:3,8,10
  153:24 155:8
  155:10 157:19
  157:21,23
  163:16,18
  168:24 171:5

**[bei - brother's]**

171:16 172:3
174:1,3,4
**belief** 125:15
**believe** 9:5
10:23 12:25
17:3 20:2
25:25 27:10
34:3 44:16
47:7,11 48:4
49:23 54:9,24
55:5,17 57:10
64:9 66:7 70:4
70:5,24 71:1
71:21 78:9
87:5 99:11,11
99:11 111:17
126:12 128:15
130:16 132:9
143:18 147:1
156:15 162:2,7
**believed** 132:3
**bell** 79:18
**bella** 157:7
**bells** 114:23
**belong** 89:10
89:16
**beneficial**
153:25
**benefits** 142:24
143:2,4,6
**beo** 171:12
**beo's** 171:4
**best** 39:2
125:14 128:14
175:10

**bet** 173:3
**beta** 100:20,23
**beth** 73:19
**better** 45:19
105:13
**betterment**
105:14
**beyond** 104:12
**bias** 27:7
**big** 30:17 31:2
61:14,25 88:3
94:17 100:19
110:5 133:8
137:1 147:2
150:20 152:10
171:22
**bill** 57:19 59:23
121:15 170:6,7
**billing** 24:22
53:21
**billion** 115:2
**bills** 145:25
146:3,13
162:20
**binary** 26:21
**birth** 5:9
**bit** 35:12 66:17
114:18 131:6
142:15 154:24
**bizarre** 136:2
**blah** 106:24,25
106:25 108:25
109:1 118:7,7
118:7,7 153:22
153:22,22

**blame** 111:11
139:12
**blamed** 134:21
**blames** 98:13
**blankly** 91:6
**blew** 61:24
**blocker** 100:21
100:23 150:2
**blue** 15:1,11
**board** 68:9,23
87:7 113:7,14
114:3
**boe** 51:1
**bolt** 37:17
**bombarded**
62:5
**bonus** 122:24
122:25 123:1
**book** 36:16
**books** 20:15,19
**booth** 32:17
**boss** 51:10
85:22 127:2
**boston** 151:2
**bother** 18:18
28:8 39:3
**bottom** 10:12
66:14,14 85:20
91:20 125:4
**bought** 59:16
61:23 64:7
133:7,20
**bound** 163:15
**box** 74:11

**boy** 131:10
159:5
**brand** 100:21
**breached** 83:17
**break** 7:8,9,11
31:1 51:2
63:22,25 64:2
65:19 76:14
103:3,4 149:17
161:15,17
170:10 174:11
174:12
**breakfast**
156:21
**breaking** 161:2
161:13 162:4
**breakout**
107:20
**bring** 20:18
21:7 105:23
155:16
**broke** 31:1
149:12,14
160:19 161:18
171:20,21
**broken** 57:20
159:8 160:24
160:25
**brooks** 148:20
**brother** 165:12
165:19 166:8
166:24 167:9
167:14,22
**brother's** 165:7
170:5

[brought - categories]

brought 17:9
17:23 18:3
59:14,16 97:11
122:8,18
134:14 139:25
145:20
brozek 136:14
brw 1:6
build 26:10
27:17 28:20
29:13,16,17
36:20 41:9,16
43:22 46:13
51:23 60:23
61:3,6 62:21
62:21 63:2,4
63:10,17,20
72:12 81:5
151:13,16,17
builders 63:2
building 28:9
38:11 39:24
41:3 74:7,24
80:6 86:8,10
133:5 144:7
158:11
built 24:20
27:21 29:10,10
32:24 37:14,14
41:8 43:17
58:6 60:8,14
61:2,24 62:7
62:15,17 63:3
72:20 77:21
79:9 80:5 86:4

118:25
bullshit 96:17
bunch 32:16,19
43:16 50:21
64:16 77:25
78:23 97:24
115:23 159:8
bundle 171:22
business 20:19
32:25 71:17
73:14 137:11
151:25
businesses
20:14
busy 111:20
122:11
butt 148:14
buttons 144:8
buy 13:21
151:12
bystolic 100:21
146:8,16

c

c 5:1 48:6 57:9
70:3 151:2
cabinet 107:16
108:1
cable 43:1
cables 115:19
cal 25:15 56:5,7
56:9,18
calculate 67:12
calculations
118:3

calibrator
48:15,21
calibrators
56:2
california 5:22
6:19 9:24
127:15
call 20:4 21:7
53:7 70:9
73:16 115:12
116:11 135:10
154:3
called 21:8
24:10 39:23
45:25 51:1
53:8 57:23
61:25 68:20
80:24 90:12
109:23 160:14
160:19 171:7
calling 159:14
calls 31:9
115:13
canceling 83:18
cancer 96:4
97:14 130:20
130:20,25
131:4 144:4
148:1,19
canton 167:21
167:23 168:4
canyon 15:1,11
capabilities
22:20 32:20

capable 18:21
18:23
capacitor 70:3
capacity
105:25
cape 167:17,24
capitol 2:6
caption 3:2
175:11
car 153:21
161:11 169:21
card 164:15,17
cardiologist
148:16
career 106:10
carolyn 156:3
157:18,21
159:2
carpal 148:10
carried 174:2
carrying
173:25
cars 13:21
169:15
carti 148:18
case 7:24 8:3
24:23 37:20
59:6 72:9
110:5 161:7
162:3 174:19
cases 105:9
128:9
catch 122:14
categories
104:22 110:25

**[category - claims]**

category  81:13
104:23 105:20
142:23
cause  4:7 26:3
29:21 30:1
60:13,18 68:14
68:15,21 76:16
88:8,21 89:4
89:12 113:14
114:13 120:20
131:1 133:16
133:22,23
158:3
caused  72:5
130:22 151:22
causing  114:4
115:23 163:5
cautious
117:16
ccr  4:9
cell  5:13
cells  26:19 27:1
center  47:25
centered  64:23
65:3
central  1:2
centre  2:16
certain  23:1
32:10 47:8,12
54:4
certificate  3:25
175:1
certification
106:22

certified  4:3
106:20 175:6
175:28
certify  175:7,13
chain  131:9
chair  62:21
chamber  30:20
31:3
chance  58:18
58:24 71:9
86:16,23 90:21
92:18 101:12
106:2 131:19
139:4 154:19
171:8
change  36:23
36:24 39:22
69:11 77:12
93:23 95:7,18
107:1,12,13
108:9 111:17
115:10 116:6
172:15
changed  25:25
29:23 79:2
93:18 94:2
changes  25:23
67:23 69:9,19
72:8 106:18
110:6 113:12
113:15 120:20
changing  78:24
characteristics
30:22 36:24
38:1 79:1

characterize
111:8
charge  25:6
58:9,14,15,16
59:2,5 76:11
87:17 124:18
124:21 125:3
125:14,17,23
125:24 126:21
127:25 128:11
128:20 129:5
130:4 132:6
141:5 159:4,16
charged  158:17
158:19,21,23
charges  127:5,7
charging  23:19
129:23
chase  89:7
cheap  40:3
93:20 146:8
cheaper  24:20
check  80:20
91:9 116:6
132:1 134:20
172:16
checked  96:11
chicken  97:15
children
156:22
chose  79:1
chris  89:1
140:9,12,15
christopoulos
152:4

circuit  26:13
29:14 30:2
35:10 37:22,24
78:24 118:4
circuits  68:16
circulated
22:25 32:9,13
civil  4:10
claim  23:12,14
24:8,23 32:13
41:14 43:18,19
98:9 123:24
127:2,7 128:8
128:10,19
131:7,25
132:10 138:10
138:12,21,24
139:25 140:24
141:1 142:16
142:18 143:16
145:1 154:8
claimed  41:9
71:14 76:20
84:20 124:12
160:24
claiming  76:25
77:19
claims  8:2 22:7
22:7 43:16
44:21,23
123:14,19,22
124:11 142:17
142:18,18
143:17 146:13
173:8

**[clarification - competency]**

**clarification**
76:2 135:11
**clark** 15:8 16:6
**class** 127:17
**clause** 121:9
**clear** 55:18
79:14
**clearance**
17:14,14,15,17
17:21 18:1,7,9
18:12,13,16,20
18:22,23,23,24
**click** 14:21
**client** 23:12,14
30:6 34:3
35:19,21,22
82:24
**clients** 33:6
97:19 99:4
**clinic** 100:9
147:6
**close** 23:9 30:4
30:18 73:5,6
73:20 94:24
159:10 164:19
167:25 170:9
**closed** 57:24
72:4 73:3,10
**closely** 172:24
**closer** 66:14
**closing** 119:25
**closure** 72:25
**clue** 122:14
**coast** 114:24

**cobham** 133:1
133:12,15,15
134:17 135:12
137:12,12,13
137:13 147:24
150:21 151:1,2
151:2,3,4,11
152:1,22
**cod** 167:17,24
**code** 25:16
26:18,21,23
36:23 37:21
121:7 171:5,12
171:16
**coder** 40:3
**cold** 30:21
148:2
**college** 11:1
107:1
**colonoscopies**
148:15
**color** 48:1 50:5
56:6
**colorado** 15:2
15:12
**combination**
128:18
**come** 20:16
29:3,5,15,15,19
30:12 31:21,22
32:21 37:15
57:23,25 59:7
70:1 76:13
83:12 90:20
95:3 98:17

108:23 115:14
117:2,25
118:16 139:3,5
152:19 154:22
160:13,17
163:12,13
164:19
**comes** 28:19,24
44:7 85:21
95:5 98:4
106:21 109:6
155:14,21
**coming** 130:3
135:21 161:1
**command**
47:16,18 49:9
49:19 54:9,11
**comment** 91:13
133:14 134:4
134:17 139:6
**commented**
126:8
**comments**
85:22 105:23
111:5 112:2
139:7
**commission**
21:1
**commit** 23:18
57:4 58:22,23
**committed**
23:12,15 25:1
32:6 80:3
**common** 14:15

**communicate**
69:18,20 70:11
**communicated**
8:23 83:6,7
**communication**
119:1
**communicati...**
33:5 82:11
**community**
114:22
**companies**
46:23 54:16,19
61:18 83:12
94:8 121:2
152:7
**company** 1:8
9:15 11:5,10
14:3 15:4
18:10 20:9,14
20:20,21 22:16
39:23 40:21,25
58:1 59:21
61:16 82:10,11
91:14 105:14
123:3,8 131:13
136:12 143:13
145:8 147:19
153:22 155:7
**compares**
30:17
**compensated**
12:19
**competency**
4:15

**[competing - contacting]**

competing
  97:21 105:10
  111:14
complained
  123:18
complaint
  22:10,14,21
  23:7 32:8
  52:17 64:22
  65:1 90:13
  95:20 123:21
  124:10 139:17
  159:24 162:10
  162:24
complaints
  123:13
complete  11:1
  26:14 30:6,7,7
  54:5 78:22
  87:19 88:13,16
  111:15 138:14
completed  36:4
  36:4 60:16
  61:18 102:1
  114:6 119:17
  123:9 138:14
completely
  25:21 45:14
  61:19 81:13
  118:2 142:3
completing
  130:3
complex  87:25
compliant
  67:14

complied  65:16
comply  108:7
component
  23:3,9 25:11
  29:6 39:16
  53:15 65:13
  68:8 72:11
  118:3
components
  25:7,12 27:5
  38:1,5,5 45:1
  52:20 53:2,8
  53:10,13 54:7
  67:13 107:4
  113:18
computer  19:9
  19:10
concede  98:13
concept  38:14
  41:2 62:21
concern  73:12
concerned
  54:20,20
  101:12
concerning
  93:4
concerns  85:22
concluded  3:24
  174:23
conclusion
  24:25 25:3
  32:5 70:2
  90:20
condition  91:8
  92:5 145:21

conditions  23:5
  23:6 30:15
conduct  126:11
  126:12 137:17
  171:5,12,17
conducted
  77:17
conducting
  25:6 34:14,16
  35:15
conference
  87:8 135:24
  150:24
conferences
  32:18 33:2
configuration
  51:7 107:2,5
  107:18 108:10
  115:11 116:7
configurations
  24:19 42:22
  43:7
conflicted
  106:18
conflicting
  60:24 111:13
conflicts  106:2
  110:7,10
confronted
  74:20
confuse  115:11
confused
  107:22
congressional
  39:18

conjunction
  152:16
connect  161:24
  161:24
connection
  21:16
connector  43:1
conniption
  151:21
consider  31:19
  53:1 84:24
  148:4
considered
  45:2 115:10
consisting
  68:23 107:9
consists  70:6
constantly
  14:10,12,18
consultant
  20:18
consulting  20:9
  21:2
contact  17:1,3
  43:2 60:3
  129:18 160:15
  160:16,21
  161:5,11,20
  162:5
contacted  17:1
  17:6 21:14
  32:22 74:3
  130:15 139:22
contacting
  121:2 144:23

**[contain - corridor]**

contain   32:13
contains
  129:14
contemplating
  85:6
contents   3:2
continue   116:2
  132:13 154:7
  173:18
continued   92:6
  149:3 162:19
continues
  18:13
continuing
  64:1 91:8
  103:5 113:1,21
  130:9,11
  137:15
continuously
  114:25 115:1
contract   21:2
  23:19,19 25:15
  26:9 38:10,16
  39:14,16 40:20
  43:25 44:1,7
  44:13 47:2,11
  50:4,11,19
  54:10,15,21
  55:2,4,10,12,14
  55:16,18,23
  56:1,13 57:11
  57:13,15,18,21
  58:3,3,4,7,8,10
  58:14,16 59:3
  59:3,5,18 63:4

64:24 65:3,6
65:11,12 77:24
81:11,15 82:3
82:7 83:17,18
87:11,16 89:9
90:8 118:23,24
121:5,15,16
122:15
contracted
  29:12 54:8
  55:21 77:20
contractor   31:9
  59:21 98:17
contracts   22:18
  25:10 39:3,4,9
  44:4 46:14,22
  47:21,25 48:2
  48:16,24 49:4
  49:8,11,13,18
  51:16,20 52:9
  52:10,12,14,16
  52:18 53:7,17
  53:21 54:25
  56:4,10,24
  82:14,18,19
contractual
  23:1 32:10
  49:1,17 65:17
  67:3 82:17
  91:12 108:8
  167:8
contributory
  60:15
control   47:19
  97:22 104:12

113:13 120:13
120:19 121:18
controller
  59:15
conversation
  62:2,5 74:9,10
  78:6,6 80:10
  82:8 84:10,13
  84:14,17,19
  85:5 92:15
  99:1,3 118:22
  173:6
conversations
  33:5 39:20
  40:17 62:3
  64:3 65:18,25
  82:6,23,25
  83:2,14 84:11
  85:24 121:22
  122:1
convince   153:9
  155:19
convinced
  100:8,16 146:6
conway   148:9
  156:9,19 157:6
  157:8,12
copies   52:12,14
cops   160:14
copy   4:22,23
  10:11 22:9
  28:6 161:25
  173:16
copyright   6:23
  6:24

copyrights   6:23
corner   10:12
  10:12 36:11
  144:11
corners   145:23
corporation
  57:8
correct   8:21
  11:25 13:3,13
  18:11 22:11,21
  25:17,18 26:12
  32:2,3 67:18
  72:6 78:1,24
  95:12,16 98:20
  102:12 103:24
  108:11 113:7,8
  113:22 114:10
  115:18 119:2
  125:11,15,21
  127:21 129:15
  130:13 142:19
  154:7 157:24
  159:1 160:7,8
  165:16
corrections
  30:1
corrective
  29:21 68:18,22
  72:16 114:14
correctly   63:20
  63:21 95:11
  126:19 133:5,5
corridor
  132:12

**[corrode - dam]**

corrode 93:6,8
corroding 93:8
cory 2:23
cost 38:3,18
  39:4,8,15
  146:10
costing 87:12
costs 40:3,19
  131:1 143:5
  151:23
couch 163:23
  169:4
couldn 146:10
  147:16
counsel 175:13
  175:16
counselor
  146:9
counted 105:7
county 175:4
couple 13:4
  14:14 19:6
  25:23 64:3
  86:12 96:14
  112:20 152:23
  169:22
course 60:15
  142:18 144:4
court 1:1 3:25
  4:4 6:22 124:9
  128:9 159:24
  161:23,24
  175:6,28
cover 127:9,11
  134:8

covered 42:7
  127:4 130:10
  130:12 131:15
  137:17,23
covid 147:22
  148:1 151:6
coworkers
  105:22
create 26:9
  41:1 105:25
  106:23
created 37:12
  91:24 174:5
creating 46:24
credit 164:15
  164:17
crew 145:13
crime 58:23,23
criminal 11:18
cris 57:9 58:2,5
  58:9 59:2 87:7
  87:10 90:15
  121:8
critical 54:6
  61:21 72:14
  76:1 81:1
  136:4
criticality
  50:23
criticism
  104:23
criticized 92:24
  92:25 93:2,4
  94:10 97:20
  102:25

criticizing
  104:11,17
cross 57:10
crossed 91:4
crossways
  152:25
current 9:4
  133:7,9 161:5
currently 6:7
  9:8 156:16
  165:10
cussed 90:7,11
cussing 90:1,14
custom 24:21
  37:14,23 45:14
  63:2 83:9
customer 27:25
  28:25 29:1,8
  29:13 31:18
  38:2,15 39:7
  40:5,6,6 53:16
  54:6 57:14
  58:20 66:4
  70:9,9 77:14
  79:21 80:4
  81:7,25 82:4
  82:15,24 83:16
  85:2 86:10
  88:4,5 105:13
  106:5 108:2
  114:4 116:10
  116:15 117:7
  118:22 119:5
  119:11 121:5
  121:10,22

  151:17 152:3
  152:25
customer's
  69:4,8 81:11
customers 25:9
  27:15 32:22,22
  37:7,11,13,14
  37:15 38:22
  39:13,18 41:3
  43:23 50:9
  53:14 60:20
  67:18 68:24
  77:19 83:4,10
  86:3,10 90:3
  105:11 114:8
  114:11,20
  117:11 119:19
  121:11,20
  155:6
cut 100:16
  145:23,24
cuts 73:22
cv 11:17 13:8
cycle 34:23,23
cycling 30:20
  30:21 31:4,5
  34:22 76:18
  84:17

**d**

d 3:1 5:1 27:16
  29:9 168:18
d.c. 12:3,4
daily 100:2
dam 23:22 57:4
  57:16 59:2,8

**[dam - deliver]**

65:21,22 87:8
87:13 89:9
90:1,7,14
95:20 97:22
98:4 171:4,11
**dam's**  171:15
**damage**  146:13
**damages**
142:14,15,16
142:16,24
143:16,19,22
145:25 162:11
162:18
**damn**  146:10
**dan**  51:12
**dang**  122:19
**dash**  107:10,10
107:17,18,18
**data**  32:19
33:10,18 67:10
88:11,15,20,24
89:13,13,15
94:2 172:3,10
172:19,20
173:12
**database**  120:2
**datasheet**
172:25
**date**  5:9 38:24
39:7 103:17
104:2 129:17
154:10 172:7
**dated**  33:23
103:25 104:1
174:10

**dates**  11:25
38:24,25 51:25
**david**  23:22
57:3,16,22
59:2,7 65:21
65:22 87:8,13
89:8 90:1,7,14
95:20 97:22
98:4 171:4,11
171:15
**day**  14:19
17:18 71:7,16
71:18 73:15
74:25 75:1
83:13 87:5,5
89:20 90:12
96:12 99:14,22
100:22 112:6
131:17 139:18
147:22 148:25
151:6,22 158:4
167:6 174:14
175:19
**days**  96:14
163:22
**deadline**
151:23
**deadlines**
131:12,15
**deal**  61:25
100:19 114:22
114:23 133:8
134:2 137:1
**dealing**  87:22
94:17

**dealt**  45:12
**debt**  164:15,17
**debug**  26:12
39:11 60:17
80:7 81:10
82:5
**debugged**
27:15 28:7
35:14 60:15
77:23,25 82:22
**debugging**
27:18,22 28:8
29:2 35:6,8,9
43:25 77:23
83:3
**december**
11:12 20:2,2,5
21:14 33:23
71:10 86:24
106:3 126:7,10
131:19 137:18
160:15 161:6
**decided**  36:25
**deciding**
118:13
**decision**  41:1
**declare**  125:10
127:20
**deductible**
146:12
**deeds**  144:13
**defend**  102:25
139:9 144:10
144:10 150:22

**defendant**  1:8
2:2 9:14 22:16
22:17,25 65:3
**defendants**
23:7 142:17
143:20
**defending**
135:13
**defense**  39:14
59:21 161:16
161:17
**define**  52:1
68:17
**defined**  44:25
92:5 106:23
171:21
**definitely**
133:21 162:8
174:9
**degree**  5:20
9:23
**deigned**  134:13
**delay**  38:21
43:25
**delayed**  38:25
**delays**  40:2,18
57:14 83:9
87:24 151:22
**delinquent**
71:22,25 72:2
102:1 119:25
**deliver**  38:23
51:23 81:6,24
82:20 119:10

**[deliverable - different]**

**deliverable**
29:5,6 50:20
**deliverables**
54:2
**delivered** 4:22
24:20 31:18
35:19 40:22
46:3,8,9 53:16
54:6 67:17
71:3 77:14
81:18 118:24
**delivery** 38:24
39:6 43:2 44:1
44:11 47:22
51:25 82:21
83:5
**demanding**
98:7
**demands** 98:15
111:14
**demonstration**
32:25
**demoted**
132:14
**denied** 27:19
61:6,10,14
74:21 80:17,18
80:19 126:11
126:13 137:16
**dennis** 167:17
167:19,20
**deny** 126:12
135:21
**department**
25:5,6 39:19

64:8,9,21
71:14 102:6
111:19 122:10
126:7 162:6
163:2
**departments**
104:18 105:22
106:23
**dependability**
105:6
**depending** 38:2
**deposition** 1:10
3:24 4:2,8,9,13
4:19,21 5:15
5:18 7:3,7,15
8:4,24 9:2 10:6
22:9 174:23
**describe** 23:10
32:20,20 86:12
111:8 142:14
**described**
120:8 162:14
**describing** 8:2
**description**
17:12 66:16,18
**deserved** 123:5
**design** 24:18,21
26:14,14 28:6
29:2,3,10,16
36:1,25 37:3
37:19 38:3,12
38:13 54:5,6
60:17,20 61:9
61:18 63:15,20
67:1,6,21,23

69:9,11,18
79:13 83:4
86:9 93:22
94:18
**designed** 25:20
45:14 61:19
62:19,20 77:10
79:21 93:9
145:19
**designs** 30:2
37:8,8 40:21
43:24 60:21
77:19 82:15
83:9
**desk** 37:21
**desperate**
154:4
**detailed** 111:18
**details** 68:22
134:16
**determine**
29:21 68:14,16
68:17,18 72:5
72:5 114:12
**determined**
142:17
**determining**
68:13
**developed**
26:17 41:2
86:2 131:5
**development**
28:3
**device** 53:16

**devices** 26:15
26:16 113:15
113:17 120:21
**devote** 12:15
**diagnosed** 92:4
95:23 126:3
**diagnosis** 92:16
99:15 126:5
**dial** 115:20
**diameter** 36:18
41:21
**diameters**
43:14
**didn** 27:10
88:17 122:14
132:9 148:4
149:25 150:22
150:23
**difference**
27:25 28:1
35:8 52:24
62:13
**differences**
37:2 172:13
**different** 14:17
16:5 25:13,25
27:7 28:17,18
30:9 32:17,18
32:21 35:12
36:19,21 37:22
37:25 38:1
45:12,14 48:2
51:3 52:21
54:3 56:9
58:15,16 63:5

**[different - doctor's]**

63:7,8,14
76:14 77:10
79:1,16 81:13
99:17 100:6
107:3,5,24
118:2 119:3
120:25 133:25
163:9 172:5,6
172:9,17,25
173:2
**difficult** 151:13
**digital** 125:5
**digitally** 125:5
125:8
**dinged** 111:15
**dino** 152:4
**diplomacy**
105:25
**direct** 3:4 5:5
64:6,6 82:14
106:1 110:7
175:10
**directed** 23:21
**direction** 23:16
57:3 58:19
91:9 113:10
**directly** 90:6
**director** 64:9
**dirty** 144:13
**dis** 141:10
**disabilities**
126:19
**disability** 14:4
91:25 125:20
126:3,8,15,16

128:17 130:10
130:13 137:17
137:23 139:23
141:10,16,22
**disabled** 13:24
126:18
**disagree** 75:12
106:6 111:3
**disagreed**
75:14 105:17
105:18 109:18
109:24
**disappear**
115:12
**disappointed**
122:10
**discharged**
126:9,11,14,15
126:17,23
**disciplined**
126:14,15,17
**disclose** 93:14
93:17 94:15
**disclosed** 92:11
92:13
**disclosing**
93:16
**disclosure**
61:21 79:22
134:4
**discover** 66:9
**discoverd**
147:22
**discovered**
22:17 68:3

72:13,21 86:13
121:2 133:6
**discovering**
84:21
**discovery** 7:22
10:17 33:8
66:9 123:13
148:9 172:22
**discretion** 49:1
**discrimination**
125:3,17,20
127:5 128:11
130:9,12
137:24
**discuss** 73:12
92:6 97:2,6
111:2 116:11
137:20
**discussed** 82:15
82:15,16,16
104:10
**discussing**
121:25
**discussion**
25:21 61:15
71:3,5,6 79:11
82:17,18 98:25
113:10 137:24
**discussions**
23:1 32:10
37:11 49:2,18
51:13 118:25
130:23
**disk** 25:16
26:18 36:23

41:21 43:13
**dismissed**
140:23 141:1
142:19,23
159:15,17
162:3
**disposition**
113:12
**dispute** 137:20
**disruptive**
90:25
**distances** 26:23
36:22
**distress** 114:4
143:22 144:1
162:20
**district** 1:1,1
124:9,10
159:24,25
**disturbance**
169:1
**diverged** 88:11
**division** 1:2
**divorce** 160:11
**divvy** 50:12
**doctor** 10:1
96:11,12 99:14
99:22 100:4,6
100:7,25
131:18 146:5
146:14 148:14
148:17,19
149:2 150:2
**doctor's** 96:13

Bushman Reporting
A Veritext Company
800-556-8974
www.veritext.com

**[doctors - eeoc]**

**doctors** 148:7
**document**
 10:20 45:1,25
 51:5,6 52:3
 85:18 86:22
 103:6,11
 110:23 118:9
 125:8 129:14
 138:8,20 142:6
 172:4
**documentation**
 53:12
**documented**
 88:20
**documenting**
 68:21 116:4
**documents**
 7:14,17,18,20
 7:23 8:1,7,9
 10:16,18 41:13
 44:7,8 45:3
 52:2 66:8 75:4
 104:15 107:3,5
 122:15,16
 142:4 171:24
 171:24
**dodge** 148:9
**doesn** 43:3
 131:8
**doing** 27:23,24
 28:11,14 31:25
 34:14 57:11
 63:12 66:1,3
 67:25 77:5,6
 77:13 78:23

83:16,22 84:22
86:13 90:2
94:22 98:3,4,5
102:3,4,23
107:18 118:18
121:21 132:17
132:19,21
133:3,8,18
134:2 139:2
141:25 144:22
160:20
**dollar** 115:2
**dollars** 22:18
 38:18 151:23
**domestic**
 158:22,23
 159:16,23
 160:4,10,14
 169:1
**don** 42:7 56:21
 59:13 71:1
 81:10 109:21
 140:14 143:7
 146:17 147:1,2
 147:9,10,20
 148:12 150:4
 159:14 164:18
 164:21 166:4
 169:25 174:18
**door** 57:24
 74:11 159:11
 173:16
**doors** 109:5
**double** 37:1

**doubt** 140:18
**dozen** 14:16
 102:20 107:24
**dozens** 151:4
**dr** 147:4,8,13
 148:9,13,14,16
 148:17,18,20
**dramatically**
 173:2
**drawer** 108:1
**drawing** 37:18
 107:13,13,17
**drawings** 29:10
 29:15 39:12
 63:16 107:3,19
 107:21
**draws** 20:19
**driving** 96:1,5
 144:15
**drop** 76:14
 98:4 131:13
**drug** 147:2
**drugs** 132:17
 132:20,21
**due** 124:2
 126:10,14,17
 142:17 143:19
**duly** 5:3
**duties** 13:7
 68:25
**duty** 61:21 67:4
 79:22 134:3
**dyer** 27:11 60:9
 60:25 61:4
 62:16 65:23

80:14,21 84:12

**e**

**e** 3:1 5:1,1
 44:23 45:20
 48:6 168:18
**earlier** 33:18
 172:7
**early** 25:2
 132:18
**easily** 120:4
 133:22
**easterbrooks**
 157:9,10,14
**eastern** 1:1
 124:9 159:25
**eat** 40:17
**eavesdropped**
 108:16
**ecl** 108:21
**eco** 107:11,22
 108:14,25
**ecosystem** 48:6
**edt** 125:6
**education** 10:3
 105:4
**educational**
 9:21
**edwards** 70:20
 70:22 74:10
 87:3 90:16
 101:11 161:3
**eee** 44:24 45:22
**eeoc** 123:24
 124:18,21
 125:17 126:22

**[eeoc - engineers]**

127:1,11 128:1
128:9,10,20
129:4,19 130:4
130:11,15
132:6 138:9
139:22
**eeoc's** 127:5
**effect** 47:20
50:23 97:6
**effective**
105:16
**effectively**
105:9
**effects** 67:12
101:4 147:3
**efforts** 19:23
**ego** 110:5
**egos** 94:17
**eight** 38:6
85:13,14,20
**eighty** 157:15
**either** 23:3 57:7
78:19 107:18
109:16 152:3
**ekg** 100:11
**electrical** 9:23
27:3 30:9,11
30:12,22,25
31:5,7 34:24
35:5 38:21
53:4 66:25
67:13
**electronic** 4:22
4:23

**email** 58:25
59:6 71:20,20
71:24 72:1,25
75:3 136:18
**emails** 14:11,16
14:19 16:22,24
19:3 71:20
**embarrassed**
144:8
**embarrassing**
144:25 150:25
**embedded** 86:5
**emotional**
143:22 144:1
162:19
**employed** 9:8,9
9:10 14:1
156:16 175:14
175:16
**employee** 59:17
82:13 123:11
133:19 134:14
147:18 157:23
175:16
**employee's**
158:1
**employees**
40:15 104:18
109:19 133:15
137:18 153:24
**employment**
13:10 18:14
19:20 71:11
123:15,15
129:14

**emporiums**
32:18 33:2
**encapsulates**
24:23
**encoder** 22:20
24:9,10 25:11
25:13,15,25
26:9 30:14,18
30:18 34:8,17
35:18 37:5
38:6,19 39:6
43:13 45:8,10
45:13 48:11
50:10 51:23,24
54:9 57:12
81:10 82:4,5
87:7,10 89:14
112:24
**encoders** 23:2,7
24:21 25:7,8
26:15,17 29:8
32:3,10,20,23
33:6 35:3 37:7
37:12,14 39:24
41:7 46:15
47:3,4 48:2,3
52:18 54:17
56:4,9 58:5
60:8,11 61:17
61:19 65:25
68:1 69:4
71:24 77:18
92:22 93:19
113:17 118:19
145:15 152:8

**ended** 159:13
**engineer** 11:10
15:3,17,21
16:10 17:7
22:15 25:4
26:4 28:23,24
40:8 66:1,21
69:3,7,25
84:15 89:1,15
93:10 98:17
106:12,25
108:15 117:24
119:25 134:15
136:8,13 155:5
**engineered**
24:18
**engineering**
9:23 15:3 16:9
16:17 26:9
27:11,17 29:2
29:4,9,11,12
32:24 38:2
41:8 50:17
60:14,22,25
61:8,13 62:6,9
63:10 64:25
65:12,14 77:4
77:8 78:23
80:19 82:12
86:8 106:6
107:11 111:17
114:12 126:1
136:15
**engineers**
25:20 64:16

**[engineers - expecting]**

67:22 73:1
84:13,14,17,19
94:17,17 99:5
106:17 117:22
133:11
**ensure**  23:5
66:24 67:7,13
67:16 69:4
86:5,9
**enter**  63:3
120:3
**entered**  46:14
47:21
**entire**  72:11
88:3 106:10
118:14 163:20
**entity**  47:15
**envelope**  37:18
50:11
**environment**
31:12 94:6
**environmental**
23:10 30:10
**epoxies**  52:6
**erroneous**
136:22
**error**  67:21
**errors**  102:2
**especially**
147:2
**esquire**  2:4,14
**estate**  164:22
167:11
**estimate**  143:2

**estimates**  51:2
**evaluate**  67:9
105:21
**evaluated**
106:5
**evaluation**
109:25 122:7
**event**  68:7
**eventually**
34:11 60:25
**everybody**
29:18 57:17
64:18 73:12
91:15 100:18
110:3 135:9
154:24
**everybody's**
122:12
**evidence**  10:7
23:25 86:19
153:12 159:20
**ex**  1:4
**exact**  27:5
135:2,3 171:13
**exactly**  27:5
55:3,11 66:6
73:21 77:7
108:2 115:5
134:23 135:16
163:12
**examination**
3:4 5:5
**excellence**
64:10

**except**  64:19
96:4 119:2
**excited**  134:24
135:10 137:1
**excluded**
152:10,13
**excuse**  6:17,23
10:2 42:5
90:16
**excuses**  40:2
**executives**  62:1
**exhausted**
57:17,18
**exhibit**  3:5,6,7
3:8,9,10,11,12
3:13,14,15,16
3:17,18,19,20
3:21,22,23
10:5,6,7,10,16
10:18 11:17
13:1 22:8
23:23,25 24:3
24:5 33:9,12
33:16,19 34:6
34:7 36:9
41:24 42:1,2,8
42:10,11,14,21
43:6,11 45:16
45:18 66:7,10
66:11,15,19
70:12,14,17,18
85:13,14,15,20
86:17,18,19
101:7 103:7,8
103:16 110:19

111:23,24,25
112:18 124:21
124:22,23,24
125:2 128:22
128:24 129:2
129:11,12,13
129:18 132:13
137:16 138:5
140:4,5,6,9,9
140:16 153:11
153:12 159:18
159:20 162:9
162:10 170:12
170:14,15,21
171:25 172:1
173:7,19,21,22
**exhibits**  8:4
33:17,17 34:1
34:3 41:12
42:15 171:22
**exist**  162:2
**expect**  7:7
27:14 37:4
62:7 77:20
79:10,21 97:7
**expectation**
37:2 77:22
81:1,4,6 85:2
**expected**  61:9
61:15 81:12
88:18 106:4
143:13 152:11
**expecting**
60:21 61:19,25
79:8 80:24

**[expecting - february]**

90:13 122:18
**expensive**
151:12
**experience** 17:4
102:6 105:24
138:6 163:9
**experienced**
126:2 144:2
163:4
**expert** 152:6
**experts** 95:12
117:19 118:10
**explain** 26:4,5
75:25 76:18
80:25 90:10
98:11 108:14
111:3 137:20
**explained** 26:3
110:2
**explaining** 84:6
93:1
**explanation**
122:3 139:2
163:13
**explanations**
93:1
**exploded** 39:17
**exposed** 155:8
**expressly** 4:16
**extended** 43:25
87:22
**extent** 105:6
120:5
**extra** 39:10
88:25

**extramarital**
157:23
**extremely**
26:15 122:11
122:17 139:15
173:13

**f**

**face** 78:6,6,7,7
97:15
**facebook** 168:9
168:20
**facilities** 64:9
136:12
**fact** 21:7 27:20
74:5,22 75:3
94:13 95:1
102:15 121:20
127:17 147:18
**factor** 60:16
**factory** 43:2
**facts** 80:13
**fail** 29:17,25
115:1 151:25
**failed** 25:7
28:15 35:4
46:7,7 57:12
72:9,16,19
73:4,4,7 81:24
112:22 115:15
**failing** 25:12,22
60:12,16 61:20
62:10,11
**fails** 29:7
114:22 115:7

**failure** 25:7,18
25:19 26:2,3
27:24 28:14,23
29:19 31:20
35:3,7,17,18
39:7 43:24
50:23 57:8,11
58:8 59:3
60:13,22 66:5
67:11 68:6,7,8
68:9,12,14,21
68:23 71:23
72:3,5 76:13
76:16 77:6,13
81:11,13 84:16
84:18 87:6,7,7
87:10,21 88:7
88:8,11 93:3,7
93:17 95:2,10
107:19 113:5,7
113:14 114:2
114:21 115:1,8
115:11,12
116:1,2 117:10
117:12,12
135:22 136:5,6
136:8,10,16
139:8 151:20
152:21 155:5
**failures** 25:8,10
25:13,14,14
38:20 40:2
62:5 65:24
68:3 78:21
86:4 113:14

120:5,20
151:14,24
**fair** 93:10
**faith** 128:20
**fall** 25:2 63:17
132:17
**false** 22:7
142:17,18
143:17
**falsely** 24:18
44:16 46:15
**familiar** 7:19
8:13
**familiarity**
122:13
**family** 11:20
**fault** 61:22
67:7 68:6,14
68:15,21 87:25
139:16 147:19
**faults** 114:15
**favor** 73:21
95:1
**fayetteville**
157:6,7,7
**fear** 134:21
**feature** 24:17
**february** 1:11
4:3 49:7 57:7
57:20 62:8
78:20 84:12
85:5 103:19,25
104:2 112:5,8
112:8 152:14

**[federal - follow]**

federal   6:2,21
  141:6
fee   21:19,21
  42:23
feedback   25:21
  39:19 135:21
feel   96:2,6,14
  101:19 163:12
fees   6:20
feet   150:2
fell   152:21
felony   158:17
felt   58:20 92:23
fifteen   166:7
figure   28:15
  30:1 98:8
  117:4,5 172:12
figured   91:21
file   59:25
  123:24
filed   22:10
  123:21 124:3,7
  124:9 126:22
  130:19 131:24
  139:17 141:11
  142:7 159:22
  159:24 160:2,3
  160:6,11
  163:20,24
filing   107:15,25
fill   17:18 51:1
  119:7 129:9
filled   134:16
film   160:20

final   29:16 59:3
  71:22,25 72:19
  87:10,19 88:1
  89:1,10
finalized   72:3
finance   59:1,11
  59:14
financial   2:16
  20:8 59:15
financially
  175:17
find   14:9 16:25
  18:18 29:21
  33:22 35:9,10
  77:8 80:13
  93:14 107:25
  115:14 116:24
  134:10,25
  172:22
finding   148:1
fine   9:18 89:25
  100:11
finest   145:15
  145:22
finger   144:6
finicky   26:15
finish   57:22
  87:23
finished   60:20
  63:19
fire   91:18,21
fired   46:8
  58:25 59:9
  62:1 74:3,7
  78:19 84:7

102:17 112:15
  120:17 130:17
  130:18 131:2,3
  137:14 138:25
  139:1,22 148:6
  153:18
firm   2:15 11:13
  12:3 53:22,24
  53:25 55:4,12
  55:16 57:12
  121:15
first   13:1 17:18
  18:11 21:25
  22:13 23:8
  24:25 27:21
  45:7 60:7 62:3
  62:4 66:15,19
  74:5,25 76:10
  78:10 90:8
  100:25 102:22
  103:16 105:3
  106:10 120:6
  125:6,18
  126:22 129:12
  129:17,22
  130:19 138:25
  141:6,15
  150:15 154:10
fit   37:17
fithian   139:9
fits   17:4 151:21
five   17:1 33:16
  33:17 34:1,20
  41:12,14 42:1
  42:2,10,11,15

42:18 43:6
  76:23,24,24
  77:1,1,2,3,3,9,9
  77:11,11 90:9
  102:3 111:19
  114:25 118:5
  122:10 123:6
  168:3
fix   115:3
fixed   53:22,25
  55:4,12,16
  56:16,22 57:12
  85:9,10 121:15
flagship   34:7
flavors   32:21
flaws   86:6
flew   20:10,23
flight   29:16
  47:25 77:9
floor   62:23
florida   20:9,23
  21:3,5 170:4
flow   33:11
fly   115:3
  117:14
flyers   33:8 49:6
fmla   132:16,18
focus   32:12
  66:17
folder   173:24
  174:2,4
follow   21:13
  58:19,21 91:8
  91:10 111:22

**[following - gears]**

following 4:5
4:25 5:4 59:7
91:12
follows 4:22
foot 149:12,17
footing 121:15
force 47:16,18
49:9,18 54:8
forced 71:10
86:23 122:13
167:7
foregoing
175:7,8
forget 148:4
171:14
forgot 72:22
115:25
form 4:16
108:2 126:13
138:20 173:7
formalities
4:12
formula 121:3
fort 59:21
forth 27:7
62:16
fortson 5:12
forward 112:22
118:11
found 14:2
39:23 40:24
67:20 68:15
93:17 102:14
113:15 114:15
120:20,23

123:1,3 135:6
139:16 141:3
151:8
four 12:17
25:13 33:16,17
34:1,19 41:12
41:14,24 42:14
42:15,18,21
43:11 51:6
90:9 98:1,12
123:6 143:12
143:13,14
168:3 172:5,5
fourth 44:17
71:16,19,19
88:10 105:20
fr 121:9
frame 44:11
64:12
fraud 23:12,14
23:16,19 24:23
25:1 32:6
43:22 52:17
57:3,4,4 58:13
58:13,13 60:3
78:10,16,18
80:3 84:8
85:24
fraudulent
24:22 34:2
49:12 124:11
fraudulently
22:19
frb 68:24,24
69:24 73:3

113:6,6 115:24
119:11,14
120:13,19
121:4,10,18,20
121:25 133:11
133:11
free 29:13
fresh 106:25
friday 154:14
friend 19:24,25
144:20,22
145:11 153:9
153:20
friends 93:13
front 20:16
28:3 42:8,8
65:2 82:3
96:16 116:18
124:11 143:8
143:11,11
144:9 158:10
158:15 172:17
fuck 90:2
fucking 90:2
full 61:21 66:19
79:22 134:3
fully 24:18
62:20 81:18
105:16 145:19
150:18 155:5
function 61:9
62:17,19 67:16
77:20,23 78:1
79:18,21 108:7
115:4

functional
62:24 63:11
functionality
79:15
functioning
81:18
functions 30:14
66:23
fund 27:16
funded 60:23
61:3,12 80:9
80:15,16,22,22
funding 27:18
57:16,17 61:5
79:12,12 80:15
80:17 84:12
85:6 87:18
funds 58:7,10
87:15
funk 147:17
further 4:20,24
175:13,15
fury 154:23
155:4
future 162:21

**g**

g 5:1 21:25,25
gabapentin
149:24
garage 169:23
gary 130:23
gatekeepers
66:24
gears 22:6
142:3

**[geez - goose]**

geez   147:9
general   45:18
  45:20 148:21
generate   68:19
  69:23
generated
  25:16
generation
  46:16,18 47:12
generic   146:17
gentleman   22:3
  65:20
getting   41:3
  76:19 87:14
  95:18 102:25
  144:14 170:9
ghosted   155:22
gibberish   79:5
gigantic   30:18
girlfriend
  159:12
give   5:15 27:5
  37:18 38:1
  39:18 44:8
  50:10,14,16
  52:1 54:4
  56:15 61:7
  63:16 76:21,22
  99:15 107:9
  118:9 119:9
  144:12 153:21
given   4:11 5:18
  58:18 76:3
  80:22 86:17,25
  104:22 171:7

gives   102:7
  139:11
glasses   45:19
go   14:22 18:9
  20:18 21:17
  27:21 29:24
  30:2,5,16 31:1
  31:4,6,17
  33:15 36:13
  38:14 39:25
  40:4,13,21
  41:4 43:25
  58:1 59:12
  61:15 67:6
  69:22 70:10
  78:4 80:11
  84:25 86:6,12
  90:8 93:11,25
  94:7,14 96:10
  98:9 102:4
  107:5,20,25
  108:21 110:24
  113:18 115:8
  116:3,17 117:9
  118:5,6,11
  121:10 129:7
  131:1 133:4,13
  135:1 136:25
  137:13 139:13
  145:5 146:9
  149:2 153:3
  155:10 161:25
god   96:20
goddard   47:25

goes   20:14
  27:16 28:20
  29:6 30:19
  37:21 58:11
  79:8,10 80:16
  89:7,19 90:4
  90:17 94:25
  98:4 100:13,20
  116:9 117:10
  134:9 136:9,25
  151:14
going   7:6 10:5
  21:6,20,20
  22:6,7,8 23:23
  25:9 27:4,5,20
  27:25 28:2
  31:12,13 33:9
  37:4,21,22
  39:1 40:4,20
  40:21,24,25
  45:16 48:11
  50:13,18,18,25
  51:1,4,5,6 59:6
  60:17 61:22
  62:22,23 63:9
  63:17,18,23
  66:6 70:12
  71:21 76:22
  77:2,9,11,22
  79:6,7,18 80:6
  80:23 81:15
  83:21 85:1,13
  86:11 88:14
  89:21 91:22
  94:22 95:13

96:13,19
  100:16 111:23
  115:3 117:14
  118:1,2,17,17
  120:9 121:11
  122:16 124:21
  125:4,24
  128:22 130:16
  132:1 133:13
  135:14,14,19
  135:23,24
  136:11,13,21
  136:21 137:1
  138:7 139:9,10
  140:4 142:3
  143:12,25
  144:25 146:10
  148:2 150:18
  150:18,19,20
  152:15 154:18
  154:23 155:3
  155:13,16
  161:6,22 162:1
  171:22 172:10
  173:18 174:17
gold   93:21
golden   131:10
good   31:17
  40:4 63:17
  103:3 118:10
  119:15 122:2
  150:13 151:22
  154:25 173:3
goose   89:7

**[gosh - harassment]**

**gosh**   148:12
   156:25
**gotten**   18:16
   80:1 158:14
**government**
   22:18,19 23:19
   38:15 39:8
   47:15 48:25
   50:4 57:11
   60:3 123:14,19
   123:22 124:12
**government's**
   142:16
**grab**   173:15
**grabbed**
   173:10
**grade**   52:7,7
**graduated**   9:22
   9:25 11:4
   127:17
**graduation**
   11:1
**grant**   175:4
**gray**   36:12
**great**   100:17
   102:23 139:2
   147:18
**ground**   37:20
**grounds**   4:15
**group**   11:6
   32:15 33:1
   73:13 97:23
   104:18 126:1
**group's**   131:1

**groups**   51:3
   104:24 106:1
   106:15
**grumman**
   46:24 54:17,24
   55:2
**guarantee**
   27:20 63:18
   166:17
**guess**   36:16
   57:20 64:5
   87:14 140:15
**guessing**
   148:12
**gurley**   39:24
   40:3,25 41:2
**gutter**   53:23
**guy**   20:8,16
   21:15 93:25
   102:14 131:23
   133:12 135:2
   136:21,22
   159:12
**guy's**   21:22
**guys**   117:19
   118:14 133:11

**h**

**h**   21:25 151:2
**half**   61:8 76:25
**hall**   107:25
**hallway**   108:22
   109:4
**hammer**   76:14
   80:13

**hand**   10:5,12
   22:7 23:23
   33:9 46:25
   47:1 66:6
   70:12 85:13
   128:22 140:4
   159:14 171:23
   175:19
**handcuffed**
   161:12
**handed**   33:16
   70:18,22
   170:12,14
**handing**   103:6
   111:23 124:22
**handle**   80:23
   93:10 95:4,13
   135:21 153:22
**handled**   11:18
   29:4 94:12
   107:6 115:23
   122:12
**handles**   165:12
**handling**   95:10
   102:2 122:11
   136:6
**hands**   29:18
   54:18
**handwritten**
   92:2 101:8,9
   110:17,19
**hang**   42:25
   43:5 134:25
**happen**   37:4
   38:12 52:25

   96:15 132:25
   145:17 151:24
   151:25 155:7
   158:10
**happened**   26:3
   29:21 40:23
   71:16 76:4,9
   77:24 82:1
   83:19 87:4,6
   90:7,18 94:16
   96:9 99:7,11
   99:12 108:24
   116:8,11
   117:13 120:12
   120:22 134:17
   144:16 153:1
   154:3 158:10
   158:16 160:17
   162:14
**happening**   26:4
   26:5 29:22
   72:7 75:25
   76:3,5 92:23
   95:24 96:1,3
   102:5 119:14
   130:18,18
   144:21 145:18
   152:20
**happens**   26:8
   108:15 116:3
   172:15
**happy**   94:14
**harassment**
   130:9,12

**[hard - humiliation]**

hard 102:17
hardest 128:20
hardware
 115:16 155:9
harm 161:15
harris 58:2,3
 88:16
hat 131:13
hauled 163:14
haunt 131:18
haven 166:3
head 15:9
 25:24 26:23
 58:25 59:11,13
 64:8 68:9
 97:24 121:25
 152:9
headhunter
 17:9 18:3
headhunters
 14:11 16:22,24
 17:22
heads 133:10
healthy 96:4
hear 76:6 81:24
 90:18 95:12,14
 102:13 108:17
 110:4,5 139:25
 145:10
heard 21:21
 40:7 60:8 74:6
 97:4 133:14,19
 134:4,17,25
 135:6,8 145:8
 150:15 153:2

158:12
hearing 139:24
hearings 39:18
heart 96:2,8,14
 100:7,9,14,17
 100:23 130:25
 144:16 146:5,6
 146:14 148:17
 149:1 150:5
heart's 100:11
hearted 148:2
heath 71:21
 73:1,2,13,14,21
 98:6 112:21
 119:22 121:21
heel 149:14
held 11:8
 137:17
hell 96:3
help 8:18 9:2
 88:22 89:5
 97:19 98:18,20
 99:5,6,8 105:9
 137:7,8 144:12
 144:12,18,18
 153:15,19
 154:2,5,8
 155:18
helps 36:14
hereto 24:1
 124:25 175:12
 175:17
hey 61:16
 83:17 90:6
 139:12 147:23

hide 61:21
high 6:20 10:2
 10:3 30:21
 43:12 91:17,22
 91:24 96:18
 133:9
higher 31:16
 137:17
highest 123:2
highlighted
 24:16
hilton 156:19
 156:20
hint 95:18
hints 90:24
hire 21:6 110:6
hired 17:17
 98:17 125:25
history 9:21
 11:2
hit 38:24 39:3
 166:17
hobbies 169:12
 169:14,24,25
home 5:11 63:2
 63:3 139:14
 149:19 164:7
 168:4 169:8,9
homes 167:16
 167:24
honchos 152:9
honest 94:24
 101:18 154:20
honestly 123:6
 129:10

hope 154:22
 155:14
hopefully 30:3
hoping 88:20
hot 169:15,17
hotel 156:19
hour 89:21
 144:15
hours 7:8,12
 12:15,17 49:22
 49:24 50:7,17
 50:18,22,24
 51:4,5,6,8
 90:10
house 63:10,16
 63:17,18
 160:12,13,18
 160:19,24,25
 161:1,25
 166:20 167:12
 169:7 174:16
houses 67:10
 165:3,3
how's 28:18
hr 74:4,23
 79:24 90:12
 97:3 130:23
 171:1,4,11
hughes 11:5
 17:17 22:4
human 132:17
 132:20,20
humiliation
 143:23 144:1

**[hundred - injury]**

| | | | |
|---|---|---|---|
| **hundred**  166:7 | **important**  98:9 | **including**  114:8 | **industry**  23:3 |
| **hung**  89:25 | **improved** | 114:20 | **inform**  93:24 |
| **hurt**  161:17 | 106:3 | **income**  13:16 | **information** |
| **i** | **inability** | 13:19 142:4 | 41:20 43:2 |
| | 104:17,24 | 165:13,15,19 | 60:24 61:11,22 |
| **idea**  62:9,11 | 139:8 | 165:25 166:11 | 76:4 78:23 |
| 79:6,6 88:5 | **inactive**  6:15 | 166:22 167:5 | 120:3 125:15 |
| 99:23 130:17 | 6:17 | 167:13 | 127:9 129:9,14 |

**hundred**  166:7
**hung**  89:25
**hurt**  161:17

**i**

**idea**  62:9,11
79:6,6 88:5
99:23 130:17
**identical**  40:1
163:11 172:14
173:12
**identified**
147:4
**identify**  10:6
67:11 70:13
148:7
**identifying**
107:8
**ignore**  134:9
**ii**  24:11 44:18
**immediate**
64:11
**immediately**
8:10 71:11
90:22 115:9
124:1 140:23
171:3,10
**implement**
72:16 106:18
107:1,12 108:9
**implemented**
65:15 67:23
89:22 108:25
136:5
**importance**
73:12

**important**  98:9
**improved**
106:3
**inability**
104:17,24
139:8
**inactive**  6:15
6:17
**inappropriate**
91:5 94:13
108:19
**inappropriately**
94:25
**inaudible**  40:14
42:7 59:7
75:22 82:2
92:6 105:10
116:20 135:8
135:19 171:3
**inch**  36:25
41:21,21 42:18
42:18,18,19,19
43:13 88:2
**incidences**
95:25 130:24
**incident**  109:10
109:11 110:12
126:2 150:13
155:16 159:2
160:10 162:13
**include**  42:25
44:2,10,11
88:23
**included**  33:25
54:19 120:2

**including**  114:8
114:20
**income**  13:16
13:19 142:4
165:13,15,19
165:25 166:11
166:22 167:5
167:13
**inconsistency**
80:13
**incorporated**
22:16
**incorrect**
136:20
**increase**  122:20
122:20
**increased**
92:10,11
**increases**  123:3
**incredibly**
146:11
**incredulous**
60:19
**incurred**
162:20
**independent**
98:17
**indiana**  59:22
**individual**
105:7
**individually**
1:5
**individuals**
162:7

**industry**  23:3
**inform**  93:24
**information**
41:20 43:2
60:24 61:11,22
76:4 78:23
120:3 125:15
127:9 129:9,14
129:24 134:7
134:21 135:19
136:20 138:6,9
138:14,21
140:5 153:2
154:24 155:3
**informed**  171:1
**infrared**  46:21
57:10
**initial**  30:11
35:4,4 38:21
51:13 62:5
81:5 119:8
120:11 122:9
129:17 131:10
131:23
**initially**  60:6
64:15 75:21,24
78:25 79:2,3
90:1 92:21
101:3 129:18
130:10,19
131:17 138:25
153:18
**initiation**  17:18
**injury**  11:20

**[innocence - issue]**

innocence
163:16
**input**   140:5
**inquiry**   129:17
**inside**   25:24
45:1 160:25
**insignificant**
113:12
**inspect**   136:11
**inspection**
40:15 133:17
133:19 147:24
151:9 153:1
**inspections**
67:9 83:11
133:4 152:22
**inspectors**
83:11
**inst**   44:24
45:22
**instance**   17:13
30:10 34:21
39:13 54:4,17
93:2 111:10
**instantly**   96:22
**instruction**
23:17 59:8
**instructions**
29:22 106:19
106:23 136:7
136:24
**instrument**
48:1 50:5 56:6
56:6

**instruments**
100:10
**insult**   122:21
**insurance**
131:1 143:5
146:10 153:22
**interact**   139:7
**interacting**
105:11
**interaction**
83:10 109:18
109:25
**interactions**
58:20 93:2
**interest**   164:22
**interested**   37:8
175:17
**interesting**
173:6
**interface**   37:18
**interfere**
131:21
**internal**   105:11
106:19
**internet**   14:12
173:10
**interrogatories**
8:13,14,18,20
142:14
**interview**   94:10
127:10
**interviewed**
90:19
**interviewing**
93:13 97:12,19

99:4
**interviews**
95:11,13 97:18
**intimidating**
97:14
**introduced**
10:7 23:25
33:12,19 66:11
70:14 85:15
86:19 103:8
111:25 124:24
128:24 140:6
153:12 159:20
170:15 172:1
173:22
**introduction**
3:5,6,7,8,9,10
3:11,12,13,14
3:15,16,17,18
3:19,20,21,22
3:23
**investigate**
115:24
**investigated**
90:19
**investigating**
171:2
**investigation**
25:14,19 26:2
29:19 35:17,18
68:9,12 72:3
72:13 77:6
93:17 95:2,10
120:23 133:9
135:22

**investigations**
68:6 93:3,11
136:8,10
**investigator**
127:11 140:12
**invited**   32:23
121:23 122:2
**involuntarily**
6:8,15
**involuntary**   6:6
6:16
**involve**   69:25
158:5
**involved**   25:15
38:15 50:13
82:17,23 115:8
121:17 135:22
155:15 158:15
160:9 162:7
163:2 166:18
**involves**   24:9
**involving**   93:20
159:2 169:2
**island**   133:2
147:23 148:1
**iso**   106:19,20
106:22 136:7
**isolate**   68:13
**isolation**   68:7
68:21
**issue**   58:5
75:24 76:18
81:1 82:2
113:2 124:2
126:16 145:23

**[issued - know]**

issued 106:2
issues 25:8
  82:15 86:13
  91:15 111:16
  115:23 130:25
  131:20
item 28:25 29:5
  29:6,6 66:24
  67:7 68:8 73:4
  89:13
items 50:20
  65:14
ivy 11:23

**j**

jacket 74:11
jacksonville
  15:6
jacob 148:13
  148:14
jailed 163:5
janet 149:5
january 19:13
  19:15 57:7,20
  62:8 78:19
  84:12 85:5
  137:3 152:14
japan 136:11
jd 9:25
jennings 2:5
jeremy 27:12
jfl 59:16 64:7
  64:16 73:2
  145:13
jim 27:11 60:9
  60:25 61:4,12

62:16 65:23
  79:10,11,11,13
  80:10,14 84:12
job 11:8 13:7
  14:6,9,10,10,12
  14:15,19,22,23
  15:1,2,5,16,19
  15:21 16:1,6,8
  16:9,12,14,16
  17:4,12,16,21
  18:3,15,15,20
  18:25 19:11,13
  19:17,24 20:7
  20:10,13 21:3
  21:5 65:8,14
  66:3,16,18
  67:4,14,25
  68:6,10,25
  69:4,12,15
  73:5 84:22
  85:11 102:2,3
  102:4,23 105:4
  111:16 131:21
  132:23 136:23
  139:2 141:24
  141:24 144:7,8
  145:3,3 163:23
  168:23 169:4
  170:4
jobs 14:25 15:3
  16:5,20 17:6
  17:22 19:4,15
  96:18
john 134:15,15
  135:2,7

joint 76:15
joke 123:7
jones 59:1,10
  59:11
july 5:10 13:2
jumped 131:15
june 11:12
  125:5,18
  126:22 128:15
  132:7 141:6,15
  165:11
junk 145:16
juris 10:1
jury 143:11
justify 102:9

**k**

keep 161:1
kept 91:7
  120:24
key 88:6 106:3
keyed 102:21
keys 160:18
killed 117:15
kimberly 15:8
  16:6
kind 8:2 14:4
  41:5 61:24
  62:12 93:12
  97:7
king 2:23
kit 24:9,10
  39:24
kitten 40:3
knew 69:11,14
  73:9,9 79:24

79:25 82:19
  83:21,22 85:8
  96:24,25 102:5
  108:9 112:13
  112:15 134:11
  134:12 135:14
  139:9 147:15
  155:9
knocked
  149:18 169:7
know 7:5,8 8:4
  12:13 14:10,15
  16:25 17:17
  18:12,12,17
  19:11,12 20:17
  22:3 25:22
  26:22 27:4,6
  27:16 29:9
  32:16 35:24
  36:6 37:10,18
  37:24 38:23
  39:9 40:19
  42:3,7 46:4,5,7
  46:11,11 47:8
  50:17 51:4,20
  52:4 53:11,15
  53:19,20 55:15
  56:15,20,24
  57:1,2,25 58:2
  59:13 60:6,10
  60:10,11,13,22
  61:1,20,21
  62:6,20,21
  63:18 69:10
  70:3,5 71:1

Bushman Reporting
A Veritext Company
800-556-8974
www.veritext.com

**[know - letter]**

73:14,17,17,24
74:17 75:9,10
75:15,21,21
76:21,22,23
77:8 79:8,8,9
79:14,19 80:11
80:12 81:20
82:2 83:2,4,10
83:13 84:1
88:7 89:16
91:4,23,25
92:22 93:11,12
93:12 94:10,11
94:12,14,20
95:20,25 96:3
96:17 97:1,6
97:13,15,16
98:6 99:1
100:1,14
101:19,24,25
102:10 106:15
106:19 107:3,7
107:24 108:16
109:3,21
112:14,16
116:18,22
117:1,2,11,14
117:20,20,21
118:4 121:4,16
121:20 122:1
129:2 131:4,16
133:18 134:8
134:11 135:14
136:1 139:1
141:23,23

142:21 143:6,7
143:7 144:3,4
144:4,18,24
146:7,8,8,17
147:10,14,17
147:20,21,23
147:25 148:1,4
148:12 150:23
151:22 152:10
152:17,18,24
153:19,20
154:2,24
156:11 158:9
158:10,16
159:15 160:11
160:21 164:20
164:21 165:12
165:18,25
166:4,4,13,15
166:16 167:2,6
170:10 171:13
171:15,16,17
172:15,17
174:7,10
**knowing**  60:20
117:3 147:17
**knowledge**
105:4,24
125:14
**known**  82:8,9
**knows**  73:3,3
110:3
**kristin**  59:14

**l**

**l**  21:25 55:8,8
168:18
**l3harris**  57:8
59:19,20 87:7
87:10
**lab**  27:17 41:9
80:6 86:8
**labor**  39:5
**lack**  84:15
**ladder**  149:18
169:7
**land**  62:23
**landlord**  11:20
**language**  19:11
**lapses**  105:24
**large**  130:24
**las**  22:2
**late**  25:2 126:1
132:2,18 138:3
**laughed**  123:7
**launch**  151:23
**law**  2:15 5:20
5:22,24 6:1,19
6:21,25 9:24
9:25 11:13,15
11:18,20 12:3
20:1 22:4
127:14,17
**lawrence**
148:20
**lawsuit**  9:14
22:6 123:14,19
123:20,20,23
124:3,7 141:11

159:22 160:2,3
160:6 163:1
174:4
**lawsuits**  163:19
163:20
**lawyer**  144:9
167:6
**laying**  163:23
169:4
**lead**  39:22
88:14
**leads**  68:8
**learn**  122:16
**leave**  18:13
113:6 126:2
**led**  71:23 72:9
72:11,14,20,23
73:7,8,16
106:1 110:7
113:5,12 120:1
121:21 136:4
136:13
**left**  58:7 87:15
88:15,21 96:11
145:9
**legitimate**  76:2
**lend**  88:25
**length**  57:13
87:22
**lens**  93:5 113:2
113:13
**lenses**  93:5
**lesser**  61:7
**letter**  70:18,20
70:25 154:5

**[level - lori]**

level   23:10
  25:11,11 35:1
  44:25,25 45:22
  45:22 53:9,10
  82:13 91:22
  105:15 106:8,9
  107:14 114:8
  114:20 132:16
  137:17
levels   25:17
  30:14 31:16
  46:1 76:19
  78:25 91:17
license   6:9,9,18
licensed   6:1,3,5
  127:14
lie   123:2,3
lieu   143:8
life   67:8 118:14
  163:21
lightly   90:10
likelihood
  79:17
likely   27:21
  134:6,19 135:4
limitations
  21:11
limited   105:25
limits   31:12
limping   149:16
lindsey   2:5
line   14:20
  37:12 45:11,12
  88:14 91:4
  94:18 118:12

133:21
lines   14:2
linkedin   14:14
list   14:19,21,22
  47:10 51:3
  60:13,17 117:6
  117:7 149:12
listed   34:21
  47:9 120:4
  146:18
listen   61:16
  62:9,16 98:5
  98:12 133:18
  139:8 150:24
  153:23
listened   78:14
listening   113:9
  135:25
listings   14:22
  18:21 19:3,6
lists   41:21
lit   97:7
little   2:8,17
  21:16 35:12
  60:18 66:17
  87:17 95:25
  105:8 114:18
  131:6 140:22
  142:15 146:25
  147:6
live   9:6 31:13
  156:6,8 157:3
  157:5 161:9
  167:22

lived   9:4
  156:10 159:13
  161:10
lives   157:8
  161:9,14 162:2
living   12:7
  13:18 156:13
  159:10 167:14
llp   2:5
load   92:10
lockheed   39:13
  40:1,5 41:7
  47:1 54:19,24
  55:14
logo   172:15
long   7:1,9 9:4
  38:17 39:1
  59:17 75:22
  79:11 80:9
  87:25 101:20
  102:11,17
  104:13 110:16
  114:25 123:10
  133:2 147:23
  148:1 156:11
  158:25 159:5
  161:10 163:25
  164:6 174:14
longer   72:12
  132:3 153:25
look   22:13 24:7
  36:11 58:4
  85:20 95:9
  97:15 104:16
  107:15 112:18

115:17,17
  118:10 120:2
  130:21 159:18
  161:3,19,19,20
  161:23,23
  173:3
looked   7:23
  11:18 14:6
  18:25 19:6
  20:11 120:4
  172:13 173:1
looking   19:13
  30:12 34:1,6
  37:7 41:12
  42:9,21 43:6
  83:4 100:12
  103:16 116:4
  124:10 129:12
  129:13 134:18
  162:9 163:23
  169:4 173:18
looks   10:11
  39:25 66:13
  80:3 100:17
  118:10 130:5
  170:17 172:21
loop   72:4 73:3
  73:8
lori   70:20,22,22
  71:1,7 74:10
  74:12 75:8
  87:3 90:16
  101:9 161:3
  171:3

**[lori's - management]**

| lori's | m | |
|---|---|---|

**lori's** 171:2
**los** 9:25
**losing** 37:13
**lost** 39:12,12
40:5 143:1,4
**lot** 12:13,17
14:11 24:15
38:4,4,18 39:8
52:5 72:11,20
72:23 73:8,20
83:10 94:9
105:23 107:2
129:14 130:22
141:24 143:6
164:18 172:14
174:14
**lots** 39:18
51:21 58:7
76:13
**loved** 144:7,7
145:3
**low** 43:24
60:21 79:18,18
82:13,21 83:5
87:15
**lower** 80:18
132:16
**luck** 63:17
154:25 155:14
**lucky** 94:14
**lunch** 74:11
**lying** 144:24

**m**

**m** 14:10 70:12
85:13 90:3
91:19 103:6
116:3 124:21
124:22 128:22
132:1 147:1
148:12 149:16
151:2 156:12
164:3 165:3
**ma** 68:20 113:1
113:5 119:17
119:20
**ma's** 113:6
119:21 120:16
**machine** 30:17
**mad** 108:12,19
109:1,2
**made** 22:25
25:23 27:10,12
27:14 32:9
34:4 37:23
40:25 45:9,9
57:17 65:4
72:10 76:10
79:13 82:3
84:25 85:22
94:19 95:6,14
95:20 97:3
99:7,8 101:7
110:6 113:15
120:21 121:23
121:24 123:18
127:2 128:8
129:18 131:1

131:10,14,21
133:14 146:11
**mailed** 4:21
**main** 67:16
**maintenance**
16:9 169:9,10
**major** 22:20
40:5,5,6 68:5
80:25 86:6
113:15 114:21
120:20 121:7
**make** 9:16 15:7
24:15 26:13,13
27:1,3,6 28:4
30:1 37:1
52:14 53:13
65:14,16 66:3
69:15 72:7
77:11 82:4
84:8 91:10,11
91:23 93:13,23
94:8,19 101:8
101:25 108:7
110:19 115:11
115:18,18,20
118:3 121:2
123:21 129:4
131:7,8 132:1
135:12,13
138:12 141:24
142:1,2 151:19
155:24 161:1
**makes** 43:16
52:23

**making** 30:13
110:6 136:12
137:1 150:25
**mal** 83:22
113:22,22
**malfunction**
47:9 57:13,22
60:12 62:10
68:20 69:21
71:23 72:4
76:11,12 78:21
79:5,20 83:16
83:22 86:13
87:10,19 88:1
112:20,24
113:2 114:6,11
114:19 118:18
119:4,7,8
120:3,11
121:21
**malfunctioning**
50:24 120:1
**malfunctions**
76:17 121:9
**man** 50:18
**manage** 97:20
**management**
20:22 21:16
27:16,19 50:12
50:13,15 51:7
58:19 60:23
61:7 64:20
73:2 79:14
91:10,11 92:13
92:16 95:23

**[management - medical]**

| | | | |
|---|---|---|---|
| 97:23 106:5,20 | **manufactured** | **martin** 39:13 | **mean** 12:14 |
| 106:22 107:2,6 | 86:3 | 40:1,5 41:7 | 14:18 26:7 |
| 107:8 108:4,10 | **manufacturer** | 47:1 54:19 | 28:22 38:8 |
| 108:18 109:12 | 72:14 136:4 | **massachusetts** | 49:24 50:6 |
| 115:12,13 | **manufacturing** | 9:22 11:5 | 81:18 96:6 |
| 136:7,24 | 23:2 28:25 | 165:1 167:16 | 119:6 132:8 |
| **manager** 23:21 | 32:11 67:1 | 168:4 | 139:20 145:15 |
| 25:5 27:11 | 70:1 72:14 | **matched** 66:4 | 146:20 158:6 |
| 39:19 51:9 | 113:22 136:12 | **material** 22:25 | 163:11 166:16 |
| 57:16 58:22,22 | **march** 9:11 | 32:9,13 34:2 | 168:21 173:2 |
| 64:5 69:25 | 13:12,14 85:21 | 58:4,6,9 59:3 | 173:12 |
| 73:7,22 87:13 | 124:6 126:9 | 59:18 93:6 | **meaning** 126:6 |
| 91:9 97:24 | 129:19 130:17 | 174:1 | **means** 23:3 |
| 98:16 101:20 | 132:5 137:14 | **materiality** | 31:10 45:24 |
| 101:20 102:6,6 | 147:22 153:4 | 4:15 | 58:13 65:11 |
| 102:11 108:21 | 158:24 165:11 | **materials** 43:1 | 127:19 134:6 |
| 119:10,10,24 | 175:19 | 52:6 71:14 | **meant** 31:12 |
| 121:6 126:1,5 | **mark** 8:3 22:8 | 120:24 | 39:4 72:11 |
| 130:23 132:18 | 33:15 39:3 | **math** 26:20 | 133:21,23 |
| 132:20,20 | 61:16 64:17 | **matt** 59:1,10,11 | 134:5,5,18,19 |
| 133:18 134:3 | 86:17 111:23 | 136:14 | **measure** |
| 139:11 150:9 | 113:5 124:21 | **matter** 39:6 | 115:25 116:2 |
| 150:14 | **markaiah** 4:3,9 | 117:19 118:9 | **measurements** |
| **managers** | 175:6,27 | 136:16 152:6 | 26:24 36:22 |
| 23:17 71:13 | **marked** 10:5 | 157:22 | 115:20 |
| 82:12,12 97:25 | 11:17 23:23 | **mature** 24:18 | **measuring** |
| 111:11,13 | 33:9,17 66:7 | 26:14 36:1 | 26:16 |
| **managing** | 70:12 85:13 | 37:8 43:24 | **mechanical** |
| 50:16 105:9,10 | 103:6 124:22 | 60:21 77:19 | 66:25 |
| **manipulate** | 128:22 170:12 | 82:20,20 83:4 | **media** 168:6,24 |
| 115:16 116:7 | 170:13 171:25 | **maytag** 115:2 | 169:2 |
| **manipulated** | **market** 41:5 | **mckoin** 71:21 | **medical** 92:5 |
| 26:20 | 145:20 | 73:1,2 112:21 | 126:2 130:24 |
| **manning** | **married** 155:25 | 119:22 | 145:25 146:3 |
| 126:14 | | | 146:13,13 |

**[medical - mode]**

162:20 163:6
**medication**
99:19,21
**medications**
7:12 146:15
149:8 150:5
**medicine** 146:7
149:22
**medicines**
149:13
**meet** 19:6
38:25 40:14
43:20 44:23
45:2 53:13
82:21 83:5
86:10
**meeting** 62:1
70:9 71:9,13
71:16 73:10,11
73:18,24,25
74:1,12,13,14
86:25 87:4,7
87:13,20 89:1
90:6,9,15 99:3
101:9,12
102:15 104:5
104:10,11
116:11 119:12
121:11,19
131:19,23
132:2 133:1,10
133:14 135:25
139:24 150:20
151:3 152:11
152:13,23

153:2,6 154:20
155:20 171:7
171:17
**meetings** 39:20
82:14 93:12
113:9 119:14
144:25 151:4
151:10 154:3
**meets** 63:10
**melissa** 158:2,8
**members** 68:24
69:24 89:23
**men** 50:24
**mention** 113:1
121:23,24
133:14
**mentioned**
21:18 64:4
70:7 89:2
138:13 153:8
168:23 169:1
**mentions**
106:14,14
**merit** 123:2
**mess** 151:19
**messages**
105:10 153:10
154:12,15
**messaging**
105:10
**messed** 145:13
**met** 34:17 65:6
67:3,17 69:4,8
**metals** 52:7
121:1

**meter** 115:19
115:22
**methodology**
95:3
**microcircuit**
52:8
**microscope**
79:24
**mid** 126:1
**middle** 29:24
29:25 112:19
152:21
**miles** 144:15
**milestones** 54:3
**million** 61:5
143:19,23
167:25
**millions** 22:18
38:18,18
151:23
**mind** 130:20
137:12
**mine** 19:24,25
145:11
**minimize** 86:7
89:9 90:8 95:7
**minimum**
38:11
**minute** 129:11
**minutes** 143:25
**mirelez** 61:16
64:17 80:21
**mirror** 93:19
120:23

**mirrors** 94:5,8
120:25 121:3
**misconception**
135:16
**misconduct**
154:21
**misdemeanors**
158:19
**misinformation**
80:23
**misplaced**
104:13
**misrepresent...**
36:9 42:17
**misrepresent...**
32:14 34:3
41:13
**misrepresented**
22:19
**missed** 39:6
131:12 136:4
**missile** 39:14
47:19
**missing** 159:9
**mission** 64:25
67:8
**misstatement**
132:22
**misstatements**
82:2
**mistake** 94:19
94:20 95:6,14
**mode** 50:23
88:11

**[model - negative]**

**model**  26:9
37:5 42:24
77:4,9
**models**  24:9,10
27:17 29:12
41:19 42:22
47:10
**modes**  67:11
**molden**  147:4,8
147:13
**monday**  1:11
4:3 154:19
**money**  20:15
20:16,20 38:4
38:18 39:10
54:4 61:13
80:18 87:12,24
162:11 166:8
**monitor**  100:14
100:17
**month**  58:17
100:14,15
166:11
**monthly**
164:11
**months**  8:11,12
38:6 118:23
162:16 169:22
169:22
**morning**  64:23
70:25 71:4,8
71:20 73:10
74:13,14 96:2
113:9

**mortgage**
164:11
**motor**  133:9,16
133:22,23
151:11,13
152:17
**motors**  133:3,4
133:7,20
152:15
**mounted**  30:24
**mouthful**  152:5
**move**  112:22
163:15
**moved**  64:18
64:19 73:2
159:7 160:12
169:22
**moving**  68:5
113:11 159:6
**multiple**  97:3
131:13
**music**  168:21

**n**

**n**  3:1 5:1
168:18
**name**  5:7 6:6
9:14,17 13:6
15:4 20:21
21:22,25 56:6
100:21 129:24
140:14 146:17
155:16 156:4
157:8 158:1
168:10 170:5
171:15

**named**  59:1
150:9
**names**  14:15,17
156:24
**nano**  68:1
**nanoseries**
24:11,11,11,12
25:8 37:12,13
41:2 45:11
46:25 47:5,12
47:22 48:11,22
52:17 56:4
65:25 68:1
69:4 71:24
75:24 76:17
92:22 93:5
112:24 113:17
118:19 119:2,3
119:20 145:19
155:5 172:3
**narrative**  8:2
**nasa**  25:15
44:23,25 47:25
48:15,16 49:9
49:19 55:20,21
55:24 56:2,4
56:12 114:8,20
117:22,23
**national**  106:21
**nature**  26:22
27:2 36:22
38:19
**nausea**  149:22
**nebivolol**
146:16,21

**necessarily**
37:25 44:14
101:16
**necessary**
68:19
**necessity**  4:18
**neck**  97:15
**need**  7:8,9,11
29:23 37:16,16
39:2 40:21
45:19 60:13
79:15 80:4,4
87:17 88:13
92:5 94:7,7,23
94:24 97:1,2
98:1,4 108:23
121:17,25
122:1 131:14
134:6,8,22
135:4 136:9
144:1 154:4,25
170:9
**needed**  69:11
69:14 72:22
80:2 84:4 85:9
96:25,25 126:8
137:7,8 149:1
**needing**  98:12
**needs**  29:23
37:17 38:12
70:2,3,5 72:6,6
82:22 93:24
105:9 115:4
**negative**  99:24

**[negligence - obviously]**

| | | | |
|---|---|---|---|
| **negligence** 85:23 | **news** 147:25 | 102:19 127:10 | 125:2 127:17 |
| **negotiate** 121:18 | **night** 12:17 | 140:10 170:17 | 128:22 129:2 |
| **neither** 175:13 | **nightmares** 144:6 145:2 | 173:24 | 129:11,12,13 |
| **nerve** 150:2 | 147:14 163:4,8 | **notice** 173:1 | 129:18 132:13 |
| **never** 20:3 21:8 | 163:14,17,18 | **noticed** 159:9 | 136:3,3 138:5 |

negligence
85:23
negotiate
121:18
neither 175:13
nerve 150:2
never 20:3 21:8
21:21 26:7
27:4,5,8,10,12
27:14,15 38:24
39:3 43:17
60:14,15,16
61:18,23 62:7
62:15,17,18,20
63:3,19 76:3
77:21,21 79:9
80:5 83:18
117:25 118:16
119:4 121:3
122:2,8,8
144:5,12
145:20,20
148:3 171:21
172:12
nevermind
57:2
new 24:9 25:9,9
39:12,24 47:16
47:18 49:8,18
54:8 72:20,23
73:8,20 82:15
86:2 110:5
133:7 147:21
151:8

news 147:25
night 12:17
nightmares
144:6 145:2
147:14 163:4,8
163:14,17,18
nights 12:17
nine 86:17,18
101:7 157:15
nineteen
157:15 164:4
ninety 164:4
nominal 42:23
non 93:24
nonoseries 34:5
noon 89:25
nope 35:7
122:6,8 169:3
normal 32:22
91:15 93:18
normally 17:16
19:9 31:17
44:9 88:3
93:16,21,23
96:4 116:11
139:10
north 15:4,22
northrop 46:24
54:17,24 55:2
note 92:2 97:8
101:8,9 110:17
110:19
noted 8:1
notes 24:6
75:23 102:18

102:19 127:10
140:10 170:17
173:24
notice 173:1
noticed 159:9
172:6
noticing 13:4,5
65:24 92:23
notifying 4:13
noting 4:18
november 62:4
137:2
nre 42:23
nsnoseries
60:11
number 5:13
10:5,6,10,16,18
11:17 13:1
23:24 24:3,5
25:9,10 32:22
33:9 34:19,20
36:12,19,19
42:8 44:7
46:17 51:24
54:2 66:7,10
66:15,19 70:12
70:17 73:15
76:4 86:17,18
87:17 91:13
101:7 103:7,16
105:15 107:9
107:14,15,20
107:23 108:3
110:19 120:18
124:22,23

125:2 127:17
128:22 129:2
129:11,12,13
129:18 132:13
136:3,3 138:5
138:8 140:4,16
143:3,4 159:18
162:9 164:20
170:12,21
171:23,25
173:7
numbered
10:13
numbers 39:17
88:18 107:10
107:10,11
117:1 143:3
173:3
numerous
37:11 143:20
151:13
nurse 149:6

**o**

o 5:1 21:25
151:2 168:16
o'clock 89:20
object 4:14
objection 4:19
objections 4:17
objectives
105:13
obtaining
18:22,23
obviously
160:18

**[occupied - once]**

| | | | |
|---|---|---|---|
| **occupied** | **officers**   160:3 | 58:11 60:24 | 130:6,8,15 |
| 165:13 | 163:2 | 61:7 65:10 | 132:1,11,19,25 |
| **occur**   21:9 | **oh**   11:25 12:17 | 66:6,14 67:16 | 135:1 138:17 |
| 69:12 76:13 | 14:8 15:8 18:1 | 67:25 68:5 | 138:19 139:11 |
| **occurred**   82:25 | 51:19 54:13 | 69:3,7,11,14 | 139:13,17 |
| **occurs**   114:21 | 63:6,14 96:20 | 75:14,19 77:16 | 140:4,21 |
| 115:8,12 | 99:8 103:12 | 78:14,16 79:22 | 141:21 142:23 |
| **ocean**   48:1 50:5 | 118:5 137:9,11 | 81:6,14,23 | 143:2 146:3,14 |
| 56:6 | 147:9 148:14 | 82:23 83:21 | 146:23 153:10 |
| **oci**   48:1 49:23 | 149:25 157:6 | 84:2,8,10,24 | 153:17 154:2 |
| 49:25 50:2,4,5 | 164:16 170:13 | 86:2 87:11,18 | 154:14 157:1 |
| 55:18 56:5,5 | 174:9 | 88:2,9,17 89:6 | 157:16,21 |
| 56:13 | **okay**   6:16,18 | 89:17,19 91:15 | 158:1,25 |
| **october**   62:4 | 6:21 8:7,16 | 92:2,15,20 | 159:18 160:9 |
| 78:5 84:11 | 9:19 13:7 | 94:2 95:10 | 160:11,13 |
| 85:4 137:2 | 17:25 18:3,9 | 96:11 97:23 | 162:9,13,15 |
| 149:12,14 | 18:23 22:24 | 99:4,10 101:5 | 163:1,8,11 |
| **odaniel**   168:11 | 23:23 24:7 | 101:11,17 | 164:5 167:24 |
| 168:17,20 | 28:16,25 30:5 | 104:10 106:14 | 169:8 170:11 |
| **odd**   76:5 139:6 | 30:13,14 31:22 | 107:16 110:16 | 170:12,14 |
| **offensive**   94:22 | 31:25 32:8 | 111:2,5,22 | 171:18,22 |
| **offered**   18:15 | 33:4 35:2,6,11 | 112:4,12 113:5 | 172:17 173:4 |
| 21:3,5 24:21 | 35:12,15,15,18 | 113:9,19 114:6 | 173:11,21 |
| **offering**   24:10 | 36:13 39:2 | 114:21 116:13 | 174:5,11 |
| **offers**   19:17 | 40:23 41:19 | 116:17,21 | **old**   83:9 152:8 |
| **offhand**   51:21 | 42:13,15 43:10 | 117:3,8 119:3 | 157:14,14 |
| 56:25 | 43:15 44:6,15 | 119:6,13,17,23 | 169:15 |
| **office**   11:15 | 45:12,16,23,24 | 120:1,15,18 | **omissions**   82:3 |
| 57:23,24 78:9 | 46:20 47:4,6 | 121:13 123:18 | **once**   14:16 |
| 80:25 96:13 | 47:11 48:10,13 | 123:25 124:5,6 | 17:21 18:9 |
| 107:25 108:16 | 48:24 49:1,4 | 124:8,18,20 | 28:4 30:1 |
| 108:20,24 | 49:17,21 50:6 | 125:8,10,17,23 | 34:12 72:18 |
| 109:4,6,23 | 51:20 53:21 | 126:21,25 | 89:11 100:7 |
| 110:22 149:2 | 54:1,13 55:21 | 127:19,25 | 134:13 152:15 |
| 150:17 171:2 | 56:1,13 57:7 | 129:1,4,17,21 | |

**[ones - paperwork]**

**ones**  14:17 47:6
163:9 172:6
173:10,15
**ongoing**  118:22
119:1
**online**  16:25
39:25 114:3
127:10 129:7,9
130:4 138:15
140:5
**op**  25:24,25
37:25 78:23,24
79:1,2 84:15
118:6
**open**  16:17
100:17 120:10
**opened**  71:20
112:21 113:6
119:22 120:1
159:11
**openings**  14:19
**operates**  105:8
**operating**
34:22
**opinion**  41:6
59:4 147:18
**opir**  46:16,19
47:13 50:3,4
**opportunity**
111:2 137:19
**optical**  23:1,7
26:15,17,24,25
27:3 32:10
34:8 36:22,24
43:13 45:8,10

**optics**  93:10
**optimize**  28:5
**options**  42:25
**oral**  1:10 4:2,8
**order**  22:17
38:7 45:2
50:10 94:15
95:17 107:12
107:14 108:2,3
160:15,22
161:5,11,20
162:5
**ordering**  41:20
**orders**  111:14
**organization**
106:21
**original**  79:7
172:19,25
**orthopaedics**
148:9
**outcome**
175:18
**outcomes**  26:21
**output**  25:18
26:16 27:6
30:13,17 76:19
78:25 115:25
**outside**  36:18
41:21 108:15
109:5 121:2
160:23
**overall**  105:14
107:9,14,19
**overhead**  46:21

**overheard**
109:17
**overlapped**
152:21
**overrun**  39:17
57:15 58:2,8
87:11
**overruns**  39:15
**oversight**  66:23
108:5
**overstress**
118:3
**owe**  166:8
**own**  11:13 80:1
93:18 94:2
131:14 136:23
164:7,8 165:2
165:3 167:11
**owned**  86:8
**owner**  165:3,21
165:23 167:3
**ownership**
164:22
**oxy**  149:23
**oxycodone**
149:9

**p**

**p**  5:1 21:25
48:6 168:14,14
168:14
**p.m.**  1:12
174:23
**pace**  48:4,6,12
48:18 55:23
56:5,7,9,14

**package**  89:13
**page**  8:2,2 13:1
34:19,19,19,20
34:20,20 36:15
41:23,23 42:3
42:9,11,15
43:6,7,11
45:19 66:15,19
85:20 91:20
103:16,21
112:18,20
120:2 129:12
129:17 130:1
138:5 170:24
172:17
**pages**  36:15
86:12 88:9
175:7
**paid**  12:21,24
39:5,7,8 53:22
164:9
**panic**  96:16,17
96:20,21 99:15
100:2,8 144:5
144:13 147:15
147:15 163:4,8
163:11
**paper**  61:8
80:19 101:21
101:23 102:7,8
127:6 131:20
**paperwork**
17:19 31:8
44:13 152:18

**[pappy - performance]**

**pappy** 168:11
168:12,13,20
**par** 162:13
**paragraph**
22:15,24 23:6
24:8 65:2
66:19 68:5
85:21 162:18
162:23 171:1
**paragraphs**
22:13 112:19
**parameters**
65:6
**park** 27:16
**parker** 60:7,9
61:1,10,15
62:6 64:4,4,17
65:19 70:24
71:12,14,21,25
74:1,12 75:4
77:18 78:2,4
78:12 79:24
80:2,14,20
84:6,10,11
85:1,4,23 87:3
90:6,13 93:3
94:4 96:9,21
97:3 98:9,11
101:11 102:22
103:15,23
104:1,2,3
105:21 106:14
109:10,11,20
109:22,24
110:7,20,24

112:3 122:4
123:4 133:13
134:13 135:7,7
135:23 136:11
144:5,13,17
147:23
**parker's** 58:11
**parkers** 150:17
**parkway** 2:16
**part** 25:11 33:1
36:12,18,19
38:7 47:2
60:12 66:5,24
66:25 72:3
76:12 93:9
105:8 106:21
107:9,14,17,20
107:23 108:3
135:20 155:15
165:3,21
**participate**
49:1,17 135:24
**participation**
51:13
**particulars**
125:23
**parties** 4:6
175:14,17
**partner** 80:11
**parts** 39:11
44:23 45:20,24
46:1,4,10,12,24
52:3,3 67:9
68:16 78:1
94:9 107:8

136:22
**party** 82:6
129:23 163:19
**pass** 35:20
72:18
**passed** 31:16
35:22 45:24
53:4 72:15
**passes** 30:4
31:6 34:12
115:6
**passing** 96:6
116:20
**past** 17:2 24:21
45:10 121:8
161:12 162:20
**patent** 6:3,5,9
6:24 12:1,6,12
12:15,19,21,24
19:20,25 21:13
**patents** 6:2,23
12:22 21:18,20
**pattern** 26:19
37:21
**patting** 102:22
**paulette** 145:11
145:12
**pay** 20:17,25
21:18,20
142:24,25
143:8,11
**paying** 57:19
122:24
**payment**
164:11

**payments** 14:4
54:3
**pedigrees**
65:13
**peers** 144:25
**penalty** 125:11
127:20 128:1
141:8
**pending** 7:10
**people** 40:24
41:7 62:25
64:17 70:7
102:3 111:19
115:7 122:11
123:4 130:24
139:8,14
144:10 145:14
**percentage**
21:1
**perfect** 27:1,4
**perfectly** 79:14
**perform** 57:22
67:7,9,10,12
117:7 136:9
**performance**
26:11 28:10,13
30:11 64:10
65:11 76:1
79:16 103:14
105:15 106:8
111:7 112:2,9
122:7 123:5,11
131:11,21
173:5

Bushman Reporting
A Veritext Company

**[performed - practitioner]**

performed
    111:9
performing
    68:13 132:23
period   163:17
periodically
    31:5
perjury   125:11
    127:20 128:1
    141:8
permitted   4:10
persistent
    46:21
person   8:7 25:6
    26:1 59:16
    64:19 72:25
    93:9,13 95:14
    96:4 97:17
    115:8 122:12
    127:1 136:9,24
personal   11:20
    91:15 131:20
personally   58:1
personnel
    64:17
phd   93:10
phil   21:23
phone   5:13
    57:23 58:2
    73:15 80:4
    90:1 128:7
    135:25 136:2
    141:2 150:24
    154:3 161:22

photo   26:19,25
physical   21:11
    26:22
pick   26:19
    120:24
picked   26:25
picking   132:14
piece   25:11
    66:25 135:18
piling   96:22
    139:7
pill   146:22
pin   171:20
pissed   109:6
placards   32:17
place   38:7 43:4
    62:2 65:25
    82:8 110:22
    175:11
placed   132:15
plaintiff   2:12
    143:1
plaintiffs   1:4
plan   20:19,19
    117:2
plane   131:15
plankton   48:5
planned   133:10
    147:24 153:2
plans   117:18
plant   71:17,18
    106:4 133:12
plating   93:5,8
    93:19,20 94:4
    94:5 120:25

121:1
platings   52:7
play   28:24 91:8
    169:16
played   169:21
please   92:3
    154:21
plenty   58:10
pllc   2:15
plus   39:4,8
    143:1
point   26:11
    34:1 35:24
    41:12 45:16
    61:15 64:15
    79:4 83:15
    88:5,21 89:12
    91:16 93:2
    95:5 112:8
    117:1,17
    121:24 130:15
    150:1 160:13
    172:13
pointing   41:22
police   159:14
    159:22 160:3,9
    160:20,24
    162:6 163:2
policy   111:18
    127:4
poor   112:9
portion   28:8
    50:17 68:5
pose   67:2

position   14:2
    15:11 16:17
    26:21,21 66:16
    66:18 91:6
    132:16
positions   17:7
    17:8
positively
    80:21
possible   42:23
    43:3,8
possibly   15:15
    38:16 49:23,25
    70:9 128:18
post   10:2,3
    11:1 174:5,8,9
potential   33:5
    60:18 67:11
    85:23 101:4
    114:13 120:10
    128:10 129:23
potentially
    133:16
power   115:10
    116:1,1,5,6
practice   5:22
    6:1,24 22:1
    127:14
practiced   5:24
    6:21 12:6
practices   63:10
practicing   6:19
practitioner
    148:21 149:6

[pre - process]

pre  174:8
precise  26:16
  151:12
precision  1:8
  9:12,15 13:6
  22:16
precisions  13:6
predictable
  105:7
prediction
  50:23
preliminary
  54:5 115:20
  116:8
prepare  7:14
  8:9,18 9:2
  10:18 66:10
prepared  8:7
  10:20,22 66:8
  85:18 104:1
prescribe  99:19
  146:25
prescribed
  99:21 100:20
  101:1 146:7,8
  150:1
prescribing
  100:4
prescription
  100:22 149:13
  150:3
prescriptions
  146:1,4
presence  136:1

present  2:21
  70:8 97:16
  122:2 135:18
  139:14
presented
  38:13 67:20
  87:21 90:5
  107:11 108:4
  109:14 110:20
  117:18 119:4
  121:3,4 123:10
  144:21
presenting  87:9
  88:4
president  23:18
  40:25 61:16
  64:6 80:21
  82:11
president's
  80:24
pretending
  144:20
pretty  106:25
prevent  29:22
  68:19 72:7
  136:5
preventative
  68:22
prevented
  133:12,13
preventing
  144:24
previously  86:4
  95:22

price  43:2
  53:22,25 55:4
  55:12,16 56:16
  56:22 57:12
  121:15,16
priced  42:25
primarily
  11:18
print  24:20
printed  26:18
printouts
  142:12
prior  30:2
  58:17 71:7
  86:10 87:12
  102:5 131:11
priorities  97:21
  97:23 105:10
prioritization
  111:11
prioritize  98:15
  104:18,24
  111:10,13
  137:7
prism  113:2,13
privy  39:20
probability
  67:12
probably  8:3
  8:11 10:23
  12:17 40:19
  49:5 71:1
  134:19,24,24
  135:3 138:22
  152:23 168:2,3

problem  26:1
  38:3 60:10
  61:2,17 72:24
  77:10 80:7
  85:8 87:18
  88:13 92:21
  100:12 114:12
  116:15,18
  120:8 130:25
  133:6 136:14
  136:17 144:19
problematic
  24:21
problems  38:19
  67:21 73:23
  82:16 83:8
  152:8 158:3
procedure  4:10
  65:16 76:23
  88:6,8,10,16,18
  88:20,23,24
  113:24 115:15
  117:5
procedures
  29:11 53:13
  67:1,22 89:2
  107:4
proceedings
  3:3 4:25 175:7
  175:8,15
process  27:22
  29:7,17,18,23
  31:25 34:17
  72:17 93:19,24
  115:16 119:1

Bushman Reporting
A Veritext Company

800-556-8974
www.veritext.com

**[process - punitive]**

136:4 151:16
151:16 152:19
152:20
**processes** 29:11
67:1,22 107:4
136:10
**proclaiming**
163:15
**procure** 39:11
**procurement**
66:25 73:19
**produce** 25:17
33:8,22 81:15
105:7
**produced** 7:17
7:20 10:16
23:8 65:5 66:8
171:23 172:7
172:22
**producing**
145:15,16
152:15 155:8
**product** 23:11
27:24 28:2,3,4
29:18 30:5
36:22 38:17
41:6,16 46:3
48:8 56:8
61:23 65:24
66:4 69:8
77:13,25 81:3
81:7,16,18,24
82:20,21,22
89:10 104:20
114:22 115:4

145:14 151:21
155:7
**production**
7:18,24 10:17
22:18 25:9
33:22 36:2
65:6 104:14
172:4
**productions**
142:6
**productivity**
92:6
**products** 29:8
32:16,19 38:17
44:15 47:22
65:4 67:16
94:18 114:24
145:23 172:5
**professional**
90:20
**profit** 20:22
21:16
**profits** 145:23
**program** 23:17
38:20 46:17
48:1,9 50:12
50:14,16 57:9
57:16 58:14,19
58:22,22 64:20
65:15 67:8
69:25 73:2,7
82:12 87:13
89:23 91:9,9
91:11 93:23
95:11 97:12,23

97:24,25 98:11
98:24 99:4
101:19 102:6
106:5 108:21
108:21 111:11
111:13 115:12
115:13 119:10
119:10,24
121:5 133:2,11
133:17 134:3
150:9,14
**programming**
19:9,10
**programs**
23:18 86:2,7
114:2 122:13
134:7
**prohibited**
132:23
**project** 27:17
43:22
**projects** 22:20
121:7
**promethazine**
149:21
**properties**
167:9
**property**
160:17 161:4,8
165:10,14
166:5,9
**proposal** 50:8,9
50:10,14
**propounded**
4:11,17

**protect** 91:22
**protected**
91:25 154:1
**prototype**
26:10 62:13
**prototypes**
60:23 61:3,6
**prototyping**
29:2 36:21
**prove** 38:14
61:9 79:13
80:16
**proven** 37:9
43:20
**provide** 26:2
29:20,21,22
51:9 99:6
**provided** 75:3
99:8 129:24
137:19
**provider** 163:6
**provision** 58:18
**psychiatrist**
146:25
**psychiatry**
147:6
**public** 127:4
**published**
32:19 173:8
**pull** 96:7
107:19,21
108:1,2
**pulled** 172:23
**punitive** 143:19

**[purchasing - raytheon]**

purchasing
133:3
purpose   37:23
133:25
pursuant   4:9
pursued   19:20
push   31:12
94:23 96:23
136:14 139:12
139:15 150:23
155:21
pushed   78:20
90:10 104:19
128:19 144:8
144:11 166:2,3
pushing   106:17
put   27:6 30:20
30:20 31:2,3
31:10 34:23,25
39:5,12 49:6
51:7 53:2 64:7
64:16 72:17,18
78:1 89:11,19
94:9,17 100:10
100:13 107:13
112:16 114:2
115:4 116:13
117:6 118:8,11
131:20 145:23
169:6 174:4
putting   102:19
144:5

**q**

q1   106:4
qa   145:12
qualification
31:9,21 53:7
67:2 72:9,10
72:18 94:21
136:6
qualifications
17:4 19:7
qualified   18:20
19:4 23:2,11
31:17 32:11
34:8,8,9,10,11
35:25 41:10
44:21 45:2,8
45:10,13 46:1
52:19,20,21
53:1,2,3,6,8,15
72:11 93:19,24
93:25 94:5
qualify   17:13
18:4,6 31:15
quality   15:2,5
15:16,17 16:1
64:8,24 65:3
66:4 69:25
105:3 106:20
106:22 108:3,8
108:15,18
109:12 111:9
136:7,23
quandary
134:11

quantity   105:3
111:9
quarter   77:2
question   7:5,6
7:7,10,10
80:12 95:22
questionable
147:3
questioned
111:17
questions   4:11
4:16,20 70:10
94:15 122:1
174:15,18,19
174:20
quick   40:4
quicker   24:20
quickly   40:22
80:2 86:7
114:3 136:17
quit   145:13
quite   111:20
quote   49:22,24
50:6,15,22
51:8 89:15
148:3

**r**

r   5:1 21:25
27:16 29:9
57:9
r&d   61:5
radar   11:5
radiation   97:16
raised   126:16

ramirez   11:24
ran   87:24 88:6
88:20,23 89:2
100:11
randy   2:25
raney   4:3,9
175:6,27
rang   79:18
range   34:22,24
76:21
rare   152:2
rat   86:8
rated   93:5 94:8
105:15 121:3
151:11,20
155:6
rating   43:1
45:20 105:16
ratings   104:22
ray   87:8 89:14
90:4 102:14
108:17,19
109:2,2,9,15,16
110:2
raymond   147:4
raytheon   15:2
15:16 40:6,15
40:18,20 41:7
54:19 117:24
121:8 133:2,6
133:10 134:6
134:22 135:2,5
135:8,9,21,23
150:14,22
152:6,10,20

**[raytheon - regimens]**

155:16
**rd**  137:13
   147:21
**reached**  131:11
**reaction**  95:5
**read**  14:20
   25:24 26:23
   42:21 43:12
   50:19,20,20
   70:7 72:12
   86:11 90:23
   92:2 111:7
   122:15,15,15
   125:4,13,24
   126:19 128:9
   130:5 138:7
   139:4 140:25
**reading**  22:14
   45:3 91:7
   101:4 117:3
   132:13 137:15
**ready**  5:15 36:2
   38:5,6 72:2,24
   73:17 145:21
   173:19
**real**  12:13
   116:2 164:22
   167:11
**reality**  23:7
   102:10
**realization**
   139:5
**realize**  94:19
   95:6 123:8

**really**  16:10
   31:12 36:11
   52:22,23 87:25
   89:8,10,16,18
   109:2 120:6
   131:6 139:6
   150:13 166:18
   168:22 171:21
**reapplied**
   145:4
**rearranged**
   102:20
**reason**  12:14
   37:12 75:19
   77:20 79:25
   109:17 128:4,5
   131:17 136:19
   141:14 147:13
   149:23 155:17
   163:13 171:3
   171:10 173:16
**reasonable**
   27:11 77:22
   92:6 97:2,4,9
   137:16,22,24
**reasons**  35:5
   76:14 144:20
   151:10
**rebuild**  94:9
**recall**  12:25
   14:15 15:4,6
   15:10 16:19
   38:20 47:9
   119:14 121:6
   121:10,19

129:6 130:3
**receive**  122:24
   122:25 165:19
   166:22 167:1
   167:13
**received**  73:8
   73:18 104:14
   126:7 165:14
**receives**  50:8
   166:12
**receiving**  14:4
   167:5
**recently**  125:25
   161:12
**recipe**  93:20
**recognize**  24:3
   85:14 86:17
   94:3 103:11
   113:10 124:23
**recommend**
   69:9
**recommendat...**
   69:16
**recommended**
   69:18
**record**  4:7 5:7
   33:12,20 64:2
   66:11 70:14
   85:15 103:8
   111:25 124:24
   128:24 140:6
   170:15 172:1
   173:22
**recorded**  175:8

**recurring**
   163:4
**reduced**  4:21
   111:19 122:23
   126:13
**reduction**
   126:6
**reductions**
   64:18
**reed**  87:8 89:15
   102:14 109:2
   110:2 149:5
**refer**  9:16,19
   22:9
**referenced**
   88:22 119:21
**references**
   51:25
**referred**  155:10
**referring**  9:17
   33:10,18
   106:16 109:22
**refers**  22:21
   107:17
**reflected**
   104:20
**reflections**
   26:24
**refrain**  91:1
**regarded**
   126:18
**regarding**
   165:14 167:9
**regimens**  65:13

Bushman Reporting
A Veritext Company

**[regina - requesting]**

| | | | |
|---|---|---|---|
| regina  2:4 | 66:1,21 67:2 | replaced  70:2,4 | reporter  4:4,12 |
| reimbursement | 67:11,21,22 | replied  72:1 | 175:6,28 |
| 150:7 | 69:3,7 73:1 | reply  17:19 | reporter's  3:25 |
| reinstatement | 106:12 119:24 | report  26:2 | reporting  68:6 |
| 143:9 | 126:1 136:8 | 29:20 30:4 | 75:5,6 85:8 |
| rel  1:4 | reliable  67:17 | 57:22 60:3,12 | 120:12 |
| related  21:11 | 114:15 | 61:20 62:10 | reports  47:10 |
| 146:4 148:24 | remember | 64:6,7 68:20 | 50:25 78:21 |
| 175:13 | 16:20 123:16 | 68:23 69:21,22 | 84:5,8 91:19 |
| relationship | 129:8,10,10 | 69:23 70:1,3 | 94:11 118:13 |
| 150:12 | 140:14 147:9 | 71:23 72:1,2 | 118:19 119:4 |
| relationships | 171:14 | 72:20 73:10,22 | 123:13 |
| 105:21 106:3 | remembered | 74:4 76:10 | repost  168:21 |
| relative  175:16 | 20:7 131:17 | 77:16 78:16,22 | representations |
| relator  10:13 | rent  164:7 | 79:5,20 84:3 | 23:1 32:9 34:2 |
| 22:17,21,22 | 166:5 | 87:10 88:2,19 | reputation |
| 36:12,17 42:4 | rental  165:4,8 | 88:24 89:3,10 | 118:12 145:15 |
| 42:6 66:15 | 165:10,19 | 89:13,16,19 | 155:8 |
| 120:18,18 | 166:11,16,19 | 90:5 93:7 | reputations |
| 170:21 | 166:22 167:5 | 116:8,13 119:7 | 94:18 |
| relators  65:3 | 167:13 | 119:8 120:1,3 | request  10:17 |
| release  29:11 | rented  165:8 | 120:11 123:18 | 27:18 50:9,14 |
| released  46:2 | 166:20 | 123:21 131:10 | 79:12 80:17 |
| relevancy  4:15 | rents  166:15 | 147:25 | 99:7,8 104:14 |
| relevant  68:15 | reoccurrence | reported  64:14 | 123:16 143:12 |
| 90:19 | 68:19 | 71:8,15 74:2,3 | requested |
| reliability  15:3 | repair  68:17,22 | 74:9,16 75:8 | 46:25 80:18 |
| 15:21 16:10,11 | repairman | 75:11,15,24 | 92:25 97:10 |
| 16:17 17:7 | 115:3 | 76:9 78:10,18 | 98:22 99:6 |
| 22:15 25:4,5 | repeat  29:24 | 88:15 90:15 | 111:12 126:16 |
| 28:23,24 29:3 | 30:3 111:10 | 92:21 95:23 | 128:2 |
| 31:22 32:1 | repeatedly | 96:24 109:10 | requesting |
| 40:8 49:22,24 | 111:10 | 109:20 130:11 | 137:22 141:9 |
| 50:7,16,21,23 | replace  68:16 | 158:12 171:4 | 142:24 143:8 |
| 64:8,16,25 | | 171:11 | |

**[requests - right]**

requests  7:18
 50:8 75:4
 111:13
require  17:14
 27:2 52:2,18
 52:20 53:9
 65:12 67:22
required  18:1
 57:15 121:5
 136:24
requirement
 17:13 18:2
 121:12
requirements
 34:18,18 44:8
 45:25 53:14
 65:17 67:3,18
 69:5,8,19
 86:10 91:12
 108:8,8
requires  19:11
 73:3 90:25
research  141:2
reservations
 131:14
reserved  4:16
residence  165:7
 167:12,14
resident  83:12
resignation
 90:22
resigned  89:23
resistor  118:6
resistors  27:7

resolution
 43:12,16
resolutions
 42:22 43:8
resolve  80:7
 118:15
resolved  72:24
 85:9
resource
 132:18,20,20
respond  154:11
 154:14,16
responded
 109:8
response  7:18
 104:13 111:18
 122:4 148:2
responses
 10:17 33:8
responsible
 68:12 75:5
 106:24
rest  157:2
restarted  70:4
 70:5
restricting
 148:3
restrictions
 52:5
resubmit  89:20
 94:21
result  117:12
 144:2 163:9
results  76:16
 77:4 105:7

resume  10:11
 14:20 16:25
 20:10
retaliate
 137:21
retaliation
 101:13 112:9
 112:13 124:13
 125:20 126:15
 126:23 127:3
 128:3 132:10
 137:22 140:17
 141:9
retaliatory
 102:16 143:20
retest  39:11
 72:23 73:4
retested  73:9
 73:17
retire  143:13
retrieve  159:12
returned  81:25
 173:9
returning
 132:16
returns  142:4,6
review  7:14,16
 29:16 53:12
 54:5,6 67:10
 68:9,23,25
 70:9 87:6
 103:17 104:3,5
 110:23 112:2
 113:7,14 114:3
 114:8,19

116:10 117:8
 118:20 119:18
 121:6 122:9,18
 129:11
reviewed  70:6
 104:1 114:11
 136:17
reviews  38:14
 67:20 94:3
revised  172:8
 172:19 173:5
revisions  172:9
 172:10
revoked  6:18
rework  68:17
 68:22
rewrote  102:20
rex  108:24
 109:11 110:12
rga  113:5
ridiculous
 122:21
right  4:14 5:20
 10:12 11:6,21
 12:10 13:10
 18:16 23:12
 25:16 28:16
 31:24 34:5
 35:25 38:8
 40:10,12 41:4
 46:9 49:13,15
 52:9 54:14,22
 58:12 59:8
 60:2 62:23
 63:1 64:24

Bushman Reporting
A Veritext Company
800-556-8974
www.veritext.com

**[right - sale]**

65:7 66:1 67:4
67:14,23 68:1
68:10 69:1,5
70:20 72:21
75:12 76:19
78:19 80:6
81:8,9,22 84:6
86:14 88:15,18
88:22 95:24
96:15 97:15
98:2,3,7
103:23 105:17
106:9,12
108:15 109:5
113:3 114:4,9
114:16 115:19
115:19 116:19
116:25 118:21
119:8 120:13
124:16 125:18
127:17 128:6
129:19 132:8
135:1 136:19
136:19 137:14
138:5,13,19,20
138:25 139:24
140:10 141:5
143:20 144:8
150:9 151:5
152:24 153:3,4
153:5,14 154:2
154:8,12,12,15
158:17,25
159:18 160:1
160:12 161:7,7

161:15,16,17
162:6,9,10,11
162:13,21,23
163:19 167:13
170:9,18 173:8
**rigorous**   23:5
31:11 114:8,19
118:20 119:18
**ring**   114:23
**ripple**   133:7,9
133:16 152:21
**risk**   43:24
60:21 67:2,21
82:21 83:5
86:7 105:13
**road**   5:12 96:7
144:15
**robertson**
145:12
**robinson**
145:11
**robust**   67:17
**rock**   2:8,17
146:25 147:6
**rod**   169:15,17
**role**   28:22
106:11
**room**   82:24
87:8 135:24
150:24
**root**   26:3 29:21
60:13,18 68:14
88:21 89:4,12
113:14 114:13
120:20 133:16

133:21,23
**rough**   97:14
**round**   171:24
**roundtable**
73:11
**rowe**   130:23
**rug**   136:15
**rule**   171:19,20
171:21
**rules**   4:10,10
91:14 108:13
109:13 110:3
**run**   26:10
87:14,18 88:9
88:10
**running**   86:9
133:25 151:12
**rush**   100:16
**rushed**   41:6
**russell**   73:19
**ryan**   157:9,9,14
**ryoung**   2:9

| s |
| --- |

**s**   5:1 17:13
24:15 28:7,20
30:9,19 31:17
33:19 34:7,16
35:8 36:4,15
37:14 38:13
40:2 42:10,14
43:4,17 44:17
45:8 47:2,19
51:1,21 53:2,6
54:20 55:2
56:6 57:9 58:8

58:22 59:8
60:3 61:23
66:23 67:6,16
68:6 69:10
72:9,11,14,20
72:23 73:7,8
73:16 77:1,1
77:11 79:15
87:18 88:8
97:11 100:12
100:21,24
105:5 106:18
108:11 109:13
113:23 119:20
121:21 124:8
135:3 136:13
142:12 143:1
146:8,11,16,24
148:14,21
149:6,16,21,24
150:2,5,14
151:2,9 152:5
157:15 165:7
166:17 167:18
168:2 169:20
170:11,24
171:5,12,16
172:3,21
**safe**   67:17
**salary**   122:20
122:22 137:23
143:1
**sale**   24:10
77:21 107:15

Bushman Reporting
A Veritext Company
800-556-8974
www.veritext.com

**[sane - seem]**

sane  158:2,8
sanford  2:15
sanfordlawfir...
  2:18
sat  102:17
  104:3 120:10
  171:2,2
satellite  39:16
  46:16,24 47:17
  48:5,14 67:8
  115:2 117:16
saturday
  154:18
sauer  15:5 16:1
save  20:15,17
  97:1
saves  20:20
savings  13:18
saw  43:4 85:23
  90:11 91:13
  99:22 100:25
  115:21,24
  122:17 159:11
  160:23,24
saying  43:21
  62:6,16,18
  71:22 81:3
  104:19 109:7
  136:18 148:5
  151:1 158:13
says  10:13 13:2
  20:15 21:19
  22:14,24 24:8
  34:7 36:12,15
  36:16 41:19

42:21 43:3,7
43:11 44:24
45:7 61:4 62:7
62:11 65:2,11
66:16,23 73:19
75:4 80:15
89:15 91:8,13
92:4 95:9
96:13 98:1
100:17 103:17
103:25 105:6
118:10 120:7
125:4,10 130:8
135:1,23
136:22 140:15
162:1 171:1
scale  115:22
scam  20:11,12
scan  14:20
scanned  19:3
  89:22
scanning  14:10
  14:13,18
scared  153:23
schedule  44:1
  54:3 83:5
  105:13
schedules
  82:21
schematic
  36:24
schematics
  29:10 117:5
schoening  2:25

school  9:24,25
  10:2,3 20:1
  22:4
schrader  51:12
schrenard  93:9
  94:11 110:12
  120:24
schultheis
  71:13
science  9:23
scott  148:16,17
  148:18
screens  107:4
screenshot
  120:2
screw  151:16
screwed  130:21
  130:21
scrutinize  67:6
seal  175:19
sean  2:14,18
  87:9,9
season  165:11
  166:6
seasonal
  165:10
second  24:7
  43:11 62:9
  66:18 85:20
  98:13 105:3
  112:18,19
  120:7 142:23
  145:4 152:9
  171:1

secret  17:14,16
  18:1,19,22,22
  18:23,24
section  50:14
  70:4 105:5,5
  117:18
secure  22:17
security  17:19
  18:16
see  10:12 14:21
  18:20,21 29:4
  30:18,25 31:16
  36:11 39:25
  40:20 45:6,21
  51:15 66:19
  89:2,3 95:6
  97:11 100:12
  100:14 103:2
  104:25 105:1,5
  105:12 108:2
  116:4,4 119:8
  120:4,7 124:8
  125:6 130:1
  135:19,20
  146:9,16,24
  147:8,13 149:2
  149:3 157:15
  161:11 162:1
  164:18 165:12
  168:2 170:21
  171:5 172:5,24
  173:14
seek  163:5
seem  27:10
  173:2

**[seen - signed]**

seen 40:19
   51:15 148:22
   161:12
selection 66:25
self 161:16,17
sell 13:21 27:9
   28:2,5 47:22
   60:19 155:6
selling 27:9
send 50:10
   89:14 95:11
   121:6 136:13
   136:21 151:14
   151:17,18
sending 137:11
sense 101:25
   131:7,8 135:12
   135:13 141:24
   142:2,2 161:1
sensor 48:12,18
   55:23 56:7,14
   57:10
sent 20:10
   136:19 152:4
   154:11,15
sentence 24:16
   43:11 45:7
   114:6 127:19
separate 55:23
   55:25 56:1
separately
   42:25
september 49:7
sequentially
   10:13

series 26:11
   30:8,8 31:11
   51:24 52:25
   121:22 152:16
serve 8:16
served 7:18
   8:13,17,17
service 39:13
   106:5
services 62:25
set 14:2 30:10
   32:17 39:9
   58:4,20 95:18
   110:4 175:11
sets 156:21
setting 102:7
setup 115:13
   115:17,18
   117:5
seven 34:20
   70:13,17,18
   109:20
several 7:1,7,17
   8:1,11,12 15:3
   22:20 24:9
   46:16,22,22,23
   54:16,18 76:17
   85:22 86:2
   104:22 106:1
   110:7 113:22
severe 162:19
   163:4,8
shake 30:24,25
shared 24:17
   126:5

sheet 33:10
   107:15,20
sheets 32:20
   33:18 51:1
   172:3,11,19,20
   173:12
shelton 150:10
   150:12 153:5
   154:18,22
   155:1,11
sheriff 160:22
ship 27:25
shoot 26:18
short 2:14 4:23
   133:25 163:17
   174:20
shorten 9:17
shorthand
   66:20
shortly 87:6
   127:3 147:12
shot 26:17,18
   136:18
shouting 38:23
shove 155:21
show 22:10
   32:15 33:1
   53:4 80:17,17
   88:17 109:14
   122:12 161:13
showed 160:23
showing 36:2
shows 32:15
   36:18,19 37:19
   38:7,8 45:20

45:22 100:15
   129:18 162:4
shut 74:10
   115:2
sick 40:2,18,18
   40:19
side 90:18 96:7
   101:4 102:13
   118:8 139:8
   147:3 152:3,3
   169:6,23
siding 169:6
sig 15:5 16:1
sign 14:16 70:8
   71:10 72:19
   86:23 90:21
   103:21 108:11
   108:25 109:2
   109:15,16,17
   110:2 116:9
   118:23 119:9
   125:8 128:13
   132:4,9 152:18
signal 26:17
   30:14 38:1
   78:24
signals 25:15
   25:22 26:12,19
   26:25 30:12
signature
   103:23,25
   125:10 142:12
   174:24
signed 38:10,16
   51:15 52:10

Page 48

**[signed - specific]**

| | | | |
|---|---|---|---|
| 69:24 70:20 | **size** 36:23 37:2 | **somebody** | **sources** 13:16 |
| 77:24 88:3 | 37:3,3 82:5 | 71:12 73:18 | **space** 1:8 9:15 |
| 97:3 101:7 | **sizes** 24:19 | 75:6 76:14 | 22:16,19 23:2 |
| 103:23 104:1 | 36:19,21 37:6 | 80:12 87:9 | 23:4,5,9,11 |
| 108:22 125:5 | 41:15 42:22 | 132:21 149:6 | 24:12 25:7 |
| 127:23,25 | 43:7 79:16 | 151:17,18 | 31:3,14,17 |
| 132:6 141:5,8 | **skeptical** 21:17 | 158:11,12,12 | 32:11,18 33:2 |
| 141:13 142:11 | 58:12 | 158:12 159:10 | 33:24 34:8,8,9 |
| **significant** | **skill** 14:2 19:12 | 166:17 | 34:9,11 35:25 |
| 24:17 | **skills** 19:10 | **somebody's** | 38:5,5 41:10 |
| **signing** 4:13 | **skipped** 72:17 | 107:25 139:12 | 44:17,19,20,21 |
| **signs** 32:17 | **slightly** 79:1 | **someplace** | 44:21,22,24,25 |
| **silver** 93:21 | **small** 71:5 | 121:24 158:11 | 45:2,6,8,10,12 |
| 120:25 | 82:10 113:12 | **somewhat** | 47:16,18,19,25 |
| **similar** 37:23 | 114:23 115:23 | 83:12 | 49:9,19 52:4,5 |
| 39:25 41:1 | **smc** 47:20 | **soon** 96:19 | 52:6,19,20,21 |
| 173:13 | **smith** 11:23 | 115:8 116:2 | 53:1,2,3,6,7,8,9 |
| **simply** 26:5 | **smooth** 151:12 | 153:24 | 53:10,15 54:9 |
| **single** 43:12 | **social** 168:6,24 | **sorry** 56:14 | 54:11 67:8,14 |
| 121:19 | 169:2 | 99:5 108:12,20 | 72:10,11 93:5 |
| **sit** 62:22 87:16 | **solar** 25:15 | 162:10 164:3 | 93:18 94:6,8 |
| 104:5 108:15 | 48:15,21 56:1 | 174:2 | 114:8,20,22,22 |
| 134:20,25 | 56:5,7,9,18 | **sort** 37:24 | 114:24,25 |
| 143:25 150:23 | **sold** 28:9 61:17 | **sorts** 107:4 | 121:2 145:16 |
| **sits** 169:23 | 77:18 79:21 | **sound** 63:19 | 151:11,20 |
| **sitting** 96:12 | 81:1,3 | 129:19 150:25 | 155:6,9 |
| 113:9 121:19 | **solder** 52:7 | **sounded** 21:6 | **spacing** 121:7 |
| 134:21 | 76:15 | **sounds** 79:5,5 | **speaking** 128:7 |
| **situation** 91:24 | **solid** 73:6 | 97:14 | **spec** 63:10 |
| 93:4 97:25 | 135:18 | **source** 13:19 | **special** 41:19 |
| 134:11 | **solidified** | 67:9 83:11,11 | 42:21,24 43:1 |
| **six** 34:20 42:19 | 102:15 | 133:3,17,19 | 143:22 |
| 66:7,10,15 | **solution** 134:5 | 147:24 151:9 | **specific** 19:11 |
| 76:23,25 77:1 | **solutions** 20:22 | 152:22 153:1 | 43:23 53:23 |
| 118:23 164:4 | 21:16 105:12 | | 58:5,5 65:12 |

**[specific - stop]**

65:13,13
111:14 163:14
171:19
**specifically**
22:24 37:6
58:4 61:4
95:17
**specification**
44:9,14,24
**specifications**
43:17 44:2
45:18,20 50:11
173:5
**specifics** 44:3
**specs** 34:21
43:20 50:20
53:14
**speed** 122:14
**spell** 21:24
**spend** 57:18
90:9 118:14
163:22
**spent** 87:12
**spoke** 20:1 90:4
**spoken** 74:23
158:6,14
**ss** 175:3
**st** 128:14 132:6
**stafford** 140:12
140:15
**stafford's**
140:9
**stage** 28:3 30:2
**stairs** 63:17

**stakeholders**
106:4
**stand** 94:6
**standard** 63:9
**stands** 46:21
48:5 57:9
**stared** 91:6
**start** 28:6
29:16 38:11
76:6,8,10
87:23 96:2,5,6
152:15 154:10
165:11
**started** 25:10
40:17 41:6
75:22,25 88:9
90:1,23 92:22
93:6 95:18
96:15,22
102:18,21
113:13 120:16
139:6 144:5,13
**starting** 8:10
112:19 118:5
130:10,13
154:4
**starts** 24:8
66:20 94:22
**state** 5:7,24
70:2 91:1
120:10 175:2
**stated** 34:19
84:20 130:24
**statement** 43:4
44:9 52:1 84:5

114:18
**statements**
84:4 173:13
**states** 1:1,4
44:22 124:9
**stating** 37:5
116:8
**station** 43:12
**status** 73:16,22
75:5,6 82:12
144:24
**statutory**
142:16 143:16
**stay** 63:19
**stearn** 148:18
**steered** 132:11
**stellar** 102:4
122:18 131:12
**stenomask**
175:9
**step** 29:23
72:15 88:10,12
115:14 117:9
117:16 151:19
**stepanishen** 1:4
1:5,10 4:2,8
5:3,8,15 11:15
33:16 64:2
85:25 86:14
103:6 125:5
127:11 129:2
138:7 156:25
174:13
**stepchild** 157:8

**stepchildren**
157:5,12
**stephanie** 98:6
108:23 109:5
109:16 134:14
134:16 150:10
153:11 155:17
**stepkids** 157:2
**stepped** 147:17
159:14
**steps** 29:20
68:13,17
114:13 117:7
**steve** 60:9 61:1
61:1 94:14
105:8,23
106:14 135:6,7
135:7
**steven** 1:4,5,10
4:2,8 5:3,8
11:15 60:7
64:4,4 65:19
70:24 71:21
74:1,12 75:4,8
85:23 87:3
101:9 103:14
103:23 104:1,2
112:3 125:5
150:17
**stipulated** 4:6
**stipulations** 4:1
4:24
**stood** 73:19
**stop** 12:12
115:9 137:11

**[stopped - system]**

| | | | |
|---|---|---|---|
| **stopped** 12:14 | **style** 152:8 | **sue** 160:9 | 160:22 161:4,8 |
| 101:5 122:24 | 172:18 | **sued** 162:6 | **supposedly** |
| 154:3 | **subcontractors** | **suffer** 162:19 | 14:20 20:14,19 |
| **stops** 29:18 | 117:24 | **suffered** 162:19 | 73:23 135:6 |
| **storage** 93:6 | **subject** 52:17 | **suffering** 145:1 | **sure** 9:16 12:23 |
| 159:6,8,9 | 117:19 118:9 | **sufficient** 23:10 | 15:7,9,15 16:4 |
| **stormed** 108:19 | 152:6 | 111:15 113:11 | 30:13 33:25 |
| 109:3,3 | **subjected** | **suggested** 86:6 | 53:13 58:10 |
| **story** 90:18 | 34:25 130:8,11 | **suggestion** 59:5 | 61:12 62:24 |
| 102:13 109:1,6 | 132:15 | **suing** 162:11 | 63:16,24 65:4 |
| 135:3,20 | **submit** 17:19 | **suitability** 23:5 | 65:14,16 66:3 |
| 155:15 | 68:23 111:18 | **suite** 2:7 | 70:25 71:1 |
| **straight** 21:19 | 132:3 | **summer** 25:2 | 80:21 88:17 |
| 75:4 90:17 | **submitted** | **sunday** 154:11 | 91:11,14,23 |
| 109:8 135:18 | 124:18 125:18 | **supervision** | 108:7 115:18 |
| **stress** 67:13 | 125:25 127:10 | 105:9,22 | 115:18 128:19 |
| 91:17,22 96:18 | 128:1 132:6,7 | 132:15 175:10 | 134:9 140:25 |
| 114:14 148:24 | 138:9 141:6,13 | **supervisor** 64:5 | 151:19 156:12 |
| **stressed** 31:19 | 141:15 142:4 | 64:11 145:12 | 157:17 173:20 |
| 91:19 | **submitting** | **supplied** 54:17 | **surge** 105:25 |
| **strongest** 24:8 | 71:22,25 | **supplier** 72:20 | **surveillance** |
| 141:1 | **subservient** | **suppliers** 39:16 | 96:23 |
| **structurally** | 91:10 | 67:9 136:9 | **survey** 106:5 |
| 63:19 | **substandard** | **supplies** 136:10 | **survived** 96:5 |
| **studied** 172:24 | 155:9 | **supplying** 47:3 | **suspect** 139:15 |
| **stuff** 47:10 | **subtracted** | **supporting** | 139:15 |
| 89:14 96:22 | 26:20 | 98:10 122:16 | **swear** 125:13 |
| 139:3 146:8 | **success** 67:12 | **supposed** 20:3 | **swelling** 150:1 |
| 148:15 159:6,7 | 72:19 | 28:19,21,21,22 | **swiss** 145:22 |
| 159:9,11 | **successfully** | 65:5,5 91:3,11 | **switch** 22:6 |
| 160:21 168:22 | 23:4 54:5 | 94:20 98:14 | 131:9 142:3 |
| 174:4 | 123:9 | 114:24 119:10 | **sworn** 5:2,3 |
| **stupid** 94:15 | **sudden** 96:15 | 119:11 137:20 | **system** 16:11 |
| 116:1,5 146:12 | 102:24 | 141:25 145:21 | 39:14,17 46:24 |
| | | 153:15 160:16 | 51:7 58:2 72:4 |

**[system - telling]**

73:3,3 106:20
107:2,6,8
108:4,10,11,18
109:12 136:7
136:24 161:21
162:1
**systems** 1:8
9:15 11:6
22:16

**t**

**t** 6:7 27:10 42:7
43:3,19 56:21
59:13 71:1
72:24 81:10
88:17 95:16
99:3 100:8
108:11 109:2
109:21 122:14
131:8 132:9
134:8 140:14
143:7 146:10
146:17 147:1,2
147:9,10,16,17
147:20 148:4
148:12 149:25
150:4,22,23
159:14 164:18
164:21 166:3,4
169:25 174:18
**t.v.** 147:25
**table** 3:2 7:10
30:24 34:25
115:14
**tacker** 24:12

**tact** 105:11
**take** 7:9,11
17:18 28:6
31:10 32:16
37:3 38:6 39:1
50:13,15,22
53:1 62:2
63:22 74:8
89:21 99:21,25
100:1,3,5,22
101:1 110:22
117:17 123:8
129:11 139:12
146:11 149:8
149:25 150:4
152:16 159:18
170:13 174:11
**taken** 4:2,8 7:3
7:12 24:6
68:17 145:3
175:11,15
**taker** 147:2
**takes** 51:5
**talk** 22:6 25:20
57:25 73:15
79:10,11 86:16
90:17 91:3
97:3 102:14
108:21 116:12
122:4 124:3
130:22 132:14
142:15 144:1
170:20
**talked** 68:3
85:4,24 97:11

97:13 101:8
110:11,14
113:3 137:25
151:5
**talking** 8:4
17:25 49:7,11
52:16 62:6
64:3 105:1
123:4,20 132:4
**target** 101:22
**targeted** 92:24
96:25 101:19
112:16 134:12
**task** 51:2 58:15
98:2,3,5,6
132:23
**tasks** 50:19
52:1 57:21
58:14 96:23
98:12 102:1
111:12 122:11
122:12 123:8
131:16
**taught** 111:17
**tax** 142:4,6
**taxes** 20:15
**team** 38:2
68:24 69:24
70:6 88:3
93:22,24
105:23 106:22
114:12 116:9
119:9 135:9
**teammates**
105:12

**teamwork**
105:20 111:16
**tech** 113:5
**technical** 67:3
68:20 135:9
**technologies**
15:1
**telephone**
140:2
**tell** 9:21 14:17
19:23 40:18
49:21 50:6
51:21 52:2,3
55:3,11 57:6
61:4,23 76:8
78:4,18 80:5
85:1,2 91:5
92:20 93:21,22
93:22 95:17
100:5 101:11
101:17 102:12
108:17,23
109:24 111:24
114:18,18
116:12 127:1
129:13 134:6
134:22,22,23
134:23 135:2
135:15 140:13
140:16 153:17
153:23 159:19
160:21 172:14
173:21
**telling** 58:21,22
60:7 80:11

Bushman Reporting          800-556-8974
A Veritext Company          www.veritext.com

**[telling - things]**

95:8 99:2
102:23 109:5
109:16 134:4
135:19 153:18
**tells** 45:1 60:14
90:8 99:12
117:13
**temperature**
30:21,21,22,23
31:4 34:22,24
76:18,19
**ten** 12:23
114:25
**tenant** 11:20
**tendency**
151:17
**tender** 90:22
**tension** 105:25
106:15
**term** 6:7 23:3
98:10
**terminated**
10:24 13:12,17
14:6,23 35:22
60:2 64:18
74:25 75:17
100:10 123:11
124:6,13 127:3
128:2,5,16
137:21 141:9
145:17,18,19
147:11 156:14
158:25 162:16
**terminating**
70:19 71:10

**termination**
8:10 19:17,21
73:25 74:1
75:20 85:21
102:8,9 123:15
124:2 129:15
141:17,22
142:1 144:2
146:4 148:24
163:10 168:23
170:3 174:5,8
**terms** 50:12
51:20,21 53:21
**test** 25:8 28:4
28:20 29:7,11
29:25 30:1,4
30:11,16,22,23
31:1,2,7,7,11
35:4 53:13
60:11 62:23
65:13,15 67:10
67:10 68:7
72:8,9,15,18
76:23,24 77:3
77:4,5 86:8
88:6,24 89:2
94:1 113:24
114:23 115:13
116:2 117:5
136:6
**tested** 22:19
26:6,7 27:8
60:8 61:24,24
62:17 76:24,25
77:21 86:5

94:5 133:5
**testified** 64:23
65:18 155:20
**testify** 76:7
**testimony** 4:14
5:4 140:19
**testing** 23:5,10
28:9,13 29:17
30:8,8,25 31:5
31:8,10,14,21
34:12,15,16,24
35:13,16,20
36:4 38:9,21
45:1,25 52:2
53:3,10 62:12
65:4,16,17
67:2,10 68:7
69:15,19 72:10
83:16,22 94:21
115:5,5,9
133:25 134:1
151:11,15
152:1,18
**tests** 26:11
28:25 30:8,9,9
30:10 31:11,16
53:4,5,5 70:4
72:17 78:23
86:9 115:6,7
116:20
**text** 153:10
154:7,12,15
**texted** 154:18
154:22,25

**texting** 154:10
**th** 104:9 122:8
124:3,5,6,18
129:18 130:16
131:18 139:4
154:10,10,13
154:17 160:5
162:13 163:2
**that'd** 173:5
**thermal** 30:19
30:20 31:2
34:22,23 53:5
84:17
**thick** 88:2
**thing** 39:12
72:25 73:4
74:6 76:4
91:20 94:10
95:20 96:10
97:7 98:8
99:18 100:9,18
109:9 115:23
117:20 118:15
119:15,16
130:19 133:19
134:2,18 139:3
151:24 155:7
156:21 159:11
166:16 170:4
170:20 173:3
**things** 25:19
26:24 27:9,20
36:23 52:25
62:10 73:12
75:24 76:1,3,5

**[things - today]**

76:9 82:13
84:21,25 85:2
92:23,24 93:1
95:24 99:2,17
102:20 104:12
107:3,7 139:6
144:22 145:21
171:15
**think** 6:7 14:14
15:20 16:4,13
18:4 20:12
43:22 50:25
52:23 59:14
61:5,7,11
63:22,23 69:8
75:1,3,19 80:4
80:22 87:9
94:7 95:10
96:10 99:20
101:22 102:19
103:2 104:19
111:7,22 112:9
115:6 131:2,3
131:22,24
134:6,22
139:22 141:16
141:21 144:20
146:18 149:22
150:3 153:8
158:13 161:9
166:10,10
170:20 172:4
172:13 173:1
**thinking** 75:16
88:11 89:8

96:8 144:15,17
**third** 45:19
71:17,18 88:10
88:12 105:5
130:1 167:12
170:24
**thorough**
114:14
**thought** 18:6,9
19:4 20:9
25:24 28:11
33:25 69:10
75:21 78:25
80:9,25 100:7
101:24 102:17
123:4 124:1
128:18 129:22
131:2,6 135:17
136:2 139:1
141:1 148:25
150:13,16
155:20 164:5
166:14 172:14
**thousand** 147:9
164:21
**thrashed** 31:14
**threat** 155:12
155:22
**threaten**
155:17
**threatened**
114:2 155:11
**threatening**
161:15

**three** 12:17
17:2,2 23:6
25:13 33:10,17
34:1,6,7,19
36:9,25 38:16
42:18 44:15
45:17,18 54:25
56:4 70:6
89:20 91:13
97:25 105:6,16
107:10 142:25
154:12 165:3,3
**threw** 99:1
**throws** 151:21
**ticked** 145:22
**time** 4:18 6:24
7:1 9:10 12:9
18:25 22:5
23:8 25:24
35:12,13 36:4
38:4,6,7,9,16
38:17,22 40:9
44:11 46:1,8
46:11 47:9
50:25 57:18
58:3,6,9,9 59:1
59:2,6,11,17,18
59:23 60:2
62:9,25 64:11
73:16 75:16,22
76:10 77:20
78:10,18 85:7
87:22,25 88:1
88:7 89:9 90:8
95:1,4 96:1,8

96:18 98:1,8
101:20,25
102:1,22 103:3
110:20 111:15
111:18 112:14
112:15 114:7
114:25 119:18
122:22 124:1
127:14 130:16
130:23 131:2
133:24 134:1,2
134:20 135:5
138:23 141:15
146:6 148:3
149:23 152:4
152:20 154:19
156:10,11
157:18 159:5
161:10,13
163:17,25
164:6 169:21
174:20 175:11
**timecard** 23:18
57:4 58:12,13
58:13
**times** 8:10
102:20 151:15
172:15 174:9
**tiny** 36:11 42:3
**title** 64:9
**today** 5:16,18
7:8 8:24 9:2,15
89:24 110:11
141:21 174:14

**[together - tunnel]**

together   53:2
78:1 111:12
112:17 156:10
156:13 157:18
157:21
told   20:12
21:17,19 27:7
27:12,19 39:1
49:8 59:1 60:9
60:22 61:1,2
72:22 74:1,2,7
74:16,20 76:4
78:2,12 79:13
80:2,8,8,14
81:14 82:4
86:4 87:13,15
94:2,4 96:9,13
96:21,21
101:18,18
108:4 109:1,8
109:9,22 110:1
116:15 123:1,2
126:10 128:7
128:12 132:21
133:13 134:23
135:7,9,17
136:11,25
137:13 138:11
139:13,14
140:19,23
144:17 145:13
150:4,15,16,20
150:21 151:5
152:7 153:3
167:12 171:10

tomorrow
89:25 131:14
135:1 147:24
took   38:4 65:19
82:8 87:25
88:15 100:1
108:14 112:20
122:25
top   15:9 59:15
tosses   153:24
total   56:15
143:7 147:19
totaling   142:24
totally   100:8
145:13
touch   154:1
155:19
touched   115:13
tow   135:2
track   57:10
tracker   24:11
24:13,14 33:24
41:25 44:17,18
44:19,20,21,22
45:7
trade   32:15,15
33:1
train   95:16
trained   58:13
trainee   98:24
training   20:11
21:4,6,8 95:11
97:12,18 99:4
105:4

transcribed
4:12 175:10
transcribing
4:13
transistor   52:7
117:21
transistors
117:20
travel   71:17
73:14 132:23
135:21 148:3
170:1
traveled   170:3
travels   151:10
treated   145:14
treatment
130:9,12 163:5
trial   4:18
tried   98:11
111:16 121:1
127:1 155:19
160:21 161:13
trip   136:3,3
147:21 148:5
triple   44:23
45:20
trips   40:15
131:13 137:12
151:10 152:16
153:3
trouble   40:7
58:24 80:1
158:14
troubleshoot
80:7 81:10,11

88:1
troubleshooti...
29:20,20 35:8
57:15 68:13
88:5 114:13
117:2,7,9,18
true   5:25 8:20
27:13,13 60:7
125:11,14
127:21 175:8
trust   153:7
truth   79:23
try   14:9 32:25
59:7 78:24
86:7 91:22
93:13 95:7
109:15 117:4
121:17 136:21
153:9 154:19
trying   28:14
35:9,10 77:8
91:18,21 93:16
96:23 101:21
101:22 102:8
106:18 107:1
108:22 109:12
109:13 115:25
117:17,25
118:11,14,15
120:24 153:21
153:23 161:17
169:6 171:19
tunnel   96:6
144:14 148:10

**[turbotax - unverified]**

**turbotax**
142:10,13
**turn** 66:18
115:10,25
116:1,5 174:18
**turned** 88:21
115:19 116:5
131:10
**turning** 162:23
**turns** 146:6
**tweak** 29:13
**twenty** 147:9
164:20,21
**twice** 16:4
**two** 16:5 22:24
23:24 24:3,5
25:12 33:15
34:19 38:11
41:13 43:11
44:25 45:22
48:1,2,16 49:4
49:8,18 56:9
62:3 66:19
71:20 87:23
99:17 103:21
104:5 109:4
112:16,16
119:21 120:5
136:3 145:4,7
147:9 154:15
156:10,12,13
162:16 163:20
165:5,8 167:9
167:17,24

**type** 24:15
37:24 138:20
**typed** 8:1
**types** 30:9
**typewriting**
4:21
**typical** 121:14
**typically** 26:8
27:18 31:6,18
38:10 54:3
62:11
**typo** 24:15
**typos** 13:4,5
24:15

**u**

**u.s.** 159:24
**ultimately**
53:16
**unacceptable**
106:8
**under** 22:7
53:16 64:6
79:24 91:25
92:5 97:21,25
105:20 125:10
127:5,20 128:1
135:16 136:14
141:8 162:2
175:10
**undergone**
23:4,9
**underlying**
121:1 163:13
**underneath**
64:16,19

**understand**
5:20 7:5 9:17
13:21 22:22
84:18 91:23
94:16 97:17
101:21 102:4
102:11,16
144:21 153:23
153:24 155:18
173:14
**understandable**
144:4
**understanding**
23:11 24:22
81:15 82:20
84:16 131:2
144:16
**understands**
73:6
**understood** 7:6
99:18 127:19
155:21
**unemployment**
153:15 154:8
155:20
**unexpected**
30:15 81:12
**unit** 30:13
31:10,13,15,18
32:23,24 36:3
36:5,25 39:7
41:8 45:2
68:18 77:9
117:14 159:6,8
159:10 166:5

**united** 1:1,4
124:9
**units** 28:9
29:17 86:8,11
107:8 165:4,8
**university** 9:22
9:24 11:4
**unknown** 79:25
**unleash** 154:23
155:3
**unoccupied**
165:11
**unprofess**
94:13
**unprofessional**
71:8,11,15
73:23 74:2,4,8
75:1,11,17
90:15 110:1
126:10,12
137:19,20
**unprofession...**
75:15 90:21
**unproven**
93:20
**unqualified**
93:20
**unquote** 148:3
**unrealistic**
38:25
**unscathed**
154:23 155:14
**unsure** 25:22
**unverified**
117:12

Bushman Reporting
A Veritext Company
800-556-8974
www.veritext.com

**[update - want]**

| | | | |
|---|---|---|---|
| **update**  29:15 | **v** | 133:4 134:24 | **vision**  96:7 |

update  29:15
  84:4
updated  89:22
updates  84:6
upgrades  16:11
upset  38:22
  95:7 122:17
  135:11 140:22
  160:18
usable  72:12
use  4:10 31:19
  32:24 37:21
  38:8 63:9
  67:14 93:19,21
  95:3 113:11
  120:24 136:16
  136:21 155:9
  161:24 165:6
  175:9
used  23:4 31:13
  37:22 38:5
  52:4 64:6 79:2
  79:3 82:13
  94:4 115:7
  119:24 122:24
  122:24 144:19
  145:12 169:13
  169:14,15,24
user  54:12
usually  30:10
  168:21
utilized  23:8

**v**

v  21:25
vacant  109:4
vacuum  31:2,3
  31:4 43:1 53:5
vague  137:18
valerie  156:25
  157:3
valid  162:4
value  143:1
variations
  41:10 43:1
variety  24:19
various  8:10
  14:17 35:5
  41:15 44:8,8
  52:1 86:3
  151:9,15 174:9
vault  47:1
vegas  22:2
vendor  40:15
  121:23
vendors  67:9
verbally  126:5
verbatim  175:9
verification
  34:17 79:17
  94:1
verified  62:17
verifies  26:11
verify  28:4
  34:20 35:1
  72:8,24 73:6
  73:22 79:15
  94:6 115:21

133:4 134:24
  135:4
verifying  28:9
  28:13
versus  18:22
vibe  34:25
vibration  30:23
  30:24 34:24
  35:1 53:5
vice  23:18
video  154:15
  161:2,13,18
  162:4
videographer
  2:25
videos  168:21
  168:21
vilonia  5:12
vintage  13:21
violate  58:24
  109:12
violated  71:9
  108:10 171:16
violates  108:11
violating  171:4
  171:12
violation
  126:18 127:4
violence  158:22
  158:23 159:16
  159:23 160:4
  160:10,15
virga  21:23
virtual  12:5

vision  96:7
  144:14
visited  70:25
visits  146:5,14
  152:1
vista  157:7
visually  116:4
voice  97:14
voltage  76:19
  76:21 115:25
  117:3,4,6
voltages  84:20
volts  76:23,24
  118:6
voluntarily
  6:17
voluntary  6:6
vopir  49:23
vs  1:6

**w**

wag  143:4
wait  152:18
waited  134:12
waiting  21:7
  134:13
waived  4:14
  174:24
walk  93:16
walked  57:24
  57:24 74:6,23
  108:20 173:16
walking  74:11
  108:20,22
want  9:16 15:7
  24:7 29:14

**[want - willing]**

| | | | |
|---|---|---|---|
| 43:24 44:3 | **warning** | **website** 172:23 | 147:23 148:5,5 |
| 58:1,9 59:4 | 163:12 | **websites** 14:10 | 148:25 149:2 |
| 65:1 79:20 | **washington** | 14:12,15 | 150:15,17 |
| 86:16 90:9 | 12:3,4 | **week** 12:15,18 | 151:3 152:22 |
| 95:2,4,4,9 | **wasn** 72:24 | 152:23 166:7 | 152:22 153:1,8 |
| 98:13 108:13 | 100:8 | 166:14,15 | 159:7,12 |
| 110:4,5 112:18 | **waste** 134:1 | **weekly** 166:16 | 161:20 172:12 |
| 116:8,12 119:9 | **wasted** 85:23 | **weeks** 152:23 | **west** 2:6 9:25 |
| 134:11,20 | **watch** 145:22 | **weird** 75:7,24 | 167:17,19,20 |
| 135:12,24 | 151:18 | 76:8 92:23 | **whack** 25:23 |
| 142:15 143:19 | **water** 146:22 | 96:10 | **whistleblower** |
| 143:22,25 | **way** 26:16 | **went** 9:24 19:3 | 85:6,22 124:7 |
| 150:7 152:14 | 31:15 65:4,5 | 19:25 21:3,5 | 124:8 127:2 |
| **wanted** 14:3 | 70:11 80:3 | 22:4 27:11,19 | 128:19 131:7 |
| 21:17 22:13 | 90:4 93:10 | 32:15 33:1 | 138:24 139:25 |
| 23:18 32:12 | 94:12 95:1,8 | 40:16 47:17 | **whistleblowing** |
| 34:9 38:2,25 | 95:12 97:1 | 60:9,25 61:6 | 76:7 77:17 |
| 41:5 44:10 | 107:8,24 | 61:10 62:16 | 84:24 101:13 |
| 57:25 66:4,9 | 108:12 109:7,7 | 64:2 77:18 | 101:16 112:10 |
| 66:17 85:9 | 109:9 111:16 | 78:2 79:11 | 112:14 124:13 |
| 88:8 98:24,25 | 114:24 115:19 | 80:1,14,20 | 126:23 127:8 |
| 107:12,12 | 128:21 130:21 | 87:20 88:22 | 128:16 132:11 |
| 108:25 128:8 | 130:21 135:3 | 89:1 90:6 93:8 | 138:10 140:17 |
| 128:10 132:10 | 135:16 139:7 | 94:3 95:1 96:9 | 140:17 |
| 144:10 146:9 | 141:25,25 | 96:12,20 99:14 | **widget** 118:24 |
| 146:25 150:16 | 145:14 149:1 | 99:22 100:6,7 | **wife** 156:2 |
| 170:20,20 | 153:9 | 100:9 102:21 | 158:7 159:2 |
| 174:7 | **wayne** 59:21 | 108:14 109:2,4 | 160:10,11,12 |
| **wanting** 43:23 | **we've** 27:10,15 | 109:15 115:24 | 169:2 |
| 154:8 | 44:18 60:10,10 | 127:7 131:18 | **wigs** 152:10 |
| **wants** 58:23,24 | 60:15 61:17 | 131:22 133:17 | **wild** 89:7 |
| 59:2 123:9 | 63:23 68:3 | 134:13 135:5,8 | **william** 170:7,8 |
| 174:19 | 84:10 85:24 | 137:12,12,13 | **willing** 95:12 |
| **warned** 86:3 | 90:20 101:8 | 141:5 144:17 | 95:12 |
| | 110:14 137:25 | 146:24 147:13 | |

Bushman Reporting
A Veritext Company
800-556-8974
www.veritext.com

**[window - wrongfully]**

| | | | |
|---|---|---|---|
| **window** 160:19 | 28:22 37:1,4 | **working** 12:9 | **wouldn** 109:2 |
| 160:24,25 | 38:12 39:10 | 12:12 20:2,8 | **wright** 2:5 |
| 161:2,14,15,18 | 40:16,21 44:9 | 22:14,15 23:20 | **writ** 130:7 |
| 162:4 | 52:1,6 58:8 | 25:4 28:5,21 | **write** 12:22 |
| **winter** 132:14 | 60:17,20 61:18 | 29:14 35:6,7,9 | 21:20 25:18 |
| 132:17 | 62:8,14 64:23 | 36:3,5 37:8 | 26:2 29:19 |
| **wisconsin** | 65:3 66:1 | 40:8 41:9 57:8 | 50:22,25 51:5 |
| 157:4,6 | 76:20 77:2,9 | 58:15 59:5 | 62:10 65:15 |
| **wishing** 155:14 | 77:11,11 79:3 | 62:14,15 76:20 | 69:21 70:1 |
| **wit** 4:25 5:4 | 79:10 81:12,16 | 77:1,1 81:2,4,7 | 79:4,19,20 |
| **withstood** | 84:20 85:3 | 83:13 84:19 | 95:8 102:18 |
| 114:7,19 | 86:5 87:15,16 | 100:25 105:21 | 112:4 116:7 |
| 118:19 119:18 | 89:10 92:10 | 106:1,3,15 | 118:12 120:16 |
| **witness** 4:14,17 | 96:1,5,9,12,18 | 107:22 150:12 | 126:7,8,10 |
| 5:2 32:23 | 104:20,24 | 152:20 155:6 | 154:20 |
| 63:24 67:10 | 105:3,12 | **workload** | **writing** 21:18 |
| 95:4,5,15 | 106:19,23 | 97:19 99:5 | 75:23 76:11 |
| 135:15 151:11 | 111:9,12,14 | 104:20 126:6 | 136:15 |
| 152:1,17,17,17 | 114:15,24 | 126:13 137:8 | **written** 13:7 |
| 153:25 174:16 | 120:5 121:1,3 | **workout** | 52:18 58:17 |
| 175:19 | 125:25 126:2 | 159:16 | 66:17 79:23,25 |
| **witnesses** 90:19 | 130:22 136:7 | **workplace** | 80:19 84:3 |
| **wlj.com** 2:9 | 136:24 144:24 | 106:2 110:8,11 | 95:21 104:13 |
| **won** 95:16 99:3 | 145:12,21 | **works** 28:4 | 112:3 120:6 |
| 108:11 | 149:1 150:9 | 35:1 40:3 | 122:4 130:8 |
| **wonderful** | 157:16 158:3 | 63:11 72:8 | 137:18 139:17 |
| 131:12 | 162:1 169:15 | 77:9 86:9 | 170:17 |
| **word** 136:1 | **worked** 11:5 | 116:2 149:6 | **wrong** 61:11 |
| **words** 37:15 | 13:2,14 22:4 | **worry** 95:8 | 115:22 117:6 |
| 173:2 | 25:20 29:3,8 | **worse** 122:19 | 120:24 162:5 |
| **work** 11:1,23 | 52:10 73:5 | 144:14 | **wrongful** 162:7 |
| 12:13,15,19 | 81:19 147:19 | **worst** 151:24 | 162:8,21 |
| 14:3 18:10 | 157:18,21 | 155:7 | 163:10 |
| 21:11,18 27:14 | **workers** 93:3 | **worth** 74:8 | **wrongfully** |
| 27:20 28:6,19 | 144:9,23 | 167:24 168:4 | 137:21 159:23 |

Bushman Reporting
A Veritext Company

**[wrote - zeroing]**

| | | |
|---|---|---|
| **wrote** 12:21 | 106:13 109:12 | 87:23 104:21 |
| 56:25 58:25 | 110:1,1 118:10 | 111:9 122:20 |
| 59:4 72:25 | 123:12 125:1 | 122:25 123:5 |
| 87:20 91:20 | 125:12,16 | 143:1,2 156:11 |
| 92:1 96:24 | 126:24 127:13 | **years** 7:1 11:8 |
| 102:18 105:8 | 127:16,18,22 | 12:20 17:2,2 |
| 110:7 111:5,7 | 127:24 129:20 | 38:11,16 73:5 |
| 112:20 119:20 | 129:22,25 | 114:25 115:1 |
| 127:1 128:21 | 132:19 137:6,9 | 142:1,25 |
| 171:14 173:24 | 137:9,10,11 | 143:11,12,14 |

| **x** |
|---|
| **x** 3:1 |
| **xanax** 99:20,23 |
| 101:1 |

| **y** |
|---|
| **y** 168:14 |
| **yeah** 14:8 15:8 |

138:11 140:3
140:15,15
141:7,12,18,20
142:5,8,10
143:6 144:12
145:1,8,11
146:2,12,20,24
147:7,12
148:10,17
149:20 150:2,6
150:8 151:7,9
153:1,14,14
154:2,4,4,9,13
154:17 155:2
156:15 157:11
158:4,9 162:18
162:22 163:7
164:16 166:15
168:13,15,17
169:18 171:6
171:13,17
172:9,21
173:24 174:9
**year** 15:15,15
21:10 38:10

145:4,7 151:14
173:25 174:3
**yep** 111:6
113:4 125:7
140:11 152:6
154:4 168:19
170:19
**yesterday** 19:1
73:14 90:16
**york** 39:24
147:22 151:8
**young** 2:4 3:4
4:22 5:6 63:22
64:1 103:2,5
174:11,13,17

| **z** |
|---|
| **zeroing** 118:15 |

27:13 33:21,22
36:1,8,10,13,18
40:11 42:16,24
43:9 44:19
45:18 46:23
47:19 48:11,23
49:10,14,23
50:5 51:10,17
51:19 55:5,22
56:9,17,23
58:11 69:6
74:14 85:12
91:14 92:4,14
95:22 99:9,23
100:13,20,24
101:6,14,16
103:1,12 105:2

Federal Rules of Civil Procedure

Rule 30

(e)  Review By the Witness; Changes.

(1)  Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A)  to review the transcript or recording; and

(B)  if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2)  Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.