April 30, 2020

TO: Whom It May Concern

FROM: Raymond Reed, Aerospace Quality Engineer

SUBJECT: Meeting with Customer, Reliability, Program Management, Engineering

A meeting with the customer was called by the Program Manager concerning the submission of a Malfunction Analysis. Malfunction Analysis are the output from the Failure Review Board which Reliability heads as the Chairman. During this meeting Program Management requested Reliability submit to the customer an ongoing Malfunction Analysis by the end of the day and it was already mid-afternoon which would not allow sufficient time to do a proper report update. Reliability explained to the meeting attendees this was unlikely because his workload which included demands from other Programs could not be accomplished by the end of the day. This work is highly technical and cannot be presented without proper research and verification of the details. This equipment will be launched into space and cannot be called back for rework or repair. There are too many opportunities for error to rush the work. It seemed like a reasonable explanation to me and I did not consider his behavior as disruptive or unprofessional. Some time after this meeting the company called Steve Stepanishen into Human Resources and gave him a "Last Chance" letter. As far as I know no previous letter was issued notifying Steve Stepanishen the company was unhappy with his performance.

The Reliability department has been reduced to a single Engineer, Steve Stepanishen. I have seen three Program Managers come through his office one after the other demanding their programs work get accomplished ahead of other programs work. It seemed there was no centrally controlled attempt at prioritizing the separate program requirements. Each of these visits interrupted the ongoing work and increased the stress level.

The week BEI fired Steve Stepanishen he was sent to Cobham Motors in New York to perform Customer Source Inspection. Steve paid for his own airline tickets, rental car and hotel out of his own pocket with the understanding the company would reimburse. This shows dedication to the company and its goals.

In the end all of the Reliability departments work was accomplished and the customer was happy with the results presented. My opinion is the company was unfair in its handling of Steve Stepanishen.

*Raymond Reed*

Raymond Reed,

Aerospace Quality Engineer