# Performance Appraisal – Exempt Salaried

**Employee's Name:** Stepanishen, Steven
**Review Date:** 2/8/2016
**Title:** Manager Reliability Engineering
**Hire Date:** 7/6/1998
**Department:** Reliability
**Supervisor:** Schrader, Daniel

**I. PRIMARY RESPONSIBILITIES**

Briefly list the key results this individual is responsible for achieving in order of relative importance.

- . Responsible for directing the development and implementation of internal reliability standards for electronic components.
- Through subordinate supervisors or professional staff, advises design engineers on the selection and application of electronic components and systems.
- Responsible for guiding efforts to ensure reliability and maintainability of products, equipment, processes, controls and safety/security systems.
- Participate to objectively review and analyze nonconformances and lead company activities associated with Malfunctions and nonconformances.
- Develop business and manufacturing processes and procedures that result in sustainable improved product yields and robust process control.

**PERFORMANCE LEVEL RATINGS**

1. **OUTSTANDING:** Performance far exceeds job requirements. Proficiency demonstrated is marked by extraordinary achievement for an employee at this job level.
2. **ABOVE STANDARD**: Performance exceeds job requirements. Proficiency demonstrated is higher than what is normally seen at this job level.
3. **FULLY EFFECTIVE**: Performance consistently meets job requirements with the degree of proficiency expected from an employee at this job level.
4. **DEVELOPMENT NEEDED:** Performance requires additional development in order to consistently meet job requirements.
5. **UNACCEPTABLE**: Performance does not meet minimally acceptable job requirements.

Instruction:

1. Using the rating scale above, insert the appropriate number into the box to indicate the employee's performance.
2. If a rating 1 is used attach narrative: 1) Why do they exceed the job requirements? 2) What was the extraordinary accomplishment? 3) Are they promotable? 4) Are they ready for additional responsibilities?
3. If a rating is 4 or 5 is used attach a development plan for the 60 days.
4. Attach a List of Accomplishments.

| 2 | I. **QUANTITY AND QUALITY OF WORK:** Consider thoroughness, reliability, accuracy or other applicable quality criteria. Consider the volume of the work produced |
|---|---|
| Comments: | |

| 1 | II. **JOB KNOWLEDGE:** Consider how the employee's job knowledge and skills compare to what is expected at this level. |
|---|---|
| Comments: | Steve possesses the technical skills and knowledge critical for his positon. He maintains an up-to-date knowledge of the industry. He is a sought after resource for the company when an anomaly is identified or when a process needs to be evaluated. Demonstrated he can lead others through a thorough problem solving process. |

| 2 | III. **DEPENDABILITY:** To what extent can this individual be counted on to produce predictable results? Consider the amount of supervision required. |
|---|---|
| Comments: | |

| 3 | IV. TEAMWORK: Consider working relationships with coworkers, other departments, and supervision. |
|---|---|
| Comments: | |

| 2 | V. INITIATIVE: Consider the employee's ability to recognize and take steps to address situations in need of attention. |
|---|---|
| Comments: | |

**EMPLOYEE COMMENTS:**

| Prepared by: | [signature] | Reviewed by: | [signature] |
|---|---|---|---|
| Date: | 2/8/16 | Date: | 2/24/16 |

I acknowledge that this performance appraisal has been reviewed with me.

| Employee's Signature | [signature] | Date 2/24/16 | |
|---|---|---|---|



## Engineering Performance Review Form

(67)

**Employee's Name:** Steve Stepanishen

**Title:** Reliability Engineering Managaer

**Supervisor:** John Beasley

**Review Period:** 1/1/2017 - 12/31/2017

## Job Definition

1. Attach a current position description; if applicable, make note of any significant changes since last year's performance review.

2. If performance goals were set at the last performance review, attach a copy of these goals and comment on the employee's progress.

**Performance Competencies** (***Depending on position, some competencies may be more relevant than others.***)

| | 5_Exceptional | 4_Highly Effective | 3_Proficient | 2_Inconsistent | 1_Unsatisfactory | N/A_New/Not Applicable |
|---|---|---|---|---|---|---|
| **5_Exceptional:** Performance is consistently superior and significantly exceeds position requirements.<br>**4_Highly Effective:** Performance frequently exceeds position requirements.<br>**3_Proficient:** Performance consistently meets position requirements.<br>**2_Inconsistent:** Performance meets some, but not all position requirements.<br>**1_Unsatisfactory:** Performance consistently fails to meet minimum position requirements; employee lacks skills required or fails to utilize necessary skills.<br>**N/A_New/Not Applicable:** Employee has not been in position long enough to have demonstrated the essential elements of the position and will be reviewed at a later agreed upon date. | | | | | | |
| 1. Skill and proficiency in carrying out assignments<br>*Brief explanation:* Steve is proficient in carrying out his assignments. He can become more highly effective by improving his skill in personnel management.<br>Steve made critcally important contributions by being the on-site BEI PSSC witness during the assembly & performance testing of the VIIRS J4 DC brushless motors. | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
| 2. Possesses skills and knowledge to perform the job competently<br>*Brief explanation:* Steve is highly effective providing quidance on the technical aspects of Reliability Engineering. His personnel management is proficient. | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |
| 3. Skill at planning, organizing and prioritizing workload (For self and direct reports, if applicable)<br>*Brief explanation:* Steve is proficient at planning, organizing and prioritizing the workload for himself and those reporting to him. He can be more highly proficient by improving his knowledge of the daily activities & assignments of his staff. | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |



BEI PRECISION SYSTEMS & SPACE COMPANY, INC.

| | | 5_Exceptional | 4_Highly Effective | 3_Proficient | 2_Inconsistent | 1_Unsatisfactory | N/A_New/Not Applicable |
|---|---|---|---|---|---|---|---|
| **5_Exceptional:** | Performance is consistently superior and significantly exceeds position requirements | | | | | | |
| **4_Highly Effective:** | Performance frequently exceeds position requirements. | | | | | | |
| **3_Proficient:** | Performance consistently meets position requirements. | | | | | | |
| **2_Inconsistent:** | Performance meets some, but not all position requirements. | | | | | | |
| **1_Unsatisfactory:** | Performance consistently fails to meet minimum position requirements; employee lacks skills required or fails to utilize necessary skills. | | | | | | |
| **N/A_New/Not Applicable:** | Employee has not been in position long enough to have demonstrated the essential elements of the position and will be reviewed at a later agreed upon date. | | | | | | |
| 4. | Holds self accountable for assigned responsibilities; sees tasks through to completion in a timely manner<br>*Brief explanation:* Steve is very focused on seeing tasks completed in a timely manner and strives to develop that urgency in his staff. He was self-motivated to uphold his responsibilities to be the BEI PSSC witness to DC brushless motor assembly & acceptance testing. He had to rapidly adapt to frequent schedule adjustements and did so with minimal coordination required. | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
| 5. | Proficiency at improving work methods and procedures as a means toward greater efficiency<br>*Brief explanation:* Steve has initiated his own investigations on opportunities to more effeciently apply all the necessary process controls to remain compliant to our QMS system. | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
| 6. | Communicates effectively with supervisor, peers, and customers<br>*Brief explanation:* Steve is proficient in communicating with his supervisor, peers & customers. He is at times highly effective. | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |
| 7. | Ability to work independently<br>*Brief explanation:* Steve is highly effective working independently. This was demonstrated with the VIIRS J4 DC brushless motors. | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
| 8. | Ability to work cooperatively with supervision or as part of a team<br>*Brief explanation:* Steve can be relied upon by supervisors or teams to carry out his project assignments. He can improve his teamwork by giving more consideration to how aggressive his participation may be percieved. | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
| 9. | Willingness to take on additional responsibilities<br>*Brief explanation:* Steve has demonstrated his willingness to take on additional responsibilities during the assembly & test of VIIRS J4 dc brushless motors. | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
| 10. | Reliability | | | | | | |
| • | Attendance: *Brief explanation:* Steve can be counted on to show up where needed (evidence VIIRS J4 dc brushless motors). | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
| • | Punctuality: *Brief explanation:* Steve can be counted on to show up on time (evidence VIIRS J4 dc brushless motors). | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
| • | Meeting Deadlines: *Brief explanation:* Steve will put in extra hours when necessary to support program deadlines. His actions supporting all the travel required during the assembly and test of VIIRS J4 dc brushless motors demonstrate this. | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

BEI PRECISION SYSTEMS & SPACE COMPANY, INC.

| | | 5_Exceptional | 4_Highly Effective | 3_Proficient | 2_Inconsistent | 1_Unsatisfactory | N/A_New/Not Applicable |
|---|---|---|---|---|---|---|---|
| **5_Exceptional:** | Performance is consistently superior and significantly exceeds position requirements. | | | | | | |
| **4_Highly Effective:** | Performance frequently exceeds position requirements. | | | | | | |
| **3_Proficient:** | Performance consistently meets position requirements. | | | | | | |
| **2_Inconsistent:** | Performance meets some, but not all position requirements. | | | | | | |
| **1_Unsatisfactory:** | Performance consistently fails to meet minimum position requirements, employee lacks skills required or fails to utilize necessary skills. | | | | | | |
| **N/A_New/Not Applicable:** | Employee has not been in position long enough to have demonstrated the essential elements of the position and will be reviewed at a later agreed upon date. | | | | | | |
| 11. Adeptness at analyzing facts, problem solving, decision-making, and demonstrating good judgment | | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

*Brief explanation:* Steve's abilities to analyze facts & solve problems are a strength.

BEI PRECISION SYSTEMS & SPACE COMPANY, INC.

**Additional performance competencies for employees with supervisory responsibilities**

| | |
|---|---|
| **5_Exceptional:** | Performance is consistently superior and significantly exceeds position requirements. |
| **4_Highly Effective:** | Performance frequently exceeds position requirements. |
| **3_Proficient:** | Performance consistently meets position requirements. |
| **2_Inconsistent:** | Performance meets some, but not all position requirements. |
| **1_Unsatisfactory:** | Performance consistently fails to meet minimum position requirements; employee lacks skills required or fails to utilize necessary skills. |
| **N/A_New/Not Applicable:** | Employee has not been in position long enough to have demonstrated the essential elements of the position and will be reviewed at a later agreed upon date. |

| Competency | 5_Exceptional | 4_Highly Effective | 3_Proficient | 2_Inconsistent | 1_Unsatisfactory | N/A_New/Not Applicable |
|---|---|---|---|---|---|---|
| 12. Displays fairness towards all subordinates. | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |
| 13. Identifies performance expectations, gives timely feedback and conducts formal performance appraisals. | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |
| 14. Helps employees to see the potential for developing their skills; assists them in eliminating barriers to their development. | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |
| 15. Delegates responsibility where appropriate, based on the employee's ability and potential. | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |
| 16. Takes timely and appropriate corrective/disciplinary action with employees. | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |
| 17. Takes specific steps to create and develop their diverse workforce and to promote an inclusive environment. | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |

12. Displays fairness towards all subordinates.

*Brief explanation:* Steve tries to treat all his subordinates equally

13. Identifies performance expectations, gives timely feedback and conducts formal performance appraisals.

*Brief explanation:* Steve's extended travel assignments in support of the VIIRS program inhibited his ability to monitor & provide timely feedback. He addressed expectations with underperforming subordinates and provided opportunities for them to demonstrate improvement.

14. Helps employees to see the potential for developing their skills; assists them in eliminating barriers to their development.

*Brief explanation:* Steve shifted responsibilities of one of his staff to manage our GIDEP responses.

15. Delegates responsibility where appropriate, based on the employee's ability and potential.

*Brief explanation:* Steve relied on his more capable subordinates to cover responsibilities while he was on extended travel assignments.

16. Takes timely and appropriate corrective/disciplinary action with employees.

*Brief explanation:* Steve had to counsel some of his staff on how to better support program objectives, improve their efficiencies, and reduce unsupported (overhead) activities. Steve reduced his staff when business conditions slowed.

17. Takes specific steps to create and develop their diverse workforce and to promote an inclusive environment.

*Brief explanation:* Steve took steps to provide opportunities for inclusion but subordinate underperformance had to be addressed in a declining departmental workload.



PRECISION SYSTEMS & SPACE COMPANY, INC.

## Performance Summary (attach additional pages as necessary)

1. List all aspects of employee's performance that contribute to his or her effectiveness.

   Steve is technically competent and driven to achieve timely performance of assignments

2. List aspects of employee's performance that require improvement for greater effectiveness.

   Steve's can improve upon his ability to inspire and draw out greater performance from his staff.

3. In what way is the employee ready for increased responsibility? What additional training will he/she need to be successful?

   Training on personnel management may be helpful.

**Goal Setting and Development Planning**

4. List the employee's performance goals for the coming year:

5. How do these align with departmental goals?

6. List the employee's development goals for the coming year:

7. In the coming year, how will you provide guidance and assistance for the employee to accomplish his/her goals?

***This annual performance review will become part of your BEI PSSD personnel file. Please sign below to acknowledge that you have received this document.***

**Employee's Signature:** [signature] **Date:** 5/9/18

**Supervisor's Signature:** [signature] **Date:** 5/9/18



# BEI PRECISION SYSTEMS & SPACE COMPANY, INC.

## Employee Performance Appraisal – Exempt Salaried

### Employee Information

| | | | |
|---|---|---|---|
| **Name** | Steve Stepanishen | **Review Date** | |
| **Job Title** | Manager, Reliability Engineering | **Hire Date** | |
| **Department** | Engineering | | |
| **Manager** | Jim Dyer | | |

### Performance Level Ratings

*5* **OUTSTANDING:** Performance far exceeds job requirements. Proficiency demonstrated is marked by extraordinary achievement for an employee at this job level.

*4* **ABOVE STANDARD:** Performance exceeds job requirements. Proficiency demonstrated is higher than what is normally seen at this job level.

*3* **FULLY EFFECTIVE:** Performance consistently meets job requirements with the degree of proficiency expected from an employee at this job level.

*2* **DEVELOPMENT NEEDED:** Performance requires additional development in order to consistently meet job requirements.

*1* **UNACCEPTABLE:** Performance does not meet minimally acceptable job requirements.

### Instructions:

1. Using the rating scale above, insert the appropriate number into the box to indicate the employee's performance.
2. If a rating of 5 is used attach narrative: 1) Why do they exceed the job requirements? 2) What was the extraordinary accomplishment? 3) Are they promotable? 4) Are they ready for additional responsibilities?
3. If a rating of 2 or 1 is used attach a development plan for the next 60 days.
4. Attach a List of Accomplishments.

| | | |
|---|---|---|
| 3 | I. | **QUANTITY & QUALITY OF WORK:** Consider thoroughness, reliability, accuracy or other applicable quality criteria. Consider the volume of the work produced. |

*Comments:* Reliability Engineering is a disciple that is somewhat feast or famine. During the times of feast, Steve steps up and delivers the product that is required to satisfy the situation. During times of famine, he drives BEI PSSC improve our processes. This results in an overall betterment of BEI PSSC products. This is exactly what someone in his position should be doing.

| | | |
|---|---|---|
| 4 | II. | **TRAINING, EDUCATION, & JOB KNOWLEDGE:** Consider how the employee's job knowledge & skills compare to what is expected at this level. |

*Comments:* Steve has earned the respect of coworkers and customers by bringing his knowledge and experience into every aspect of his job. These attributes have earned him the technical position he currently holds.

| | | |
|---|---|---|
| 3 | III. | **DEPENDABILITY:** To what extent can this individual be counted on to produce predictable results? Consider the amount of supervision required. |

*Comments:* Steve operates with very little supervision. He understands his job and executes toward a solution. Steve does need to work on his tact in a number of situations. This is one of the few areas that he needs guidance and supervision.

| 3 | IV. | **TEAMWORK:** Consider working relationships with coworkers, other departments, & supervision. |
|---|---|---|

*Comments:* Steve is always a benefit to a team with his knowledge and experience. His lapses in tact can create an environment of tension within working groups. He always works through the tension and in the end, brings the team to closer of all issues.

| 4 | V. | **INITIATIVE:** Consider the employee's ability to recognize & take steps to address situations in need of attention. |
|---|---|---|

*Comments:* Steve's passion drives him to look deep into every situation. He takes pride in the ability to look for not only root causes but also all of the secondary and tertiary causes to minimize the impact of each situation.

## Goal Setting & Developmental Plan

1.

## Employee Comments

## Verification of Review

Prepared by Jim Kyer Date 2-11-19

Reviewed by Date

*I acknowledge that this performance appraisal has been reviewed with me. (Signing this form does not necessarily indicate that you agree with this evaluation.)*

Employee Signature Date

**LIST OF ACCOMPLISHMENTS ATTACHED** ☐



# MEMO

BEI Precision Systems & Space Company, Inc.

| | |
|---|---|
| To: | Steven Stepanishen |
| From: | Mark Mirelez, Chief Executive Officer |
| CC: | Human Resources |
| Date: | May 24, 2019 |
| Re: | 2019 Merit Increase |

I'm pleased to inform you of a 1.75% increase to your bi-weekly salary. Your new bi-weekly rate will be $4889.60. The effective date of this increase is June 1, 2019 and the increase will first appear on your June 21st paycheck.

This increase is based on company and individual performance over the last review period.

We thank you for your continued contributions. Your work at BEI Precision is greatly appreciated, and we wish you continued success as we work together to meet our business goals and objectives.