



# Employee Performance Appraisal – Exempt Salaried

## Employee Information

| | | | |
|---|---|---|---|
| **Name** | Steve Stepanishen | **Review Date** | 2/10/2020 |
| **Job Title** | Manager, Reliability | **Hire Date** | |
| **Department** | Performance Excellence | | |
| **Manager** | Steven Parker | | |

## Performance Level Ratings

**5** — **OUTSTANDING:** Performance far exceeds job requirements. Proficiency demonstrated is marked by extraordinary achievement for an employee at this job level.

**4** — **ABOVE STANDARD:** Performance exceeds job requirements. Proficiency demonstrated is higher than what is normally seen at this job level.

**3** — **FULLY EFFECTIVE:** Performance consistently meets job requirements with the degree of proficiency expected from an employee at this job level.

**2** — **DEVELOPMENT NEEDED:** Performance requires additional development in order to consistently meet job requirements.

**1** — **UNACCEPTABLE:** Performance does not meet minimally acceptable job requirements.

### Instructions:

1. Using the rating scale above, insert the appropriate number into the box to indicate the employee's performance.
2. If a rating of 5 is used attach narrative: 1) Why do they exceed the job requirements? 2) What was the extraordinary accomplishment? 3) Are they promotable? 4) Are they ready for additional responsibilities?
3. If a rating of 2 or 1 is used attach a development plan for the next 60 days.
4. Attach a List of Accomplishments.

---

**3** | **I.** | **QUANTITY & QUALITY OF WORK:** Consider thoroughness, reliability, accuracy or other applicable quality criteria. Consider the volume of the work produced.

*Comments:* Steve has worked to manage requirements with a depleted department to the best of his ability. However, he sometimes struggles to prioritize the competing requests from program management. In the coming year, I'd like him to focus on better priority management, finishing quick-turn actions that keep programs moving forward, and surging when program requirements stack up. Goals established for Q1 of this year below shall evaluated for completion on March 31st, 2020.

---

**4** | **II.** | **TRAINING, EDUCATION, & JOB KNOWLEDGE:** Consider how the employee's job knowledge & skills compare to what is expected at this level.

*Comments:* Steve has extensive experience and education that he applies diligently in the functions of his job.

---

**3** | **III.** | **DEPENDABILITY:** To what extent can this individual be counted on to produce predictable results? Consider the amount of supervision required.

*Comments:* For the most part, Steve operates with little supervision. In some cases, he needs help effectively managing competing priorities, judiciously managing messaging to customers, and tact while interacting with internal teammates. I would like to see him work to 90% solutions on more objectives to better balance customer risk with schedule for the overall betterment of the company.

| 1 | IV. | **TEAMWORK:** Consider working relationships with coworkers, other departments, & supervision. |
|---|----|---|

*Comments:* Steve has the ability to bring a lot to a team with his knowledge and experience. However, his lapses in diplomacy and limited surge capacity can create tension within some of the working groups. This has led to several direct conflicts in the workplace. A last chance agreement was issued in December 2019. Improved working relationships with key stakeholders in the plant is expected in Q1, and will be evaluated via a customer service survey from Program Management and Engineering.

| 2 | V. | **INITIATIVE:** Consider the employee's ability to recognize & take steps to address situations in need of attention. |
|---|----|---|

*Comments:* Steve is passionate about his role and function within the company. It drives him to dive deep into many situations. Sometimes it feels like Steve is behind the curve on programs that have, or are in, a failing state. I would like to see Steve own programs during FRB and lead the team to a successful resolution with the customer as quickly as possible.

### Goal Setting & Developmental Plan

- Release BEI Precision Workmanship Standards & Train Internal Stakeholders – Q1
- Improve customer service for program management & engineering teammates – Q1
- No initial MA's > 24 hours from anomaly occurrence – Q1
- Complete all 4 remaining required CMIPs for Cobham stator – Q1
- Develop & Distribute weekly Reliability Status email to PMs & Manager – Q1
- Complete course on "Power Point Slide Design" – Q2
- Complete Management/Leadership Training Course – Q2
- Provide training to technicians on Industry Best Practices – Design/Handling/ESD/Workmanship – Q4
- Lead FRBs to resolution as quickly as possible

### Employee Comments

I think this performance appraisal does not adequately describe or characterize the QUALITY or Quantity of the work I performed last year. It does repeatedly address one instance of Prioritization that I blame on Program Managers inability to work together to assign tasks. I requested assistance when my requests to Program Managers to prioritize their conflicting and competing demands for specific work products that did not allow sufficient time to complete accurately. I was also dinged for

### Verification of Review

| Prepared by | [signature] | Date | 2/25/2020 |
| Reviewed by | [signature] | Date | 2/25/2020 |

I acknowledge that this performance appraisal has been reviewed with me. (Signing this form does not necessarily indicate that you agree with this evaluation.)

| Employee Signature | [signature] | Date | 2/26/2020 |

LIST OF ACCOMPLISHMENTS ATTACHED ☐

— Teamwork issues because I tried to do my job the way I was taught and I questioned an Engineering change that I believe was not per BEI Policy. I will submit a detailed response when time is available. My department has been reduced from 5 people down to just me so I am quite busy

BEI 000232

TO: HR

From: Steven Stepanishen

Subject: 2019 Performance Review

Date: February 27, 2020

I have a few comments concerning my 2019 performance review and concerning my "Last Chance Agreement" that was presented to me in December 2019. I apologize in advance for the length of this paper but I wanted to ensure upper management had a full understanding of my position and why I do certain things the way I do them.

For my 2019 Performance Review, here are my detailed comments.

Item I.  This section is titled **"QUANTITY & QUALITY OF WORK"** and the forms guidance states the reviewer should "consider thoroughness, reliability, accuracy or other applicable quality criteria" and to "consider the volume of the work produced". The comments entered in this section do not address any of the items listed heading or description but instead criticizes me for a priority issue that arose when all three program managers simultaneously demanded some piece of work product from me in short notice without adequate time to complete it thoroughly or accurately- so I asked for help. The priority issue is nonresponsive to the Item 1 section.

As for the QUANTITY AND QUALITY of my work, I produced an ENORMOUS VOLUME of work product in 2019 and it was accurate, thorough, reliable, and most important of all - ACCEPTED BY OUR CUSTOMERS AFTER A DETAILED ENGINEERING REVIEW BY THEIR ENGINEERING TEAMS. Nothing I produced or submitted was returned by the customer as being inadequate, faulty, misleading, sloppy, or erroneous. I had one small issue with L3Harris over some input they wanted added to MY malfunction report which was irrelevant to the malfunction. They wanted it added "for completeness" but it really did not belong in the report. L3Harris is known for making stylistic changes to BEI's malfunction reports and presentations. Even amongst themselves they disagree on what they would like to see. They claim their additions are so it would pass muster with their customer (NASA). In those cases, their requests were to add additional support documentation such as a completed ATP test report instead of just the pertinent information that I used from those reports. I only include pertinent information for clarity and to keep file sizes down. The information L3Harris requested was superfluous in my opinion and cluttered up the technical reports BUT I ADDED THEM AS REQUESTED. In fact, one of the points referenced in Item III concerning "judiciously managing messaging to the customer" refers to this situation and I will discuss that under the Item III bullet.

Getting back to the "Quantity and Quality" of work I performed, in 2019 I had written 20 malfunction analyses for SEVEN DIFFERENT programs (i.e., Raytheon (VIIRS), Northrop Grumman (ARA Alpha), Blue Canyon, L3 Harris (for the CrIS program, the ABI program, and the ABI ESP program), and NASA/Trax). Before my department was cut from 5 reliability engineers down to one (me alone), each of the reliability engineers typically had one or two programs assigned to them and each reliability engineer would typically write three or four (possibly up to 5) malfunction analyses. BEI Precision had found in the past that due to the complex nature of these different designs and various customer requirements that it was best practice to limit the number of programs assigned to each reliability engineer so they

BEI 000233

can concentrate of on their particular programs. Carrying many programs causes confusion and distraction and you do not want that in critical situations as that can lead to error.

Additionally, I had been sent on NUMEROUS trips to Cobham Aeroflex on the VIIRS motor buy and each trip was on SHORT NOTICE (ex. I was informed of the trips one or two days prior to the source inspection date). Those trips to Cobham were sprinkled in between all of those failures and my other tasks but I handled all of the MA's and source inspections WITHOUT FAULT and in a timely manner. And most importantly, my trips to Cobham were highly successful as I discovered SEVERAL MAJOR manufacturing and test faults at Cobham that Cobham had overlooked so my presence there was well worth the time away from the plant. The defects were able to be corrected as early as possible so program schedule was minimally impacted.

I believe I performed WELL ABOVE the "Fully Effective" rating level that was given to me under the circumstances stated.

I also took over a couple of malfunction analyses that had been opened up by Heath McKoin but which he failed to move forward on. For MA 19016 for the lens prism issue and MA 19019 on the Marktech LED RGA failure, Heath opened the MA's but did not lead the FRB on them. After sitting in the morning meetings listening to the discussion on what to do, I recognized that the direction they were moving wasn't sufficient (they were attempting a "use as is" disposition on the LED and small insignificant changes to the lens prism). It was then that I asserted control of the FRB and the root cause of the failures were found and major changes were made to both devices.

I was also able to correct several manufacturing and ATP anomalies that threatened to put some programs into FRB and get them back online quickly and without causing additional customer distress.

I completed each MA ON TIME and they were accurate and withstood the rigorous review of our space level customers including NASA. Each MA was reviewed by our customers engineering team to determine if my assessment of the problem, the potential root cause, my troubleshooting steps and my stress analyses and correctives actions were accurate, thorough, reliable and no faults were found with my work. My source inspection visits were all short notice and extremely disruptive to my work here at BEI as well as being disruptive to my family but I performed them without complaint.

**Therefore I feel the comments in this section do not adequately reflect the actual Quantity and Quality of my work that I performed in 2019.**

Instead of addressing the Quality or Quantity of my work in this section, I was written up for a prioritization issue I believe is a failure attributable to the Head of Program Management because HE WOULD NOT ASSIGN PRIORITIES WHEN REQUESTED and instead insisted I produce certain work for him with an unreasonable due date (some which he wanted in a few hours but the research alone took too that long).

I do not agree with the statement that I "struggle to prioritize the competing *requests* from program management." The priority problem arose when there was a *sudden demand* for something that several PMs wanted immediately but I was already working on a different high priority issue for a different program. I tried to prioritize the tasks but no one wanted to give me any slack. I had several PMs all wanting something at the same time and I tried to explain to them what I was doing at the time and told them when I could get to their specific task. But since I did not immediately drop whatever

work I was doing to satisfy that PMs request, I was wrongfully accused of not supporting their program- but I was! I give my all to all my programs and work whatever hours needed to complete my tasks on time. I know I can easily make mistakes when I am rushed or distracted so I push back when I need to concentrate. There is nothing worse for BEI than being wrong or sloppy in my work so I sometimes need my own undivided attention on the problem at hand and can't be distracted. So when I am working on a complex problem that has a lot of customer oversight, I need to be specific, detailed, logical, thorough and most importantly CORRECT in my investigation/troubleshooting/analysis and this means I have to periodically tell a PM that I will get to their request when I am done with the task I was working on prior to the new request. Since I just seemed to upset certain PMs by doing this, I tried to have Mr. Parker coordinate my priority list to eliminate any priority issues. One of the responses I received was that I needed to work more hours. I have no problem doing that and I do work the hours needed but it sure is easier to do when I get a merit increase that reflects the incredible work I am doing.

**Item II. TRAINING, EDUCATION, & JOB KNOWLEDGE** I appreciate the one line statement and the 4 rating for Above Standard. But as you can see from my comments in Item I, I feel there is so much more detail that could have been written to reflect the incredible things I accomplished last year. It is true that I have "extensive experience and education that he applies diligently in the functions of this job" but due to this experience and education, I saved several programs valuable schedule time, costs, embarrassment and the company's reputation by being able to identify faults during manufacturing and test almost immediately without having to open MA's or FRB's. I found several faults in manufacturing and test that has been in place for years and not noticed or resolved correctly by others (who are no longer here). Avoiding an FRB saves BEI, at a minimum, thousands to hundreds of thousands of dollars (Wayne Harper used to say each malfunction report or full blown FRB would cost BEI at a minimum $100,000 but I do not know how accurate that is). There were numerous instances where I was able to resolve potential FRB's during my initial investigation.

**Item III. DEPENDABILITY** I believe I am very dependable and can be counted on to produce results that are suited to satisfy the customer's concerns while always cognizant on the delivery schedule and program costs. I am here on time every day and I am very rarely sick. I work with NO SUPERVISION (not a little). I am available on weekends and all hours of the day and night when needed at no extra cost to the company. My work product is thorough and accurate AND TIMELY and you can be assured the product produced is acceptable. I very rarely miss a deadline. I have not taken a full week vacation in YEARS because of my work load at BEI. If I take time off its usually only one day a week every few weeks and never during a surge.

When problems arise, I drop what I am doing and go immediately to investigate when informed of the problem. And most problems are complex problems for high profile customers. I have to determine what the problem may be and then determine an acceptable troubleshooting path if I cannot immediately solve the problem (and I often solve problems at the initial investigation). I am dependable and thorough because I take the time to review the program history, past failures, design changes, customer requirements, part specifications and a whole slew of other factors that may have an impact on the particular failure I am investigating prior to opening an MA. I often find the source of the problem quickly.

The comments in this section point back to "competing priorities" and (once again) this is not really my fault as my department has been reduced from 5 reliability engineers down to just me as I stated above. I tried to manage them as best I could and called in Mr. Parker when I noticed the PM's getting anxious. In any event, I wish this section would discuss my DEPENDABILITY instead of the priority issue.

My latest review suggests I am lacking in customer service. I strive to please the customer and try to include everything I expect they want in my presentations, reports and analyses. In accordance with previous direction given to me by Dan Schrader, Bill Whelpley, John Beasley, and Wayne Harper, BEI is a company that sells a product and not a charity. All of us at BEI were instructed not supposed to blindly follow customer verbal direction when it involves performing additional work. I also was told my malfunction reports are my work product and not a community effort. While I can utilize input from others (and oftentimes do), I am the author. Allowing everyone to rewrite an MA or require certain superfluous material slows down the process, raises costs and adds nothing but confusion to the report. I resist including information that is irrelevant, unnecessary or not appropriate for whatever reason. This is a technical report and not a novel so I try to comply with the rules learned in my technical writing classes I took years ago.

If a request is made to add irrelevant information, I would explain my position and get the concurrence of others to add it or leave it out. The incident involving David Dam and the L3Harris CrIS MA involved me doing just that- I was trying to explain why a requested addition by L3Harris was unnecessary and would not be proper. At that time I was extremely busy with 4 different programs and the request would delay their program and the other 3 programs, so I tried to explain why I had not included it but David got upset. As soon as I saw him wanting the addition, I agreed to add it. I thought I was doing the program and BEI a favor.

Next thing I know I was brought to HR and presented with the "Last Chance Agreement" (where was my first chance??). I signed the agreement but I think the action taken by HR was excessive and I hope it could be reviewed and quashed if possible. I was not given any indication prior to that incident that I was not supposed to discuss changes to my reports with the customer. The Last Chance Agreement Item 3 states that from now on I am to "follow direction from Program Management on all customer direction". This implies that I hadn't followed David's direction but I did. I simply tried to explain why a 130 page attachment to my MA wasn't initially included. I did not refuse to add it and I didn't push back very hard at all. As soon as David said just add it I said ok and I did add it without further comment.

**Item IV. TEAMWORK** I received a 1 rating for UNACCEPTABLE. I disagree with this rating. I had one bad interaction with Rex Bair and one issue with David Dam (detailed above). Both of these incidents occurred because I was trying to do the job I was hired for (Mission Assurance) the way I was taught to do it.

The incident with Rex concerned an ECO he was trying to get signed that appeared to violate our QMS and CMS. Ray Reed had the same opinion (and possibly Clay Dyer as well). I tried to resolve the issue amicably with Rex privately but he was unwilling to consider the points Ray and I were trying to make.

I signed his ECO under protest so I wouldn't be accused of not supporting the program but I went to the program manager (Stephanie) to tell her that I believed Rex's ECO wasn't per our system. I did not know

Page 4 of 7

Rex was hiding in a darkened vacant office and he overheard me telling Stephanie my thoughts but after I told Stephanie why I disagreed with the way Rex wrote the ECO, he came out of the office and aggressively asked me "why do you have to be like that?" I said I was only telling the program manager the exact thing I said to you and that is how I am supposed to act. I am supposed to discuss the issue calmly and in a professional manner and not to get emotional. I wasn't emotional. I was calm and collected trying to explain my position but he was upset. I do not think these two incidents deserve a rating of UNACCEPTABLE.

Some context:

In my role as a Reliability Engineer, I am tasked with ensuring the products we design, manufacture test and ship to customers meet all the technical specifications required by the customer's contract, specifications, flowdowns, etc. I am responsible for ensuring that the parts chosen are correct and meet contractual requirements, the design is safe (no overstress) and robust (will survive the intended environment) and will meet the mission life. I am also responsible for reviewing and or creating SCD's, upscreening documents, troubleshooting plans, reliability analyses, manufacturing and test procedures, et al, to ensure they perform the tasks required by contract, will not stress the flight hardware, will not present an undo risk to the hardware, that they are clear, concise, unambiguous, and follows our QMS and CMS. This means that when I review drawings, procedures or ECO's, etc., I am specifically LOOKING FOR PROBLEMS IN THE DESIGN OR DOCUMENTATION so they can be eliminated. Like all aerospace companies, we have a Quality Management System that directs us to document our processes, procedures and the responsibilities for achieving quality policies and objectives so I have to make sure our systems are followed whenever I perform any work. I am a Mission Assurance gate keeper tasked with ensuring our products are designed, manufactured, and tested correctly in a safe manner. I am not a YES Man that just signs off every drawing presented to me. I am supposed to take a critical view of designs, specifications, procedures, and methods to ensure the customers' product does not fail during its mission and ALL of our contractual requirements are met. And if they do fail, I need to investigate and find the root cause, perform stress analyses and implement corrective action. And I need to all of this in a timely (quick) manner.

This means I often have to interact with design engineers, technicians, buyers, program managers, customers, and venders to get information or data QUICKLY. I ask a lot of questions and get necessary details so I can understand the background, purpose, and process so I can request or make any necessary changes to meet the contractual and engineering requirements. I HAVE DONE THIS FOR 21 YEARS at BEI and for another 10 years at Hughes Aircraft Company (now Raytheon). I am an investigator. Interviewees tend to have a negative view of investigators seeking root cause. Once I have the information by asking questions to anyone that may have information on the problem, I determine the cause, determine a fix, and implement corrective action. Everything needs to be documented with solid evidence backed up by engineering and/or science. I write the malfunction report to present the relevant facts and conclusions using solid engineering principles in a logical, concise manner and then present my findings to the program team and customer (and NASA if it is a NASA program). My audience is typically engineers so my technical reports only contain pertinent facts and logical assumptions and irrelevant information is left out to avoid confusion.

To get to the critical information, **I need to ask questions** and make suggestions to those folks involved. Often times I am asking the engineer, designer, assembler, or someone that intimate knowledge of the

BEI 000237

design or process. These are smart people who are passionate about their own work and they typically get a little defensive when problems arise that may be the result of some oversight or mistake they made. Understanding people's sensitivity to being blamed for mistakes, I try to be diplomatic when investigating problems but when some folks realize they may have made a mistake, egos sometimes get bruised and passions inflamed. There is no easy way to tell an intelligent engineer or technician, etc., that there is a problem with the way something was designed, built, or tested and oftentimes the person responsible is offended because no one likes to have their mistakes exposed or their work found to be the source of a problem. I try to minimize any ill feelings using different techniques depending on the individual but you cannot predict how a person will react when a problem is discovered that they may have had a hand in and oftentimes, they are defensive. The questions I ask are necessary to find root cause. The questions cannot be avoided. I need to ask the questions to solve the problem. I need to do it quickly. I try to minimize discomfort but sometimes folks get upset. I should not be blamed for this. I do not know what a person's stress level is when there's a problem and I start asking questions. I don't know how they will react to the questions until I ask the question. I am trying my best to be diplomatic. But feelings sometimes get hurt.

Due to the Last Chance Agreement, I have become overly cautious in the performance of my duties to avoid any repeated incidents but I cannot help but think that being overly cautious is not in the company's best interest as it could cause delay solving problems if I am afraid to ask certain questions to certain folk due to their potential reaction and my potential termination. I hope upper management can sympathize with my situation and can give me a little leeway when I am investigating a problem without imposing the Last Chance Agreement's termination provision if someone gets unexpectedly upset. I really think the Last Chance Agreement is UNFAIR to me as I was just trying to perform my job and I had no prior warning.

**Item V- INITIATIVE** I was rated a 2 on this. Development Needed. In this section, it states that I am "sometimes" "behind the curve on programs that have or are in failing state".

I am a single source Reliability Engineer handing ALL THE MALFUNCTIONS IN THE PLANT along with my other duties. As stated above, my department has been SLASHED from 5 reliability engineers down to just me (prior to the late addition of Paul Remmel to help out temporarily).

I wrote 20 malfunction reports last year on 7 different programs whereas in all prior years each reliability engineer would have one or two big programs and would typically write 4 or 5 MA's. I have done 5 times the amount of work as any prior Reliability Engineer ever employed at BEI. My department was slashed, the program list grew, failures accumulated but I still managed to handle the majority of them by myself and in a timely manner.

It was mentioned in my review that two malfunction reports stagnated- MA 19016 and MA 19019. These reports, one on the Lens Prism and one on the Marktech LED RGA failure were both opened and owned by Heath Mckoin as shown below.



He failed to make significant progress on them and after several weeks of hearing about the lack of a plan, I jumped in and declared I was taking them over as head of the Reliability department.

How is that not initiative?

I completed all my tasks on time even with all of the source inspection trips I made to Cobham. I fail to see where I failed to take ownership of any of the MA's I was responsible for so I disagree with the rating I was given.

I would respectfully request that my review be reviewed and changed to reflect the wonderful things I did last year instead of reiterating one incident in several sections.

*Steven Stepanishen*   2/27/2020