IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFFS
*ex rel.* STEVEN STEPANISHEN, and
STEVEN STEPANISHEN, Individually


v.                                          NO. 4:20-cv-414-BRW


BEI PRECISION SYSTEMS & SPACE
COMPANY, INC.                                                      DEFENDANT


**PARTIES' REVISED ESTIMATES OF TIME FOR DIRECT AND CROSS
EXAMINATION AND SHORT SYNOPSIS OF EXPECTED TESTIMONY**

Plaintiff Steven Stepanishen and Defendant BEI Precision Systems & Space

Company, Inc. submit their revised list of witnesses, time estimates for direct and

cross examination, and short synopsis of the expected testimony:

Counsel for the parties will meet and confer regarding the order of witnesses,

including with regard to witnesses on both parties' witness lists, so that where

possible, witnesses will only be called once.

**Plaintiff's Witnesses**

| Name | Direct Exam. | Cross Exam. | Synopsis of Expected Testimony |
|---|---|---|---|
| Steven Stepanishen<br><br>Plaintiff | 1 hour | 1/2 hour | Plaintiff is expected to testify about the matters in his Complaint including the concerns he raised about Defendant's encoders; his workplace behavior and performance; his intentions to include Defendant's fraud in his failure investigation; Defendant's retaliatory behavior towards him; and the circumstances surrounding his Last Chance Agreement and termination. |
| Wilfred Schultheis | 1/2 hour | 15 minutes | Schultheis is expected to testify about the matters in his Declaration (Doc. 52-3) including his |

| | | | |
|---|---|---|---|
| Former Director-Operations for BEI | | | impressions of Plaintiff's behavior during a meeting on March 4, 2020. Schultheis will also testify about Plaintiff's positive job performance and behavior in the months leading up to his termination. |
| Charlotte Stowe<br><br>Former Senior Human Resources Generalist | 1/2 hour | 15 minutes | Stowe will testify about Plaintiff's positive work performance and behavior. Stowe will also testify about her knowledge of Defendant's efforts to unfairly target Plaintiff for issues he raised with Steven Parker. |
| William Clay Dyer<br><br>Former Quality Manager | 1/2 hour | 15 minutes | Clay Dyer will testify about Plaintiff's job duties and workload; Defendant's refusal to follow reliability malfunctioning reporting rules and requirements for doing a new vendor audit; Steven Parker's treatment of Plaintiff prior to his termination; and Plaintiff's professionalism at work. |
| Jim Dyer<br><br>Former Director of Engineering | 1/2 hour | 15 minutes | Jim Dyer will testify about Plaintiff's involvement with the NanoSeries line of encoders and Defendant's refusal to fund prototypes for the NanoSeries line of encoders. |
| Gary Rowe<br><br>Former Director of Human Resources | 1/2 hour | 15 minutes | Rowe will testify to Defendant's policies and procedures for investigating reports to human resources related to workplace conduct and Defendant's departure from established practices when terminating Plaintiff. |
| Steven Parker<br><br>Former Senior Director-Performance Excellence | 1 hour | Defendant est. 1 hour of direct examination of Mr. Parker. | Parker will testify about Plaintiff's involvement with the NanoSeries line of encoders; Plaintiff's job performance and behavior; concerns Plaintiff raised related to the NanoSeries line of encoders; and the circumstances surrounding his decision to place Plaintiff on the Last Chance Agreement and to terminate Plaintiff for his alleged violation of the Agreement. |

**Defendant's Witnesses**

| Name | Direct Exam. | Cross Exam. | Synopsis of Expected Testimony |
|---|---|---|---|
| Steven Parker<br><br>Former Senior Director-Performance Excellence | 1 hour | 20 minutes | Parker was plaintiff's supervisor and is expected to testify about the matters in his Declaration (Doc. 47-2) including plaintiff's poor performance and unprofessional behavior. Parker placed plaintiff on a Last Chance Agreement in December of 2019, and terminated plaintiff in March, 2020, because plaintiff violated the conditions of the Last Chance Agreement. Parker is expected to testify that plaintiff did not tell him that he intended to report concerns about optical encoders to the government or assist the government in pursuing any action based under the False Claims Act. |
| David Dam<br><br>Vice President-All Programs | 1/2 hour | 15 minutes | Dam is expected to testify about plaintiff's performance issues, interactions with co-workers and customers, and unprofessionalism in the workplace. Dam will address plaintiff's false allegation that he directed plaintiff to improperly bill time. Dam is expected to testify about plaintiff's involvement with the NanoSeries line of encoders. Dam is expected to testify that plaintiff did not tell him that he intended to report concerns about optical encoders to the government or assist the government in pursuing any action based under the False Claims Act. |
| Stephanie Shelton<br><br>Program Manager | 1/2 hour | 15 minutes | Shelton is expected to testify regarding plaintiff's performance issues, interactions with co-workers and customers, and unprofessionalism in the workplace. Shelton will also testify regarding threatening text messages that plaintiff sent to her. Shelton is expected to testify that plaintiff did not tell her that he intended to report concerns about optical encoders to the government or assist the government in pursuing any action based under the False Claims Act. |
| Andrew Chouinard<br><br>Design Engineer | 1/2 hour | 15 minutes | Chouinard is expected to testify regarding plaintiff's performance issues, interactions with co-workers and customers, and unprofessionalism in the workplace. Chouinard is expected to testify about plaintiff's work |

3

| | | | involving the NanoSeries line of encoders and that plaintiff did not tell him that he intended to report concerns about optical encoders to the government or assist the government in pursuing any action based under the False Claims Act. |
|---|---|---|---|
| Paul Remmel<br><br>Engineer | 20 minutes | 15 minutes | Remmel was hired by BEI to assist plaintiff in late 2019 due to plaintiff's performance issues. Remmel is expected to testify about his observations of plaintiff's interactions with co-workers in the workplace. Remmel is expected to testify that plaintiff did not tell him that he intended to report concerns about optical encoders to the government or assist the government in pursuing any action based under the False Claims Act. |
| Wilfred Schultheis<br><br>Former Director-Operations for BEI | 15 minutes of cross-examination | Plaintiff est. 1/2 hour of direct examination of Mr. Schultheis. | Schultheis is expected to testify that he admonished plaintiff for bringing up issues he was having with his supervisor and about receiving a bad appraisal during a meeting on March 4, 2020. Schultheis is expected to testify that plaintiff's behavior at the meeting was inappropriate. Schultheis is expected to testify that plaintiff did not tell him that he intended to report concerns about optical encoders to the government or assist the government in pursuing any action based under the False Claims Act. |
| Heath McKoin<br><br>Former Program Manager | 1/2 hour | 15 minutes | McKoin is expected to testify about plaintiff's performance issues, interactions with co-workers and customers, and unprofessionalism in the workplace. McKoin is expected to testify about plaintiff's work involving the NanoSeries line of encoders, and that plaintiff did not tell him that he intended to report concerns about optical encoders to the government or assist the government in pursuing any action based under the False Claims Act. |
| Matt Jones<br><br>Former Controller | 15 minutes | 15 minutes | Jones is expected to testify that plaintiff did not make any report of time-card fraud to him. Jones is expected to testify that plaintiff did not tell him that he intended to report concerns about optical encoders to the government or assist the government in pursuing any action based under the False Claims Act. |

| Tanya Rutherford Owen, Ph.D.  Owen Vocational Services, Inc. | 40 minutes | 15 minutes | Dr. Owen will offer expert testimony consistent with opinions in her expert report, including plaintiff's failure to undertake a meaningful job search and failure to mitigate damages. |
|---|---|---|---|

Regina A. Young (96161)
WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX: (501) 376-9442
ryoung@wlj.com

*Attorneys for Defendant*

and

Josh Sanford
Ark. Bar No. 2001037
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy., Suite 510
Little Rock, Arkansas 72211
(501) 221-0088 (office)
(888) 787-2040 (fax)
josh@sanfordlawfirm.com

*Attorneys for Plaintiff*