AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Arkansas

| | |
|---|---|
| U.S.A. ex rel Steven Stepanishen, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 4:20-cv-00414-BRW |
| BEI Precision Systems & Space Co., Inc. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

defendant                                                                                        .

Date:   05/14/2024                                    /s/ Gary D. Marts, Jr.
                                                              *Attorney's signature*

                                                              Gary D. Marts, Jr. (2004116)
                                                              *Printed name and bar number*

                                                              Wright, Lindsey & Jennings LLP
                                                              200 W. Capitol Ave., Ste. 2300
                                                              Little Rock, AR 72201

                                                              *Address*

                                                              gmarts@wlj.com
                                                              *E-mail address*

                                                              (501) 371-0808
                                                              *Telephone number*

                                                              (501) 376-9442
                                                              *FAX number*