**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**UNITED STATES OF AMERICA PLAINTIFFS**
**ex rel. STEVEN STEPANISHEN, and**
**STEVEN STEPANISHEN, Individually**                                                 **PLAINTIFF**

**VS.**                                                  **4:20-CV-00414-BRW**

**BEI PRECISION SYSTEMS & SPACE**
**COMPANY, INC.**                                                                        **DEFENDANT**

## JUDGMENT

Based on the Order entered today, May 15, 2024, this case is dismissed with

prejudice. IT IS SO ORDERED this 15th day of May, 2024.

_____
BILLY ROY WILSON
UNITED STATES DISTRICT JUDGE

-1-