IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 13 2024

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

**UNITED STATES OF AMERICA PLAINTIFFS**     PLAINTIFF
**Ex rel. STEVEN STEPANISHEN, and**
**STEVEN STEPANISHEN, Individually**

vs.           No. 4:20-cv-414-BRW

**BEI PRECISION SYSTEMS & SPACE**
**COMPANY, INC.**           **DEFENDANT**

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Steven Stepanishen in the above-named case hereby appeal to the United States Court of Appeals for the Eighth Circuit from the Orders and Judgment entered in this action on May 15th, 2024, ECF Numbers 60 and 61, and all orders of the District Court contributing thereto.

Respectfully submitted,

*[signature]*
Steven Stepanishen
*Pro Se* Plaintiff
42 Fortson Road
Vilonia, Arkansas 72173
Phone: 501-339-7517
Email: sstepanishen@windstream.net