# U.S. District Court

## Arkansas Eastern - Little Rock

Receipt Date: Jun 13, 2024 11:04AM

STEVEN STEPANISHEM
42 FORTSON ROAD
VILONIA, AR 72173

Rcpt. No: 6769                Trans. Date: Jun 13, 2024 11:04AM                        Cashier ID: #JP

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 203 | Notice of Appeal/Docketing Fee | DARE420CV000414 /001 | 1 | 605.00 | 605.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | Check | #5509420095 | 06/10/2024 | $605.00 |

Total Due Prior to Payment: $605.00
Total Tendered: $605.00
Total Cash Received: $0.00
Cash Change Amount: $0.00

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 1 3 2024

TAMMY H. DOWNS, CLERK
By:_____ DEP CLERK