# United States Court of Appeals
### *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
## St. Louis, Missouri 63102

**Maureen W. Gornik**
*Acting Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

4:20-cv-00414-BRW

June 14, 2024

```
                FILED
         U.S. DISTRICT COURT
       EASTERN DISTRICT ARKANSAS

             Jun 14, 2024

         Tammy H. Downs, Clerk
         By: JohnHibbs D.C.
                              DEP CLERK
```

Steven Stepanishen
42 Fortson Road
Vilonia, AR  72173

RE:  24-2211 United States ex rel. Stepanishen v. BEI Precision Systems & Space Co. Inc.

Dear Appellant:

    The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

    Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

    The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs may be obtained by contacting the St. Louis Clerk's office.

    The court will consider the case on the original file of the district court, and you do not need to file any additional record materials. If a transcript is required, you should contact the court reporter at the district court and make arrangements for production and payment. If you cannot afford a transcript and you have in forma pauperis status, you may file a motion with this court seeking preparation of a transcript at government expense. If you do not have in forma pauperis status and cannot afford a transcript, you must file a motion with the district court for permission to appeal as a poor person. Please note the motions for appointment of counsel are rarely granted in pro se civil cases.

    The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in the issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

     Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

Please note that service by pro se parties is governed by Eighth Circuit Rule 25B. A copy of the rule and additional information is attached to the pro se party's copy of this notice.

If you have any questions about the schedule or procedures for the case, please contact our office.

Maureen W. Gornik
Acting Clerk of Court

CJO

Enclosure(s)

cc:   Clerk, U.S. District Court, Eastern District of Arkansas
      Jason M. Crawford
      Gary D. Marts Jr.
      William Tucker
      Regina A. Young


District Court/Agency Case Number(s):   4:20-cv-00414-BRW

**Caption For Case Number:   24-2211**

United States of America, ex rel Steven Stepanishen, and individually

    Plaintiff - Appellant

v.

BEI Precision Systems & Space Company Inc.

    Defendant - Appellee

**Addresses For Case Participants:   24-2211**

Steven Stepanishen
42 Fortson Road
Vilonia, AR  72173

Clerk, U.S. District Court, Eastern District of Arkansas
U.S. DISTRICT COURT
Eastern District of Arkansas
Room A149
600 W. Capitol Avenue
Little Rock, AR  72201-0000

Jason M. Crawford
CROWELL & MORING
1001 Pennsylvania Avenue, N.W.
Washington, DC  20004-0000

Gary D. Marts Jr.
WRIGHT & LINDSEY
Suite 2300
200 W. Capitol Avenue
Little Rock, AR  72201-3699

William Tucker
CROWELL & MORING
1001 Pennsylvania Avenue, N.W.
Washington, DC  20004-0000

Regina A. Young
WRIGHT & LINDSEY
Suite 2300
200 W. Capitol Avenue
Little Rock, AR  72201-3699

## UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

### APPEAL BRIEFING SCHEDULE ORDER

Appeal No.     24-2211    United States ex rel. Stepanishen v. BEI Precision Systems & Space Co. Inc.

Date:          June 14, 2024

If the original file of the United States District Court is available for review in electronic format, the court will rely on the electronic version of the record in its review. The appendices required by Eighth Circuit Rule 30A shall not be required. In accordance with Eighth Circuit Local Rule 30A(a)(2), the Clerk of the United States District Court is requested to forward to this Court forthwith any portions of the original record which are not available in an electronic format through PACER, including any documents maintained in paper format or filed under seal, exhibits, CDs, videos, administrative records and state court files.

**FILING DATES:**

NOTE:  These dates may be advanced if a party files a brief early. The dates may also be extended if party obtains an extension of time. See FRAP 31(a).

Appellant Brief: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .07/24/2024
   ( Steven Stepanishen )

Appellee Brief. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **30 days from the date the court issues the Notice of Docket Activity filing the brief.**

Reply Brief . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**21 days from the date of service of the Appellee brief.**

Please note the provisions of Eighth Circuit Rule 32A concerning
the filing of briefs and reply briefs responding to multiple briefs.

**ALL BRIEFS MUST BE FILED WITH THE
ST. LOUIS CLERK'S OFFICE**
