# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No: 24-2211

United States of America, ex rel Steven Stepanishen, and individually

Appellant

v.

BEI Precision Systems & Space Company Inc.

Appellee

---

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:20-cv-00414-BRW)

---

**ORDER**

Appellant's brief was due on July 24, 2024, but has not been filed. It is hereby ordered that appellant show cause, within fourteen (14) days of the date of this order, why this appeal should not be dismissed for failure to prosecute.

See 8th Cir. R. 3C.

August 05, 2024

Order Entered Under Rule 27A(a):
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
   /s/ Maureen W. Gornik

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
Aug 05, 2024
Tammy H. Downs, Clerk
By: JohnHibbs D.C.
DEP CLERK