# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-2211

United States of America, ex rel Steven Stepanishen, and individually

Appellant

v.

BEI Precision Systems & Space Company Inc.

Appellee

```
FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
Aug 15, 2024
Tammy H. Downs, Clerk
By: JohnHibbs D.C.
              DEP CLERK
```

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:20-cv-00414-BRW)

**ORDER**

An order directing the appellant to show cause why the appeal should not be dismissed for failure to prosecute was entered on August 5, 2024, with a response due from the appellant by August 19, 2024. The notice of docket activity for the appellant was returned as undeliverable. New contact information has now been obtained for the appellant. On the court's own motion, the appellant's response to the show cause order is now due August 29, 2024.

August 15, 2024

Order Entered Under Rule 27A(a):
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
      /s/ Maureen W. Gornik