# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
St. Louis, Missouri 63102

**Susan E. Bindler**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

March 18, 2025

```
FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
Mar 18, 2025
Tammy H. Downs, Clerk
By: JohnHibbs D.C.
        DEP CLERK
```

Steven Stepanishen
42 Fortson Road
Vilonia, AR  72173

RE:  24-2211  United States ex rel. Stepanishen v. BEI Precision Systems & Space Co. Inc.

Dear Steven Spanishen:

The court has issued an opinion in this case. Judgment has been entered in accordance with the opinion.

Please review Federal Rules of Appellate Procedure and the Eighth Circuit Rules on post-submission procedure to ensure that any contemplated filing is timely and in compliance with the rules. Note particularly that petitions for rehearing and petitions for rehearing en banc <u>must</u> be received in the clerk's office within 14 days of the date of the entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. Except as provided by Rule 25(a)(2)(iii) of the Federal Rules of Appellate Procedure, no grace period for mailing is allowed. Any petition for rehearing or petition for rehearing en banc which is not received within the 14 day period for filing permitted by FRAP 40 may be denied as untimely.

Susan E. Bindler
Clerk of Court

NDG

Enclosure(s)

cc:     Clerk, U.S. District Court, Eastern District of Arkansas
        Jason M. Crawford
        Gary D. Marts Jr.
        William Tucker
        Regina A. Young

        District Court/Agency Case Number(s):   4:20-cv-00414-BRW

# United States Court of Appeals
## For the Eighth Circuit

_____

No. 24-2211
_____

United States of America, ex rel Steven Stepanishen, and individually

*Plaintiff - Appellant*

v.

BEI Precision Systems & Space Company Inc.

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Central

_____

Submitted: March 13, 2025
Filed: March 18, 2025
[Unpublished]
_____

Before SMITH, KELLY, and ERICKSON, Circuit Judges.
_____

PER CURIAM.

Steven Stepanishen appeals the district court's[1] adverse grant of summary judgment in his False Claims Act retaliation action. After careful review of the

---

[1] The Honorable Billy Roy Wilson, United States District Judge for the Eastern District of Arkansas.

record and the parties' arguments on appeal, we conclude the grant of summary judgment was proper. See Elkharwily v. Mayo Holding Co., 823 F.3d 462, 469 (8th Cir. 2016) (per curiam) (reviewing grant of summary judgment de novo, viewing evidence in light most favorable to non-moving party). Accordingly, we affirm the judgment. See 8th Cir. R. 47B.

_____