# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 24-2211

_____

United States of America, ex rel Steven Stepanishen, and individually

Plaintiff - Appellant

v.

BEI Precision Systems & Space Company Inc.

Defendant - Appellee

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

Mar 18, 2025

Tammy H. Downs, Clerk
By: JohnHibbs D.C.

DEP CLERK

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:20-cv-00414-BRW)

_____

## JUDGMENT

Before SMITH, KELLY, and ERICKSON, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

March 18, 2025

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Susan E. Bindler