# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-2211

United States of America, ex rel Steven Stepanishen, and individually

Appellant

v.

BEI Precision Systems & Space Company Inc.

Appellee

---

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:20-cv-00414-BRW)

---

**MANDATE**

In accordance with the opinion and judgment of March 18, 2025, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

April 08, 2025

Clerk, U.S. Court of Appeals, Eighth Circuit

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
Apr 08, 2025
Tammy H. Downs, Clerk
By: JohnHibbs D.C.
DEP CLERK